# Exhibit A


# Avoidable Transfers

Defendant:         **POWER BLOCK COIN, LLC**
Bankruptcy Case:   **Celsius Network LLC, et al.**
Preference Period: **Apr 14, 2022 - Jul 13, 2022**

## Transfers During Preference Period

| Debtor Entity | Transaction Description | Outgoing Transfer | Coin | Transaction Date | Dollar Value (June 14, 2024) |
|---|---|---|---|---|---|
| Celsius Network Ltd | Closing Transfer (Loan #  2424) | 119.74 | BTC | 4/26/2022 | $7,904,167.92 |
| Celsius Network Ltd | Closing Transfer (Loan #  2447) | 44.9 | BTC | 4/27/2022 | $2,963,897.94 |
| Celsius Network Ltd | Closing Transfer (Loan # 2493A) | 373.38 | BTC | 4/29/2022 | $24,647,220.78 |
| Celsius Network Ltd | Closing Transfer (Loan # 1982-E) | 89.81 | BTC | 5/3/2022 | $5,928,455.99 |
| Celsius Network Ltd | Refinancing Transfer (Loan #'s 2498 and 2498A) | 617.82 | ETH | 5/18/2022 | $2,150,180.41 |
| Celsius Network Ltd | Refinancing Transfer (Loan #'s 2493A and  2493B) | 3,063.77 | ETH | 5/19/2022 | $10,662,746.82 |
| | | | | Total: | **$54,256,669.86** |