David W. Newman (USB #15901)
Assistant United States Trustee
Peter J. Kuhn (USB #3820)
Melinda P. Willden  (USB #8533)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
E-mail: David.W.Newman@usdoj.gov
        Peter.J.Kuhn@usdoj.gov
        Melinda.Willden@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

---

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re: | Case No. 24-23041 |
| POWER BLOCK COIN, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | Hon. Joel T. Marker |

---

### *EX-PARTE* MOTION FOR AN ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION OF AARON TILTON PURSUANT TO BANKRUPTCY RULE 2004

---

Melinda P. Willden, attorney for the United States Trustee, hereby moves this Court *ex-parte* for an order allowing her to conduct the examination of Aaron Tilton in his capacity as CEO of Blue Castle Inc., RE Developers, LLC, Smartfi Lending, LLC, and Solara Communities, LLC Pursuant to Bankruptcy Rule 2004.

In support of this Motion, the United States Trustee respectfully represents as follows:

1.     On June 20, 2024, the Debtor, Power Block Coin, LLC (the "Debtor") filed a voluntary Petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq* (the "Bankruptcy Code").

2.     The United States Trustee is investigating both pre-petition and post-petition transactions and dealings by the Debtor and its principals, entities owned or controlled by the Debtor's principals as well as other third parties.

3.     The United States Trustee believes Mr. Tilton may have information and personal knowledge regarding how the funds of the Debtor have been used, and information regarding how the Debtor's operating expenses will be paid while in bankruptcy. Further, Mr. Tilton has information and testimony regarding the payment of legal fees in this case.

4.     Accordingly, the United States Trustee seeks leave to conduct an examination of Mr. Tilton to further investigate the pre-petition and post-petition transactions and dealings by the Debtor, the Debtor's principals and entities owned or controlled by the Debtor's principals.

5.     The United States Trustee proposes to conduct the Rule 2004 Examination of Mr. Tilton in person and by court reporter at the United States Trustees Office in Salt Lake City, Utah or alternatively by video conference, as well as by way of document production requests under a *subpoena duces tecum*.

6.     Unless otherwise stipulated, the United States Trustee will provide Mr. Tilton  not less than 14 days written notice of the examination and the attendance of Mr. Tilton, and the production of documents will comply with Fed. R. Bankr. P. 2004(c).

WHEREFORE, the Attorney for the United States Trustee prays that this Court enter an order allowing her to conduct the examination of Mr. Tilton, and all divisions, subsidiaries and/or affiliates thereof pursuant to Rule 2004 of the Bankruptcy Rules.

Date:   July 31, 2024                              UNITED STATES TRUSTEE
                                                  Patrick S. Layng


                                                  */s/ Melinda P. Willden*
                                                  Melinda P. Willden
                                                  Attorney for the United States Trustee