**This order is SIGNED.**

**Dated: July 31, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*Order Prepared By:*
David W. Newman (USB #15901)
Assistant United States Trustee
Melinda P. Willden  (USB#8533)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email:  Melinda.Willden@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>POWER BLOCK COIN, LLC,<br><br>Debtor. | Case No. 24-23041<br><br>Chapter 11 (Subchapter V)<br><br>Hon. Joel T. Marker |

### ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO CONDUCT
### AN EXAMINATION OF AARON TILTON PURSUANT
### TO BANKRUPTCY RULE 2004

Upon the Court's consideration of the *Ex-Parte* Motion for Order Authorizing the United States Trustee to Conduct an Examination of Aaron Tilton in his capacity as CEO of Blue Castle Inc., RE Developers, LLC, Smartfi Lending, LLC, and Solara Communities, LLC Pursuant to Rule 2004 of the Bankruptcy Rules, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Trustee is authorized to conduct the examination of Mr. Tilton pursuant to Bankruptcy Rule 2004 in person at the United States Trustees Office in Salt Lake City, or alternatively, by video conference set up by the court reporter as well as by *Subpoena Duces Tecum*.  The proceedings will be recorded by stenographic means and will continue until adjourned.  The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party; and

IT IS FURTHER ORDERED that, unless otherwise stipulated, Mr. Tilton will receive not less than 14 days written notice of the examination; and

IT IS FURTHER ORDERED that the attendance and production of documents may be compelled pursuant to Fed. R. Bankr. P. 2004(c).

-------------------------------------END OF DOCUMENT-------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **James W. Anderson**   jwa@clydesnow.com, gmortensen@clydesnow.com
- **Simeon J Brown**   sbrown@parsonsbehle.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Deborah Rae Chandler**   dchandler@aklawfirm.com
- **Carson Heninger**   heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **Annette W. Jarvis**   jarvisa@gtlaw.com, longca@gtlaw.com
- **Peter J. Kuhn**   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Joli A. Lofstedt**   joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- **Darren B. Neilson**   dneilson@parsonsbehle.com
- **Walter A Romney**   war@clydesnow.com, gmortensen@clydesnow.com
- **Brian M. Rothschild**   brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Landon S. Troester**   lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**   melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

**By U.S. Mail and Email:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

NONE

*/s/ Melinda P. Willden*
Melinda P. Willden