**GREENBERG TRAURIG, LLP**
Annette Jarvis (Utah Bar No. 1649)
Carson Heninger (Utah Bar No. 17410)
222 South Main Street, Suite 1730
Salt Lake City, UT  84101
Telephone: (801) 478-6900
Email:  jarvisa@gtlaw.com
          carson.heninger@gtlaw.com

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
          laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, and Blockchain Recovery Investment Consortium, LLC, Litigation Administrator and Complex Asset Recovery Manager, as Representatives for the Post-Effective Date Celsius Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>POWER BLOCK COIN, L.L.C., d/b/a "SmartFi"<br><br>Debtor. | Bankruptcy No. 24-bk-23041-JTM<br><br>Chapter 11<br><br>Hon. Joel T. Marker |

**LITIGATION ADMINISTRATORS' JOINT NOTICES OF DEPOSITION OF AARON TILTON IN CONNECTION WITH THE OBJECTING CREDITORS' (I) JOINDER TO THE UNITED STATES TRUSTEE'S OBJECTION AND (II) OBJECTION TO DEBTOR'S DESIGNATION AS A DEBTOR UNDER 11 U.S.C. § 1182 AND ELECTION TO PROCEED UNDER SUBCHAPTER V**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30,

made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and in connection with the *Objecting Creditors' (I) Joinder to the*

*United States Trustee's Objection and (II) Objection to Debtor's Designation as a Debtor under 11 U.S.C. § 1182 and Election to Proceed under Subchapter V* [Docket No. 88] (the "Objection"), Celsius Network LLC and its affiliated post-effective date debtors (collectively, "Celsius"), acting by and through certain of their representatives, Mohsin Meghji, as Litigation Administrator (the "M3 Litigation Administrator") and the Blockchain Recovery Investment Consortium, LLC, Litigation Administrator and Complex Asset Recovery Manager (the "BRIC Litigation Administrator", together with the M3 Litigation Administrator, the "Litigation Administrators"), by and through their undersigned counsel, will take the deposition upon oral examination of Aaron Tilton, on August 15, 2024 at 10:00 a.m. (Mountain Time) at the office of Parsons Behle & Latimer, 201 S. Main Street, Suite 1800, Salt Lake City, Utah, 84111, or at such date and location as the parties may agree.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken upon oral examination before an official authorized by law to administer oaths and will continue from day to day until completed.  Pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, testimony of the witness will be recorded by both stenographic and videographic means.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure, the Bankruptcy Rules, and Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Utah.  The deposition will be taken for discovery, for use at any evidentiary hearing or trial, or for any purposes that are permitted by law or under the rules of this Court.

*[Remainder of Page Intentionally Left Blank]*

DATED:  August 12, 2024
New York, New York

_/s/ Samuel P. Hershey_

Annette W. Jarvis (Utah Bar No. 1649)
Carson Heninger (Utah Bar No. 17410)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email:  jarvisa@gtlaw.com
        carson.heninger@gtlaw.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

*Co-Counsel to Mohsin Y. Meghji,*
*Litigation Administrator, and*
*Blockchain Recovery Investment*
*Consortium, LLC, Litigation*
*Administrator and Complex Asset*
*Recovery Manager, as*
*Representatives for the Post-*
*Effective Date Celsius Debtors*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2024, the foregoing was electronically filed with the Court and served via the Court's CM/ECF system upon all parties who receive service upon electronic filing:

- **James W. Anderson**    jwa@clydesnow.com, gmortensen@clydesnow.com
- **Laura Elizabeth Baccash**    laura.baccash@whitecase.com, mco@whitecase.com
- **Simeon J Brown**    sbrown@parsonsbehle.com
- **Matthew James Burne**    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Deborah Rae Chandler**    dchandler@aklawfirm.com
- **Carson Heninger**    heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **Samuel P. Hershey**    sam.hershey@whitecase.com, mco@whitecase.com
- **Annette W. Jarvis**    jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Peter J. Kuhn**    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Joli A. Lofstedt**    joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- **Darren B. Neilson**    dneilson@parsonsbehle.com
- **Gregory F. Pesce**    gregory.pesce@whitecase.com, mco@whitecase.com
- **Walter A Romney**    war@clydesnow.com, gmortensen@clydesnow.com
- **Brian M. Rothschild**    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Landon S. Troester**    lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**    melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

*/ s / Carson Heninger*

I hereby certify that on August 12, 2024, a true and correct copy of the foregoing document was served via email, and addressed to:

- Brian M. Rothschild (BRothschild@parsonsbehle.com)
- Darren Neilson (DNeilson@parsonsbehle.com)
- Simeon J. Brown (SBrown@parsonsbehle.com)
- Alexander S. Chang (AChang@parsonsbehle.com)

*/ s / Samuel P. Hershey*