# <u>EXHIBIT A</u>

Communication from Debtor's Counsel, dated August 13, 2025

████████████████████████████████████████████████████████

**From:** Brian M. Rothschild <BRothschild@parsonsbehle.com>
**Sent:** Wednesday, August 13, 2025 12:18 PM
**To:** Stone, Abigail (Assoc-SLC-Bky) <Abigail.Stone@gtlaw.com>
**Cc:** Jarvis, Annette (Shld-SLC-Bky) <jarvisa@gtlaw.com>; Thomson, Michael F. (Shld-SLC-Bky) <thomsonm@gtlaw.com>; Heninger, Carson (Assoc-SLC-Bky) <Carson.Heninger@gtlaw.com>
**Subject:** RE: PBC - following up ███████████████

**\*EXTERNAL TO GT\***

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████ Further, the Debtor has had a joint-defense agreement with the affiliates since before the petition date, ███████████████████████████
██████████████████████

████████████████████████████████████████████████████████

Sincerely,

Brian