# EXHIBIT D

Declaration of Abigail Stone

**GREENBERG TRAURIG, LLP**
Annette W. Jarvis (Utah #1649)
Carson Heninger (Utah #17410)
Abigail J. Stone (Utah # 19083)
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email: jarvisa@gtlaw.com
carson.heninger@gtlaw.com
abigail.stone@gtlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 24-bk-23041 |
| POWER BLOCK COIN, L.L.C., | Chapter 11 |
| Debtor. | Judge Cathleen D. Parker |

## DECLARATION OF ABIGAIL STONE IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE

I, Abigail Stone, being of lawful age, do hereby declare and state as follows:

1.      I am an associate attorney at Greenberg Traurig, LLP ("Greenberg"). [1]

2.      On November 7, 2024, Greenberg was retained as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the Debtor Power Block Coin, L.L.C. (the "Debtor") in the above-captioned case.

3.      On August 13, 2025, I received an email from Brian Rothschild. A true and correct redacted copy of this email is attached to the Committee's Motion as **Exhibit A**.

---

[1] Capitalized terms not otherwise defined herein shall have the definitions given to them in the Committee's *Motion to Appoint Chapter 11 Trustee.*

4.      On October 8, 2025, I received another email from Brian Rothschild. A true and correct copy of this email is attached to the Committee's Motion as **Exhibit B**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

DATED this 21st day of October 2025.

*/ s / Abigail Stone*
Abigail Stone