**Fill in this information to identify the case:**

Debtor name __Power Block Coin, LLC__

United States Bankruptcy Court for the: __District of Utah__

(State)

Case number (If known): __24-23041__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................................................ $ __0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..................................................................................................................... $ __26,353,220.08__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................................................... $ __26,353,220.08__

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................... $ __0.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..................................................................... $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......................................... +$ __1,679,550.68__

4. **Total liabilities**........................................................................................................................................... $ __1,679,550.68__
   Lines 2 + 3a + 3b

---

*U.S. Trustee's Exhibit 1*

**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC_____

United States Bankruptcy Court for the: __District of Utah_____

Case number (If known): ___24-23041_____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number
   3.1. _____   _____   ___ ___ ___ ___   $_____
   3.2. _____   _____   ___ ___ ___ ___   $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC** _____ Case number (if known) 24-23041 _____
   Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.      $_____

---

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less:  _____  –  _____  = ........➔   $_____
   
   _(face amount)_ _(doubtful or uncollectible accounts)_

   11b. Over 90 days old:  _____  –  _____  = ........➔   $_____

   _(face amount)_ _(doubtful or uncollectible accounts)_

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

---

### Part 4:   Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                                    % of ownership:

   15.1._____   _____%   _____   $_____

   15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____

   16.2._____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.      $_____

---

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page **2**

*U.S. Trustee's Exhibit 1*

Debtor    Power Block Coin, LLC
          _____                Case number (*if known*)  24-23041  _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** See continuation sheet _____ | _____ MM / DD / YYYY | 27,860.57 $_____ | | 27,860.57 $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 27,860.57 _____

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

*U.S. Trustee's Exhibit 1*

Debtor    Power Block Coin, LLC                                                    Case number (if known) 24-23041
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                           $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

       ❑ No

       ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                           $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page **4**

*U.S. Trustee's Exhibit 1*

Debtor   Power Block Coin, LLC _____   Case number (if known) 24-23041 _____
         Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Smartfi-branded KTM Motorcycle | $ 8,539.88 | FV | $ Unknown |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

*U.S. Trustee's Exhibit 1*

Debtor Power Block Coin, LLC
_____
Name
Case number (if known)_____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.smartfi.com | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Proprietary trading platform and customer portal | $_____ | _____ | Unknown<br>$_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Official Form 206A/B

U.S. Trustee's Exhibit 1

Schedule A/B: Assets — Real and Personal Property

page **6**

Debtor  Power Block Coin, LLC
        _____
        Name

Case number (if known) 24-23041
_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

❑ Yes

---

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet

26,325,359.51 − 0.00 =➔ $ 26,325,359.51

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____ $_____
Tax year _____ $_____
Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____ $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Power Block Coin adverse to UTXO B.V., in Fourth District court

$ Unknown

**Nature of claim**  TBD

**Amount requested**  $ 3,294,812.50

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $_____

**Nature of claim**  _____

**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

_____ $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____ $_____

_____ $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 26,325,359.51

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

❑ Yes

---

Official Form 206A/B

*U.S. Trustee's Exhibit 1*

Schedule A/B: Assets — Real and Personal Property

page **7**

Debtor    Power Block Coin, LLC
          _____
          Name

Case number (if known) 24-23041

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 27,860.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................................→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 26,325,359.51 | |
| 91. **Total.** Add lines 80 through 90 for each column**. ..........................**91a. | $ 26,353,220.08 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................    26,353,220.08      $ 26,353,220.08

---

Official Form 206A/B

Schedule A/B: Assets — Real and Personal Property

page **8**

*U.S. Trustee's Exhibit 1*

| Debtor 1 | Power Block Coin, LLC | | | | 24-23041 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) | |

## Continuation Sheet for Official Form 206 A/B

### 22) Other inventory or supplies

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Crypto – BCH | 06/20/2024 | 1,669.82 | FV | 1,669.82 |
| Crypto – LTC | 06/20/2024 | 5,513.80 | FV | 5,513.80 |
| Crypto – LINK | 06/20/2024 | 1,423.85 | FV | 1,423.85 |
| Crypto – DOGE | 06/20/2024 | 2,117.33 | FV | 2,117.33 |
| Crypto – USD Stable Coins | 06/20/2024 | 5,548.11 | FV | 5,548.11 |
| Crypto – ETH | 06/20/2024 | 562.14 | FV | 562.14 |
| Crypto – BTC | 06/20/2024 | 11,025.52 | FV | 11,025.52 |

### 71) Notes receivable

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Blue Castle Holding Inc | 1,161,248.94 | 0.00 | 1,161,248.94 |
| Solara Communities LLC | 18,232,018.00 | 0.00 | 18,232,018.00 |
| Smartfi Lending LLC | 1,819,617.00 | 0.00 | 1,819,617.00 |
| David Aguirre | 1,253.17 | 0.00 | 1,253.17 |
| Zhuoyang Song, | 3,786,505.43 | 0.00 | 3,786,505.43 |
| Joseph Haiek | 5,924.29 | 0.00 | 5,924.29 |
| Nissa Gay | 67,572.27 | 0.00 | 67,572.27 |
| William Pangman | 143,961.26 | 0.00 | 143,961.26 |
| Gabriel Rodriguez | 260,878.72 | 0.00 | 260,878.72 |
| Michael Bjorkman | 238,220.48 | 0.00 | 238,220.48 |
| Ashton Godfrey | 26,846.05 | 0.00 | 26,846.05 |
| Alex Haiek | 40,233.08 | 0.00 | 40,233.08 |
| Timmy Sanders | 1,212.00 | 0.00 | 1,212.00 |
| Daniel Spisso | 527,080.38 | 0.00 | 527,080.38 |
| Anna Wade | 12,788.44 | 0.00 | 12,788.44 |

Official Form 206 A/B

*U.S. Trustee's Exhibit 1*

Schedule A/B: Property

Debtor 1    Power Block Coin, LLC                                    Case number *(if known)*_____

             First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

*U.S. Trustee's Exhibit 1*

Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): ___24-23041___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

---

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

_____

**Describe debtor's property that is subject to a lien**

$_____    $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Date debt was incurred   _____

Last 4 digits of account number   _____

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** Creditor's name

_____

**Describe debtor's property that is subject to a lien**

$_____    $_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

**Describe the lien**

_____

Date debt was incurred   _____

Last 4 digits of account number   _____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

*U.S. Trustee's Exhibit 1*

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 0

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Power Block Coin, LLC |
| United States Bankruptcy Court for the: | District of Utah |
| Case number (If known) | 24-23041 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

*U.S. Trustee's Exhibit 1*

Debtor Power Block Coin, LLC
_____
Name

Case number (if known) 24-23041
_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABEL, ANGELIQUE
PO BX 52304

OXNARD, CA 93031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 16,001.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-9935

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Abel, Angellique
PO Box 52304

Oxnard, CA 93031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-8432

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ADAMS, CASEY
814 south park lane

Genola, UT 84655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 269.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-6517

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0414

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0414

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Aguirre, David
Residencial Casablanca No 92
Parque Lefevre
Panama

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** CP-0389

**Is the claim subject to offset?**
☑ No
☐ Yes

---

*U.S. Trustee's Exhibit 1*

Debtor _____ Case number _(if known)_ _____
Name

Case 24-23041 Doc 391 Filed 07/04/25 Entered 07/04/25 23:05:29 Desc Main
Document Page 15 of 176
Power Block Coin, LLC                                                   24-23041
Exhibit 14

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7**    **Nonpriority creditor's name and mailing address**

Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   IP-0356

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.8**    **Nonpriority creditor's name and mailing address**

Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   IP-0357

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

---

**3.9**    **Nonpriority creditor's name and mailing address**

Alameda Research
327 Jacuzzi St
Ste 1C
Richmond, CA 94804

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

---

**3.10**    **Nonpriority creditor's name and mailing address**

Alekoglou, Konstantinos
84 Kennet Street

London, OR E1W 2JJ

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   IP-0308

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.11**    **Nonpriority creditor's name and mailing address**

Alekoglou, Konstantinos
84 Kennet Street

London, OR E1W 2JJ

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   IP-0313

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 3 of 58

| | | |
|---|---|---|
| Debtor Power Block Coin, LLC | | Case number *(if known)* 24-23041 |
| Name | | |

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.12 **Nonpriority creditor's name and mailing address** Allen, Joseph | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** **Is the claim subject to offset?** ☑ No ☐ Yes | $_Unknown_ |
|---|---|---|
| **Date or dates debt was incurred** _____ **Last 4 digits of account number** BG-1539 | | |

| 3.13 **Nonpriority creditor's name and mailing address** Altman, Ariana 1361 Mokolea Drive Kailua, HI 96734 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** **Is the claim subject to offset?** ✔ No ☐ Yes | $_Unknown_ |
|---|---|---|
| **Date or dates debt was incurred** _____ **Last 4 digits of account number** BG-4616 | | |

| 3.14 **Nonpriority creditor's name and mailing address** Altman, Cynthia 1361 Mokolea Drive Kailua, HI 96734 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** **Is the claim subject to offset?** ✔ No ☐ Yes | $_Unknown_ |
|---|---|---|
| **Date or dates debt was incurred** _____ **Last 4 digits of account number** BG-0207 | | |

| 3.15 **Nonpriority creditor's name and mailing address** Altman, Cynthia 1361 Mokolea Drive Kailua, HI 96734 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** **Is the claim subject to offset?** ☑ No ☐ Yes | $_Unknown_ |
|---|---|---|
| **Date or dates debt was incurred** _____ **Last 4 digits of account number** IP-0284 | | |

| 3.16 **Nonpriority creditor's name and mailing address** ANDERSON, STEPHEN 1353 74TH CIRCLE NE St. Petersburg, FL 33702 | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed **Basis for the claim:** **Is the claim subject to offset?** ✔ No ☐ Yes | $_Unknown_ |
|---|---|---|
| **Date or dates debt was incurred** _____ **Last 4 digits of account number** BG-2123 | | |

*U.S. Trustee's Exhibit 1*

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 4 of 58

Debtor Power Block Coin, LLC
Name _____

Case number (if known) 24-23041 _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

3.17 **Nonpriority creditor's name and mailing address**

Astheimer, Frank
118 Sukhumvit Soi 20, Millennium Residence,
Unit 110/151, A

Bangkok, NE 10110

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-9050

$ Unknown

---

3.18 **Nonpriority creditor's name and mailing address**

AZHAGAR, SATHYA PRAKASH
916, Mount Eden road, Three Kings

Auckland , AK 1024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-1916

$ 112.84

---

3.19 **Nonpriority creditor's name and mailing address**

B2C2 USA INC
101 HUDSON STREET 07302.
Suite 1706
Jersey City, NJ 7302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

3.20 **Nonpriority creditor's name and mailing address**

Bacon, Steve
1404 Cleveland Road

Glendale, CA 91202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-1063

$ 10,543.09

---

3.21 **Nonpriority creditor's name and mailing address**

Bagamaspad JR, Alan Antonio
6901 Cahuenga Park Trl

Los Angeles, CA 90068

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-9299

$ Unknown

---

### U.S. Trustee's Exhibit 1

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
    Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22  Nonpriority creditor's name and mailing address**

Bagamaspad, Alan Mariano
7813 Rhea Ave

RESEDA, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-8603 _____

---

**3.23  Nonpriority creditor's name and mailing address**

Bagamaspad, Annette Liane Antonio
7813 Rhea Ave

RESEDA, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-6526 _____

---

**3.24  Nonpriority creditor's name and mailing address**

Bagamaspad, Ellen A
7813 Rhea Ave

Reseda, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-3318 _____

---

**3.25  Nonpriority creditor's name and mailing address**

Banks, TIMOTHY JAMES
15 Blackfriars Lane

Chirnside Park, VA 3116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,596.19

Date or dates debt was incurred _____
Last 4 digits of account number    BB-4083 _____

---

**3.26  Nonpriority creditor's name and mailing address**

BARRICKLOW, FRANK JACOB
437 WOODLAWN RD

JEANNETTE, PA 15644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-0809 _____

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC**
_____
Name

Case number (if known) 24-23041
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

Bermisa, Jennifer
52 Kiwi

irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-9498

$ Unknown

---

**3.28 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0262

$ Unknown

---

**3.29 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0375

$ Unknown

---

**3.30 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0376

$ Unknown

---

**3.31 Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0515

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7 of 58

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **32** **Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  CP-0526

$ Unknown

---

**3.** **33** **Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  CP-0514

$ Unknown

---

**3.** **34** **Nonpriority creditor's name and mailing address**

Blomberg, Jens
Norra Brogatan 7

Eskilstuna, MD 632 25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0396

$ Unknown

---

**3.** **35** **Nonpriority creditor's name and mailing address**

BODELL, M
412 E MAPLETON CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-3057

$ 5,567.17

---

**3.** **36** **Nonpriority creditor's name and mailing address**

Brewer, Adam MARK
1575 N 370 E

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-7984

$ 8,997.44

---

*U.S. Trustee's Exhibit 1*

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
      Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.37** **Nonpriority creditor's name and mailing address**

Brewer, KYLIE NICOLE
1575 N 370 E

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-1984

$ 34,392.16

---

**3.38** **Nonpriority creditor's name and mailing address**

BREWER, MICHAEL
10714 NW 22ND AVE

VANCOUVER, WA 98685

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-9076

$ 22,091.94

---

**3.39** **Nonpriority creditor's name and mailing address**

BREWER, MICHAEL D
2310 W 850 N

Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-1419

$ 74,650.30

---

**3.40** **Nonpriority creditor's name and mailing address**

BREWER, SONG
2310 W 850 N

Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-8020

$ 304,868.68

---

**3.41** **Nonpriority creditor's name and mailing address**

Broekemeier, Pamela
8007 Everest Ln N

Maple Grove, MN 55311

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** IP-0290

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 9 of 58

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁴²** **Nonpriority creditor's name and mailing address**

Broekemeier, Pamela Jean
8007 Everest Ln N

Maple Grove, MN 55311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ __Unknown__

Date or dates debt was incurred _____

Last 4 digits of account number __BG-7541_____

---

**3.⁴³** **Nonpriority creditor's name and mailing address**

Brown, Jason
99 Good Street

Jeannette, PA 15644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ __Unknown__

Date or dates debt was incurred _____

Last 4 digits of account number __IP-0351_____

---

**3.⁴⁴** **Nonpriority creditor's name and mailing address**

Brown, Lynn
3079 Warwick drive

North Huntingdon, PA 15642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ __9,355.31__

Date or dates debt was incurred _____

Last 4 digits of account number __BB-5087_____

---

**3.⁴⁵** **Nonpriority creditor's name and mailing address**

Bryant, Barry Ian
305 S. Maggiore Dr.

St. George, UT 84770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ __Unknown__

Date or dates debt was incurred _____

Last 4 digits of account number __BG-3132_____

---

**3.⁴⁶** **Nonpriority creditor's name and mailing address**

Bryant, William Marshall
26 W WILLARD RD

EDGEWOOD, NM 87015-7019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ __Unknown__

Date or dates debt was incurred _____

Last 4 digits of account number __BG-1781_____

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page _10_ of _58_

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.47 Nonpriority creditor's name and mailing address**
Budd, Eric Dale
2486 W 900 N

Layton, UT 84041

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number BB-4967

$ 6,803.97

**3.48 Nonpriority creditor's name and mailing address**
BUTTELL, JEREMY
15011 SE Diamond Dr

Clackamas, OR 97015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number BB-0387

$ 55,416.37

**3.49 Nonpriority creditor's name and mailing address**
Buttell, Linda
2119 Jackson Dr.

Norman, OK 73071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number BB-5896

$ 2,518.00

**3.50 Nonpriority creditor's name and mailing address**
Butterfield, Brent Jay
2574 Spencer Crest Dr

Bluffdale, UT 84065

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number BG-4856

$ Unknown

**3.51 Nonpriority creditor's name and mailing address**
Campbell, George ANDREW
201 Randolph Avenue

London, CO W91NS

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number BG-1689

$ Unknown

*U.S. Trustee's Exhibit 1*

Debtor  Power Block Coin, LLC
Name

Case number (if known) 24-23041

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.52** **Nonpriority creditor's name and mailing address**

Canteros, Javier Agustin
M. Costa i Llobera 29 Bajo 2

Sant Cugat del Valles, CT 8173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-3740

**3.53** **Nonpriority creditor's name and mailing address**

CARABOTT, DANIEL
128 Purok 4

Lubao, NC 2005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0263

**3.54** **Nonpriority creditor's name and mailing address**

CARABOTT, DANIEL  NELSON
128 Purok 4

Lubao, NC 2005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    BG-5252

**3.55** **Nonpriority creditor's name and mailing address**

CARLSON, DAVID
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0506

**3.56** **Nonpriority creditor's name and mailing address**

CARLSON, DAVID
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0249

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.57** **Nonpriority creditor's name and mailing address**

CARLSON, DAVID Matthew
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-8454

$ Unknown

---

**3.58** **Nonpriority creditor's name and mailing address**

Carlson, Terry
1225 Hyde Street, Apt 3

San Francisco, CA 94109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-2292

$ Unknown

---

**3.59** **Nonpriority creditor's name and mailing address**

Castaneda, Francisco
715 1/2 Encino Pl

SANTA PAULA, CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-8490

$ Unknown

---

**3.60** **Nonpriority creditor's name and mailing address**

CAUSEVIC, SINAN na
1000 36th St SW Apt A4

Wyoming, MI 49509-3586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-7303

$ Unknown

---

**3.61** **Nonpriority creditor's name and mailing address**

Celsius Network LLC Restructuring
410 Exchange, Ste. 100
Irvine, CA 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    _____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 13 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62 Nonpriority creditor's name and mailing address**

Chimhanda, Tafadzwa
15

Andover, NH SP11 6UL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-0345

$ Unknown

---

**3.63 Nonpriority creditor's name and mailing address**

Clark, Jordan Carter
1110 Farm Crest Drive Apt 3B

Mishawaka, IN 46544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-7140

$ Unknown

---

**3.64 Nonpriority creditor's name and mailing address**

CONGER, KATHLEEN S
13819 S VESTRY ROAD

DRAPER, UT 84030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-3176

$ Unknown

---

**3.65 Nonpriority creditor's name and mailing address**

Cortina, Jordi Costa
Plaza Mayor p3 p1

Almassera, NV 46132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-4475

$ Unknown

---

**3.66 Nonpriority creditor's name and mailing address**

CSANYI, NIKOLETTA
161 D AVE 8

CORONADO, CA 92118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-3384

$ 5,732.94

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 14 of 58

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Cuevas, Maria Lucia
PO BX 1015

Santa Paula , CA 93061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-7461

$ Unknown

---

**3.68** Nonpriority creditor's name and mailing address

Daily, Linda
4 Dutch Lane

Bridger, MT 59014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number IP-0233

$ Unknown

---

**3.69** Nonpriority creditor's name and mailing address

Delarosa, Israel
3042 Spring Hill PKWY  Apt F

Smyrna, GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-0993

$ 12,000.00

---

**3.70** Nonpriority creditor's name and mailing address

Dimas, Dianne
1331 S Eads St.

Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-2804

$ 17,850.28

---

**3.71** Nonpriority creditor's name and mailing address

Douglas, Robert
PO BOX 170285

US, TX 78717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number IP-0237

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Dugan, Darren Lee
71 Westlake Ave.

Toronto, ON M4C4P9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number BB-3658_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 973.18

---

**3.73** **Nonpriority creditor's name and mailing address**

DUSTIN, CHIELI
653 W DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number IP-0368_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.74** **Nonpriority creditor's name and mailing address**

DUSTIN, DAVID
653 DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number BB-0506_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,260.08

---

**3.75** **Nonpriority creditor's name and mailing address**

DUSTIN, DAVID
653 DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number IP-0369_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.76** **Nonpriority creditor's name and mailing address**

Englhart, Markus
Seewiesenweg 5B

Waltenhofen, AL 87448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number BG-4733_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Debtor    Power Block Coin, LLC
          Name                                                    Case number (if known)    24-23041

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77** Nonpriority creditor's name and mailing address

Evgin, Semseddin
Ookayama 2-6-3

Meguro-ku, SD 152-0033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-6951

$ Unknown

**3.78** Nonpriority creditor's name and mailing address

Fischer, Carol
W6865 Firelane 4

Menasha, WI 54952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0521

$ Unknown

**3.79** Nonpriority creditor's name and mailing address

Fish, Ryan
777 N 2000 W

Kamas, UT 84036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-2645

$ Unknown

**3.80** Nonpriority creditor's name and mailing address

Fish, Ryan
777 N 2000 W

Kamas, UT 84036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0243

$ Unknown

**3.81** Nonpriority creditor's name and mailing address

Fourney, William
383 North Ash Street

Fruita, CO 81521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0261

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 17 of 58

Debtor __Power Block Coin, LLC__ Case number _(if known)_ __24-23041__
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.82** **Nonpriority creditor's name and mailing address**

Fourney, William James
383 North Ash Street

Fruita, CO 81521

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___BG-0938___

$ __Unknown__

---

**3.83** **Nonpriority creditor's name and mailing address**

Fox, Edward Bruce
4223 Teal Drive

Lawrence, KS 66047

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___BG-2083___

$ __Unknown__

---

**3.84** **Nonpriority creditor's name and mailing address**

FRAUSTO, TONY Alejandro
5908 EASTBROOK AVE

LAKEWOOD, CA 90713

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___BB-8561___

$ __1,297.81__

---

**3.85** **Nonpriority creditor's name and mailing address**

Gabbard, Alanelle Bagamaspad
7813 Rhea Ave

Reseda, CA 91335

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___BG-0249___

$ __Unknown__

---

**3.86** **Nonpriority creditor's name and mailing address**

Galle, Jordy
Schommelstraat 64

Balen, NJ 2490

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___IP-0265___

$ __Unknown__

---

_U.S. Trustee's Exhibit 1_

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Galle, Jordy
Schommelstraat 64

Balen, NJ 2490

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-7609_____

$ __Unknown_____

---

**3.88** **Nonpriority creditor's name and mailing address**

Gay, Nissa
422 Green River St

Oxnard, CA 93036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   CP-0512_____

$ __Unknown_____

---

**3.89** **Nonpriority creditor's name and mailing address**

Gerritse, Chris
Van der Madestraat 48

Delft, RI 2612RD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-7092_____

$ __Unknown_____

---

**3.90** **Nonpriority creditor's name and mailing address**

Gerritse, Chris
Van der Madestraat 48

Delft, RI 2612RD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   IP-0335_____

$ __Unknown_____

---

**3.91** **Nonpriority creditor's name and mailing address**

Gile, Kimberly
12420 E SADDLEHORN TRL

Scottsdale, AZ 85259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-5238_____

$ __Unknown_____

*U.S. Trustee's Exhibit 1*

Debtor  Power Block Coin, LLC
_____
Name

Case number (if known) 24-23041
_____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Giles, Andrew Brady
188 E Moon Dance Dr

Saratoga Springs, UT 84045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-8307

$ Unknown

---

**3.93** Nonpriority creditor's name and mailing address

Godfrey, Ashton
3580 E Baranca Rd

Gilbert, AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  CP-0326

$ Unknown

---

**3.94** Nonpriority creditor's name and mailing address

Gonzalez, Christopher

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-7177

$ Unknown

---

**3.95** Nonpriority creditor's name and mailing address

Goodpasture, Jonathan
2305 W. Jackson Blvd.

Jackson, MO 63755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-3796

$ Unknown

---

**3.96** Nonpriority creditor's name and mailing address

Goretzki, Oliver

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0239

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 20 of 58

Debtor __Power Block Coin, LLC_____ Case number (if known)__24-23041_____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__97__  Nonpriority creditor's name and mailing address**

Goretzki, Oliver

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __BB-1737_____

$ 23,650.91

---

**3.__98__  Nonpriority creditor's name and mailing address**

Graham, James
268 W Hayden Cir

Elk Ridge, UT 84651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __BG-9858_____

$ Unknown

---

**3.__99__  Nonpriority creditor's name and mailing address**

Gramm, Garrett L
7703 E. portofino ave

Anaheim, CA 92808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __BG-4688_____

$ Unknown

---

**3.__100__  Nonpriority creditor's name and mailing address**

GRAY, TODD
1980 CIRCLE HIGH

COTTAGE GROVE, WI 53527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __BB-6382_____

$ 4,477.46

---

**3.__101__  Nonpriority creditor's name and mailing address**

Gridelli, Robert
61 Hartman

Irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __BG-2391_____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _21_ of _58_

Debtor Power Block Coin, LLC
Name

Case number *(if known)* 24-23041

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 102** **Nonpriority creditor's name and mailing address**

Haiek, Alex
PO Box 1716

Camarillo, CA 93011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  CP-0530 _____

$ Unknown

**3. 103** **Nonpriority creditor's name and mailing address**

Haiek, Alex
PO Box 1716

Camarillo, CA 93011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  CP-0529 _____

$ Unknown

**3. 104** **Nonpriority creditor's name and mailing address**

Haiek, Joseph
2149 WESTWOOD DR

Camarillo, CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  CP-0508 _____

$ Unknown

**3. 105** **Nonpriority creditor's name and mailing address**

Hall, Robyn
276 Muriel Lake Road

Keewatin , ON P0X1C0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  IP-0347 _____

$ Unknown

**3. 106** **Nonpriority creditor's name and mailing address**

Hamby, Jared
8370 Adams Creek Rd

Beggs, OK 74421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BG-3157 _____

$ Unknown

*U.S. Trustee's Exhibit 1*

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
　　　Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107  Nonpriority creditor's name and mailing address**

Hamlin, Mark

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-3560_____

$ Unknown

---

**3.108  Nonpriority creditor's name and mailing address**

HARDEN, ANN
12758 W COUNTY ROAD B

HAYWARD, WI 54843

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2137_____

$ Unknown

---

**3.109  Nonpriority creditor's name and mailing address**

Haslund, Jasen Andrew
149 N Stone Gate Dr

Saratoga Springs, UT 84045

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2921_____

$ Unknown

---

**3.110  Nonpriority creditor's name and mailing address**

Hefner, Jake
4057, Loch Dr

Highland, MI 48357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0350_____

$ Unknown

---

**3.111  Nonpriority creditor's name and mailing address**

Hegland, Mike
5 lazar lane

Jeannette, PA 15644

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2683_____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　page _23_ of _58_

Debtor  Power Block Coin, LLC _____  Case number (if known) 24-23041
        Name

| Part 2: | Additional Page | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  BG-3208

$ Unknown

---

**3.113** **Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  IP-0292

$ Unknown

---

**3.114** **Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  IP-0293

$ Unknown

---

**3.115** **Nonpriority creditor's name and mailing address**

Hilgenberg, Mark
11456 S Open View LN

South Jordan, UT 84009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  BG-2199

$ Unknown

---

**3.116** **Nonpriority creditor's name and mailing address**

Hipp, Corey Shane
2800 Vintage View Loop

Lakeland, FL 33812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  BB-3984

$ 640.20

*U.S. Trustee's Exhibit 1*

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 24 of 58

| Debtor | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.117** **Nonpriority creditor's name and mailing address**

Hipp, Elizabeth

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____Unknown_____

Date or dates debt was incurred _____

Last 4 digits of account number ____BG-7957____

---

**3.118** **Nonpriority creditor's name and mailing address**

HITT, KENNETH LAMAR
3798 CAPE LANDING CIR APT V

MYRTLE BEACH, SC 29588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ _____Unknown_____

Date or dates debt was incurred _____

Last 4 digits of account number ____BG-8053____

---

**3.119** **Nonpriority creditor's name and mailing address**

Hoffman, Jonathan Michael
600 North 800 West

Provo, UT 84601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ _____Unknown_____

Date or dates debt was incurred _____

Last 4 digits of account number ____BG-6899____

---

**3.120** **Nonpriority creditor's name and mailing address**

Hohaia, Todd Johnathan
38 Warwick Road

HILLVUE, NH 2340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____Unknown_____

Date or dates debt was incurred _____

Last 4 digits of account number ____BG-6640____

---

**3.121** **Nonpriority creditor's name and mailing address**

Hood, Randy Lee
702 Brassey Cres.

Vernon, BC V1H 2H7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ _____Unknown_____

Date or dates debt was incurred _____

Last 4 digits of account number ____BG-2965____

*U.S. Trustee's Exhibit 1*

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122  Nonpriority creditor's name and mailing address**

HUISMANN, DUANE Christopher
7620 HONEYSUCKLE LN NE

ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-5681_____

$ Unknown

**3.123  Nonpriority creditor's name and mailing address**

HYMAN, BRUCE
2 WALTHAM CT

Jackson Township, NJ 8527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-9950_____

$ Unknown

**3.124  Nonpriority creditor's name and mailing address**

Ibe, Kelechi Samuel
9207 Bowen Drive

San Antonio, TX 78250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-4383_____

$ Unknown

**3.125  Nonpriority creditor's name and mailing address**

Inapakuthika, Venkata Satya Prasad
105, RSUN WHITES APARTMENT, NEAR
SRIRAMA TEMPLE, IMMMADIHALLI MAIN
ROAD, WHITEFIELD

Bangalore, AK 560066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-8860_____

$ Unknown

**3.126  Nonpriority creditor's name and mailing address**

Isenegger, Oliver Norbert
Rebstockrain 2

Luzern, NJ 6006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-4868_____

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 26 of 58

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.127  Nonpriority creditor's name and mailing address**

Jackson, Benjamin
3/125 Princes Highway Werribee

Werribee, VA 3030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0533

$ Unknown

---

**3.128  Nonpriority creditor's name and mailing address**

Jacobson, Kai
190 Candelero Dr. Apt. 149

Humacao, PR 7791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-5213

$ Unknown

---

**3.129  Nonpriority creditor's name and mailing address**

Jacobson, Sita Rose
29560 Elk View Dr

Steamboat Springs, CO 80487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-5249

$ Unknown

---

**3.130  Nonpriority creditor's name and mailing address**

JENKINS, JUSTIN
5042 LONGVIEW WALK

DECATUR, GA 30035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0511

$ Unknown

---

**3.131  Nonpriority creditor's name and mailing address**

JONES, BRAD
624 S 100 W

OREM, UT 84058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-4364

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Debtor ___Power Block Coin, LLC___ Case number (if known) __24-23041__
      Name

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.132** **Nonpriority creditor's name and mailing address**

JONES, BRAD
624 S 100 W

OREM, UT 84058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0252

$ Unknown

---

**3.133** **Nonpriority creditor's name and mailing address**

Kevan, Jonathan Mark
10950 N La Canada Dr Apt 9101

Tucson, AZ 85737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0562

$ Unknown

---

**3.134** **Nonpriority creditor's name and mailing address**

Klumb, Timothy Jon
1390 Cedar Creek Pkwy

Grafton, WI 53024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6579

$ Unknown

---

**3.135** **Nonpriority creditor's name and mailing address**

Koepke, Audrey Belle
16755 Coyote Bush Drive, Unit 1

San Diego, CA 92127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-9783

$ Unknown

---

**3.136** **Nonpriority creditor's name and mailing address**

KUCSMA, DIANA Lynn
33779 Terrill Road

Townville, PA 16360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-1101

$ 2,470.41

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __28__ of __58__

| Debtor | Power Block Coin, LLC | Case number (if known) | 24-23041 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|-------------|---------------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Kuhn, Peter Kurt
Josefstrasse

Zurich, PR 8005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   BG-4412

---

**3.138** Nonpriority creditor's name and mailing address

Lacher, Markus Roland
11330 Sheffield Road

Spring Hill, FL 34608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   BG-8294

---

**3.139** Nonpriority creditor's name and mailing address

Lambert, Lance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0234

---

**3.140** Nonpriority creditor's name and mailing address

LARSON, JUSTIN Steven
5147 E MOON RIVER DRIVE

EAGLE MOUNTAIN, UT 84005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,199.19

Date or dates debt was incurred _____
Last 4 digits of account number   BB-9108

---

**3.141** Nonpriority creditor's name and mailing address

Leale, John
3040 Dickinson Dr.

Tallahassee, FL 32311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   BG-9826

---

*U.S. Trustee's Exhibit 1*

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 29 of 58 |
|----------------------|----------------------------------------------------|---------------|

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 142** Nonpriority creditor's name and mailing address

Lee, Michael
101 Nancy Drive

Enterprise, AL 36330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0273_____

$ Unknown

---

**3. 143** Nonpriority creditor's name and mailing address

Lee, Michael
101 Nancy Drive

Enterprise, AL 36330

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-9816_____

$ Unknown

---

**3. 144** Nonpriority creditor's name and mailing address

Lemm, Kimiko Nicole
Avenida Balboa

Panama, AL 507

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-1158_____

$ Unknown

---

**3. 145** Nonpriority creditor's name and mailing address

Leon, Cristina Alba
calle sueca

silla, NV 46132

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-4511_____

$ Unknown

---

**3. 146** Nonpriority creditor's name and mailing address

Leon-Quintero, Monica C
9864 221 Street NW

Edmonton, AB T5T 4M3

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-9304_____

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 30 of 58

Debtor  Power Block Coin, LLC _____  Case number *(if known)* 24-23041 _____
    Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147**   **Nonpriority creditor's name and mailing address**

Leyba, James

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   IP-0342 _____

$ Unknown _____

---

**3.148**   **Nonpriority creditor's name and mailing address**

Little, Darren James
25 4055 Pender Street

Burnaby, BC V5C2L9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-2048 _____

$ Unknown _____

---

**3.149**   **Nonpriority creditor's name and mailing address**

Lyngarkos, Mark Nicholas
514 east edgewood Avenue

NEW CASTLE, PA 16105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-5048 _____

$ Unknown _____

---

**3.150**   **Nonpriority creditor's name and mailing address**

MACHALSKI, ARTUR WITOLD
Monte Cassino

Wroclaw, RI 51-681

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BB-5053 _____

$ 6,054.67 _____

---

**3.151**   **Nonpriority creditor's name and mailing address**

Mackiewicz, Jordan
432 Dalhart Ave

Romeoville, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   BG-3272 _____

$ Unknown _____

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 31 of 58

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 152** **Nonpriority creditor's name and mailing address**

Magee, Kristopher George
Brecon Road

Bristol, DC BS94DT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-4643

$ Unknown

---

**3. 153** **Nonpriority creditor's name and mailing address**

MARTINEZ, BETTY Leanne
1314 LAKESIDE DR

FELTON, CA 95018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-8305

$ 290.74

---

**3. 154** **Nonpriority creditor's name and mailing address**

MCGINNIS, JOSHUA
435 ASH ST

HONESDALE, PA 18431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-6202

$ 840.21

---

**3. 155** **Nonpriority creditor's name and mailing address**

MCLAWS, JAY DARREN
11453 E DARTMOUTH ST

MESA, AZ 85207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-5482

$ Unknown

---

**3. 156** **Nonpriority creditor's name and mailing address**

Meecham, Dustin Thomas
2275 W 250S #G107

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-1375

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 32 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 157  Nonpriority creditor's name and mailing address**

Mendenhall, Wendell
568 Ranch Circle

Alpine, UT 84004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 44,450.69

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  BB-1908

---

**3. 158  Nonpriority creditor's name and mailing address**

Mendenhall, Wendell Buck
568 Ranch Circle

Alpine, UT 84004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,523.57

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  BB-4065

---

**3. 159  Nonpriority creditor's name and mailing address**

Meshey, Adam
5913 Montford Drive

Zephyrhills, FL 33541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  BG-6480

---

**3. 160  Nonpriority creditor's name and mailing address**

Miller, Jon David
7182 Adel Rd

Spencer, IN 47460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  BG-3378

---

**3. 161  Nonpriority creditor's name and mailing address**

Miller, Kevin
6564 W HAMILTON WAY

Highland, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 58,104.53

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  BB-5831

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 33 of 58

Debtor  Power Block Coin, LLC _____  Case number (if known) 24-23041 _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 Nonpriority creditor's name and mailing address**
MILLER, ROBERT HALLY
535 longmill lane

Orange park , FL 32065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BG-5196 _____

$ Unknown

---

**3.163 Nonpriority creditor's name and mailing address**
MILLER, TODD
3645 MIRAMONTES CIR

WELLINGTON, FL 33414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BB-9321 _____

$ 22,387.32

---

**3.164 Nonpriority creditor's name and mailing address**
Moore, Tonya Renae
P O Box 331342

Murfreesboro, TN 37133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BG-9728 _____

$ Unknown

---

**3.165 Nonpriority creditor's name and mailing address**
MORCOM, ROBERT
16 Burns Green

Stevenage, RI SG27DA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BB-8773 _____

$ 1,012.78

---

**3.166 Nonpriority creditor's name and mailing address**
Morley, McKay
775 W 1200 N

SPRINGVILLE, UT 84663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BB-1045 _____

$ 176,733.51

*U.S. Trustee's Exhibit 1*

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 34 of 58

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.167 Nonpriority creditor's name and mailing address**

Morley, Mike T
775 West 1200 North, Suite 100

Springville, UT 84663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-0086

$ Unknown

**3.168 Nonpriority creditor's name and mailing address**

Moroz, Tatiana
10 woodcliff ave

north bergen, NJ 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0245

$ Unknown

**3.169 Nonpriority creditor's name and mailing address**

Moroz, Tatiana
10 woodcliff ave

north bergen, NJ 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0242

$ Unknown

**3.170 Nonpriority creditor's name and mailing address**

Morris, Jory Alan
61095 County Road 12

Warroad, MN 56763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-9177

$ Unknown

**3.171 Nonpriority creditor's name and mailing address**

Moulton, Ea Moulton  Raindancer
2850 Alpenglow Way

Steamboat Springs , CO 80487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-6088

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 35 of 58

Debtor  Power Block Coin, LLC
Name

Case number *(if known)* 24-23041

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.172 Nonpriority creditor's name and mailing address**

Munoz, Martha P
3719 South 144 Th East Pl

Tulsa, OK 74134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-8122

$ Unknown

---

**3.173 Nonpriority creditor's name and mailing address**

Nelson, Mark
14175 Golf Parkway

Brookfield, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0507

$ Unknown

---

**3.174 Nonpriority creditor's name and mailing address**

Nelson, William James
14175 Golf Parkway

Brookfield, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-7881

$ Unknown

---

**3.175 Nonpriority creditor's name and mailing address**

NEWMAN, MICHELE
166 KEYSTONE ESTATE RD

NEW ALEXANDRI, PA 15670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BB-8114

$ 4,418.39

---

**3.176 Nonpriority creditor's name and mailing address**

Nowicki, Nathaniel
367 Ironbank Road

Ironbank, SC 5153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2723

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 36 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 Nonpriority creditor's name and mailing address**

NUTTALL, Christopher Scott
3208B Freedom Circle

Hill AFB, UT 84056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-8727_____

$ 61,857.42

---

**3.178 Nonpriority creditor's name and mailing address**

Ohanessian, Gregory

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-8969_____

$ Unknown

---

**3.179 Nonpriority creditor's name and mailing address**

Ojeleye, Farouk
13 Clapton Way

London, CO E5 8QE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-5983_____

$ Unknown

---

**3.180 Nonpriority creditor's name and mailing address**

Oster, Ryan
3887 MESA DR 101

OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-3992_____

$ 187,106.19

---

**3.181 Nonpriority creditor's name and mailing address**

Packer, Andrew Ira
776 n 860 n

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BG-6291_____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 37 of 58

| Debtor | Power Block Coin, LLC | Case number (if known) | 24-23041 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

Packer, Bobby Lynn
257 E 700 N

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-2854_____

$ Unknown

---

**3.183** **Nonpriority creditor's name and mailing address**

Packer, Joseph LoRell
28081 Edelweiss Court

Laguna Niguel, CA 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-4277_____

$ Unknown

---

**3.184** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-9512_____

$ Unknown

---

**3.185** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0532_____

$ Unknown

---

**3.186** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0513_____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Power Block Coin, LLC
          Name

Case number (if known)    24-23041

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.187**  **Nonpriority creditor's name and mailing address**

Parliament, Brandon
6274 222nd Ave

Echo, MN 56237

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-8987

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**

Patel, BHADRESH
2263 Sable Oaks De

Naperville, IL 60564

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 40,233.80

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-9311

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**

Pellegrino, Nicolas
5040 rue cherrier

Laval, QC H7T 0K3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0269

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**

PENGUE, MARCELLO
1700 Rue adolphe-pinard

LAVAL, QC H7M 3X7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,775.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-2440

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**

Petersen, Andrew Dodd
503 E Perry Hollow Dr

Mapleton, UT 84664

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 268,647.87

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-3226

**Is the claim subject to offset?**
✔ No
☐ Yes

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 39 of 58

Debtor ___Power Block Coin, LLC_____ Case number *(if known)*__24-23041_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 Nonpriority creditor's name and mailing address**

pina, Ivan
c/ tirant lo blanch 86

massamagrell, NV 46130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-7231_____

$ __Unknown_____

---

**3.193 Nonpriority creditor's name and mailing address**

Pineda, Eloy Amed
Via Ricardo J Alfaro

Panama, AL n/a

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-7263_____

$ __Unknown_____

---

**3.194 Nonpriority creditor's name and mailing address**

Pingle, Kanchan
Flat No.203, Jagjeevan CHS, Sector-4, Airoli

Navi Mumbai, AR 400708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0348_____

$ __Unknown_____

---

**3.195 Nonpriority creditor's name and mailing address**

Pingle, Kanchan Nain
Flat No.203, Jagjeevan CHS, Sector-4, Airoli

Navi Mumbai, AR 400708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-5878_____

$ __Unknown_____

---

**3.196 Nonpriority creditor's name and mailing address**

Pipkin, Dalton
7300 Brompton St. Apt. 5032

Houston, TX 77025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-1905_____

$ __Unknown_____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _40_of _58_

Debtor ___Power Block Coin, LLC_____ Case number *(if known)*___24-23041_____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 197   **Nonpriority creditor's name and mailing address**

plundquist, phillip
481 S. Water Way Road

Lehi, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-5716_____

$ Unknown_____

---

**3.** 198   **Nonpriority creditor's name and mailing address**

Rabbitt, William Henry
3 MOERAN ROAD

WALKINSTOWN, IL D12 XF61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-0571_____

$ Unknown_____

---

**3.** 199   **Nonpriority creditor's name and mailing address**

Rajput, Dina
3855 S McQueen Road

Chandler, AZ 85286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   IP-0393_____

$ Unknown_____

---

**3.** 200   **Nonpriority creditor's name and mailing address**

Rajput, Dina
3855 S McQueen Road

Chandler, AZ 85286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-9608_____

$ Unknown_____

---

**3.** 201   **Nonpriority creditor's name and mailing address**

Ramiro Merina, Angel
Isla Graciosa

Cordoba, CO 14011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-4177_____

$ Unknown_____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page _41_of _58_

Debtor Power Block Coin, LLC _____ Case number *(if known)* 24-23041 _____
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.202** **Nonpriority creditor's name and mailing address**

REED Jr, ROBERT Thomas
3887 MESA DR 101

OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BB-3195_____

$ 88.37

---

**3.203** **Nonpriority creditor's name and mailing address**

Retson, Tom
2300 Ocean Ridge Place

Wilmington, NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0522_____

$ Unknown

---

**3.204** **Nonpriority creditor's name and mailing address**

Retson, Tom
2300 Ocean Ridge Place

Wilmington, NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0227_____

$ Unknown

---

**3.205** **Nonpriority creditor's name and mailing address**

RIZK, JACOB
200 PALOS VERDES BLVD APT B

REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BB-7773_____

$ 7,164.84

---

**3.206** **Nonpriority creditor's name and mailing address**

Roberson, Chris Michael
417, Redwood Ln

Saint Charles, MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-2177_____

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 42 of 58

Debtor | Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.207 Nonpriority creditor's name and mailing address**

Robles, Llecenia
4226 New Hampshire Ave

Claremont, CA 91711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-4752

$ Unknown

**3.208 Nonpriority creditor's name and mailing address**

RODRIGUEZ, ALFONSO
Avenida San Luis

Madrid, MD 28033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-6928

$ Unknown

**3.209 Nonpriority creditor's name and mailing address**

Rodriguez, Gabriel
335 South Biscayne Blvd

Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  CP-0527

$ Unknown

**3.210 Nonpriority creditor's name and mailing address**

Romero, Jacob James
3449 Yogi Berra Way

Round Rock, TX 78665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-8354

$ Unknown

**3.211 Nonpriority creditor's name and mailing address**

Sanders, Timmy
118 E Bates St

Roodhouse, IL 62082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  CP-0524

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 43 of 58

Debtor _____Power Block Coin, LLC_____ Case number (if known)___24-23041___
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

SCHENONE, BRUNO
45 sw 9th st apt 3708

miami, FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0250_____

$ Unknown_____

---

**3.213** **Nonpriority creditor's name and mailing address**

Schiber, Stephen
1873 Echo Ln

Lincoln, CA 95648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-0256_____

$ Unknown_____

---

**3.214** **Nonpriority creditor's name and mailing address**

Schmidt, Christopher Thomas
1255 Brian Street

Placentia, CA 92870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BB-3453_____

$ 4,418.39_____

---

**3.215** **Nonpriority creditor's name and mailing address**

Schur, Steve Frederick
643 Valley Road

Brielle, NJ 8730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-0344_____

$ Unknown_____

---

**3.216** **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-1327_____

$ Unknown_____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 44 of 58

| Debtor | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |
|--------|----------------------|--------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0498_____

$ Unknown

---

**3.218** **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0241_____

$ Unknown

---

**3.219** **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0236_____

$ Unknown

---

**3.220** **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0250_____

$ Unknown

---

**3.221** **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0240_____

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 45 of 58

Debtor  Power Block Coin, LLC
         _____    Case number (if known)_____24-23041_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** | **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0246

---

**3.223** | **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0248

---

**3.224** | **Nonpriority creditor's name and mailing address**

Shaffer, William John
947 Golden Crest Ave.

Newbury Park, CA 91320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-7626

---

**3.225** | **Nonpriority creditor's name and mailing address**

SHOUN, JOSHUA
765 N 400 E

SPANISH FORK, UT 84660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 932.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-0812

---

**3.226** | **Nonpriority creditor's name and mailing address**

Shurland, Andrew
692 Callahan St

Pickering, ON L1W3W2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 970.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-7172

*U.S. Trustee's Exhibit 1*

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims                    page 46 of 58

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

SILLIMAN, JEFFREY
4407 Waterfall Canyon Dr.

Bakersfield , CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-5039

$ Unknown

---

**3.228** **Nonpriority creditor's name and mailing address**

Simon, Mary E
531 Via Estrada Unit O

Laguna Woods, CA 92637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-8323

$ 17,670.89

---

**3.229** **Nonpriority creditor's name and mailing address**

SIMPSON, St Jon Frazer
17/f, yeu hing building, 103 hennessy road, wanchai

hong kong, NC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-5095

$ 1,157.55

---

**3.230** **Nonpriority creditor's name and mailing address**

Smith, Mark
7335 Villiage of Lakewood

Crystal Lake, IL 60014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** IP-0534

$ Unknown

---

**3.231** **Nonpriority creditor's name and mailing address**

Snyder, Brek
2793 Deacon st

Simi Valley , CA 93065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-585

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F — Schedule E/F: Creditors Who Have Unsecured Claims — page 47 of 58

Debtor __Power Block Coin, LLC_____ Case number *(if known)*__24-23041_____
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 232   **Nonpriority creditor's name and mailing address**

Song, Zhuoyang
330 Sunny Isles Blvd

North Miami Beach, FL 33160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ __Unknown_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** IP-0499_____

**3.** 233   **Nonpriority creditor's name and mailing address**

Spisso, Daniel
Urb. Terrazas del Country, Ave Auyantepui Res.
Casablanca Apto 5D
Valencia, Carabobo Venezuela 2001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ __Unknown_____

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** CP-0528_____

**3.** 234   **Nonpriority creditor's name and mailing address**

Stevenson, Jay Alexander
45 mound road

Chesterfield, NJ S40 2rp

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ __Unknown_____

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-6018_____

**3.** 235   **Nonpriority creditor's name and mailing address**

Summers, CHLOE Rachael
4a Wharfdale Road

Poole, RI BH12 2ED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ __208.97_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-9721_____

**3.** 236   **Nonpriority creditor's name and mailing address**

SZABO-SMITH, KORI
2172 EAST 19TH STREET

OWENSBORO, KY 42303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ __1,900.68_____

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-0596_____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page _48_ of _58_

Debtor ___Power Block Coin, LLC_____ Case number (if known) _24-23041_____
         Name

| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.237** **Nonpriority creditor's name and mailing address**

Tilton, Charles
334 N Monroe ST

Kensington, KS 66951

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-5140_____

$ Unknown

---

**3.238** **Nonpriority creditor's name and mailing address**

Tilton, Samuel
433 S 720 E

American Fork, UT 84003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-2856_____

$ Unknown

---

**3.239** **Nonpriority creditor's name and mailing address**

Tilton, Shelley Lynn
433 South 720 East

American Fork, UT 84003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-9960_____

$ Unknown

---

**3.240** **Nonpriority creditor's name and mailing address**

Tilton, Tyler
433 South 720 East

American Fork, UT 84003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-7753_____

$ Unknown

---

**3.241** **Nonpriority creditor's name and mailing address**

TRACY, TIMOTHY
1803 AGNEW AVE

ALIQUIPPA, PA 15001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-9656_____

$ 692.91

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.242** **Nonpriority creditor's name and mailing address**

Tribaldos, Ricardo
San Pablo Nuevo, La Cooperativa

David, VA 426

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-3336

$ Unknown

---

**3.243** **Nonpriority creditor's name and mailing address**

Ugbe, Martins
9 Brighead Place

Montrose, KS DD10 0PA

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-9415

$ Unknown

---

**3.244** **Nonpriority creditor's name and mailing address**

Unruh, Jason
11146 E Vail Vista Ct

Tucson, AZ 85747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0288

$ Unknown

---

**3.245** **Nonpriority creditor's name and mailing address**

V B, Guru Charan Gupta
House No:45,1st floor, 4th Cross, Chamundi
Layout, Kogilu, Yelahanka

Bangalore, AK 560064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-8510

$ 1,435.75

---

**3.246** **Nonpriority creditor's name and mailing address**

van den Brink, Frank
Olieslagerspoort

Leiden, RI 2312 VX

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-2168

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 50 of 58

Debtor **Power Block Coin, LLC**
Name

Case number *(if known)* 24-23041

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.247** **Nonpriority creditor's name and mailing address**

van den Brink, Wouter
Hoekgat 26

de Zilk, RI 2191XK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-9317

$ Unknown

---

**3.248** **Nonpriority creditor's name and mailing address**

Vanommeslaeghe, Raven Jacques Monique
Langestraat 6

Wortegem-Petegem, MN 9790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-9802

$ Unknown

---

**3.249** **Nonpriority creditor's name and mailing address**

Vermeulen, Christopher David
11505 E 35th St S

Independence, MO 64052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-8844

$ Unknown

---

**3.250** **Nonpriority creditor's name and mailing address**

Wade, Anna
205 Pike St

St Charles, MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** CP-0510

$ Unknown

---

**3.251** **Nonpriority creditor's name and mailing address**

WAGGONER, LESTER Aaron
404 S BIRCH AVE

YACOLT, WA 98675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-6156

$ 500.00

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 51 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
_____
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

Wagoner Jr, Bradley
308 Haynes Street

Excelsior Springs, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0275

$ Unknown

---

**3.253** **Nonpriority creditor's name and mailing address**

Wagoner Jr, Bradley Dale
308 Haynes Street

Excelsior Springs, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BB-7801

$ 7,535.18

---

**3.254** **Nonpriority creditor's name and mailing address**

WAGONER, BRADLEY
19 DAWN AVE

EXCELSIOR SPGS, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BB-1971

$ 10,070.25

---

**3.255** **Nonpriority creditor's name and mailing address**

Ward, Matthew Scott
2673 Long Meadow Lane

Rochester Hills, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-8435

$ Unknown

---

**3.256** **Nonpriority creditor's name and mailing address**

WATSON, BREYON
3489 WOODFRONT CT

INDIANAPOLIS, IN 46222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    IP-0520

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 52 of 58

Debtor Power Block Coin, LLC
Name _____ Case number (if known) 24-23041

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257  Nonpriority creditor's name and mailing address**

weber, ann A
4461 45th avenue north

St. Petersburg, FL 33714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-0117

$ Unknown

---

**3.258  Nonpriority creditor's name and mailing address**

WEST, MARGARET Joan
2728 ASPEN CT

ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BB-9834

$ 12,727.24

---

**3.259  Nonpriority creditor's name and mailing address**

Whitsett, Brian
3407 morrison rd w

university place, WA 98466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-3549

$ Unknown

---

**3.260  Nonpriority creditor's name and mailing address**

Wijesekera, Praveen Malinfa
1303/225 Elizabeth Street

Melbourne, VA 3000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2692

$ Unknown

---

**3.261  Nonpriority creditor's name and mailing address**

Williams, Mason G
168

Lake Dr, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2664

$ Unknown

*U.S. Trustee's Exhibit 1*

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 53 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
      Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__262__** Nonpriority creditor's name and mailing address

WILTZ, DAVE
1505 DRUMHILL DR

HACIENDA HGTS, CA 91745

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   BB-1249_____

$ 4,925.53

---

**3.__263__** Nonpriority creditor's name and mailing address

Wittmeier, Richard Dean
40 Nells Lane

Hampstead, NC 28443

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   BG-9050_____

$ Unknown

---

**3.__264__** Nonpriority creditor's name and mailing address

wood, colin

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   BG-0281_____

$ Unknown

---

**3.__265__** Nonpriority creditor's name and mailing address

Woodbridge, Charles Gordon
Melrose, North Street, Marton, Marton, Marton

Rugby, WV CV23 9RJ

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   BB-2564_____

$ 13,250.77

---

**3.__266__** Nonpriority creditor's name and mailing address

Woodruff, Scott H
11327 E Sable AVe

Mesa, AZ 85212

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   BG-7881_____

$ Unknown

---

*U.S. Trustee's Exhibit 1*

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 54 of 58

Debtor _Power Block Coin, LLC_____ Case number _(if known)_ 24-23041_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267 Nonpriority creditor's name and mailing address**

York, Theodore Robert
257 E 700 N

American Fork, UT 84003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   BG-1198_____

---

**3.268 Nonpriority creditor's name and mailing address**

Zagri, Sidney
200 PALOS VERDES BLVD APT B

REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 19,726.91

Date or dates debt was incurred _____
Last 4 digits of account number   BB-1318_____

---

**3.269 Nonpriority creditor's name and mailing address**

Zhang, Xiuping
Jan brediuslaan 4

Diemen , RI 1111wp

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   BG-7276_____

---

**3.270 Nonpriority creditor's name and mailing address**

Zilka, Amy
5025 Crown St

MINNETONKA, MN 55345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0247_____

---

**3.271 Nonpriority creditor's name and mailing address**

Zilka, Amy
5025 Crown St

MINNETONKA, MN 55345

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   IP-0244_____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 55 of 58

Debtor Power Block Coin, LLC
Name
Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 272**   **Nonpriority creditor's name and mailing address**

Zulueta, Dean William
625 Winter Pl

Fernley, NV 89408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-3586_____

$ Unknown

---

**3. 273**   **Nonpriority creditor's name and mailing address**

Zuniga, Amador
300 N J st

Oxnard, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-9434_____

$ Unknown

---

**3. 274**   **Nonpriority creditor's name and mailing address**

zuntag, michael hannes
Snorrabraut 35

Reykjavik, VT 105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-7454_____

$ Unknown

---

**3. ___**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   _____

$ _____

---

**3. ___**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   _____

$ _____

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 56 of 58

Debtor  Power Block Coin, LLC
        _____
        Name

Case number (if known) 24-23041
                       _____

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Song, Zhuoyang<br>c/o Nick Kennedy - Baker McKenzie<br>1900 N. Pearl Street, Suite 1500<br>Dallas, TX, 75201 | Line 3.232<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

*U.S. Trustee's Exhibit 1*

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 57 of 58

Debtor _____ Case number *(if known)* _____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**  5a.  $ 0.00

5b. **Total claims from Part 2**  5b. **+** $ 1,679,550.68

5c. **Total of Parts 1 and 2**  5c.  $ 1,679,550.68
     Lines 5a + 5b = 5c.

*U.S. Trustee's Exhibit 1*

Official Form 206E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  page 58 of 58

| | Power Block Coin, LLC ("PBC") |
| :--: |
| Supplement To Schedule E/F: Crypto-denominated Claims |
| As of 6/20/24 |

| Line | Name | Account | Consideration | Token Type | Quantity |
| :--: | --- | --- | --- | :--: | --: |
| 1 | Aguirre, David | IP-0414 | Monies Loaned / Advanced | BTC | 0.00348825 |
| 2 | Aguirre, David | IP-0356 | Monies Loaned / Advanced | ETH | 0.0000191 |
| 3 | Aguirre, David | CP-0389 | Monies Loaned / Advanced | ETH | 1.132343 |
| 4 | Aguirre, David | IP-0229 | Monies Loaned / Advanced | USDC | 0.03823315 |
| 5 | Aguirre, David | IP-0357 | Monies Loaned / Advanced | USDT | 0.06948966 |
| 6 | Alekoglou, Konstantinos | IP-0313 | Monies Loaned / Advanced | BTC | 0.00005257 |
| 7 | Alekoglou, Konstantinos | IP-0308 | Monies Loaned / Advanced | USDT | 2327.111382 |
| 8 | Altman, Cynthia | IP-0284 | Monies Loaned / Advanced | BTC | 0.000015 |
| 9 | BHAGWAT, RAVINDRA | IP-0375 | Monies Loaned / Advanced | BTC | 0.0000895 |
| 10 | BHAGWAT, RAVINDRA | IP-0376 | Monies Loaned / Advanced | ETH | 0.000765 |
| 11 | BHAGWAT, RAVINDRA | IP-0262 | Monies Loaned / Advanced | USDC | 1.05 |
| 12 | Bjorkman, Michael | CP-0514 | Monies Loaned / Advanced | BTC | 6.014099 |
| 13 | Bjorkman, Michael | CP-0526 | Monies Loaned / Advanced | BTC | 2.806593 |
| 14 | Bjorkman, Michael | CP-0515 | Monies Loaned / Advanced | ETH | 59.816015 |
| 15 | Blomberg, Jens | IP-0396 | Monies Loaned / Advanced | USDT | 1.228069 |
| 16 | Broekemeier, Pamela | IP-0290 | Monies Loaned / Advanced | BTC | 0.00100021 |
| 17 | Brown, Jason | IP-0351 | Monies Loaned / Advanced | USDT | 0.001 |
| 18 | CARABOTT, DANIEL | IP-0263 | Monies Loaned / Advanced | BTC | 0.00000047 |
| 19 | CARLSON, DAVID | IP-0249 | Monies Loaned / Advanced | BTC | 66.07234889 |
| 20 | CARLSON, DAVID | IP-0506 | Monies Loaned / Advanced | USDC | 950003.2672 |
| 21 | Daily, Linda | IP-0233 | Monies Loaned / Advanced | BTC | 3.94867358 |
| 22 | Douglas, Robert | IP-0237 | Monies Loaned / Advanced | USDC | 0.00203362 |
| 23 | DUSTIN, CHIELI | IP-0368 | Monies Loaned / Advanced | USDC | 331654.2255 |
| 24 | DUSTIN, DAVID | IP-0369 | Monies Loaned / Advanced | USDC | 17761.41567 |
| 25 | Fischer, Carol | IP-0521 | Monies Loaned / Advanced | USDC | 62627.94463 |
| 26 | Fish, Ryan | IP-0243 | Monies Loaned / Advanced | USDT | 0.15093448 |
| 27 | Fourney, William | IP-0261 | Monies Loaned / Advanced | USDT | 50.01916496 |
| 28 | Galle, Jordy | IP-0265 | Monies Loaned / Advanced | BTC | 0.000017 |
| 29 | Gay, Nissa | CP-0512 | Monies Loaned / Advanced | BTC | 3.915543 |
| 30 | Gerritse, Chris | IP-0335 | Monies Loaned / Advanced | BTC | 0.07429298 |
| 31 | Godfrey, Ashton | CP-0326 | Monies Loaned / Advanced | ETH | 38.054819 |
| 32 | Goretzki, Oliver | IP-0239 | Monies Loaned / Advanced | BTC | 0.00005292 |
| 33 | Haiek, Alex | CP-0529 | Monies Loaned / Advanced | BTC | 1.53815205 |
| 34 | Haiek, Alex | CP-0530 | Monies Loaned / Advanced | ETH | 15.98659571 |
| 35 | Haiek, Joseph | CP-0508 | Monies Loaned / Advanced | BTC | 0.431228 |
| 36 | Hall, Robyn | IP-0347 | Monies Loaned / Advanced | ETH | 0.03146592 |
| 37 | Hefner, Jake | IP-0350 | Monies Loaned / Advanced | USDC | 2.16 |
| 38 | Hemmert, Dan | IP-0293 | Monies Loaned / Advanced | BTC | 0.26061848 |
| 39 | Hemmert, Dan | IP-0292 | Monies Loaned / Advanced | ETH | 0.00057943 |
| 40 | Jackson, Benjamin | IP-0533 | Monies Loaned / Advanced | USDT | 66.54374153 |
| 41 | JENKINS, JUSTIN | IP-0511 | Monies Loaned / Advanced | USDT | 15.762 |

*U.S. Trustee's Exhibit 1*

**Fill in this information to identify the case:**

Debtor name __Power Block Coin, LLC__

United States Bankruptcy Court for the: __District of Utah__

Case number (If known): __24-23041__          Chapter __11__

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Fireblocks quarterly clearing and settlement services (estimated) Purchaser<br><br>Through 2024 | Fireblocks Inc<br>500 7th Avenue<br><br>New York, NY, 10018 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BCH Administrative Services Agreement - BCH charges a fee of 10% of funds disbursed on PBC's behalf<br>MTM | Blue Castle Holdings Inc<br>1145 South 800 East Suite 117<br>Orem, UT, 84097 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

*U.S. Trustee's Exhibit 1*

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 1 of __1__

**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): ___24-23041___

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G**. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

*U.S. Trustee's Exhibit 1*

Official Form 206H

Schedule H: Codebtors

page 1 of __1__

**Fill in this information to identify the case:**

Debtor name _____Power Block Coin, LLC_____

United States Bankruptcy Court for the: District of Utah

Case number (If known): ___24-23041_____

❑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 MM / DD / YYYY | to Filing date | ☑ Operating a business ❑ Other | $ 686,204.54 |
| **For prior year:** | From 01/01/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 1,677,210.39 |
| **For the year before that:** | From 01/01/2022 MM / DD / YYYY | to 12/31/2022 MM / DD / YYYY | ☑ Operating a business ❑ Other | $ 6,019,423.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY | to Filing date | _____ | $ _____ |
| **For prior year:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ MM / DD / YYYY | to _____ MM / DD / YYYY | _____ | $ _____ |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **1**

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number (if known) 24-23041 |
|---|---|---|
| | Name | |

---

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Sinan Causevic<br>Creditor's name<br>2722 Hawk Ridge Court<br>Kentwood, MI 49508 | 5/31/24<br>5/15/24<br>4/29/24<br>4/15/29<br>3/29/24 | $ 15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | Top Deals Investments, Inc<br>Creditor's name<br>651 North Broad Street<br>Suite 206<br>Middletown, DE 19709 | 4/29/24<br>3/29/24 | $ 9,999.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **2**

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number (if known) 24-23041 |
|---|---|---|
| | Name | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Power Block Coin LLC v. Song | | District of Utah | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2:23- cv-00175-TC-JCB<br>_____ | | 351 S W Temple St<br>Salt Lake City, UT 84101 | |
| 7.2. | See Continuation Sheet | | See Continuation Sheet | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |

---

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **3** |
|---|---|---|

*U.S. Trustee's Exhibit 1*

Debtor    Power Block Coin, LLC       Case number *(if known)* 24-23041
      Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | | _____ | $_____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **4**

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number (if known) 24-23041 |
|---|---|---|
| | Name | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CFO Solutions dba Ampleo<br><br>**Address**<br>3300 Triumph Boulevard. Suite 100<br>Lehi, UT 84043<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>BCH | Initial advisory fees June through September 2023; Plan Agent beginning March 2024. | 06/20/24 | $ 82,680.00 |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Parsons Behle & Latimer<br><br>**Address**<br>P.O. Box 45898 Salt Lake City, UT 84145<br>Salt Lake City, UT 84145<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>BCH | Chapter 11 bankruptcy filing and advisory services | | $ 60,493.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |
|---|---|---|---|
| | Name | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:     Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **6**

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number *(if known)* 24-23041 |
|---|---|---|
| | Name | |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, email address, and other basic identifying information.

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | | Case number (*if known*) 24-23041 |
|---|---|---|---|
| | Name | | |

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Capital Community Bank<br>Name<br>1835 W. State Street,<br>Pleasant Grove, UT 84062 | XXXX–_____ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/20/2023 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

---

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number (if known) 24-23041 |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

*U.S. Trustee's Exhibit 1*

| Debtor | Power Block Coin, LLC | Case number (if known) 24-23041 |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____  To _____ |

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **10**

*U.S. Trustee's Exhibit 1*

Debtor     Power Block Coin, LLC         Case number *(if known)* 24-23041
      Name

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ <br> Name | |

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **11**

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC**     Case number *(if known)* 24-23041

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Capital Community Bank<br>Name<br>1835 W. State Street, Pleasant Grove, UT 84062 |

| Name and address |
|---|
| 26d.2.    B2C2<br>Name<br>86-90 Paul St, London EC2A 4NE, United Kingdom |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.    _____<br>Name |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **12**

*U.S. Trustee's Exhibit 1*

Debtor    Power Block Coin, LLC         Case number (if known) 24-23041
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.    _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Blue Castle Holdings Inc | 1145 South 800 East Suite 117, Orem, UT 84097 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Blue Castle Holdings Inc. | 1,400,000.00 | 8/7/2023 | August 7, 2023 Promissory Note |
| | Name | | | |
| | 1140 South 800 East Suite 117 Orem, UT 84097 | | _____ | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | Parent Co | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **13**

*U.S. Trustee's Exhibit 1*

Debtor **Power Block Coin, LLC**      Case number *(if known)* 24-23041
Name

| | Name and address of recipient | 1,768,830.05 | 9/30/23 | September 30, 2023 promisorry note |
|---|---|---|---|---|
| 30.2 | SmartFi Lending LLC | | | |
| | Name | | | _____ |
| | 1145 South 800 East | | | |
| | Suite 117 | | | _____ |
| | Orem, UT 84097 | | | |
| | | | | _____ |
| | Relationship to debtor | | | _____ |
| | Affiliate Co | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Blue Castle Holdings Inc | EIN: 27-0493734 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/04/2024
          MM / DD / YYYY

✖ /s/ Aaron Tilton           Printed name   Aaron Tilton
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **14**

*U.S. Trustee's Exhibit 1*

| Debtor Name | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Mikhail Sergeevich Tikhomirov, Gajeva 1-3/1, Novi Sad,, Serbia, | $15,000.00 | Services |
| Mikhail Fedorov, Muchnoy Street 3, Apt 40 191023, St. Petersburg, FL | $16,845.66 | Services |
| Paul Rodgers & Associates LLC, 702 Brumback,, Boise, ID 83702 | $30,000.00 | Services |
| Robert B Graber, 5526 Radell Drive SE, Salem, OR 97317 | $13,500.00 | Services |
| Brad Jones Consulting PLLC, 624 South 100 West, Orem, UT 84058 | $22,500.00 | Services |
| Microsoft Corporation, One Microsoft Way, Redmond, WA | $9,372.60 | Suppliers or vendors |
| James Graham, 268 W Hayden Circle Elk, Payson, UT 84651 | $26,875.00 | Services |
| Ampleo, 3300 N Triumph Blvd Ste 100, Lehi, UT 84043 | $67,452.50 | Services |
| Parsons Behle & Latimer, P.O. Box 45898, Salt Lake City, UT 84145 | $54,340.10 | Services |

**7) Legal Actions**

Brown et al v. Power Block Coin, LLC et al

2:23-CV-00554-CRE

Lawsuit contends that SmartFi falsely claimed its cryptocurrency was not exposed to the same risks as Bitcoin and other cryptocurrencies in part due to a 'buy back' program, which SmartFi has allegedly failed to honor. The court action contends that SmartFi has offered investors an illiquid 'Buy Back Balance' token instead of returning the money used to purchase the original cryptocurrency tokens.

Pennsylvania Western District

PA

Pending

Official Form 207                     Statement of Financial Affairs for Non-Individuals

*U.S. Trustee's Exhibit 1*

| | |
|---|---|
| Debtor Name | Power Block Coin, LLC |

Case number *(if known)* 24-23041

## Continuation Sheet for Official Form 207

-------

01-23-0003-9205

Claim on Buy Back Guarantees

American Aribration Association

Pending

-------


26d) Creditors

Fireblocks                                255 Franklin Street, Suite 1705,
                                          Boston, MA  02110

Circle Exchange                           PO Box 52235,  Boston, MA 02210


30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Aaron Tilton

381 East Siena Drive
Washington, UT 84780

Amount of money or description: $385,000.00

Dates:  - ,  - ,  -

Reason: See continuation sheet
Management Services for PowerBlock Coin

---

Name and Address:

Thomas P. Retson

2300 Ocean Ridge Place
Wilmington, NC 28405

Amount of money or description: $41,250.00

Dates:  - ,  - ,  -

Reason: See continuation sheet
COO and Consulting Services

---

*U.S. Trustee's Exhibit 1*

Official Form 207          Statement of Financial Affairs for Non-Individuals

**United States Bankruptcy Court**

IN RE:                                                              Case No. 24-23041
                                                                    _____

Power Block Coin, LLC
_____  Chapter  11
                                                                    _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Blue Castle Holdings Inc<br>1145 South 800 East Suite 117, Orem, UT 84097 | 100 | Common stockholder |

*U.S. Trustee's Exhibit 1*

**This order is SIGNED.**

**Dated: October 9, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>POWER BLOCK COIN, LLC,<br><br>       Debtor. | Bankruptcy Case No. 24-23041<br><br>Chapter 11<br><br>Judge Joel T. Marker |

### MEMORANDUM DECISION SUSTAINING OBJECTIONS
### TO DEBTOR'S SUBCHAPTER V ELECTION

With less than three hours to spare before the Subchapter V debt limit dropped from $7,500,000 to $3,024,725, the above-captioned Debtor filed a chapter 11 petition on June 20, 2024 electing to proceed under Subchapter V as an entity "that ha[d] aggregate noncontingent liquidated secured and unsecured debts" of less than $7,500,000 on the petition date. On July 4, the Debtor filed its schedules listing the vast majority of its hundreds of debts as contingent, unliquidated, or both, and with unknown amounts. On August 1, the U.S. Trustee objected to the Debtor's Subchapter V election, followed later the same day by a combined joinder and objection from Zhouyang "Mason" Song; Blockchain Recovery Investment Consortium, LLC, as Representative for the Post-Effective Date Celsius Debtors; and Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Celsius Debtors (collectively, the "Objecting Creditors"). The Court conducted a scheduling conference on August 19, which was followed by

1

*U.S. Trustee's Exhibit 2*

a Zoom evidentiary hearing on August 20 focused on the Debtor's employment of counsel (along with a payment systems motion and status conference), another Zoom hearing regarding the payment systems motion on September 12, and an in-person evidentiary hearing on September 17 focused on the objections to the Debtor's Subchapter V election, and all of those hearing records are incorporated herein by reference.[1]  After thorough consideration of the parties' submissions, oral arguments, evidence, and other matters of record, as well as an independent review of applicable law, the Court now issues this Memorandum Decision to explain why the objections to the Debtor's Subchapter V election will be sustained.[2]

## I. BACKGROUND

The Debtor, its parent Blue Castle Holdings, Inc. ("BCH") formed in 2008, its grandparent Transition Power Development, LLC ("TPD"), and its several sister entities have engaged in a number of businesses over the years with the involvement of Aaron Tilton.[3]  The Debtor was formed in December 2017 with the original purpose of helping digital asset mining customers develop commercial industrial sites, with the Debtor then deciding that the better opportunity was in lending capital to digital asset mining companies.  The Debtor eventually created the SmartFi cryptocurrency platform as an extension of its lending business while adding certain ancillary services, and it also engaged in transactions with affiliated entities SmartFi Lending, LLC and Solara Communities, LLC involving small business and real estate loans.  And since becoming

---

[1] The U.S. Trustee made an opening statement at the September 17 hearing but allowed the Objecting Creditors to take the lead on the presentation of evidence and argument.  The Objecting Creditors also briefly addressed their Motion for Immediate Appointment of Official Committee of Unsecured Creditors (docket #92) at the end of the September 17 hearing, in addition to relevant evidence and argument presented at the August 20 hearing.

[2] Since the September 17 hearing, the Clerk's office has received approximately 27 broadly similar emails from ostensible parties in interest expressing their support for Mr. Tilton, the Debtor, and the Subchapter V process as well as their displeasure with the Celsius parties in particular.  These emails were not filed on the docket in accordance with Local Rule 5005-1 and are not part of the record, nor do they present any relevant material on the eligibility issue in any event.

[3] Among other roles, Mr. Tilton is the CEO, president, and chairman of the board of BCH; a co-member with Energy Path of TPD; and the co-founder and CEO of the Debtor.

2

*U.S. Trustee's Exhibit 2*

"unbanked" in December 2023, the Debtor has had no accounts of its own and no employees; "rather, all work necessary for the operation of [the Debtor] is provided by [BCH] employees under the [Management] Services Agreement."[4]

The Debtor lists no secured claims on Schedule D, and it lists four main types of general unsecured claims on Schedule E/F—(1) SMTF token buyback guarantees that were exercised prepetition (denoted with "BB"); (2) SMTF token buyback guarantees there were not exercised prepetition (denoted with "BG"); (3) SmartINTEREST accounts involving the Debtor's obligation to pay interest to qualifying customers who placed cryptocurrency on the Debtor's platform (denoted with "IP"); and (4) crypto-backed loans involving qualifying customers who borrowed dollars from the Debtor and secured their loans with cryptocurrency (denoted with "CP").[5] There is no dispute about the first of the four categories, as all parties agree that the exercised buyback claims constitute noncontingent liquidated claims totaling $1,679,551 (rounded to the nearest dollar), and all such claims were listed accordingly on Schedule E/F. The other three categories are disputed as to contingency and/or liquidation, with all of those claims listed in "unknown" amounts (while the Debtor's March 2024 balance sheet shows more than $69 million in total liabilities[6]), but the nature of the disputes remains confusing.

To this day, the Debtor's Schedule E/F lists all BG, IP, and CP claims as unliquidated but only lists the BG claims as also being contingent. This sworn filing was echoed by Debtor's counsel in his opening statement at the September 17 hearing: "There was some issue about the .

---

[4] Tilton Declaration, docket #8, ¶ 15.
[5] Objecting Creditors' Exhibit 5, pp. 12-71; Supplement at docket #43. The Celsius-related Objecting Creditors have asserted over $133 million in preference claims against the Debtor in connection with the pending bankruptcy case of *Celsius Network LLC et al.* (case #22-10964) pending in the Bankruptcy Court for the Southern District of New York. In their initial objections, both the U.S. Trustee and the Objecting Creditors suggested that these preference claims should also be considered in determining the Debtor's Subchapter V debt-limit eligibility, but they effectively abandoned that argument both in subsequent filings and at the September 17 evidentiary hearing.
[6] Objecting Creditors' Exhibit 3, p. 4.

3

*U.S. Trustee's Exhibit 2*

. . contingent claims. There's only one category of claims here that, Your Honor, we suggest are contingent. It's not the SmartINTEREST accounts . . . . There's one category of debts that are contingent in this case, and that is the SmartFi buyback guarantee."[7] In its response to the U.S. Trustee and Objecting Creditors' objections, the Debtor asserted (with a supporting declaration from Mr. Tilton) that the IP and CP claims were both contingent and unliquidated, while the BG claims were now only contingent. But then in his closing statement at the September 17 hearing, Debtor's counsel again suggested that the Debtor's original characterization of the BG, IP, and CP claims was correct.

## II. DISCUSSION

The parties agree on the guiding principles of the debt-limit analysis. To qualify for Subchapter V on June 20, 2024, the Debtor must have had "aggregate noncontingent liquidated secured and unsecured debts . . . in an amount not more than $7,500,000 (excluding debts owed to 1 or more affiliates or insiders)," and the Debtor bears the ultimate burden of proof by a preponderance of the evidence.[8] "In considering eligibility, it is appropriate for a court to rely primarily upon a debtor's schedules and proofs of claim, checking only to see if these documents were filed in good faith. In so doing, however, the court should neither place total reliance upon a debtor's characterization of a debt nor rely unquestionably on a creditor's proof of claim, for to do so would place eligibility in control of either the debtor or the creditor. Therefore, at a hearing on eligibility, the court should canvass and review the debtor's schedules and proofs of claim, as

---

[7] September 17 Hearing Recording at 10:47:08-10:48:04 AM.
[8] *In re Bridle Path Partners, LLC*, Case No. 23-23960, 2024 WL 86601, at *3 (Bankr. D. Utah Jan. 8, 2024) (Anderson, C.J.) (citing *In re Offer Space, LLC*, 669 B.R. 299, 304 (Bankr. D. Utah 2021) (Thurman, J.))

*U.S. Trustee's Exhibit 2*

well as other evidence offered by a debtor or the creditor to decide only whether the good faith, facial amount of the debtor's liquidated and non-contingent debts exceed statutory limits."[9]

"A debt is noncontingent when all events giving rise to liability occurred prior to the debtor's filing for bankruptcy. Only if liability relies on some future extrinsic event which may never occur will the debt be held to be contingent."[10] In turn, "whether a debt is liquidated turns on whether the amount is readily determinable . . . . The amount of debt is readily determinable only if the process of determining the claim is fixed, certain, or otherwise determined by a specific standard. On the other hand, if the value of the claim depends on a future exercise of discretion, not restricted by specific criteria, the claim is unliquidated . . . . The key factor for determining whether a debt is liquidated or unliquidated is whether the debt is subject to a simple mathematical computation or ascertainable by reference to an agreement."[11] A dispute about a claim is generally insufficient to render it contingent or unliquidated.[12] And a creditor's subsequent failure to file a proof of claim is irrelevant to the petition date eligibility of a Subchapter V debtor.[13]

## A. Buyback Guarantees

Here, the eligibility analysis begins with an agreed noncontingent liquidated debt amount of $1,679,551 based on the BB claims for exercised SMTF token buyback guarantees, and the Court can quickly dispose of the Objecting Creditors' argument on the BG claims for unexercised buyback guarantees. Although the Debtor conceded at certain points that some or all of the BG claims could be liquidated with extensive effort, the Debtor presented sufficient evidence and

---

[9] *In re Adams*, 373 B.R. 116, 121 (10th Cir. BAP 2007) (internal quotes and citations omitted); *In re Heart Heating and Cooling, LLC*, Case No. 23-13019, 2024 WL 1228370, at *10-11 (Bankr. D. Colo. Mar. 21, 2024) (McNamara, J.); *In re Salazar*, 348 B.R. 559, 564-66 (Bankr. D. Colo. 2006) (Tallman, J.). For this reason, the Court rejects the Objecting Creditors' argument that the Debtor's failure to object to filed claims is dispositive on the eligibility issue.
[10] *Heart Heating*, 2024 WL 1228370 at *9 (internal quotes and citations omitted).
[11] *Adams*, 373 B.R. at 119-20 (internal quotes and citations omitted).
[12] *Id.* at 120.
[13] *Heart Heating*, 2024 WL 1228370 at *19-20.

*U.S. Trustee's Exhibit 2*

argument regarding the unique nature of the BG claims to overcome the Objecting Creditors' objection and meet its burden of proof. In particular, on top of the general SmartFi Terms of Use in Debtor's Exhibit 4, Debtor's Exhibit 3 lays out several restrictions on the buyback guarantee program that go well beyond the simple requirement for some type of demand, including that the claimant must be an original purchaser from specified exchanges, must register the purchase from a partner exchange within 10 days, and must hold the token on SmartFi's platform for at least a year. So while some or potentially even all of the BG claims might be considered liquidated, the Objecting Creditors did not develop this point regarding which claimants might qualify for the buyback guarantee or the amount of claims that they might hold. For similar reasons on the issue of contingency, there is also no meaningful way on this record to distinguish between the claimants who may not even qualify for the buyback guarantee versus those who may have simply failed to make a formal buyback request via the filing of a proof of claim or otherwise. As such, the Court finds that the BG claims do not count toward the Debtor's debt limit.[14] This only leaves the IP claims for SmartINTEREST accounts and the CP claims for crypto-backed loans—including Mr. Song's unique claim in this category—and the Court will address each in turn.

**B.      SmartINTEREST Accounts**

Even now, the precise nature and terms of the SmartINTEREST accounts are unclear. At various times the Debtor has generally described its view of the SmartINTEREST accounts,[15] but unlike the buyback guarantees and the crypto-backed loans,[16] the Court was never presented with any specific terms or "agreement governing the SmartINTEREST accounts" (as referenced in the

---

[14] Although the Debtor's plan was not filed until September 18 (docket #184 as corrected on September 19 at docket #185) and was thus not discussed on the record except in broad strokes, the Court notes that the Debtor proposes to allow potentially eligible BG claimants to vote on the plan and either keep their tokens or, after an eligibility analysis, receive an allowed general unsecured claim in exchange for their tokens.

[15] *See, e.g.*, Debtor's Response at docket #125, ¶¶ 5-6.

[16] *See, e.g.*, Debtor's Exhibit 3 (SmartFi Buy Back Guarantee terms) and Objecting Creditors' Exhibit 28 (Mr. Song's January 2, 2023 crypto-backed loan agreement).

*U.S. Trustee's Exhibit 2*

Debtor's response) beyond certain parts of the SmartFi Terms of Use—which, according to Mr. Tilton's testimony, broadly govern "virtually everything that can be transacted" with the Debtor.[17] And in his opening statement at the September 17 hearing, Debtor's counsel curiously referred to both the SmartINTEREST accounts and the crypto-backed loans as "demand account[s] with a big asterisk" as well as "absolute obligation[s] but . . . not absolute in time."[18]

Taking the Debtor's sworn Schedule E/F at face value, the Debtor asserts only that the SmartINTEREST accounts (*i.e.*, the IP claims) are unliquidated, but a demand account is not unliquidated regardless of any alleged asterisk, and an absolute obligation is precisely that. The Debtor's argument is primarily based on the SmartFi Terms of Use, which not only allow the Debtor to use SmartINTEREST account and crypto-backed loan cryptocurrency for its own purposes subject to potential gain or loss, but also purport to allow the Debtor to delay the return of cryptocurrency "almost indefinitely" based on its own assessment of available liquidity and other factors.[19] Simply put, the Debtor has to hope that it has the ability to go back into the market and purchase the relevant cryptocurrency at any particular point in time. But regardless of when the Debtor is obligated to return the cryptocurrency, the underlying obligation is readily determinable by simple mathematical computation on the petition date by multiplying the amount of the relevant cryptocurrency by the appropriate spot price on the petition date. In fact, the Debtor did precisely this in its proposed plan, arriving at nearly the exact same aggregate claim amount as proposed by the Objecting Creditors ($28,435,325 vs. $28,313,975).

The result is the same even if the Court considers the Debtor's subsequent contingency argument. Again, no SmartINTEREST agreement has been presented to the Court, there was no

---

[17] September 17 Hearing Recording at 12:44:35-12:44:40 PM.
[18] *Id.* at 10:53:43-10:54:30 AM.
[19] *Id.*

*U.S. Trustee's Exhibit 2*

evidence or argument regarding any special restrictions or requirements for return of the SmartINTEREST account holders' cryptocurrency, and the only apparent "contingency" relates to the Debtor's ability and willingness to actually return the cryptocurrency rather than any future extrinsic event that is necessary to establish the Debtor's liability. The Debtor has accordingly failed to meet its burden to show that these debts were unliquidated on the petition date, and they alone push the Debtor well over the applicable debt limit.

## C.  Crypto-Backed Loans

As previously discussed, the 16 outstanding crypto-backed loans (*i.e.*, the CP claims) have many of the same features as the SmartINTEREST accounts, namely the Debtor's ability to use borrowers' cryptocurrency for its own purposes, its purported ability to defer the return of cryptocurrency, and its listing of the CP claims on Schedule E/F only as unliquidated but not contingent. All of the 16 remaining loans are in default, and most of the loan balances are in relatively modest four- and five-figure amounts.[20] The only twist is that the borrowers are allegedly required to pay off their loans before the Debtor is required to return their cryptocurrency.[21] Viewed in this frame, the Court has little trouble concluding for similar reasons that the CP claims are liquidated. The loan balances and cryptocurrency spot prices on the petition date are known, the Debtor's acting CFO Brad Jones testified that the Debtor has not demanded the repayment of any of the defaulted loans (with the apparent exception of suing Mr. Song),[22] and the net amount owed to CP claimants is readily determinable via mathematical computation and the relevant loan agreements. In fact, the Debtor did precisely this in its proposed plan, arriving at an aggregate claim amount of $28,499,416 (83% of which consists of Mr. Song's claim) versus

---

[20] Objecting Creditors' Exhibit 50.
[21] *See, e.g.*, Objecting Creditors' Exhibit 28 at p. 13 of 24, ¶ 4 ("Upon Borrower's repayment of this Note in full, Lender will deliver the Collateral to Borrower's Wallet.").
[22] September 17 Hearing Recording at 2:01:33-2:01:40 PM.

8

*U.S. Trustee's Exhibit 2*

the Objecting Creditors' proposed $33,950,275. This amount also pushes the Debtor well over the applicable debt limit.

The more interesting question involves the Debtor's subsequent argument that the Debtor's obligation to return cryptocurrency is contingent upon the borrowers' loan repayment, but again the result is the same. Whatever merit the argument may have with respect to the 15 other borrowers who neither repaid their loans nor were pursued by the Debtor between their loans' maturity dates and the Debtor's petition date, the argument holds less sway with the uniquely positioned Mr. Song, and the Objecting Creditors focused the bulk of their presentation on Mr. Song's claim specifically. After a years-long relationship between the Debtor and Mr. Song involving around 30 new or rolled-over loans, the Debtor promptly sued him in state court in February 2023 after his most recent loan had defaulted on February 2 (and after he had paid $1 million to the Debtor on January 30). Mr. Song removed the action to federal court and asserted various counterclaims, and on December 5, 2023, U.S. District Judge Tena Campbell issued an Order and Memorandum Decision Denying in Part Plaintiff's Motion to Dismiss Counterclaims and Denying Defendant's Motion for Preliminary Injunction that contains helpful background along with certain findings and conclusions that are relevant to the Debtor's eligibility inquiry.[23]

This Court is accordingly not writing on a clean slate, and this Court's role is to canvass the available evidence rather than to resolve any underlying dispute. Although some of the District Court's discussion came in the context of a motion to dismiss under Rule 12(b)(6) for failure to state a claim, which obviously assumes the truth of well-pled factual allegations and heavily favors the non-moving party, the District Court stated in the less hospitable preliminary injunction portion of the ruling that "[m]ost importantly, the court finds that Mr. Song has shown a substantial

---

[23] Objecting Creditors' Exhibit 27.

9

*U.S. Trustee's Exhibit 2*

likelihood of success on his assertion of the equitable right of setoff. Even if the court finds for [the Debtor] on its breach of contract claim and against Mr. Song on all his counterclaims, the judgment for damages will likely be the same (other than potential differences in the awards for interest, attorney's fees, and costs). The court will set off the outstanding loan balance of $3.4 million that Mr. Song owes [the Debtor]—and which [the Debtor] may claim as damages for Mr. Song's breach of contract—against the value of the collateral that [the Debtor] must return to Mr. Song, as required under the contract and as a matter of equity. Therefore, unless the value of Bitcoin drops substantially, the judgment award will be in favor of Mr. Song."[24]

Although obviously not a final determination of the parties' respective claims on the merits, this is nevertheless a meaningful statement of the District Court's view of the dispute, and more to the immediate point, an indication that some amount of Mr. Song's claim is neither contingent nor unliquidated. The District Court indicated that Mr. Song is likely to be a net winner even if all of his counterclaims fail and established a simple computation rubric for that number well before the petition date. The main remaining variable is thus the valuation date for Mr. Song's Bitcoin collateral, but the evidence presented at the September 17 hearing indicates that all of the possible dates suggested by Debtor's counsel—the February 2, 2023 default date; March 10, 2023 demand date; June 20, 2024 petition date; and August 27, 2024 proof of claim filing date—would result in a net award that would exceed the Subchapter V eligibility cap.[25]

---

[24] *Id.* at p. 24.

[25] The value of Bitcoin on the default date is referenced in Objecting Creditors' Exhibit 29, and Debtor's counsel referred to the proof of claim filing date value as likely the "high point." The Debtor also conceded that setting off Mr. Song's loan against the petition date value of Bitcoin would also exceed the debt limit, and no evidence or argument was presented that the demand date value was meaningfully different from the default date value. As discussed at the September 17 hearing, the possible amounts for Mr. Song's claim using these values range from approximately $7 million to $26.5 million.

*U.S. Trustee's Exhibit 2*

### III. CONCLUSION

For the reasons discussed above, the Court determines that the Debtor is not eligible to proceed under Subchapter V because the Debtor's aggregate noncontingent liquidated debts as of the petition date exceeded $7,500,000. Accordingly, the Court strikes the Debtor's Subchapter V designation, and this case will proceed as a standard Chapter 11 case. The Objecting Creditors' Motion for Immediate Appointment of Official Committee of Unsecured Creditors is denied as moot. The Court will enter a separate Order in accordance with this Memorandum Decision.

----------------------------------------END OF DOCUMENT----------------------------------------

*U.S. Trustee's Exhibit 2*

_____ooo0ooo_____
**SERVICE LIST**

Service of the foregoing **MEMORANDUM DECISION SUSTAINING OBJECTIONS TO DEBTOR'S SUBCHAPTER V ELECTION** will be effected only via ECF.

*U.S. Trustee's Exhibit 2*

securing each Crypto-Backed Loan. Using this methodology, the Allowed Claims for the Crypto-Backed Loans will be Allowed as General Unsecured Claims as follows:

| Creditor Name | Crypto-Currency | Amount Held | Value of Collateral | Less Loan Balance | Allowed Claim |
|---|---|---|---|---|---|
| Wade, Anna | BTC | 0.955256 | $61,927.97 | $11,400.77 | $50,527.20 |
| Pangman, William | BTC | 6.298567 | $408,327.66 | $74,257.00 | $334,070.66 |
| Spisso, Gonzales D | ETH | 712.5166462 | $2,501,710.07 | $469,038.62 | $2,032,671.45 |
| Aguirre, David | ETH | 1.132343 | $3,975.76 | $1,140.00 | $2,835.76 |
| Haiek, Alex | BTC | 0.431228 | $27,955.93 | $5,663.79 | $22,292.14 |
| Rodriguez, Gabriel | BTC | 19.745846 | $1,280,096.74 | $223,890.51 | $1,056,206.23 |
| Haiek, Alex | BTC | 1.53815205 | $99,716.34 | $25,392.40 | $74,323.94 |
| Haiek, Alex | ETH | 15.98659571 | $56,130.38 | $14,326.00 | $41,804.38 |
| Gay, Nissa | BTC | 3.915543 | $253,839.41 | $64,785.60 | $189,053.81 |
| Pangman, William | BTC | 5.602821 | $363,223.38 | $56,529.87 | $306,693.51 |
| Bjorkman, Michael | ETH | 59.816015 | $210,019.41 | $69,497.28 | $140,522.13 |
| Godfrey, Ashton | ETH | 38.054819 | $133,613.89 | $23,708.15 | $109,905.74 |
| Sanders, Timmy | BTC | 0.05138746 | $3,331.38 | $1,160.00 | $2,171.38 |
| Bjorkman, Michael | BTC | 2.806593 | $181,947.66 | $58,896.00 | $123,051.66 |
| Song, Zhuoyang | BTC | 433.9274 | $28,130,931.88 | $3,407,408.17 | $23,723,523.71 |
| Bjorkman, Michael | BTC | 6.014099 | $389,885.98 | $100,123.20 | $289,762.78 |
| | | | $34,106,633.83 | Total: | $28,499,416.47 |

Notwithstanding this procedure, the Debtor and any party in interest would still have the right to object to any Claim until the expiration of the Claims Objection Deadline.

(c) **Claims for Return of Assets on SmartINTEREST Accounts**

Similarly, by this Plan and upon entry of the Confirmation Order, the Debtor proposes to Allow Claims for SmartINTEREST Accounts by taking the outstanding balance in U.S. dollars owed to the Debtor on the Petition Date and subtracting that amount from the product of the U.S. dollar value of the cryptocurrency collateral (using the value of $3,511.09 per ETH and $64,828.66 per BTC and $1.00 for stablecoins) securing each Crypto-Backed Loan. Using this methodology, the Allowed Claims for the Crypto-Backed Loans will be as General Unsecured Claims as follows:

| Creditor | Crypto-currency | Amount Held | Allowed USD Claim |
|---|---|---|---|
| USDC | Aguirre, David | 0.03823315 | $0.04 |
| ETH | Aguirre, David | 0.0000191 | $0.07 |
| USDT | Aguirre, David | 0.06948966 | $0.07 |
| BTC | Aguirre, David | 0.00348825 | $226.14 |
| BTC | Alekoglou, Konstantinos | 0.00005257 | $3.41 |
| USDT | Alekoglou, Konstantinos | 2327.123953 | $2,327.12 |
| BTC | Altman, Cynthia | 0.000015 | $0.97 |
| USDC | Bhagwat, Ravindra | 1.05 | $1.05 |

17

4855-7829-9286

U.S. Trustee's Exhibit 3

| | | | |
|---|---|---|---|
| ETH | Bhagwat, Ravindra | 0.000765 | $2.69 |
| BTC | Bhagwat, Ravindra | 0.0000895 | $5.80 |
| USDT | Blomberg, Jens | 1.228069 | $1.23 |
| BTC | Broekemeier, Pamela | 0.00100021 | $64.84 |
| USDT | Brown, Jason | 0.001 | $0.00 |
| BTC | Carabott, Daniel | 0.00000047 | $0.03 |
| USDC | Carlson, David | 950008.3991 | $950,008.40 |
| BTC | Carlson, David | 66.07235617 | $4,283,382.31 |
| BTC | Daily, Linda | 3.948674 | $255,987.24 |
| USDC | Douglas, Robert | 0.00203362 | $0.00 |
| USDC | Dustin, Chieli | 331656.0171 | $331,656.02 |
| USDC | Dustin, David | 17761.51162 | $17,761.51 |
| USDC | Fischer, Carol | 62628.28294 | $62,628.28 |
| USDT | Fish, Ryan | 0.15093448 | $0.15 |
| USDT | Fourney, William | 50.06729611 | $50.07 |
| BTC | Galle, Jordy | 0.000017 | $1.10 |
| BTC | Gerritse, Chris | 0.07429298 | $4,816.31 |
| BTC | Goretzki, Oliver | 0.00005292 | $3.43 |
| ETH | Hall, Robyn | 0.03146599 | $110.48 |
| USDC | Hefner, Jake | 2.16 | $2.16 |
| ETH | Hemmert, Dan | 0.00057943 | $2.03 |
| BTC | Hemmert, Dan | 0.26061855 | $16,895.55 |
| USDT | Jackson, Benjamin | 66.54410105 | $66.54 |
| USDT | Jenkins, Justin | 15.762 | $15.76 |
| USDC | Jones, Brad | 25750.0087 | $25,750.01 |
| BTC | Lambert, Lance | 0.00029565 | $19.17 |
| ETH | Lee, Michael | 0.00034536 | $1.21 |
| USDC | Leyba, James | 90.71704282 | $90.72 |
| ETH | Moroz, Tatiana | 0.0348837 | $122.48 |
| BTC | Moroz, Tatiana | 0.00296518 | $192.23 |
| USDC | Nelson, Mark | 54072.9701 | $54,072.97 |
| ETH | Pellegrino, Nicolas | 0.00000093 | $0.00 |
| USDT | Pingle, Kanchan | 1.08816155 | $1.09 |
| BTC | Rajput, Dina | 0.00000001 | $0.00 |
| USDT | Retson, Tom | 75.80068905 | $75.80 |
| USDC | Retson, Tom | 21388.281 | $21,388.28 |
| ETH | Schenone, Bruno | 0.00053034 | $1.86 |
| ETH | Scribner, Douglas | 26.1205308 | $91,711.53 |
| USDC | Scribner, Douglas | 108086.3865 | $108,086.39 |
| BTC | Scribner, Douglas | 4.3480919 | $281,880.97 |
| USDC | Scribner, Douglas | 2723015.647 | $2,723,015.65 |
| ETH | Scribner, Douglas | 1600.191907 | $5,618,417.80 |

18

4855-7829-9286

*U.S. Trustee's Exhibit 3*

| BTC | Scribner, Douglas | 163.3021247 | $10,586,657.92 |
| USDC | Smith, Mark | 23453.7772 | $23,453.78 |
| USDT | Unruh, Jason | 0.21364953 | $0.21 |
| BTC | Wagoner Jr, Bradley | 0.00000001 | $0.00 |
| BTC | Watson, Breyon | 0.00243042 | $157.56 |
| USDC | Zilka, Amy | 20534.66213 | $20,534.66 |
| BTC | Zilka, Amy | 45.56120383 | $2,953,671.79 |
| | | **Total:** | **$28,435,324.88** |

Notwithstanding this procedure, the Debtor and any party in interest would still have the right to object to any Claim until the expiration of the Claims Objection Deadline.

### (d) SMTF Buyback Guarantee Claims

The Debtor is party to certain repurchase agreements in connection with the sale of digital tokens known as SmartFi Tokens ("**SMTFs**"). The repurchase obligations arise from the agreement, contained in the online terms of the Debtor's SMTF Buy Back Guarantee (the "**BBGs**"). The BBGs extend only to the original SMTF purchasers, repurchase must be requested by that original purchaser during certain time periods, the original purchaser must have registered the SMTF within 10 days of original purchase, and the original purchaser must have maintained its SMTF on SmartFi's cryptocurrency platform through the date that it made its request. Further, the BBG requires the SMTF purchaser to surrender its SMTFs to SmartFi in exchange for their money back. In total, SmartFi sold or gave away $5,904,907 of SMTFs with a total potential repurchase obligation of that same amount. Prior to the Petition Date, the Debtor paid $1,445,359 in BBGs, leaving a potential liability of $4,459,548 in BBG obligations.

Prior to the Petition Date, a total of $1,679,550.68 worth of SMTF BBGs had been validly exercised and had not been paid by SmartFi. (Schedule E/F, ECF 39.) Under the terms of this Plan, these claims, as set forth in the Schedules in this amount will be Allowed as General Unsecured Claims.

The Brown and Albers plaintiffs purchased in the secondary market or obtained for services (some of which were never provided), and thus are not eligible for return under the BBG. (*See* Section 2.2, above.) The Brown plaintiffs filed Proofs of Claim Nos. 4 and 5 in the amount of $10,000 and $1,858,261.46, respectively. The Debtor will object to the Brown plaintiffs' Claims and anticipates that they will be disallowed. To the extent that they are Allowed, they will be properly classified and treated under the Plan.

Michael Alber filed Proof of Claim No. 6 in the amount of $370,120.73. The Debtor will object to the Alber Claim and anticipates that it will be Disallowed. To the extent that it is Allowed, it will be properly classified and treated under the Plan.

After accounting for the BBGs that were repaid pre-Petition Date ($1,445,359), the validly exercised BBGs that were listed in the Debtor's Schedule E/F ($1,679,550.68), and the SMTFs allegedly held by the Brown and Alber plaintiffs ($10,000, $1,858,261.46, and $370,120.73, respectively), the remaining total potential BBGs is only $911,735.86.

19

4855-7829-9286

**U.S. Trustee's Exhibit 3**

## Exhibit A

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totals $279,085 CAD with an estimated USD value of $202,360.15 USD. Value was calculated using October 17, 2024 FX Rate of 1 CAD = $0.73USD. The other check totals $6,430 USD.

The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.

## Exhibit B

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has been notified that no pre-petition debt payments can be made without prior approval from the court.

*U.S. Trustee's Exhibit 4*

## Exhibit A

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

　　Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totals $279,085 CAD with an estimated USD value of $202,360.15 USD. Value was calculated using October 17, 2024 FX Rate of 1 CAD = $0.73USD. The other check totals $6,430 USD.

　　The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.  The Debtor believes that it will have a solution to this issue very shortly.

## Exhibit B

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

　　Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

　　Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has since been notified that no pre-petition debt payments can be made without prior approval from the court.

*U.S. Trustee's Exhibit 4*

## *Exhibit A*

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totaled $279,085 CAD, the actual funds received on December 16, 2024, totaled USD $192,986.03. The remaining check totaled USD $6,430 but hasn t been deposited.

The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.

## *Exhibit B*

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has been notified that no pre-petition debt payments can be made without prior approval from the court.

*U.S. Trustee's Exhibit 4*

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Utah

In Re. Power Block Coin, LLC

§
§
§
§

Debtor(s)

Case No.   24-23041

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2025

Petition Date: 06/20/2024

Months Pending: 8

Industry Classification: | 5 | 2 | 2 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):                                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒          Statement of cash receipts and disbursements
☒          Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒          Statement of operations (profit or loss statement)
☐          Accounts receivable aging
☐          Postpetition liabilities aging
☐          Statement of capital assets
☐          Schedule of payments to professionals
☐          Schedule of payments to insiders
☒          All bank statements and bank reconciliations for the reporting period
☐          Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Aaron Tilton

Signature of Responsible Party

03/20/2025

Date

Aaron Tilton

Printed Name of Responsible Party

1145 S. 800 E. Suite 117 Orem, UT 84097

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021)

1

Debtor's Name Power Block Coin, LLC | Case No. 24-23041

| **Part 1: Cash Receipts and Disbursements** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $10,158 | $402,072 |
| c. Total disbursements (net of transfers between accounts) | $2,021 | $208,036 |
| d. Cash balance end of month (a+b-c) | $8,136 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,021 | $208,036 |

| **Part 2: Asset and Liability Status**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory ( Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d Total current assets | $28,645,685 |
| e. Total assets | $28,692,589 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $77,404,019 |
| n. Total liabilities (debt) (j+k+l+m) | $77,404,019 |
| o. Ending equity/net worth (e-n) | $-48,711,430 |

| **Part 3: Assets Sold or Transferred** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| **Part 4: Income Statement (Statement of Operations)**<br>(Not generally applicable to Individual Debtors. See Instructions.) | **Current Month** | **Cumulative** |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $140,565 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $140,565 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $2,021 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $55,669 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $82,874 | $433,048 |

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021) 2

Debtor's Name  Power Block Coin, LLC                                              Case No.  24-23041

**Part 5:  Professional Fees and Expenses**

|     |                         |                       | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|-----|-------------------------|-----------------------|------------------------|---------------------|--------------------|-----------------|
| a.  | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $16,895 | $16,895 | $16,895 | $16,895 |
|     | *Itemized Breakdown by Firm* | | | | | |
|     | Firm Name | Role | | | | |
| i   | Ampleo | Financial Professional | $16,895 | $16,895 | $16,895 | $16,895 |
| ii  | Parson, Behle, & Latimer | Lead Counsel | $0 | $0 | $0 | $0 |
| iii |  | | | | | |
| iv  |  | | | | | |
| v   |  | | | | | |
| vi  |  | | | | | |
| vii |  | | | | | |
| viii|  | | | | | |
| ix  |  | | | | | |
| x   |  | | | | | |
| xi  |  | | | | | |
| xii |  | | | | | |
| xiii|  | | | | | |
| xiv |  | | | | | |
| xv  |  | | | | | |
| xvi |  | | | | | |
| xvii|  | | | | | |
| xviii|  | | | | | |
| xix |  | | | | | |
| xx  |  | | | | | |
| xxi |  | | | | | |
| xxii|  | | | | | |
| xxiii|  | | | | | |
| xxiv|  | | | | | |
| xxv |  | | | | | |
| xxvi|  | | | | | |
| xxvii|  | | | | | |
| xxviii|  | | | | | |
| xxix|  | | | | | |
| xxx |  | | | | | |
| xxxi|  | | | | | |
| xxxii|  | | | | | |
| xxxiii|  | | | | | |
| xxxiv|  | | | | | |
| xxxv|  | | | | | |
| xxxvi|  | | | | | |

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021)                                    3

Debtor's Name  Power Block Coin, LLC                                            Case No.  24-23041

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

**U.S. Trustee's Exhibit 5**

Debtor's Name  Power Block Coin, LLC                                      Case No.  24-23041

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021)                                   5

Debtor's Name  Power Block Coin, LLC                                                     Case No.  24-23041

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021)

Debtor's Name  Power Block Coin, LLC                                                    Case No.  24-23041

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

*U.S. Trustee's Exhibit 5*

UST Form 11-MOR (12/01/2021)

Debtor's Name Power Block Coin, LLC                                      Case No. 24-23041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ⊙

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ⊙

c. Were any payments made to or on behalf of insiders? — Yes ○ No ⊙

d. Are you current on postpetition tax return filings? — Yes ⊙ No ○

e. Are you current on postpetition estimated tax payments? — Yes ⊙ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ⊙ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ⊙ No ○

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ⊙ No ○ N/A ○

i. Do you have: Worker's compensation insurance? — Yes ○ No ⊙
   If yes, are your premiums current? — Yes ○ No ○ N/A ⊙ (if no, see Instructions)
   Casualty/property insurance? — Yes ○ No ⊙
   If yes, are your premiums current? — Yes ○ No ○ N/A ⊙ (if no, see Instructions)
   General liability insurance? — Yes ○ No ⊙
   If yes, are your premiums current? — Yes ○ No ○ N/A ⊙ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ⊙ No ○

k. Has a disclosure statement been filed with the court? — Yes ⊙ No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ⊙ No ○

**U.S. Trustee's Exhibit 5**

Debtor's Name  Power Block Coin, LLC                                                    Case No.  24-23041

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Aaron Tilton

Signature of Responsible Party

CEO

Title

Aaron Tilton

Printed Name of Responsible Party

03/20/2025

Date

### U.S. Trustee's Exhibit 5

Debtor's Name  Power Block Coin, LLC                                    Case No.  24-23041

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

*U.S. Trustee's Exhibit 5*

Debtor's Name  Power Block Coin, LLC

Case No. 24-23041



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

U.S. Trustee's Exhibit 5

UST Form 11-MOR (12/01/2021)

Debtor's Name Power Block Coin, LLC          Case No. 24-23041



PageThree



PageFour

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Profit & Loss**
**July 2024 - February 2025**

| | July 24 | Aug 24 | Sept 24 | Oct 24 | Nov 24 | Dec 24 | Jan 25 | Feb 25 |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Transaction Fee | 2,735.00 | 45.00 | 281.00 | 29.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Smart Loan Interest Income | 67,895.58 | 67,893.57 | 65,705.00 | 67,893.56 | 65,705.40 | 67,893.57 | 67,893.57 | 61,323.22 |
| Real Estate Loan Income | 71,506.85 | 73,890.36 | 71,506.85 | 73,890.41 | 71,506.85 | 73,890.41 | 73,890.41 | 66,739.73 |
| BCH Loan Interest | 3,902.04 | 3,906.31 | 3,673.94 | 3,778.65 | 3,660.96 | 6,009.04 | 6,009.04 | 7,074.25 |
| Smartfi Lending Interest | 6,009.04 | 6,009.04 | 5,815.33 | 6,009.18 | 5,815.33 | 3,795.93 | 3,791.76 | 5,427.64 |
| **Total Income** | 152,048.51 | 151,744.28 | 146,982.12 | 151,600.80 | 146,688.54 | 151,588.95 | 151,584.78 | 140,564.84 |
| **Gross Profit** | | 151,744.28 | 146,982.12 | 151,600.80 | 146,688.54 | 151,588.95 | 151,584.78 | 140,564.84 |
| **Expense** | | | | | | | | |
| Interest Expense | 49,152.00 | 46,872.00 | 57,597.00 | 47,286.00 | 58,971.57 | 56,830.00 | 58,717.48 | 55,669.00 |
| Management Services Fee | 33,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Service Charges | 25.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consulting Fees | 8,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation Expense | 460.25 | 460.25 | 0.00 | 460.25 | 460.25 | 460.25 | 0.00 | 0.00 |
| Dues and Subscriptions | 12,706.97 | 900.65 | 1,500.00 | 2,400.95 | 0.00 | **2,400.95** | 1,075.60 | 174.95 |
| Management Fees | 10,735.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outside Services** | | | | | | | | |
| Contracted Labor | 16,958.00 | 13,358.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Outside Services** | 16,958.00 | 14,719.23 | 1,500.00 | 2,861.20 | 460.25 | 2,861.20 | 1,075.60 | 174.95 |
| **Payroll Expenses** | 23,160.41 | 14,719.23 | 1,500.00 | 2,861.20 | 460.25 | 2,861.20 | 1,075.60 | 174.95 |
| **Professional Fees** | | | | | | | | |
| Accounting and Audits | 12,500.00 | 5,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | **2,500.00** | 1,485.78 | 1,846.40 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Professional Fees** | 12,500.00 | 5,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 1,485.78 | 1,846.40 |
| **Total Expense** | 167,698.03 | 82,671.36 | 61,597.00 | 52,647.20 | 61,931.82 | 62,191.20 | 61,278.86 | 57,690.35 |
| **Net Ordinary Income** | -167,698.03 | 69,072.92 | 85,385.12 | 98,953.60 | 84,756.72 | 89,397.75 | 90,305.92 | 82,874.49 |
| **Net Income** | -167,698.03 | 69,072.92 | 85,385.12 | 98,953.60 | 84,756.72 | 89,397.75 | 90,305.92 | 82,874.49 |

\* All of these numbers are just accruals. No cash is received or paid out.

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Balance Sheet**
**As of February 28, 2025**

| | Power Block Coin LLC |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|     **Total Checking/Savings** | 0.00 |
|     **Other Current Assets** | |
|       **Loan Receivable Smartfi Lending** | **1,869,045.89** |
|       **Loan Receivable - BCH** | |
|         **Loan Receivable/BCH 2** | **1,195,707.76** |
|       **Total Loan Receivable - BCH** | 1,195,707.76 |
|       **Loan Receivable  Commercial** | **17,400,000.00** |
|       **Interest Receivable** | |
|         **Interest Receivable  - Crypto Loans** | **1,120,787.92** |
|         **Interest Receivable - Real Estate** | **2,567,095.89** |
|       **Prepaid Expenses** | 2,817.50 |
|       **Loan Receivable** | **4,490,230.00** |
|       **Due from Power Block Coin** | 0.00 |
|     **Total Other Current Assets** | 28,645,684.96 |
|   **Total Current Assets** | 28,645,684.96 |
|   **Fixed Assets** | |
|   **Total Fixed Assets** | 5,626.50 |
|   **Other Assets** | |
|     **Total Collateral Inventory** | 41,278.03 |
|   **Total Other Assets** | 41,278.03 |
| **TOTAL ASSETS** | **28,692,589.48** |
| **LIABILITIES & E  ITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Due to Smartfi To  uerville, LLC** | **1,132,037.02** |
|       **Total Loans Payable** | **42,490,470.72** |
|       **Total Coin Interest Payable** | **32,148,361.51** |
|       **Buy Back Guarantee** | **1,633,149.87** |
|     **Total Other Current Liabilities** | 77,404,019.11 |
|     **Total Current Liabilities** | 77,404,019.11 |
|   **Total Liabilities** | 77,404,019.11 |
|   **E  uity** | |
|     **Opening Balance E  uity** | -1,456,948.76 |
|     **Retained Earnings** | -47,428,010.66 |
|     **Net Income** | 173,529.79 |
|   **Total E  uity** | -48,711,429.63 |
| **TOTAL LIABILITIES & E    ITY** | **28,692,589.48** |

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Summary of Note Receivables**
**As of February 28, 2025**

| Note Description | Totals |
|---|---|
| PBC Promissory Note BCH #2 | $1,195,707.75 |
| Smart Loans - Interest | 1,120,787.92 |
| Smart Loans - Principal | 4,490,230.00 |
| RE Loan - Interest | $2,567,096 |
| RE Loan - Principal | $17,400,000 |
| SmartFi Lending | $1,869,046.16 |
| **Totals** | **$28,642,867.73** |

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Blue Castle Holdings Note Receiveables**
**As of February 28, 2025**

| PBC Promissory Note BCH #2 | | Interest | True Up Interest | True Up Loan | Red in Note | Pymt in Stable Coin | Total |
|---|---|---|---|---|---|---|---|
| Date | 8/8/2023 | | | | | | |
| Note Balance | 1,400,000.00 | | | | | | |
| Interest Rate | 4% | | | | | | |
| 8/8/2023 | 12/31/2023 | 145 | | | | | 1,400,000.00 |
| Total '2023 Interest | | 22,246.58 | | | | | 1,422,246.58 |
| | | | | | | | |
| 01.01.24 | | | | 73,301.43 | | | 1,495,548.01 |
| 1.31.24 | | 4,831.74 | | | | | 1,500,379.75 |
| 2.29.24 | | 4,535.37 | | | | | 1,504,915.12 |
| 3.31.24 | | 4,863.56 | | | | | 1,509,778.68 |
| 4.30.24 | | 4,880.09 | | | 98,880.62 | | 1,415,778.15 |
| 5.31.24 | | 4,560.74 | | | 188,328.77 | | 1,232,010.12 |
| 6.19.24 | | 2,539.64 | | | | 90,000.00 | 1,324,549.76 |
| 6.30.24 | | 1,371.23 | | | 138,594.29 | | 1,187,326.70 |
| 7.24.24 | | - | | | | - | 1,187,326.70 |
| 7.24.24 | | | | | | 150,000.00 | 1,337,326.70 |
| 7.31.24 | | 3,902.04 | | | 118,085.78 | | 1,223,142.96 |
| 8.31.24 | | 3,906.31 | | | 36,256.89 | | 1,190,792.38 |
| 9.30.24 | | 3,673.94 | | | 4,000.00 | | 1,190,466.32 |
| 10.31.24 | | 3,795.30 | | | 4,900.95 | | 1,189,360.67 |
| 11.30.24 | | 3,669.24 | | | 2,500.00 | | 1,190,529.91 |
| 12.31.24 | | 3,795.52 | | | 4,900.95 | | 1,189,424.48 |
| | | | | | | | |
| Total '2024 Interest | | 50,324.72 | | | | | |
| | | | | | | | |
| 1.31.25 | | 3,791.76 | | | 2,561.38 | | 1,190,654.86 |
| 2.28.25 | | 3,653.52 | 3,420.73 | | 2,021.35 | | 1,195,707.76 |
| | | | | | | | |
| Total '2025 Interest | | 10,866.01 | | | | | |
| | | | | | | | |
| 2023 Interest BCH 1&2 | | 44,632.55 | | | | | |
| 2024 Interest BCH 1&2 | | 54,608.73 | | | | | |
| 2025 Interest BCH 1&2 | | 10,866.01 | | | | | |
| | | | | | | | |
| **Balance as of 02/28/2025** | | | | | | | **1,195,707.75** |

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Smart Loans**
**As of February 28, 2025**

|  | Principal | Initial Int | Delinquent Int Accrual | Total Int Receivable |  |
|---|---|---|---|---|---|
|  |  |  |  |  | 171,136.90 |
| Jan | 4,490,230.00 | 116,987.04 | 67,893.57 |  | 1,059,464.70 |
| Feb | 4,490,230.00 | 116,987.04 | 61,323.22 |  | 1,120,787.92 |
| **Interest Receivable Crypto Loans** |  |  |  |  | **1,120,787.92** |
| **Loan Receivable Balance as of 02/28/2025** |  |  |  |  | **4,490,230.00** |

*U.S. Trustee's Exhibit 5*

**Power Block Coin LLC**
**Real Estate Loan**
**As of February 28, 2025**

| RE Loan | | | |
|---|---|---|---|
| **Principal** | **$17,400,000.00** | | |
| **Interest** | 5% | | |
| **Daily Interest** | $2,383.56 | | |
| | | | |
| **Origination Date** | 3/17/2022 | 12/31/2022 | 289.00 |
| | 1/1/2023 | 12/31/2023 | 364.00 |
| | 1/1/2024 | 12/31/2024 | 365.00 |
| | 1/1/2025 | 2/28/2025 | 59.00 |
| | | | |
| **2022 Interest** | | | $688,849 |
| **2023 Interest** | | | $867,616 |
| **2024 Interest** | | | $870,000 |
| **2025 Interest** | | | $140,630 |
| | | | |
| **Current Month 02/28/2025** | | | **$66,740** |
| | | | |
| **Interest Receivable RE Loan as of 02/28/2025** | | | **$2,567,096** |
| | | | |
| **Loan Balance as of 02/28/2025** | | | **$17,400,000** |

*U.S. Trustee's Exhibit 5*

11:27 AM
09/23/... Accrual Basis

Smartfi Lending, LLC
Transactions by Account

Case 24-23041   Doc 432-13   Filed 03/20/25   Entered 03/20/25 14:59:20   Desc Exhibit
Receivable Calculation   Page 127 of 5

Page 5 of 5

**Power Block Coin LLC**
**Real Estate Loan**
**As of February 28, 2025**

| | |
|---|---|
| Date | 9/30/2023 |
| Note Balance | $1,768,830.05 |
| Interest Rate | 4% |
| Daily Interest rate | $193.84 |
| Days in Current Month | 28 |
| Monthy Charge | $5,427.64 |

| Date | Interest | Loan Balance |
|---|---|---|
| | | 0.00 |
| 01/31/2025 | 6,009.18 | 1,863,618.52 |
| 02/28/2025 | 5,427.64 | 1,869,046.16 |

| **SmartFi Lending Loan Balance as of 02/28/2025** | **$1,869,046.16** |
|---|---|

| 2023 Interest | $17,833.28 |
|---|---|
| 2024 Interest | $70,946.01 |
| 2025 Interest | $11,436.82 |

*U.S. Trustee's Exhibit 5*

**Power Block Coin, LLC**
**Report of Cash Sources and   ses**
**Period Ending February 28, 2025**

| | | |
|---|---|---|
| **Beginning Cash Balance** | | **0** |
| | | |
| **Sources** | | |
| Receipts and Offsets on Loans Receivable | $ | 10,158 |
| Other Receipts | | |
| **TOTAL SO   RCES** | | **10,158** |
| | | |
| **Cash   ses** | | |
| Contract Labor | $ | - |
| Payroll Expenses | $ | - |
| Dues & Subscriptions | $ | 175 |
| Computer & Internet | $ | - |
| Shared Services Fees | | |
| Management Fees | | |
| Accounting & Audit Fees | $ | 1,846 |
| Consulting Fees | | |
| Bank Charges & Other Fees | | |
| Financial Advisor Fee | | |
| Legal Fees | | |
| **Total Operating   ses** | | **2,021** |
| **Net change in Cash** | | **8,136** |

*PBC doesn't have a bank account.*
*Operating expenses are paid on behalf of Power Block*
*Coin from Hillcrest Bank xx8922, belong to Blue Castle*
*Holdings.*

*U.S. Trustee's Exhibit 5*

# Exhibit A

Monthly Operating Report Questionnaire Part 7 responses:

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has been notified that no pre-petition debt payments can be made without prior approval from the court.

Additionally, an asset purchased with debtor funds for approximately $73   in 2022 but intended to be an affiliate (BCH) asset was not correctly reflected in the note between BCH and the debtor.  The increase in the note between BCH and PBC will be corrected and reflected in the Feb MOR.

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

The courts approved payment of professional fees to Ampleo on December 02, 2024, totaling $16,895.00. On December 23, 2024, a check was made to Ampl  o totaling $27,052.50 which represented all Ampleo s outstanding invoices, not  ust the approved invoices.    hile communicating with the Power Block Coin team there was a misunderstanding as to what invoices were approved for payment.    e have now identified the mishap and Ampl  o returned the unapproved fees back to Power Block Coin in January.

The Debtor has been informed that the Credit Committee has incurred approximately $550,000 in professional fees and the Debtor has incurred approximately $120,000 in professional fees. These fees have not been applied for or approved by the courts yet.

*U.S. Trustee's Exhibit 5*

**BLUE CASTLE HOLDINGS INC**
# Reconciliation Detail
**Hillcrest Bank, Period Ending 02/28/2025**

7:12 PM

03/09/25

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,820.36 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Bill Pmt -Check | 02/14/2025 | 1014 | Sinan Causevic | X | -1,846.40 | -1,846.40 |
| Bill Pmt -Check | 02/14/2025 | | FMP Host FileMaker... | X | -174.95 | -2,021.35 |
| Total Checks and Payments | | | | | -2,021.35 | -2,021.35 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/14/2025 | | | X | 10,157.50 | 10,157.50 |
| Total Deposits and Credits | | | | | 10,157.50 | 10,157.50 |
| Total Cleared Transactions | | | | | 8,136.15 | 8,136.15 |
| Cleared Balance | | | | | 8,136.15 | 9,956.51 |
| Register Balance as of 02/28/2025 | | | | | 8,136.15 | 9,956.51 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 06/13/2026 | | QuickBooks Payroll ... | | -0.66 | -0.66 |
| Liability Check | 06/13/2026 | | QuickBooks Payroll ... | | -0.36 | -1.02 |
| Total Checks and Payments | | | | | -1.02 | -1.02 |
| Total New Transactions | | | | | -1.02 | -1.02 |
| **Ending Balance** | | | | | **8,135.13** | **9,955.49** |

*U.S. Trustee's Exhibit 5*



PO Box 26528
Kansas City, MO 64196

HillcrestBank.com

**Hillcrest Bank**
A division of NBH Bank, Member FDIC

Last statement: January 31, 2025
This statement: February 28, 2025
Total days in statement period: 28

BLUE CASTLE HOLDINGS, INC.
1145 S 800 E SUITE 117
OREM UT 84097-7254

Page 1
XXXXXX8922
( 1)

*PLEASE DO NOT PROVIDE ANY OF YOUR PERSONAL INFORMATION TO AN UNSOLICITED CALLER OR TEXT MESSAGE. WE WILL NEVER CALL OR TEXT YOU AND ASK YOU TO SHARE YOUR CARD VERIFICATION VALUE (CVV), CREDIT OR DEBIT CARD NUMBER, CARD EXPIRATION DATE, ONLINE BANKING PASSWORD, SOCIAL SECURITY NUMBER, OR OTHER PERSONAL DATA. IF YOU SUSPECT FRAUDULENT ACTIVITY ON YOUR ACCOUNT, PLEASE DO NOT HESITATE TO CALL US IMMEDIATELY.*

## Small Business Checking

| | |
|---|---|
| Account number | XXXXXX8922 |
| Enclosures | 1 |
| Low balance | $9,956.51 |
| Average balance | $10,103.52 |
| Avg collected balance | $10,103 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-31 | Beginning balance | | | $1,820.36 |
| 02-03 | ' Preauthorized Credit | 10,157.50 | | 11,977.86 |
| | Ampleo Turnaroun Bill.com | | | |
| | Ampleo Turnaround and Restructuring | | | |
| | LLC Bill.com 015JEJEYHEBNXSL Inv Ref | | | |
| 02-13 | Check 1014 | | -1,846.40 | 10,131.46 |
| 02-14 | ' POS Purchase | | -174.95 | 9,956.51 |
| | MERCHANT PURCHASE TERMINAL 449216 | | | |
| | FMPHOST ST F ILEM WWW FILEM FL | | | |
| | XXXXXXXXXXXX0126 | | | |
| 02-28 | **Ending totals** | **10,157.50** | **-2,021.35** | **$9,956.51** |

*U.S. Trustee's Exhibit 5*



BLUE CASTLE HOLDINGS, INC.                                                                              Page 2
February 28, 2025                                                                                       XXXXXX8922

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1014 | 02-13 | 1,846.40 | | | |

## DEBIT CARD USAGE INFORMATION

Total number of point-of-sale purchases made this period                                    1
Total point-of-sale dollar spend this period                                           $174.95

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Hillcrest Bank*

*U.S. Trustee's Exhibit 5*



```
                                                          Hillcrest Bank              1014
    Blue Castle Holdings, Inc.                          215 West 2230 North
    1145 South 800 East Suite 117                        Provo, UT 84604
         Orem, UT 84097                                                            2/14/2025

PAY TO THE   Sinan Causevic                                          $   **1,846.40
ORDER OF

One Thousand Eight Hundred Forty-Six and 40/100**********************************************
                                                                               DOLLARS

    Sinan Causevic
    2722 Hawk Ridge Court
    Kentwood, MI 49508

MEMO                                              Bob L. Odom
    1.15-1.31.25 Services                          AUTHORIZED SIGNATURE

   "0010144"  ":101002716:  3014038922"
```

02/13/2025    1014    $1,846.40

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR STATEMENT

### BEFORE YOU START –

CHECKS OUTSTANDING–NOT
CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTO-
MATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED
IF ANY OCCURRED:**

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-
TRACTED IF ANY OCCURRED:**

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions
   and payments.

BALANCE SHOWN
ON THIS STATEMENT           $ _____

ADD **+**

DEPOSITS NOT CREDITED
IN THIS STATEMENT
*(IF ANY)*                  $ _____

                           _____

                           _____

TOTAL        $ _____

SUBTRACT **–**

CHECKS
OUTSTANDING        $ _____

BALANCE        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BAL-
ANCE AFTER DEDUCTING SERVICE CHARGE (IF
ANY) SHOWN ON THIS STATEMENT.

**ELECTRONIC TRANSFERS**

Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct. You have **60** days to question electronic transfers.

In Case of Errors Or Questions About Your Electronic Transfers TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Rev 09/2016

*U.S. Trustee's Exhibit 5*

**Fill in this information to identify the case:**

Debtor Name __Power Block Coin, LLC_____

United States Bankruptcy Court for the: District of Utah

Case number: __24-23041_____

❑ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __August_____

Line of business: __Commercial Lending_____

Date report filed: __09/23/2024_____
MM / DD / YYYY

NAISC code: __522291_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Power Block Coin_____

Original signature of responsible party __/s/ Aaron Tilton_____

Printed name of responsible party __Aaron Tilton_____

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **1**

*U.S. Trustee's Exhibit 6*

Debtor Name  Power Block Coin, LLC                                    Case number  24-23041

17. Have you paid any bills you owed before you filed bankruptcy?                    ☑  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ _____ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $ 36,256.89

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                    − $ 36,256.89

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.                    + $ _____ 0.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.                    = $ _____ 0.00

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ 4,000.00

    *(Exhibit E)*

*U.S. Trustee's Exhibit 6*

Debtor Name  Power Block Coin, LLC                              Case number 24-23041

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                      $ 27,701,726.

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?       0

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00

30. How much have you paid this month in other professional fees?      $ 0.00

31. How much have you paid in total other professional fees since filing the case?      $ 0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 35,964.25 | − | $ 36,256.89 | = | $ 292.64 |
| 33. **Cash disbursements** | $ 35,964.25 | − | $ 36,256.89 | = | $ 292.64 |
| 34. **Net cash flow** | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                        $ 31,500.00

36. Total projected cash disbursements for the next month:                  - $ 31,500.00

37. Total projected net cash flow for the next month:                       = $ 0.00

---

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

*U.S. Trustee's Exhibit 6*

Debtor Name  Power Block Coin, LLC                                    Case number 24-23041

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

*U.S. Trustee's Exhibit 6*

**Power Block Coin, LLC**
**Report of Cash Sources and Uses**
**Period Ending August 31, 2024**

| | 8/31/2024 |
|---|---|
| **Beginning Cash Balance** | **$0** |
| | |
| **Sources** | |
| Receipts and Offsets on Loans Receivable | $ 36,256.89 |
| Other Receipts | |
| **TOTAL SOURCES** | **$ 36,256.89** |
| | |
| **Cash Uses** | |
| Contract Labor | $ 13,358.33 |
| Payroll Expenses | $ 16,997.91 |
| Dues & Subscriptions | $ 900.65 |
| Computer & Internet | |
| Shared Services Fees | |
| Management Fees | |
| Accounting & Audit Fees | $ 5,000.00 |
| Consulting Fees | |
| Bank Charges & Other Fees | |
| Financial Advisor Fee | |
| Legal Fees | |
| **Total Operating Uses** | **$ 36,256.89** |
| **Net change in Cash** | **$0** |

*Disclaimer:* PBC doesn't have a bank account. Operating expenses are paid on behalf of Power Block Coin from Hillcrest Bank xx8922, belong to Blue Castle Holdings.

*U.S. Trustee's Exhibit 6*

# Power Block Coin, LLC dba Smartfi
## Balance Sheet
**As of August 31, 2024**

|  | Power Block Coin LLC |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Total Checking/Savings | - |
| **Other Current Assets** | |
| Loan Receivable Smartfi Lending | 1,833,960.33 |
| Loan Receivable - BCH | |
| Loan Receivable/BCH 2 | 1,117,490.95 |
| Total Loan Receivable - BCH | 1,117,490.95 |
| Loan Receivable (Commercial) | 17,400,000.00 |
| Interest Receivable | |
| Interest Receivable  - Crypto Loans | 724,373.19 |
| Interest Receivable - Real Estate | 2,135,671.23 |
| Prepaid Expenses | 2,817.50 |
| Loan Receivable | 4,490,230.32 |
| Trnsfr To / From Blue Castle | 150,000.00 |
| Total Other Current Assets | 27,854,543.52 |
| Total Current Assets | 27,854,543.52 |
| Total Fixed Assets | 7,467.50 |
| Other Assets | |
| Total Collateral Inventory | 35,406.14 |
| Total Other Assets | 35,406.14 |
| **TOTAL ASSETS** | **$27,897,417.16** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Due to Smartfi Toquerville, LLC | 1,132,037.02 |
| Total Collateral Payable | 30,463,402.90 |
| Total Coin Interest Payable | 25,256,428.18 |
| Total Buy Back Guarantee | 1,679,550.68 |
| Total Other Current Liabilities | 58,531,418.78 |
| Total Current Liabilities | 58,531,418.78 |
| Total Long Term Liabilities | - |
| Total Liabilities | 58,531,418.78 |
| Equity | |
| Total Equity | (30,634,001.62) |
| **TOTAL LIABILITIES & EQUITY** | **$27,897,417.16** |

*U.S. Trustee's Exhibit 6*

## PowerBlock Coin LLC
## Profit & Loss
### August 2024

|  | July 24 | Aug 24 |  |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
| **Income** |  |  |  |
| Transaction Fee | 2,735.00 | 45.00 | * |
| Smart Loan Interest Income | 67,895.58 | 67,893.57 | * |
| Real Estate Loan Income | 71,506.85 | 73,890.36 | * |
| Smartfi Lending Interest | 6,009.04 | 6,009.04 | * |
| BCH Loan Interest | 3,902.04 | 3,906.31 | * |
| **Total Income** | 152,048.51 | 151,744.28 |  |
| **Gross Profit** |  | 151,744.28 |  |
| **Expense** |  |  |  |
| Interest Expense | 49,152.00 | 46,872.00 | * |
| Management Services Fee | 33,750.00 | 0.00 |  |
| Bank Service Charges | 25.33 | 0.00 |  |
| Consulting Fees | 8,250.00 | 0.00 |  |
| Depreciation Expense | 460.25 | 460.25 |  |
| Dues and Subscriptions | 12,706.97 | 900.65 |  |
| Management Fees | 10,735.07 | 0.00 |  |
| **Outside Services** |  |  |  |
| Contracted Labor | 16,958.00 | 13,358.33 |  |
| **Total Outside Services** | 16,958.00 | 13,358.33 |  |
| Payroll Expenses | 23,160.41 | 16,997.91 |  |
| **Professional Fees** |  |  |  |
| Accounting and Audits | 12,500.00 | 5,000.00 |  |
| Legal Fees | 0.00 | 0.00 |  |
| **Total Professional Fees** | 12,500.00 | 5,000.00 |  |
| **Total Expense** | 167,698.03 | 83,589.14 |  |
| **Net Ordinary Income** | -167,698.03 | 68,155.14 |  |
| **Net Income** | **-167,698.03** | **68,155.14** |  |

\* All of these numbers are just accruals. No cash is received or paid out.

*U.S. Trustee's Exhibit 6*

Case 24-30041 Doc 4287 Filed 03/26/25 Entered 03/26/25 23:56:09 Desc Exhibit Exhibit 1-14 Page 142 of 176

**BLUE CASTLE HOLDINGS INC.**

# AP Aging Summary
### As of August 31, 2024

**Power Block Coin**

**AP Aging as of 08/31/2024**

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Cloudflare, Inc** | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| **Sinan Causevic** | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| **TOTAL** | **4,000.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4,000.00** |

*U.S. Trustee's Exhibit 6*

**Power Block Coin LLC**
**Summary of Note Receivables**
**As of August 31, 2024**

| Note Description | Totals |
|---|---|
| PBC Promissory Note BCH #2 | $1,117,490.95 |
| Smart Loans - Interest | $724,373.19 |
| Smart Loans - Principal | $4,490,230.00 |
| RE Loan - Interest | $2,135,671 |
| RE Loan - Principal | $17,400,000 |
| SmartFi Lending | $1,833,960.33 |
| **Totals** | **$27,701,725.70** |

*U.S. Trustee's Exhibit 6*

**Power Block Coin LLC**
**Blue Castle Holdings Note Receiveables**
**As of August 31, 2024**

| PBC Promissory Note BCH #2 | | Interest | Red in Note | Pymt in Stable Coin | Total |
|---|---|---|---|---|---|
| Date | 8/8/2023 | | | | |
| Note Balance | 1,400,000.00 | | | | |
| Interest Rate | 4% | | | | |
| 8/8/2023 12/31/2023 | | 145 | | | 1,400,000.00 |
| Total '2023 Interest | | 22,246.58 | | | 1,422,246.58 |
| | | | | | |
| 1.31.24 | | 4,831.74 | | | 1,427,078.32 |
| 2.29.24 | | 4,535.37 | | | 1,431,613.69 |
| 3.31.24 | | 4,863.56 | | | 1,436,477.25 |
| 4.30.24 | | 4,880.09 | 98,880.62 | | 1,342,476.72 |
| 5.31.24 | | 4,560.74 | 188,328.77 | | 1,158,708.69 |
| 6.19.24 | | 2,539.64 | | 90,000.00 | 1,251,248.33 |
| 6.30.24 | | 1,371.23 | 138,594.29 | | 1,114,025.27 |
| 7.24.24 | | - | | - | 1,114,025.27 |
| 7.24.24 | | | | 150,000.00 | 1,264,025.27 |
| 7.31.24 | | 3,902.04 | 118,085.78 | | 1,149,841.53 |
| 8.31.24 | | 3,906.31 | 36,256.89 | | 1,117,490.95 |
| Total '2024 Interest | | 35,390.73 | | | |
| | | | | | |
| 2023 Interest BCH 1&2 | | 44,632.55 | | | |
| 2024 Interest BCH 1&2 | | 39,674.73 | | | |
| | | | | | |
| **Balance as of 8/31/2024** | | | | | **$1,117,490.95** |

*U.S. Trustee's Exhibit 6*

**Power Block Coin LLC**
**Smart Loans**
**As of August 31, 2024**

|  | Principal | Initial Int | Delinquent Int Accrual | Total Int Receivable |  |
|---|---|---|---|---|---|
|  |  |  |  |  | 171,136.90 |
| Jan | 5,490,230.00 | 116,987.04 | 78,731.94 |  | 249,868.84 |
| Feb | 4,490,230.00 | 116,987.04 | 73,236.69 |  | 323,105.53 |
| Mar | 4,490,230.00 | 116,987.04 | 66,609.88 |  | 389,715.41 |
| Apr | 4,490,230.00 | 116,987.04 | 65,267.65 |  | 454,983.06 |
| May | 4,490,230.00 | 116,987.04 | 67,895.58 |  | 522,878.64 |
| June | 4,490,230.00 | 116,987.04 | 65,705.40 |  | 588,584.04 |
| July | 4,490,230.00 | 116,987.04 | 67,895.58 |  | 656,479.62 |
| Aug | 4,490,230.00 | 116,987.04 | 67,893.57 |  | 724,373.19 |

**Interest Receivable Crypto Loans as of 08/31/2024** **$724,373.19**

**Loan Receivable Balance as of 8/31/2024** **$4,490,230.00**

*U.S. Trustee's Exhibit 6*

**Power Block Coin LLC**
**Real Estate Loan**
**As of August 31, 2024**

| RE Loan | | | |
|---|---|---|---|
| Principal | **$17,400,000.00** | | |
| Interest | 5% | | |
| Daily Interest | $2,383.56 | | |
| | | | |
| Origination Date | 3/17/2022 | 12/31/2022 | 289.00 |
| | 1/1/2023 | 12/31/2023 | 364.00 |
| | 1/1/2024 | 8/31/2024 | 243.00 |
| | | | |
| 2022 Interest | | | $688,849 |
| 2023 Interest | | | $867,616 |
| 2024 Interest | | | $579,205 |
| | | | |
| Interest Receivable RE Loan as of 08/31/2024 | | | **$2,135,671** |
| | | | |
| Loan Balance as of 8/31/2024 | | | **$17,400,000** |

*U.S. Trustee's Exhibit 6*

9:51 PM

09/07/24

# BLUE CASTLE HOLDINGS INC
## Reconciliation Detail
### Hillcrest Bank, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Liability Check | 08/14/2024 | | QuickBooks Payroll ... | X | -10,984.56 | -10,984.90 |
| Bill Pmt -Check | 08/15/2024 | ACH | James Kalani Graham | X | -5,000.00 | -15,988.40 |
| Bill Pmt -Check | 08/15/2024 | | Sinan Causevic | X | -2,500.00 | -18,488.40 |
| Bill Pmt -Check | 08/21/2024 | Wire | Mikhail Fedorov | X | -8,358.33 | -29,385.27 |
| Liability Check | 08/29/2024 | | QuickBooks Payroll ... | X | -10,984.59 | -40,419.86 |
| Bill Pmt -Check | 08/30/2024 | | Sinan Causevic | X | -2,500.00 | -42,921.61 |
| Bill Pmt -Check | 08/30/2024 | | APPRIVER LLC | X | -900.65 | -43,822.26 |
| **Deposits and Credits - 13 items** | | | | | | |
| **Total Cleared Transactions** | | | | | 18,136.18 | 18,136.18 |
| **Cleared Balance** | | | | | 18,136.18 | 18,136.18 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 06/13/2011 | | QuickBooks Payroll ... | | -0.66 | -0.66 |
| Liability Check | 06/13/2011 | | QuickBooks Payroll ... | | -0.36 | -1.02 |
| **Total Checks and Payments** | | | | | -1.02 | -1.02 |
| **Total Uncleared Transactions** | | | | | -1.02 | -1.02 |
| **Register Balance as of 08/31/2024** | | | | | 18,135.16 | 18,135.16 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/02/2024 | 1000 | Blue Caslte Holdings | | -10,000.00 | -10,000.00 |
| Check | 09/04/2024 | | QuickBooks Payroll ... | | -1.75 | -10,001.75 |
| Check | 09/04/2024 | | QuickBooks Payroll ... | | -1.75 | -10,003.50 |
| Bill Pmt -Check | 09/05/2024 | ACH | Cloudflare, Inc | | -1,500.00 | -11,503.50 |
| **Total Checks and Payments** | | | | | -11,503.50 | -11,503.50 |
| **Total New Transactions** | | | | | -11,503.50 | -11,503.50 |
| **Ending Balance** | | | | | 6,631.66 | 6,631.66 |

*U.S. Trustee's Exhibit 6*

11:27 AM
09/23/24
**Accrual Basis**

Case 24-23030 Doc 43 Filed 09/28/25 Entered 09/23/25 23:56:09 Desc Exhibit
Exhibit 1-11 Page 148 of 176

**Smartfi Lending LLC**
**Transactions by Account**
As of August 31, 2024

## Power Block Coin LLC
### Real Estate Loan
### As of August 31, 2024

| Date | 9/30/2023 |
|---|---|
| Note Balance | $1,768,830.05 |
| Interest Rate | 4% |
| Daily Interest rate | $193.84 |
| Days in Current Month | 31 |
| Monthy Charge | $6,009.18 |

| Date | Interest | Loan Balance |
|---|---|---|
| | | 0.00 |
| 09/30/2023 | | 1,768,830.05 |
| 10/31/2023 | 6,009.04 | 1,774,839.09 |
| 11/30/2023 | 5,815.20 | 1,780,654.29 |
| 12/31/2023 | 6,009.04 | 1,786,663.33 |
| 01/31/2024 | 6,009.04 | 1,792,672.37 |
| 02/29/2024 | 5,621.36 | 1,798,293.73 |
| 03/31/2024 | 6,009.04 | 1,804,302.77 |
| 04/30/2024 | 5,815.20 | 1,810,117.97 |
| 05/31/2024 | 6,009.04 | 1,816,127.01 |
| 06/20/2024 | 3,876.80 | 1,820,003.81 |
| 06/30/2024 | 1,938.44 | 1,821,942.25 |
| 07/31/2024 | 6,009.04 | 1,827,951.29 |
| 08/31/2024 | 6,009.04 | 1,833,960.33 |
| **SmartFi Lending Loan Balance as of 8/31/2024** | **$65,130.28** | **$1,833,960.33** |

*U.S. Trustee's Exhibit 6*

Hillcrest Bank
A division of NBHBank Member FDIC

PO Box 26528
Kansas City, MO 64196

HillcrestBank.com

Last statement: July 31, 2024
This statement: August 31, 2024
Total days in statement period: 31

BLUE CASTLE HOLDINGS, INC.
1145 S 800 E SUITE 117
OREM UT 84097-7254

Page 1
XXXXXX8922
( 7)

---

PRIVACY NOTICE -- FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT, SHARE AND PROTECT YOUR PERSONAL INFORMATION. OUR PRIVACY POLICY HAS CHANGED AND YOU MAY REVIEW OUR POLICY AND PRACTICES WITH RESPECT TO YOUR PERSONAL INFORMATION AT: NBHBANK.COM /PRIVACY-NOTICE. WE WILL MAIL YOU A FREE COPY UPON REQUEST IF YOU CALL US AT THE NUMBER ABOVE.

---

## Small Business Checking

| | |
|---|---|
| Account number | XXXXXX8922 |
| Enclosures | 7 |
| Low balance | $1,000.00 |
| Average balance | $10,897.39 |
| Avg collected balance | $10,904 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | $1,000.00 |

U.S. Trustee's Exhibit 6



BLUE CASTLE HOLDINGS, INC.                                                    Page 2
August 31, 2024                                                            XXXXXX8922

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| ▮ | ▮ | | ▮ | ▮ |
| 08-14 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS<br>240814 270493734 | | -2,500.00 | 19,454.60 |
| 08-14 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS<br>240814 270493734 | | -5,000.00 | 14,454.60 |
| 08-14 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS<br>240814 270493734 | | -10,984.56 | 3,470.04 |
| ▮ | | ▮ | | ▮ |
| 08-16 | Outgoing Wire-Int'L<br>202408150057395 FEDOROV MIKHAIL<br>IL:ISRAEL INTERNET WEBSITE D<br>IBAN: IL950180010000215834326 | | -8,358.33 | 5,111.71 |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | | | | 2,780.17 |
| ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ |
| 08-29 | ' Preauthorized Wd<br>INTUIT PAYROLL S QUICKBOOKS<br>240829 270493734 | | -2,500.00 | 30,021.42 |

*U.S. Trustee's Exhibit 6*

BLUE CASTLE HOLDINGS, INC.                                          Page 3
August 31, 2024                                                     XXXXXX8922

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 08-29 | ' Preauthorized Wd | | -10,984.59 | 19,036.83 |
| | INTUIT PAYROLL S QUICKBOOKS | | | |
| | 240829 270493734 | | | |
| 08-30 | ' POS Purchase | | -900.65 | 18,136.18 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | APR APPRIVER 850 932 5 FL | | | |
| | XXXXXXXXXXXX0126 | | | |
| 08-31 | **Ending totals** | **69,316.77** | **-52,180.59** | **$18,136.18** |

**DEBIT CARD USAGE INFORMATION**

Total number of point-of-sale purchases made this period                    1
Total point-of-sale dollar spend this period                          $900.65

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Hillcrest Bank*

*U.S. Trustee's Exhibit 6*

**Checking Deposit Credit Ticket**
**DDADEP**

Account: 03014038922
Business Date: 08-15-2024
Calendar Date: 08-15-2024                 EJ Seq #: 37
Time: 12:08                               Tran Name: Deposit/Checking
Branch: 3014                              Processing Mode: Online
Cash Drawer: 31406
Description: Deposit Checking

                        Amount:    $     10,000.00

08/15/2024   Deposit   $10,000.00

**Checking Deposit Credit Ticket**
**DDADEP**

Account: 03014038922
Business Date: 08-23-2024
Calendar Date: 08-23-2024                 EJ Seq #: 23
Time: 14:56                               Tran Name: Deposit/Checking
Branch: 3018                              Processing Mode: Online
Cash Drawer: 31806
Description: Deposit Checking

                        Amount:    $     30,000.00

08/23/2024   Deposit   $30,000.00

*U.S. Trustee's Exhibit 6*

# THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

## CHECKS OUTSTANDING–NOT CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

## BEFORE YOU START –

PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTO-MATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

**YOU SHOULD HAVE ADDED IF ANY OCCURRED:**
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

**YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:**
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BALANCE SHOWN ON THIS STATEMENT    $ _____

### ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT
*(IF ANY)*    $ _____

_____

_____

TOTAL    $ _____

### SUBTRACT –

CHECKS OUTSTANDING    $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BAL-ANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## ELECTRONIC TRANSFERS

Please examine immediately and report if incorrect. If no reply is received within **30** days the account will be considered correct. You have **60** days to question electronic transfers.

In Case of Errors Or Questions About Your Electronic Transfers TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Rev 09/2016

*U.S. Trustee's Exhibit 6*

## Client Loyalty Program Update

The Community Banks of Colorado, Bank Midwest, and Hillcrest Bank Client Loyalty Program will be retired on January 29, 2024 and current benefits will end on January 29, 2024. If you enjoyed Gold or Platinum Level ATM benefits, you will continue to receive those benefits in your current consumer checking account.

## Premier and Private Client Services

Our Premier and Private Client Services Team of dedicated bankers are here to assist clients in achieving their financial dreams. For more information or to learn about Premier and Private Client Services, visit nbhbank.com/premier.

Member
**FDIC**



## Use your debit card for all your holiday spend!

From those last minute gifts, to the coffee run to make it happen, use your debit card for stress free holiday shopping. Your Visa Debit card is the quick, easy and secure way to pay this holiday season.

Member
**FDIC**

*U.S. Trustee's Exhibit 6*

File Number: 13330328

# LLC

## Certificate of Organization
## OF
## RE Developers, LLC

**The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.**

### Article I
**The name of the limited liability company is to be** RE Developers, LLC

### Article II
**The purpose or purposes for which the company is organized is to engage in:**
Development of real estate

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

### Article III
**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
POWER BLOCK COIN, L.L.C.
1145 South 800 East Suite 117
Orem, UT, 84097

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 27, March 2023 in the office of the Division and hereby issues this Certification thereof.

*L. Veillette*

Leigh Veillette
Division Director

*U.S. Trustee's Exhibit 7*

## Article IV

*Name, Street address & Signature of all members/managers*

Manager #1
POWER BLOCK COIN, L.L.C.
1145 South 800 East Suite 117
Orem, UT 84097
POWER BLOCK COIN, L.L.C.
Signature

**DATED** 27  March, 2023.

## Article V

Management statement
This limited liability company will be managed by its Managers

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

### Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

### Article VI.2

A copy of the stamped certificate of Organization
and all *certificates of amendments thereto.*

### Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

### Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**

1145 South 800 East Suite 117
Orem, UT 84097

## Article VIII

**The duration of the company shall be**  Perpetual

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

*U.S. Trustee's Exhibit 7*



# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*



Business Name: RE DEVELOPERS, LLC

Entity number: 13330328-0160

Date of Filing: 08/08/2024

Principal Office Address:
**Street** ................................ 25 WEST TELEGRAPH, APT 26
**City** ..................................... WASHINGTON
**State** ................................... UT
**Zip** ...................................... 84780
**Country** ............................. United States

| PREVIOUS Registered Principals: | UPDATED Registered Principals: |
|---|---|
| **Name** ...... POWER BLOCK COIN, L.L.C.<br>**Position** .. Registered Agent<br>**Address** .. 1145 South 800 East Suite 117<br>Orem, UT 84097 | **Name** ...... KAYCEE CONGER<br>**Position** .. Registered Agent<br>**Address** .. 1145 SOUTH 800 EAST, STE 117<br>OREM, UT 84097 United States |

| PREVIOUS Registered Principals: | UPDATED Registered Principals: |
|---|---|
| **Name** ...... POWER BLOCK COIN, L.L.C.<br>**Position** .. Manager<br>**Address** .. 1145 South 800 East Suite 117<br>Orem, UT 84097 | **Name** ...... BLUE CASTLE HOLDINGS, INC.<br>**Position** .. Manager<br>**Address** .. 1145 SOUTH 800 EAST, STE 117<br>OREM, UT 84097 United States |

KAYCEE CONGER 08/08/2024

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

*U.S. Trustee's Exhibit 8*

File Number: 13279151

# LLC

## Certificate of Organization
## OF
## Smartfi Lending, LLC

The undersigned person(s) do hereby adopt the following Certificate of Organization for the purpose of forming a Utah Limited Liability Company.

## Article I

**The name of the limited liability company is to be** Smartfi Lending, LLC

## Article II

**The purpose or purposes for which the company is organized is to engage in:**
Lending on business assets

**The Company shall further have unlimited power to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.**

## Article III

**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

*(Registered Agent Name & Address)*
POWER BLOCK COIN, L.L.C.
1145 South 800 East Suite 117
Orem, UT, 84097



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 24, February 2023 in the office of the Division and hereby issues this Certification thereof.

Leigh Veillette
Division Director

*U.S. Trustee's Exhibit 9*

## Article IV

*Name, Street address & Signature of all members/managers*

Manager #1
POWER BLOCK COIN, L.L.C.
1145 South 800 East Suite 117
Orem, UT 84097
Brad L. Jones (POA or AIF)
Signature

**DATED** 24  February, 2023.

## Article V

Management statement
This limited liability company will be managed by its Managers

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

## Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

## Article VI.2

A copy of the stamped certificate of Organization
and all  *certificates of amendments thereto.*

## Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

## Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**

1145 South 800 East Suite 117
Orem, UT 84097

## Article VIII

**The duration of the company shall be**  Perpetual

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

*U.S. Trustee's Exhibit 9*



# State of Utah
DEPARTMENT OF COMMERCE
**Division of Corporations & Commercial Code**

## *Summary of Online Changes*



Business Name: SMARTFI LENDING, LLC

Entity number: 13279151-0160

Date of Filing: 08/09/2023

| **PREVIOUS Registered Principals:** | **UPDATED Registered Principals:** |
|---|---|
| **Name** ...... POWER BLOCK COIN, L.L.C.<br>**Position** .. Registered Agent<br>**Address** .. 1145 South 800 East Suite 117<br> Orem, UT 84097 | **Name** ...... BLUE CASTLE HOLDINGS, INC.<br>**Position** .. Registered Agent<br>**Address** .. 1145 South 800 East Suite 117<br> Orem, UT 84097 United States |

| **PREVIOUS Registered Principals:** | **UPDATED Registered Principals:** |
|---|---|
| **Name** ...... POWER BLOCK COIN, L.L.C.<br>**Position** .. Manager<br>**Address** .. 1145 South 800 East Suite 117<br> Orem, UT 84097 | **Name** ...... BLUE CASTLE HOLDINGS, INC.<br>**Position** .. Manager<br>**Address** .. 1145 South 800 East Suite 117<br> Orem, UT 84097 United States |

Brad L. Jones 08/09/2023

Under GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

*U.S. Trustee's Exhibit 10*

# Hillcrest Bank

PO Box 26365, Kansas City, MO 64196-6368
hillcrestbank.com • 855.629.7618

Last statement: March 31, 2023
This statement: April 30, 2023
Total days in statement period: 31

RE DEVELOPERS, LLC
1145 S 800 E SUITE 117
OREM UT 84097-7254

Page 1

( 1 )

PRIVACY NOTICE -- FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT, SHARE AND PROTECT YOUR PERSONAL INFORMATION. OUR PRIVACY POLICY HAS CHANGED AND YOU MAY REVIEW OUR POLICY AND PRACTICES WITH RESPECT TO YOUR PERSONAL INFORMATION AT: NBHBANK.COM /PRIVACY-NOTICE. WE WILL MAIL YOU A FREE COPY UPON REQUEST IF YOU CALL US AT THE NUMBER ABOVE.

## SB Select Money Mrkt

| | |
|---|---|
| Account number | 3014192084 |
| Enclosures | 1 |
| Low balance | $0.00 |
| Average balance | $903,212.26 |
| Avg collected balance | $903,212 |
| Interest paid year to date | $2,493.11 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | $0.00 |
| 04-03 | Incoming Wire 202304030101793 Power Block Coin, Initial Deposit | 1,000,000.00 | | 1,000,000.00 |
| 04-03 | Incoming Wire Fee 202304030101793 Power Block Coin, Initial Deposit | | -15.00 | 999,985.00 |
| 04-30 | Interest Credit | 2,493.11 | | 1,002,478.11 |
| 04-30 | **Ending totals** | **1,002,493.11** | **-15.00** | **$1,002,478.11** |



Confidential -- for US Trustee Eyes Only

*U.S. Trustee's Exhibit 11*

BCH00037

# PROMISSORY NOTE

US $751,000.00                                                                            April 3, 2023

FOR VALUE RECEIVED, Blue Castle Holdings, Inc., a Delaware Corporation ("**Borrower**"), having an address at 1145 South 800 East, Suite 117, Orem, UT  84097 hereby promises to pay to the order of Power Block Coin, LLC, its successors, participants, and assigns ("**Lender**"), having an address at 1145 South 800 East, Suite 117, Orem, Utah, 84097 Attn: Aaron Tilton, the principal sum of SEVEN HUNDRED FIFTY ONE THOUSAND  and NO/100ths DOLLARS ($751,000.00) (the "**Loan**"), together with interest on the principal from time to time outstanding, in United States currency, at the rates and at the times hereinafter described.

1.       **Interest.** The principal amount of the Loan outstanding from time to time will bear interest from the date hereof at the rate of four percent (4%) per annum (the "**Contract Rate**"). The principal amount and accrued interest shall be due upon the Maturity Date (defined below). Upon the occurrence and continuance of an Event of Default (defined below), the principal amount shall accrue interest at the Contract Rate which interest shall be payable in cash. If any interest payment is due on a day that is not a business day, such payment shall be deemed due on the next succeeding business day.  Borrower acknowledges that the Contract Rate is reasonable under the circumstances.

2.       **Maturity Date.**  The entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note, together with costs of collection and reasonable attorneys' fees, shall, if not sooner paid, become due and payable on April 2, 2030 (the "**Maturity Date**").

3.       **Prepayment.** This Note shall be prepayable in whole or in part prior to the Maturity Date. Notwithstanding the foregoing, Borrower may prepay the entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note to the Maturity Date. In the Event of Default under this Note, a tender of payment of the amount necessary to satisfy the entire indebtedness evidenced by this Note made at any time shall be deemed to constitute an attempted evasion by Borrower of the restrictions on the right of prepayment and shall be deemed a voluntary prepayment hereunder, and such payment must therefore include the prepayment premium.

4.       **Payments.** All payments on account of the indebtedness evidenced by this Note shall be made to Lender by wire transfer not later than 2:00 p.m. MST/MDT, on the day when due in lawful money of the United States to an account designated by Lender, and shall be first applied to costs of collection or enforcement, and other similar amounts due, if any, under this Note and any of the other Loan Documents, then to interest due and payable hereunder and the remainder to principal due and payable hereunder.

5.       **Security.** This Note is an unsecured promissory note.

6.       **Default.** It is expressly agreed that if any one or more of the following occur (individually and collectively, an "**Event of Default**"): (a) Borrower shall be in default in the payment of any principal, interest or installment of principal and interest or any other sums due and payable pursuant to the terms, conditions, covenants, agreements, representations and warranties of this Note or any document securing, evidencing or relating to this Note (individually and collectively with this Note, the "**Loan Documents**") after five (5) days of written notice from Lender; (b) Borrower shall be in default under any other terms, conditions, covenants, agreements, representations or warranties contained in this Note or any of the other Loan Documents beyond the expiration of any notice and/or cure period, if any, expressly provided in such

*1*

*U.S. Trustee's Exhibit 12*

Loan Documents; or (c) Borrower (i) admits in writing to its inability to pay its debts generally as they become due, (ii) files a petition in bankruptcy as a "debtor" or seeking reorganization or an arrangement or otherwise to take advantage of any state or federal bankruptcy or insolvency law, (iii) makes an assignment for the benefit of creditors, (iv) files a petition for or consents to the appointment of a receiver of any of its assets or a part thereof, (v) without Borrower's consent, a petition in bankruptcy is filed against Borrower, or an order, decree or judgment is entered by a court of competent jurisdiction appointing a receiver over Borrower's property, or approving a petition filed against it seeking a reorganization or an arrangement of Borrower under any bankruptcy or insolvency law, and such petition, order, decree or judgment is not vacated, set aside or stayed within sixty (60) days from the date of entry, or (vi) dissolves, or its existence as a legal entity terminates, then Lender shall have the right and option, without notice or demand, to accelerate the maturity of this Note and declare the entire unpaid balance of this Note, both outstanding principal (including all PIK Loans) and accrued but unpaid interest, immediately due and payable and/or may enforce such other rights as are available to Lender under the terms and conditions of any of the Loan Documents or otherwise available at law or in equity. Upon such acceleration by Lender in the event of an Event of Default as aforesaid, whether such an Event of Default be voluntary or involuntary, Borrower specifically agrees that Lender shall be entitled to collect the prepayment premium when due in addition to the balance of indebtedness due under this Note. All rights and remedies available to Lender shall be cumulative and not exclusive, failure to exercise any of such rights upon Event of Default shall not constitute a waiver of the right to exercise any of them at any time, and the exercise or beginning to exercise of any one of such rights and remedies shall not preclude the simultaneous or later exercise of any or all of such rights and remedies. Notwithstanding anything herein to the contrary, any and all notice and/or cure periods provided for herein, if any, shall run concurrently with any and all notice and/or cure periods available to Borrower under applicable Utah law.

7. **General Provisions.**

7.1 **Business Purpose.** Borrower represents and warrants to Lender that the proceeds of this Note shall be used by Borrower exclusively for commercial and business purposes, and that none of the proceeds of this Note shall be used by Borrower for personal, family, or household purposes. Borrower agrees that the obligation evidenced by this Note is an exempt transaction under the Truth-in-Lending Act, 15 U.S.C. § 1601, *et seq.*

7.2 **Severability.** Each provision in this Note is intended to comply with all applicable laws. However, if a court of competent jurisdiction holds that any provision of this Note, or any portion thereof, is illegal, invalid, unlawful, void, or otherwise unenforceable as written, (i) such provision, or portion thereof, shall be given force and effect to the fullest possible extent permitted under applicable Laws, (ii) this Note shall be construed as if the illegal, invalid, unlawful, void, or otherwise unenforceable provision or portion thereof was not contained herein, and (iii) the rights, obligations, and interests of Borrower and the holder(s) of this Note shall continue in full force and effect to the fullest extent permitted under applicable Laws.

7.3 **Maximum Interest.** Notwithstanding any other provision of this Note or any other Loan Document, all interest, loan fees, and charges payable by reason of the indebtedness evidenced by this Note shall not exceed the maximum, if any, permitted by applicable laws. If by virtue of applicable laws, sums in excess of such maximum would otherwise be payable, then such excess sums shall be construed as having been immediately applied by Lender to the principal balance of this Note when received. If at the time that any such sum is received by Lender the principal balance of this Note has been paid in full, Lender shall promptly refund such sums to Borrower, less any sums due to Lender.

7.4 **Binding Agreement.** This Note and all provisions hereof shall be binding upon Borrower and all persons claiming under or through Borrower, and shall inure to the benefit of Lender,

2

*U.S. Trustee's Exhibit 12*

together with its successors and assigns, including each holder from time to time of this Note. Borrower acknowledges that Lender may at any time, without the consent of Borrower, (a) assign or sell the Note and the other Loan Documents to one or more investors, (b) grant participations in the Loan to one or more investors, or (c) otherwise sell the Loan or interest therein to investors, accompanied by an assignment and/or delegation of any or all related rights or obligations of Lender under the Loan Documents. Lender shall have the right to provide to prospective investors any information in its possession, including, without limitation, financial statements relating to Borrower.

**7.5    Miscellaneous.** Time is of the essence as to all dates set forth herein.  Captions and headings in this Note are for convenience only and shall be disregarded in construing it.

**7.6    Extensions and Modifications.** Borrower agrees that its liability shall not be affected in any manner by any indulgence, extension of time, renewal, waiver, or modification granted or consented to by Lender; and Borrower consents to any indulgences and all extensions of time, renewals, waivers, or modifications that may be granted by Lender with respect to the payment or other provisions of this Note, and to any substitution, exchange or release of the collateral, or any part thereof, with or without substitution, and agrees to the addition or release of any borrowers, endorsers, guarantors, or sureties, all whether primarily or secondarily liable, without notice to Borrower and without affecting its liability hereunder.

**7.7    Waivers.** Borrower hereby waives and renounces for itself, its successors and assigns, all rights to the benefits of any statute of limitations and any moratorium, reinstatement, marshalling, forbearance, valuation, stay, extension, redemption, appraisement, or exemption and homestead laws now provided, or that may hereafter be provided, by applicable laws against the enforcement and collection of the obligations evidenced by this Note.

**7.8    Costs of Collection.** If this Note is placed in the hands of attorneys for collection or is collected through any legal proceedings, Borrower promises and agrees to pay, in addition to the principal, interest and other sums due and payable hereon, all attorneys' fees, disbursements, expenses, and costs, court costs, expert witness fees, and any other fees, expenses, or costs incurred for legal advice or representation (whether or not suit is ever filed and whether or not other legal proceedings are ever instituted), and including fees, costs, and expenses incurred in connection with any of the following: litigation, bankruptcy, discretionary review, or administrative proceeding, and any appeals therefrom; judicial or non-judicial foreclosure; post-judgment enforcement actions, including supplementary proceedings; or mediation, arbitration, or other alternative dispute resolution.

**7.9    Additional Waivers.** All parties now or hereafter liable with respect to this Note, whether borrower, principal, surety, guarantor, endorsee or otherwise, hereby severally waive presentment for payment, demand, notice of nonpayment or dishonor, protest and notice of protest.  No failure to accelerate the indebtedness evidenced hereby, acceptance of a past due installment following the expiration of any cure period provided by this Note, any Loan Document, or applicable Laws, or indulgences granted from time to time shall be construed (i) as a novation of this Note or as a reinstatement of the indebtedness evidenced hereby or as a waiver of the right of acceleration or of the right of Lender thereafter to insist upon strict compliance with the terms of this Note, or (ii) to prevent the exercise of the right of acceleration or any other right granted hereunder, under any of the other Loan Documents, or by applicable laws. Borrower hereby expressly waives the benefit of any laws that would produce a result contrary to or in conflict with the foregoing.

**7.10   Governing Law.**   THIS NOTE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF UTAH AND ANY APPLICABLE LAWS OF THE UNITED STATES OF AMERICA.

*U.S. Trustee's Exhibit 12*

PURSUANT TO UTAH CODE ANNOTATED SECTION 25-5-4, BORROWER IS NOTIFIED THAT THIS AGREEMENT AND THE OTHER THE WRITTEN LOAN DOCUMENTS REPRESENT THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF ANY ALLEGED PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**[Remainder of page intentionally left blank; signature(s) appear on the following page]**

4

*U.S. Trustee's Exhibit 12*

EXECUTED EFFECTIVE as of the day and year first above written.

**BORROWER:**

**Blue Castle Holdings, Inc** a Delaware Corporation

Aaron Tilton, President and CEO

*Signature Page to Promissory Note*

*U.S. Trustee's Exhibit 12*

# PROMISSORY NOTE

US $1,400,000.00

August 7, 2023

FOR VALUE RECEIVED, Blue Castle Holdings, Inc., a Delaware Corporation ("**Borrower**"), having an address at 1145 South 800 East, Suite 117, Orem, UT 84097 hereby promises to pay to the order of Power Block Coin, LLC, its successors, participants, and assigns ("**Lender**"), having an address at 1145 South 800 East, Suite 117, Orem, Utah, 84097 Attn: Aaron Tilton, the principal sum of ONE MILLION FOUR HUNDRED FOUR HUNDRED THOUSAND and NO/100ths DOLLARS ($1,400,000.00) (the "**Loan**"), together with interest on the principal from time to time outstanding, in United States currency, at the rates and at the times hereinafter described.

1.      **Interest.** The principal amount of the Loan outstanding from time to time will bear interest from the date hereof at the rate of four percent (4%) per annum (the "**Contract Rate**"). The principal amount and accrued interest shall be due upon the Maturity Date (defined below). Upon the occurrence and continuance of an Event of Default (defined below), the principal amount shall accrue interest at the Contract Rate which interest shall be payable in cash. If any interest payment is due on a day that is not a business day, such payment shall be deemed due on the next succeeding business day. Borrower acknowledges that the Contract Rate is reasonable under the circumstances.

2.      **Maturity Date.** The entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note, together with costs of collection and reasonable attorneys' fees, shall, if not sooner paid, become due and payable on August 6, 2028 (the "**Maturity Date**").

3.      **Prepayment.** This Note shall be prepayable in whole or in part prior to the Maturity Date. Notwithstanding the foregoing, Borrower may prepay the entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note to the Maturity Date. In the Event of Default under this Note, a tender of payment of the amount necessary to satisfy the entire indebtedness evidenced by this Note made at any time shall be deemed to constitute an attempted evasion by Borrower of the restrictions on the right of prepayment and shall be deemed a voluntary prepayment hereunder, and such payment must therefore include the prepayment premium.

4.      **Payments.** All payments on account of the indebtedness evidenced by this Note shall be made to Lender by wire transfer not later than 2:00 p.m. MST/MDT, on the day when due in lawful money of the United States to an account designated by Lender, and shall be first applied to costs of collection or enforcement, and other similar amounts due, if any, under this Note and any of the other Loan Documents, then to interest due and payable hereunder and the remainder to principal due and payable hereunder.

5.      **Security.** This Note is an unsecured promissory note.

6.      **Default.** It is expressly agreed that if any one or more of the following occur (individually and collectively, an "**Event of Default**"): (a) Borrower shall be in default in the payment of any principal, interest or installment of principal and interest or any other sums due and payable pursuant to the terms, conditions, covenants, agreements, representations and warranties of this Note or any document securing, evidencing or relating to this Note (individually and collectively with this Note, the "**Loan Documents**") after five (5) days of written notice from Lender; (b) Borrower shall be in default under any other terms, conditions, covenants, agreements, representations or warranties contained in this Note or any of the other Loan Documents beyond the expiration of any notice and/or cure period, if any, expressly provided in such

*1*

U.S. Trustee Exhibit 13

Loan Documents; or (c) Borrower (i) admits in writing to its inability to pay its debts generally as they become due, (ii) files a petition in bankruptcy as a "debtor" or seeking reorganization or an arrangement or otherwise to take advantage of any state or federal bankruptcy or insolvency law, (iii) makes an assignment for the benefit of creditors, (iv) files a petition for or consents to the appointment of a receiver of any of its assets or a part thereof, (v) without Borrower's consent, a petition in bankruptcy is filed against Borrower, or an order, decree or judgment is entered by a court of competent jurisdiction appointing a receiver over Borrower's property, or approving a petition filed against it seeking a reorganization or an arrangement of Borrower under any bankruptcy or insolvency law, and such petition, order, decree or judgment is not vacated, set aside or stayed within sixty (60) days from the date of entry, or (vi) dissolves, or its existence as a legal entity terminates, then Lender shall have the right and option, without notice or demand, to accelerate the maturity of this Note and declare the entire unpaid balance of this Note, both outstanding principal (including all PIK Loans) and accrued but unpaid interest, immediately due and payable and/or may enforce such other rights as are available to Lender under the terms and conditions of any of the Loan Documents or otherwise available at law or in equity.  Upon such acceleration by Lender in the event of an Event of Default as aforesaid, whether such an Event of Default be voluntary or involuntary, Borrower specifically agrees that Lender shall be entitled to collect the prepayment premium when due in addition to the balance of indebtedness due under this Note.  All rights and remedies available to Lender shall be cumulative and not exclusive, failure to exercise any of such rights upon Event of Default shall not constitute a waiver of the right to exercise any of them at any time, and the exercise or beginning to exercise of any one of such rights and remedies shall not preclude the simultaneous or later exercise of any or all of such rights and remedies. Notwithstanding anything herein to the contrary, any and all notice and/or cure periods provided for herein, if any, shall run concurrently with any and all notice and/or cure periods available to Borrower under applicable Utah law.

7.  **General Provisions.**

7.1  **Business Purpose.**  Borrower represents and warrants to Lender that the proceeds of this Note shall be used by Borrower exclusively for commercial and business purposes, and that none of the proceeds of this Note shall be used by Borrower for personal, family, or household purposes.  Borrower agrees that the obligation evidenced by this Note is an exempt transaction under the Truth-in-Lending Act, 15 U.S.C. § 1601, *et seq.*

7.2  **Severability.**  Each provision in this Note is intended to comply with all applicable laws.  However, if a court of competent jurisdiction holds that any provision of this Note, or any portion thereof, is illegal, invalid, unlawful, void, or otherwise unenforceable as written, (i) such provision, or portion thereof, shall be given force and effect to the fullest possible extent permitted under applicable Laws, (ii) this Note shall be construed as if the illegal, invalid, unlawful, void, or otherwise unenforceable provision or portion thereof was not contained herein, and (iii) the rights, obligations, and interests of Borrower and the holder(s) of this Note shall continue in full force and effect to the fullest extent permitted under applicable Laws.

7.3  **Maximum Interest.**  Notwithstanding any other provision of this Note or any other Loan Document, all interest, loan fees, and charges payable by reason of the indebtedness evidenced by this Note shall not exceed the maximum, if any, permitted by applicable laws. If by virtue of applicable laws, sums in excess of such maximum would otherwise be payable, then such excess sums shall be construed as having been immediately applied by Lender to the principal balance of this Note when received.  If at the time that any such sum is received by Lender the principal balance of this Note has been paid in full, Lender shall promptly refund such sums to Borrower, less any sums due to Lender.

7.4  **Binding Agreement.**  This Note and all provisions hereof shall be binding upon Borrower and all persons claiming under or through Borrower, and shall inure to the benefit of Lender,

2

U.S. Trustee Exhibit 13

together with its successors and assigns, including each holder from time to time of this Note. Borrower acknowledges that Lender may at any time, without the consent of Borrower, (a) assign or sell the Note and the other Loan Documents to one or more investors, (b) grant participations in the Loan to one or more investors, or (c) otherwise sell the Loan or interest therein to investors, accompanied by an assignment and/or delegation of any or all related rights or obligations of Lender under the Loan Documents. Lender shall have the right to provide to prospective investors any information in its possession, including, without limitation, financial statements relating to Borrower.

7.5    **Miscellaneous.**  Time is of the essence as to all dates set forth herein.  Captions and headings in this Note are for convenience only and shall be disregarded in construing it.

7.6    **Extensions and Modifications.**  Borrower agrees that its liability shall not be affected in any manner by any indulgence, extension of time, renewal, waiver, or modification granted or consented to by Lender; and Borrower consents to any indulgences and all extensions of time, renewals, waivers, or modifications that may be granted by Lender with respect to the payment or other provisions of this Note, and to any substitution, exchange or release of the collateral, or any part thereof, with or without substitution, and agrees to the addition or release of any borrowers, endorsers, guarantors, or sureties, all whether primarily or secondarily liable, without notice to Borrower and without affecting its liability hereunder.

7.7    **Waivers.**  Borrower hereby waives and renounces for itself, its successors and assigns, all rights to the benefits of any statute of limitations and any moratorium, reinstatement, marshalling, forbearance, valuation, stay, extension, redemption, appraisement, or exemption and homestead laws now provided, or that may hereafter be provided, by applicable laws against the enforcement and collection of the obligations evidenced by this Note.

7.8    **Costs of Collection.**  If this Note is placed in the hands of attorneys for collection or is collected through any legal proceedings, Borrower promises and agrees to pay, in addition to the principal, interest and other sums due and payable hereon, all attorneys' fees, disbursements, expenses, and costs, court costs, expert witness fees, and any other fees, expenses, or costs incurred for legal advice or representation (whether or not suit is ever filed and whether or not other legal proceedings are ever instituted), and including fees, costs, and expenses incurred in connection with any of the following: litigation, bankruptcy, discretionary review, or administrative proceeding, and any appeals therefrom; judicial or non-judicial foreclosure; post-judgment enforcement actions, including supplementary proceedings; or mediation, arbitration, or other alternative dispute resolution.

7.9    **Additional Waivers.**  All parties now or hereafter liable with respect to this Note, whether borrower, principal, surety, guarantor, endorsee or otherwise, hereby severally waive presentment for payment, demand, notice of nonpayment or dishonor, protest and notice of protest.  No failure to accelerate the indebtedness evidenced hereby, acceptance of a past due installment following the expiration of any cure period provided by this Note, any Loan Document, or applicable Laws, or indulgences granted from time to time shall be construed (i) as a novation of this Note or as a reinstatement of the indebtedness evidenced hereby or as a waiver of the right of acceleration or of the right of Lender thereafter to insist upon strict compliance with the terms of this Note, or (ii) to prevent the exercise of the right of acceleration or any other right granted hereunder, under any of the other Loan Documents, or by applicable laws. Borrower hereby expressly waives the benefit of any laws that would produce a result contrary to or in conflict with the foregoing.

7.10    **Governing Law.**   THIS NOTE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF UTAH AND ANY APPLICABLE LAWS OF THE UNITED STATES OF AMERICA.

U.S. Trustee Exhibit 13

PURSUANT TO UTAH CODE ANNOTATED SECTION 25-5-4, BORROWER IS NOTIFIED THAT THIS AGREEMENT AND THE OTHER THE WRITTEN LOAN DOCUMENTS REPRESENT THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF ANY ALLEGED PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**[Remainder of page intentionally left blank; signature(s) appear on the following page]**

4

U.S. Trustee Exhibit 13

EXECUTED EFFECTIVE as of the day and year first above written.

**BORROWER:**

**Blue Castle Holdings, Inc** a Delaware Corporation

Aaron Tilton, President and CEO

*Signature Page to Promissory Note*

U.S. Trustee Exhibit 13

# PROMISSORY NOTE

US $1,768,830.05

September 30, 2023

FOR VALUE RECEIVED, Smartfi Lending, LLC, Inc., a Utah Limited Liability Company ("*Borrower*"), having an address at 1145 South 800 East, Suite 117, Orem, UT 84097 hereby promises to pay to the order of Power Block Coin, LLC, its successors, participants, and assigns ("*Lender*"), having an address at 1145 South 800 East, Suite 117, Orem, Utah, 84097 Attn: Aaron Tilton, the principal sum of ONE MILLION SEVEN HUNDRED SIXTY EIGHT THOUSAND EIGHT HUNDRED THIRTY and 05/100ths DOLLARS ($1,768,830.05) (the "*Loan*"), together with interest on the principal from time to time outstanding, in United States currency, at the rates and at the times hereinafter described.

1. **Interest.** The principal amount of the Loan outstanding from time to time will bear interest from the date hereof at the rate of four percent (4%) per annum (the "*Contract Rate*"). The principal amount and accrued interest shall be due upon the Maturity Date (defined below). Upon the occurrence and continuance of an Event of Default (defined below), the principal amount shall accrue interest at the Contract Rate which interest shall be payable in cash. If any interest payment is due on a day that is not a business day, such payment shall be deemed due on the next succeeding business day. Borrower acknowledges that the Contract Rate is reasonable under the circumstances.

2. **Maturity Date.** The entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note, together with costs of collection and reasonable attorneys' fees, shall, if not sooner paid, become due and payable on September 29, 2028 (the "*Maturity Date*").

3. **Prepayment.** This Note shall be prepayable in whole or in part prior to the Maturity Date. Notwithstanding the foregoing, Borrower may prepay the entire outstanding principal balance of the Loan, together with accrued and unpaid interest and all other sums evidenced by this Note to the Maturity Date. In the Event of Default under this Note, a tender of payment of the amount necessary to satisfy the entire indebtedness evidenced by this Note made at any time shall be deemed to constitute an attempted evasion by Borrower of the restrictions on the right of prepayment and shall be deemed a voluntary prepayment hereunder, and such payment must therefore include the prepayment premium.

4. **Payments.** All payments on account of the indebtedness evidenced by this Note shall be made to Lender by wire transfer not later than 2:00 p.m. MST/MDT, on the day when due in lawful money of the United States to an account designated by Lender, and shall be first applied to costs of collection or enforcement, and other similar amounts due, if any, under this Note and any of the other Loan Documents, then to interest due and payable hereunder and the remainder to principal due and payable hereunder.

5. **Security.** This Note is an unsecured promissory note.

6. **Default.** It is expressly agreed that if any one or more of the following occur (individually and collectively, an "*Event of Default*"): (a) Borrower shall be in default in the payment of any principal, interest or installment of principal and interest or any other sums due and payable pursuant to the terms, conditions, covenants, agreements, representations and warranties of this Note or any document securing, evidencing or relating to this Note (individually and collectively with this Note, the "*Loan Documents*") after five (5) days of written notice from Lender; (b) Borrower shall be in default under any other terms, conditions, covenants, agreements, representations or warranties contained in this Note or any of the other Loan Documents beyond the expiration of any notice and/or cure period, if any, expressly provided in such

*1*

U.S. Trustee Exhibit 14

Loan Documents; or (c) Borrower (i) admits in writing to its inability to pay its debts generally as they become due, (ii) files a petition in bankruptcy as a "debtor" or seeking reorganization or an arrangement or otherwise to take advantage of any state or federal bankruptcy or insolvency law, (iii) makes an assignment for the benefit of creditors, (iv) files a petition for or consents to the appointment of a receiver of any of its assets or a part thereof, (v) without Borrower's consent, a petition in bankruptcy is filed against Borrower, or an order, decree or judgment is entered by a court of competent jurisdiction appointing a receiver over Borrower's property, or approving a petition filed against it seeking a reorganization or an arrangement of Borrower under any bankruptcy or insolvency law, and such petition, order, decree or judgment is not vacated, set aside or stayed within sixty (60) days from the date of entry, or (vi) dissolves, or its existence as a legal entity terminates, then Lender shall have the right and option, without notice or demand, to accelerate the maturity of this Note and declare the entire unpaid balance of this Note, both outstanding principal (including all PIK Loans) and accrued but unpaid interest, immediately due and payable and/or may enforce such other rights as are available to Lender under the terms and conditions of any of the Loan Documents or otherwise available at law or in equity. Upon such acceleration by Lender in the event of an Event of Default as aforesaid, whether such an Event of Default be voluntary or involuntary, Borrower specifically agrees that Lender shall be entitled to collect the prepayment premium when due in addition to the balance of indebtedness due under this Note. All rights and remedies available to Lender shall be cumulative and not exclusive, failure to exercise any of such rights upon Event of Default shall not constitute a waiver of the right to exercise any of them at any time, and the exercise or beginning to exercise of any one of such rights and remedies shall not preclude the simultaneous or later exercise of any or all of such rights and remedies. Notwithstanding anything herein to the contrary, any and all notice and/or cure periods provided for herein, if any, shall run concurrently with any and all notice and/or cure periods available to Borrower under applicable Utah law.

7.    **General Provisions.**

7.1    **Business Purpose.** Borrower represents and warrants to Lender that the proceeds of this Note shall be used by Borrower exclusively for commercial and business purposes, and that none of the proceeds of this Note shall be used by Borrower for personal, family, or household purposes. Borrower agrees that the obligation evidenced by this Note is an exempt transaction under the Truth-in-Lending Act, 15 U.S.C. § 1601, *et seq.*

7.2    **Severability.** Each provision in this Note is intended to comply with all applicable laws. However, if a court of competent jurisdiction holds that any provision of this Note, or any portion thereof, is illegal, invalid, unlawful, void, or otherwise unenforceable as written, (i) such provision, or portion thereof, shall be given force and effect to the fullest possible extent permitted under applicable Laws, (ii) this Note shall be construed as if the illegal, invalid, unlawful, void, or otherwise unenforceable provision or portion thereof was not contained herein, and (iii) the rights, obligations, and interests of Borrower and the holder(s) of this Note shall continue in full force and effect to the fullest extent permitted under applicable Laws.

7.3    **Maximum Interest.** Notwithstanding any other provision of this Note or any other Loan Document, all interest, loan fees, and charges payable by reason of the indebtedness evidenced by this Note shall not exceed the maximum, if any, permitted by applicable laws. If by virtue of applicable laws, sums in excess of such maximum would otherwise be payable, then such excess sums shall be construed as having been immediately applied by Lender to the principal balance of this Note when received. If at the time that any such sum is received by Lender the principal balance of this Note has been paid in full, Lender shall promptly refund such sums to Borrower, less any sums due to Lender.

7.4    **Binding Agreement.** This Note and all provisions hereof shall be binding upon Borrower and all persons claiming under or through Borrower, and shall inure to the benefit of Lender,

U.S. Trustee Exhibit 14

together with its successors and assigns, including each holder from time to time of this Note. Borrower acknowledges that Lender may at any time, without the consent of Borrower, (a) assign or sell the Note and the other Loan Documents to one or more investors, (b) grant participations in the Loan to one or more investors, or (c) otherwise sell the Loan or interest therein to investors, accompanied by an assignment and/or delegation of any or all related rights or obligations of Lender under the Loan Documents. Lender shall have the right to provide to prospective investors any information in its possession, including, without limitation, financial statements relating to Borrower.

7.5 **Miscellaneous.** Time is of the essence as to all dates set forth herein. Captions and headings in this Note are for convenience only and shall be disregarded in construing it.

7.6 **Extensions and Modifications.** Borrower agrees that its liability shall not be affected in any manner by any indulgence, extension of time, renewal, waiver, or modification granted or consented to by Lender; and Borrower consents to any indulgences and all extensions of time, renewals, waivers, or modifications that may be granted by Lender with respect to the payment or other provisions of this Note, and to any substitution, exchange or release of the collateral, or any part thereof, with or without substitution, and agrees to the addition or release of any borrowers, endorsers, guarantors, or sureties, all whether primarily or secondarily liable, without notice to Borrower and without affecting its liability hereunder.

7.7 **Waivers.** Borrower hereby waives and renounces for itself, its successors and assigns, all rights to the benefits of any statute of limitations and any moratorium, reinstatement, marshalling, forbearance, valuation, stay, extension, redemption, appraisement, or exemption and homestead laws now provided, or that may hereafter be provided, by applicable laws against the enforcement and collection of the obligations evidenced by this Note.

7.8 **Costs of Collection.** If this Note is placed in the hands of attorneys for collection or is collected through any legal proceedings, Borrower promises and agrees to pay, in addition to the principal, interest and other sums due and payable hereon, all attorneys' fees, disbursements, expenses, and costs, court costs, expert witness fees, and any other fees, expenses, or costs incurred for legal advice or representation (whether or not suit is ever filed and whether or not other legal proceedings are ever instituted), and including fees, costs, and expenses incurred in connection with any of the following: litigation, bankruptcy, discretionary review, or administrative proceeding, and any appeals therefrom; judicial or non-judicial foreclosure; post-judgment enforcement actions, including supplementary proceedings; or mediation, arbitration, or other alternative dispute resolution.

7.9 **Additional Waivers.** All parties now or hereafter liable with respect to this Note, whether borrower, principal, surety, guarantor, endorsee or otherwise, hereby severally waive presentment for payment, demand, notice of nonpayment or dishonor, protest and notice of protest. No failure to accelerate the indebtedness evidenced hereby, acceptance of a past due installment following the expiration of any cure period provided by this Note, any Loan Document, or applicable Laws, or indulgences granted from time to time shall be construed (i) as a novation of this Note or as a reinstatement of the indebtedness evidenced hereby or as a waiver of the right of acceleration or of the right of Lender thereafter to insist upon strict compliance with the terms of this Note, or (ii) to prevent the exercise of the right of acceleration or any other right granted hereunder, under any of the other Loan Documents, or by applicable laws. Borrower hereby expressly waives the benefit of any laws that would produce a result contrary to or in conflict with the foregoing.

7.10 **Governing Law.** THIS NOTE SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF UTAH AND ANY APPLICABLE LAWS OF THE UNITED STATES OF AMERICA.

3

U.S. Trustee Exhibit 14

PURSUANT TO UTAH CODE ANNOTATED SECTION 25-5-4, BORROWER IS NOTIFIED THAT THIS AGREEMENT AND THE OTHER THE WRITTEN LOAN DOCUMENTS REPRESENT THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF ANY ALLEGED PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**[Remainder of page intentionally left blank; signature(s) appear on the following page]**

U.S. Trustee Exhibit 14

EXECUTED EFFECTIVE as of the day and year first above written.


**BORROWER:**


**Smartfi Lending LLC** a Utah Limited Liability Company

Blue Castle Holdings Inc., Its Manager
Aaron Tilton Pres. CEO

*Signature Page to Promissory Note*

U.S. Trustee Exhibit 14