**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC_____

United States Bankruptcy Court for the: ___District of Utah___

(State)

Case number (If known): ___24-23041_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................

   $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................................

   $ _26,353,220.08_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................

   $ _26,353,220.08_

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............................

   $ _____0.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................

   $ _____0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................

   **+**$ _1,679,550.68_

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   $ _1,679,550.68_

**EXHIBIT**

**7**

**Fill in this information to identify the case:**

Debtor name _Power Block Coin, LLC_

United States Bankruptcy Court for the: _District of Utah_

Case number (If known): _24-23041_

❑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ❑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   3.1. _____  _____  ___ ___ ___ ___     $_____
   3.2. _____  _____  ___ ___ ___ ___     $_____

4. **Other cash equivalents** *(Identify all)*
   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____     $_____
   7.2. _____     $_____

Debtor     Power Block Coin, LLC _____     Case number _(if known)_ 24-23041 _____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____     $_____

   8.2._____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                        $_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|--|--|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➜     $_____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➜     $_____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____     $_____

    14.2. _____     _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1._____     _____%     _____     $_____

    15.2._____     _____%     _____     $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____     _____     $_____

    16.2._____     _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $_____

---

Debtor  Power Block Coin, LLC
_____
Name

Case number (if known) ___24-23041___

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** See continuation sheet | ___/___/___ MM / DD / YYYY | 27,860.57 $_____ | | 27,860.57 $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 27,860.57

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Power Block Coin, LLC
_____
Name

Case number (if known) 24-23041
_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

❑ No

❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No

❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No

❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No

❑ Yes

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **4**

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
      Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Smartfi-branded KTM Motorcycle | $ 8,539.88 | FV | $ Unknown |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____Power Block Coin, LLC_____ Case number _(if known)_ __24-23041_____
 Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

❑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

❑ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>www.smartfi.com | $_____ | _____ | Unknown<br>$_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>Proprietary trading platform and customer portal | $_____ | _____ | Unknown<br>$_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Power Block Coin, LLC _____  Case number _(if known)_ 24-23041 _____
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

❑ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet _____  26,325,359.51 __ 0.00 _____ = → $ 26,325,359.51 _____
                                             Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____   $_____
_____  Tax year _____   $_____
_____  Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Power Block Coin adverse to UTXO B.V., in Fourth District court ____  $ Unknown _____

**Nature of claim**  TBD _____

**Amount requested**  $ 3,294,812.50 _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

**Nature of claim**  _____

**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____  $_____

_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 26,325,359.51 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

❑ Yes

---

Official Form 206A/B  **Schedule A/B: Assets — Real and Personal Property**  page **7**

Debtor     Power Block Coin, LLC                     Case number *(if known)*   24-23041

Name

---

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 27,860.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............→ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 26,325,359.51 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 26,353,220.08 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................ 26,353,220.08      $ 26,353,220.08

---

| Debtor 1 | Power Block Coin, LLC | | 24-23041 |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | Case number (*if known*) |

## Continuation Sheet for Official Form 206 A/B

### 22) Other inventory or supplies

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Crypto – BCH | 06/20/2024 | 1,669.82 | FV | 1,669.82 |
| Crypto – LTC | 06/20/2024 | 5,513.80 | FV | 5,513.80 |
| Crypto – LINK | 06/20/2024 | 1,423.85 | FV | 1,423.85 |
| Crypto – DOGE | 06/20/2024 | 2,117.33 | FV | 2,117.33 |
| Crypto – USD Stable Coins | 06/20/2024 | 5,548.11 | FV | 5,548.11 |
| Crypto – ETH | 06/20/2024 | 562.14 | FV | 562.14 |
| Crypto – BTC | 06/20/2024 | 11,025.52 | FV | 11,025.52 |

### 71) Notes receivable

| General description | Total face amount | Doubtful or uncollectible amount | Current value |
|---|---|---|---|
| Blue Castle Holding Inc | 1,161,248.94 | 0.00 | 1,161,248.94 |
| Solara Communities LLC | 18,232,018.00 | 0.00 | 18,232,018.00 |
| Smartfi Lending LLC | 1,819,617.00 | 0.00 | 1,819,617.00 |
| David Aguirre | 1,253.17 | 0.00 | 1,253.17 |
| Zhuoyang Song, | 3,786,505.43 | 0.00 | 3,786,505.43 |
| Joseph Haiek | 5,924.29 | 0.00 | 5,924.29 |
| Nissa Gay | 67,572.27 | 0.00 | 67,572.27 |
| William Pangman | 143,961.26 | 0.00 | 143,961.26 |
| Gabriel Rodriguez | 260,878.72 | 0.00 | 260,878.72 |
| Michael Bjorkman | 238,220.48 | 0.00 | 238,220.48 |
| Ashton Godfrey | 26,846.05 | 0.00 | 26,846.05 |
| Alex Haiek | 40,233.08 | 0.00 | 40,233.08 |
| Timmy Sanders | 1,212.00 | 0.00 | 1,212.00 |
| Daniel Spisso | 527,080.38 | 0.00 | 527,080.38 |
| Anna Wade | 12,788.44 | 0.00 | 12,788.44 |

Official Form 206 A/B                    Schedule A/B: Property

Debtor 1    Power Block Coin, LLC

        First Name     Middle Name     Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

Official Form 206 A/B

Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC___

United States Bankruptcy Court for the: ___District of Utah___

Case number (If known): ___24-23041___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 0

**Fill in this information to identify the case:**

Debtor     Power Block Coin, LLC

United States Bankruptcy Court for the: District of Utah

Case number  24-23041
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account
number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Power Block Coin, LLC _____  Case number (if known) 24-23041 _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>ABEL, ANGELIQUE<br>PO BX 52304<br><br>OXNARD, CA 93031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 16,001.99 |
|---|---|---|---|
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** BB-9935 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Abel, Angellique<br>PO Box 52304<br><br>Oxnard, CA 93031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ Unknown |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** BG-8432 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ADAMS, CASEY<br>814 south park lane<br><br>Genola, UT 84655 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 269.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** BB-6517 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Aguirre, David<br>PH Nazareno San Francisco<br><br>Tucson, AZ 85730 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ Unknown |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** IP-0414 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Aguirre, David<br>PH Nazareno San Francisco<br><br>Tucson, AZ 85730 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ Unknown |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** IP-0414 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Aguirre, David<br>Residencial Casablanca No 92<br>Parque Lefevre<br>Panama | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ Unknown |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** CP-0389 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0356

$ Unknown

---

**3.8** **Nonpriority creditor's name and mailing address**

Aguirre, David
PH Nazareno San Francisco

Tucson, AZ 85730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0357

$ Unknown

---

**3.9** **Nonpriority creditor's name and mailing address**

Alameda Research
327 Jacuzzi St
Ste 1C
Richmond, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.10** **Nonpriority creditor's name and mailing address**

Alekoglou, Konstantinos
84 Kennet Street

London, OR E1W 2JJ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0308

$ Unknown

---

**3.11** **Nonpriority creditor's name and mailing address**

Alekoglou, Konstantinos
84 Kennet Street

London, OR E1W 2JJ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0313

$ Unknown

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Allen, Joseph

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-1539

$ Unknown

---

**3.13** **Nonpriority creditor's name and mailing address**

Altman, Ariana
1361 Mokolea Drive

Kailua, HI 96734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-4616

$ Unknown

---

**3.14** **Nonpriority creditor's name and mailing address**

Altman, Cynthia
1361 Mokolea Drive

Kailua, HI 96734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-0207

$ Unknown

---

**3.15** **Nonpriority creditor's name and mailing address**

Altman, Cynthia
1361 Mokolea Drive

Kailua, HI 96734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0284

$ Unknown

---

**3.16** **Nonpriority creditor's name and mailing address**

ANDERSON, STEPHEN
1353 74TH CIRCLE NE

St. Petersburg, FL 33702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-2123

$ Unknown

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page 4 of 58

| Debtor | Power Block Coin, LLC | Case number (if known) | 24-23041 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

Astheimer, Frank
118 Sukhumvit Soi 20, Millennium Residence,
Unit 110/151, A

Bangkok, NE 10110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-9050

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

AZHAGAR, SATHYA PRAKASH
916, Mount Eden road, Three Kings

Auckland , AK 1024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 112.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-1916

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

B2C2 USA INC
101 HUDSON STREET 07302.
Suite 1706
Jersey City, NJ 7302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

Bacon, Steve
1404 Cleveland Road

Glendale, CA 91202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,543.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-1063

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

Bagamaspad JR, Alan Antonio
6901 Cahuenga Park Trl

Los Angeles, CA 90068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-9299

**Is the claim subject to offset?**
✓ No
☐ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   page 5 of 58

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22** **Nonpriority creditor's name and mailing address**

Bagamaspad, Alan Mariano
7813 Rhea Ave

RESEDA, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    BG-8603

---

**3.23** **Nonpriority creditor's name and mailing address**

Bagamaspad, Annette Liane Antonio
7813 Rhea Ave

RESEDA, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6526

---

**3.24** **Nonpriority creditor's name and mailing address**

Bagamaspad, Ellen A
7813 Rhea Ave

Reseda, CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    BG-3318

---

**3.25** **Nonpriority creditor's name and mailing address**

Banks, TIMOTHY JAMES
15 Blackfriars Lane

Chirnside Park, VA 3116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,596.19

Date or dates debt was incurred _____

Last 4 digits of account number    BB-4083

---

**3.26** **Nonpriority creditor's name and mailing address**

BARRICKLOW, FRANK JACOB
437 WOODLAWN RD

JEANNETTE, PA 15644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0809

---

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.27 Nonpriority creditor's name and mailing address**

Bermisa, Jennifer
52 Kiwi

irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-9498

$ Unknown

---

**3.28 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0262

$ Unknown

---

**3.29 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0375

$ Unknown

---

**3.30 Nonpriority creditor's name and mailing address**

BHAGWAT, RAVINDRA
871 wescott road

Eagan, MN 55123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0376

$ Unknown

---

**3.31 Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number CP-0515

$ Unknown

Debtor ___Power Block Coin, LLC_____ Case number (if known)___24-23041_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32 Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0526_____

$ Unknown_____

---

**3.33 Nonpriority creditor's name and mailing address**

Bjorkman, Michael
1516 East Thompson Blvd

Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0514_____

$ Unknown_____

---

**3.34 Nonpriority creditor's name and mailing address**

Blomberg, Jens
Norra Brogatan 7

Eskilstuna, MD 632 25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0396_____

$ Unknown_____

---

**3.35 Nonpriority creditor's name and mailing address**

BODELL, M
412 E MAPLETON CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-3057_____

$ 5,567.17_____

---

**3.36 Nonpriority creditor's name and mailing address**

Brewer, Adam MARK
1575 N 370 E

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-7984_____

$ 8,997.44_____

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 8 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

Brewer, KYLIE NICOLE
1575 N 370 E

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-1984 _____

$ 34,392.16

---

**3.38** **Nonpriority creditor's name and mailing address**

BREWER, MICHAEL
10714 NW 22ND AVE

VANCOUVER, WA 98685

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-9076 _____

$ 22,091.94

---

**3.39** **Nonpriority creditor's name and mailing address**

BREWER, MICHAEL D
2310 W 850 N

Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-1419 _____

$ 74,650.30

---

**3.40** **Nonpriority creditor's name and mailing address**

BREWER, SONG
2310 W 850 N

Layton, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number BB-8020 _____

$ 304,868.68

---

**3.41** **Nonpriority creditor's name and mailing address**

Broekemeier, Pamela
8007 Everest Ln N

Maple Grove, MN 55311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number IP-0290 _____

$ Unknown

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 9 of 58

Case 24-23041  Doc 497  Filed 07/04/25  Entered 07/04/25 23:04:26  Desc Main
Document  Page 22 of 90

Debtor  Power Block Coin, LLC

Name

Case number *(if known)* 24-23041

Schedules and SOFA Page 2 of 200

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | |

**3.42** **Nonpriority creditor's name and mailing address**

Broekemeier, Pamela Jean
8007 Everest Ln N

Maple Grove, MN 55311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-7541

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

Brown, Jason
99 Good Street

Jeannette, PA 15644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0351

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

Brown, Lynn
3079 Warwick drive

North Huntingdon, PA 15642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,355.31

Date or dates debt was incurred _____

Last 4 digits of account number  BB-5087

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

Bryant, Barry Ian
305 S. Maggiore Dr.

St. George, UT 84770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-3132

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

Bryant, William Marshall
26 W WILLARD RD

EDGEWOOD, NM 87015-7019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-1781

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Debtor   Power Block Coin, LLC _____   Case number (if known) 24-23041
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Budd, Eric Dale
2486 W 900 N

Layton, UT 84041

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BB-4967

$ 6,803.97

---

**3.48** **Nonpriority creditor's name and mailing address**

BUTTELL, JEREMY
15011 SE Diamond Dr

Clackamas, OR 97015

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BB-0387

$ 55,416.37

---

**3.49** **Nonpriority creditor's name and mailing address**

Buttell, Linda
2119 Jackson Dr.

Norman, OK 73071

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BB-5896

$ 2,518.00

---

**3.50** **Nonpriority creditor's name and mailing address**

Butterfield, Brent Jay
2574 Spencer Crest Dr

Bluffdale, UT 84065

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-4856

$ Unknown

---

**3.51** **Nonpriority creditor's name and mailing address**

Campbell, George ANDREW
201 Randolph Avenue

London, CO W91NS

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-1689

$ Unknown

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11 of 58

Debtor   Power Block Coin, LLC _____   Case number (if known) 24-23041 _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

Canteros, Javier Agustin
M. Costa i Llobera 29 Bajo 2

Sant Cugat del Valles, CT 8173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   BG-3740_____

$ Unknown

---

**3.53** **Nonpriority creditor's name and mailing address**

CARABOTT, DANIEL
128 Purok 4

Lubao, NC 2005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   IP-0263_____

$ Unknown

---

**3.54** **Nonpriority creditor's name and mailing address**

CARABOTT, DANIEL  NELSON
128 Purok 4

Lubao, NC 2005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   BG-5252_____

$ Unknown

---

**3.55** **Nonpriority creditor's name and mailing address**

CARLSON, DAVID
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   IP-0506_____

$ Unknown

---

**3.56** **Nonpriority creditor's name and mailing address**

CARLSON, DAVID
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   IP-0249_____

$ Unknown

---

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.** 57 **Nonpriority creditor's name and mailing address**

CARLSON, DAVID Matthew
2229 BLACKSTONE CT

EAST WENATCHEE, WA 98802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** BG-8454

$ Unknown

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Carlson, Terry
1225 Hyde Street, Apt 3

San Francisco, CA 94109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** BG-2292

$ Unknown

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Castaneda, Francisco
715 1/2 Encino Pl

SANTA PAULA, CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** BG-8490

$ Unknown

---

**3.** 60 **Nonpriority creditor's name and mailing address**

CAUSEVIC, SINAN na
1000 36th St SW Apt A4

Wyoming, MI 49509-3586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** BG-7303

$ Unknown

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Celsius Network LLC Restructuring
410 Exchange, Ste. 100
Irvine, CA 92602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ Unknown

---

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62 Nonpriority creditor's name and mailing address**

Chimhanda, Tafadzwa
15

Andover, NH SP11 6UL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-0345

$ Unknown

---

**3.63 Nonpriority creditor's name and mailing address**

Clark, Jordan Carter
1110 Farm Crest Drive Apt 3B

Mishawaka, IN 46544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-7140

$ Unknown

---

**3.64 Nonpriority creditor's name and mailing address**

CONGER, KATHLEEN S
13819 S VESTRY ROAD

DRAPER, UT 84030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-3176

$ Unknown

---

**3.65 Nonpriority creditor's name and mailing address**

Cortina, Jordi Costa
Plaza Mayor p3 p1

Almassera, NV 46132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BG-4475

$ Unknown

---

**3.66 Nonpriority creditor's name and mailing address**

CSANYI, NIKOLETTA
161 D AVE 8

CORONADO, CA 92118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   BB-3384

$ 5,732.94

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14 of 58

| | | |
|---|---|---|
| Debtor | Power Block Coin, LLC | Case number *(if known)* 24-23041 |
| | Name | |

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.67** **Nonpriority creditor's name and mailing address**

Cuevas, Maria Lucia
PO BX 1015

Santa Paula , CA 93061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-7461

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

Daily, Linda
4 Dutch Lane

Bridger, MT 59014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0233

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

Delarosa, Israel
3042 Spring Hill PKWY  Apt F

Smyrna, GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-0993

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Dimas, Dianne
1331 S Eads St.

Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,850.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-2804

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

Douglas, Robert
PO BOX 170285

US, TX 78717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0237

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Debtor Power Block Coin, LLC _____  Case number (if known) 24-23041 _____

Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72 Nonpriority creditor's name and mailing address**

Dugan, Darren Lee
71 Westlake Ave.

Toronto, ON M4C4P9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-3658

$ 973.18

---

**3.73 Nonpriority creditor's name and mailing address**

DUSTIN, CHIELI
653 W DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0368

$ Unknown

---

**3.74 Nonpriority creditor's name and mailing address**

DUSTIN, DAVID
653 DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-0506

$ 14,260.08

---

**3.75 Nonpriority creditor's name and mailing address**

DUSTIN, DAVID
653 DUNNING CT

DRAPER, UT 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0369

$ Unknown

---

**3.76 Nonpriority creditor's name and mailing address**

Englhart, Markus
Seewiesenweg 5B

Waltenhofen, AL 87448

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-4733

$ Unknown

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.77** **Nonpriority creditor's name and mailing address**

Evgin, Semseddin
Ookayama 2-6-3

Meguro-ku, SD 152-0033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6951_____

$ _Unknown_____

---

**3.78** **Nonpriority creditor's name and mailing address**

Fischer, Carol
W6865 Firelane 4

Menasha, WI 54952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0521_____

$ _Unknown_____

---

**3.79** **Nonpriority creditor's name and mailing address**

Fish, Ryan
777 N 2000 W

Kamas, UT 84036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-2645_____

$ _Unknown_____

---

**3.80** **Nonpriority creditor's name and mailing address**

Fish, Ryan
777 N 2000 W

Kamas, UT 84036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0243_____

$ _Unknown_____

---

**3.81** **Nonpriority creditor's name and mailing address**

Fourney, William
383 North Ash Street

Fruita, CO 81521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0261_____

$ _Unknown_____

| Debtor | Power Block Coin, LLC | Case number _(if known)_ | 24-23041 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| | Amount of claim |
| --- | --- |
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 82** **Nonpriority creditor's name and mailing address**

Fourney, William James
383 North Ash Street

Fruita, CO 81521

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0938_____

---

**3. 83** **Nonpriority creditor's name and mailing address**

Fox, Edward Bruce
4223 Teal Drive

Lawrence, KS 66047

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-2083_____

---

**3. 84** **Nonpriority creditor's name and mailing address**

FRAUSTO, TONY Alejandro
5908 EASTBROOK AVE

LAKEWOOD, CA 90713

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,297.81

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-8561_____

---

**3. 85** **Nonpriority creditor's name and mailing address**

Gabbard, Alanelle Bagamaspad
7813 Rhea Ave

Reseda, CA 91335

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0249_____

---

**3. 86** **Nonpriority creditor's name and mailing address**

Galle, Jordy
Schommelstraat 64

Balen, NJ 2490

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0265_____

Debtor _Power Block Coin, LLC_____ Case number (if known)__24-23041_____
         Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Galle, Jordy
Schommelstraat 64

Balen, NJ 2490

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-7609_____

$ Unknown_____

---

**3.88** **Nonpriority creditor's name and mailing address**

Gay, Nissa
422 Green River St

Oxnard, CA 93036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   CP-0512_____

$ Unknown_____

---

**3.89** **Nonpriority creditor's name and mailing address**

Gerritse, Chris
Van der Madestraat 48

Delft, RI 2612RD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-7092_____

$ Unknown_____

---

**3.90** **Nonpriority creditor's name and mailing address**

Gerritse, Chris
Van der Madestraat 48

Delft, RI 2612RD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0335_____

$ Unknown_____

---

**3.91** **Nonpriority creditor's name and mailing address**

Gile, Kimberly
12420 E SADDLEHORN TRL

Scottsdale, AZ 85259

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-5238_____

$ Unknown_____

---

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.92** **Nonpriority creditor's name and mailing address**

Giles, Andrew Brady
188 E Moon Dance Dr

Saratoga Springs, UT 84045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number BG-8307

**3.93** **Nonpriority creditor's name and mailing address**

Godfrey, Ashton
3580 E Baranca Rd

Gilbert, AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number CP-0326

**3.94** **Nonpriority creditor's name and mailing address**

Gonzalez, Christopher

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number BG-7177

**3.95** **Nonpriority creditor's name and mailing address**

Goodpasture, Jonathan
2305 W. Jackson Blvd.

Jackson, MO 63755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number BG-3796

**3.96** **Nonpriority creditor's name and mailing address**

Goretzki, Oliver

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number IP-0239

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 20 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
        Name

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.97** **Nonpriority creditor's name and mailing address**

Goretzki, Oliver

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,650.91

Date or dates debt was incurred _____

Last 4 digits of account number  BB-1737 _____

---

**3.98** **Nonpriority creditor's name and mailing address**

Graham, James
268 W Hayden Cir

Elk Ridge, UT 84651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-9858 _____

---

**3.99** **Nonpriority creditor's name and mailing address**

Gramm, Garrett L
7703 E. portofino ave

Anaheim, CA 92808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-4688 _____

---

**3.100** **Nonpriority creditor's name and mailing address**

GRAY, TODD
1980 CIRCLE HIGH

COTTAGE GROVE, WI 53527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,477.46

Date or dates debt was incurred _____

Last 4 digits of account number  BB-6382 _____

---

**3.101** **Nonpriority creditor's name and mailing address**

Gridelli, Robert
61 Hartman

Irvine, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-2391 _____

---

Debtor Power Block Coin, LLC
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.102** Nonpriority creditor's name and mailing address

Haiek, Alex
PO Box 1716

Camarillo, CA 93011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number CP-0530

$ Unknown

**3.103** Nonpriority creditor's name and mailing address

Haiek, Alex
PO Box 1716

Camarillo, CA 93011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number CP-0529

$ Unknown

**3.104** Nonpriority creditor's name and mailing address

Haiek, Joseph
2149 WESTWOOD DR

Camarillo, CA 93010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number CP-0508

$ Unknown

**3.105** Nonpriority creditor's name and mailing address

Hall, Robyn
276 Muriel Lake Road

Keewatin , ON P0X1C0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0347

$ Unknown

**3.106** Nonpriority creditor's name and mailing address

Hamby, Jared
8370 Adams Creek Rd

Beggs, OK 74421

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-3157

$ Unknown

Debtor  Power Block Coin, LLC _____  Case number _(if known)_ 24-23041
              Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.**<sup>107</sup> **Nonpriority creditor's name and mailing address**

Hamlin, Mark

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   BG-3560

$ Unknown

---

**3.**<sup>108</sup> **Nonpriority creditor's name and mailing address**

HARDEN, ANN
12758 W COUNTY ROAD B

HAYWARD, WI 54843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   BG-2137

$ Unknown

---

**3.**<sup>109</sup> **Nonpriority creditor's name and mailing address**

Haslund, Jasen Andrew
149 N Stone Gate Dr

Saratoga Springs, UT 84045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   BG-2921

$ Unknown

---

**3.**<sup>110</sup> **Nonpriority creditor's name and mailing address**

Hefner, Jake
4057, Loch Dr

Highland, MI 48357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   IP-0350

$ Unknown

---

**3.**<sup>111</sup> **Nonpriority creditor's name and mailing address**

Hegland, Mike
5 lazar lane

Jeannette, PA 15644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**   BG-2683

$ Unknown

---

**Part 2: Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.112 Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number     BG-3208

$ Unknown

---

**3.113 Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number     IP-0292

$ Unknown

---

**3.114 Nonpriority creditor's name and mailing address**

Hemmert, Dan
1115 E 965 N

Orem, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number     IP-0293

$ Unknown

---

**3.115 Nonpriority creditor's name and mailing address**

Hilgenberg, Mark
11456 S Open View LN

South Jordan, UT 84009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number     BG-2199

$ Unknown

---

**3.116 Nonpriority creditor's name and mailing address**

Hipp, Corey Shane
2800 Vintage View Loop

Lakeland, FL 33812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number     BB-3984

$ 640.20

---

Debtor Power Block Coin, LLC
Name

Schedules and SOPA Page 37 of 90

Case number (if known) 24-23041

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 Nonpriority creditor's name and mailing address**

Hipp, Elizabeth

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-7957

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.118 Nonpriority creditor's name and mailing address**

HITT, KENNETH LAMAR
3798 CAPE LANDING CIR APT V

MYRTLE BEACH, SC 29588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-8053

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

---

**3.119 Nonpriority creditor's name and mailing address**

Hoffman, Jonathan Michael
600 North 800 West

Provo, UT 84601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-6899

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

---

**3.120 Nonpriority creditor's name and mailing address**

Hohaia, Todd Johnathan
38 Warwick Road

HILLVUE, NH 2340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-6640

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.121 Nonpriority creditor's name and mailing address**

Hood, Randy Lee
702 Brassey Cres.

Vernon, BC V1H 2H7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-2965

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

Debtor  Power Block Coin, LLC _____  Case number *(if known)* 24-23041
              Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 Nonpriority creditor's name and mailing address**

HUISMANN, DUANE Christopher
7620 HONEYSUCKLE LN NE

ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  BG-5681

$ Unknown

---

**3.123 Nonpriority creditor's name and mailing address**

HYMAN, BRUCE
2 WALTHAM CT

Jackson Township, NJ 8527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  BG-9950

$ Unknown

---

**3.124 Nonpriority creditor's name and mailing address**

Ibe, Kelechi Samuel
9207 Bowen Drive

San Antonio, TX 78250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  BG-4383

$ Unknown

---

**3.125 Nonpriority creditor's name and mailing address**

Inapakuthika, Venkata Satya Prasad
105, RSUN WHITES APARTMENT, NEAR
SRIRAMA TEMPLE, IMMMADIHALLI MAIN
ROAD, WHITEFIELD

Bangalore, AK 560066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  BG-8860

$ Unknown

---

**3.126 Nonpriority creditor's name and mailing address**

Isenegger, Oliver Norbert
Rebstockrain 2

Luzern, NJ 6006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  BG-4868

$ Unknown

---

Schedules and SOPA

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127 Nonpriority creditor's name and mailing address**

Jackson, Benjamin
3/125 Princes Highway Werribee

Werribee, VA 3030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0533

$ Unknown

---

**3.128 Nonpriority creditor's name and mailing address**

Jacobson, Kai
190 Candelero Dr. Apt. 149

Humacao, PR 7791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-5213

$ Unknown

---

**3.129 Nonpriority creditor's name and mailing address**

Jacobson, Sita Rose
29560 Elk View Dr

Steamboat Springs, CO 80487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-5249

$ Unknown

---

**3.130 Nonpriority creditor's name and mailing address**

JENKINS, JUSTIN
5042 LONGVIEW WALK

DECATUR, GA 30035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0511

$ Unknown

---

**3.131 Nonpriority creditor's name and mailing address**

JONES, BRAD
624 S 100 W

OREM, UT 84058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-4364

$ Unknown

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **132**  **Nonpriority creditor's name and mailing address**

JONES, BRAD
624 S 100 W

OREM, UT 84058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0252_____

$ Unknown

---

**3.** **133**  **Nonpriority creditor's name and mailing address**

Kevan, Jonathan Mark
10950 N La Canada Dr Apt 9101

Tucson, AZ 85737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-0562_____

$ Unknown

---

**3.** **134**  **Nonpriority creditor's name and mailing address**

Klumb, Timothy Jon
1390 Cedar Creek Pkwy

Grafton, WI 53024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6579_____

$ Unknown

---

**3.** **135**  **Nonpriority creditor's name and mailing address**

Koepke, Audrey Belle
16755 Coyote Bush Drive, Unit 1

San Diego, CA 92127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-9783_____

$ Unknown

---

**3.** **136**  **Nonpriority creditor's name and mailing address**

KUCSMA, DIANA Lynn
33779 Terrill Road

Townville, PA 16360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-1101_____

$ 2,470.41

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

Kuhn, Peter Kurt
Josefstrasse

Zurich, PR 8005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-4412

$ Unknown

---

**3.138** **Nonpriority creditor's name and mailing address**

Lacher, Markus Roland
11330 Sheffield Road

Spring Hill, FL 34608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-8294

$ Unknown

---

**3.139** **Nonpriority creditor's name and mailing address**

Lambert, Lance

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** IP-0234

$ Unknown

---

**3.140** **Nonpriority creditor's name and mailing address**

LARSON, JUSTIN Steven
5147 E MOON RIVER DRIVE

EAGLE MOUNTAIN, UT 84005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BB-9108

$ 2,199.19

---

**3.141** **Nonpriority creditor's name and mailing address**

Leale, John
3040 Dickinson Dr.

Tallahassee, FL 32311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** BG-9826

$ Unknown

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 29 of 58

Debtor    Power Block Coin, LLC                                      Case number *(if known)*    24-23041
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.142  Nonpriority creditor's name and mailing address

Lee, Michael
101 Nancy Drive

Enterprise, AL 36330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    IP-0273_____

### 3.143  Nonpriority creditor's name and mailing address

Lee, Michael
101 Nancy Drive

Enterprise, AL 36330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-9816_____

### 3.144  Nonpriority creditor's name and mailing address

Lemm, Kimiko Nicole
Avenida Balboa

Panama, AL 507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-1158_____

### 3.145  Nonpriority creditor's name and mailing address

Leon, Cristina Alba
calle sueca

silla, NV 46132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-4511_____

### 3.146  Nonpriority creditor's name and mailing address

Leon-Quintero, Monica C
9864 221 Street NW

Edmonton, AB T5T 4M3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-9304_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.147    Nonpriority creditor's name and mailing address**

Leyba, James

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    IP-0342

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

---

**3.148    Nonpriority creditor's name and mailing address**

Little, Darren James
25 4055 Pender Street

Burnaby, BC V5C2L9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    BG-2048

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ Unknown

---

**3.149    Nonpriority creditor's name and mailing address**

Lyngarkos, Mark Nicholas
514 east edgewood Avenue

NEW CASTLE, PA 16105

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    BG-5048

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ Unknown

---

**3.150    Nonpriority creditor's name and mailing address**

MACHALSKI, ARTUR WITOLD
Monte Cassino

Wroclaw, RI 51-681

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    BB-5053

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 6,054.67

---

**3.151    Nonpriority creditor's name and mailing address**

Mackiewicz, Jordan
432 Dalhart Ave

Romeoville, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    BG-3272

**Is the claim subject to offset?**
- ✓ No
- ☐ Yes

$ Unknown

---

Debtor    Power Block Coin, LLC        Case number *(if known)*   24-23041
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.152**   **Nonpriority creditor's name and mailing address**

Magee, Kristopher George
Brecon Road

Bristol, DC BS94DT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number    BG-4643

$ Unknown

---

**3.153**   **Nonpriority creditor's name and mailing address**

MARTINEZ, BETTY Leanne
1314 LAKESIDE DR

FELTON, CA 95018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number    BB-8305

$ 290.74

---

**3.154**   **Nonpriority creditor's name and mailing address**

MCGINNIS, JOSHUA
435 ASH ST

HONESDALE, PA 18431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number    BB-6202

$ 840.21

---

**3.155**   **Nonpriority creditor's name and mailing address**

MCLAWS, JAY DARREN
11453 E DARTMOUTH ST

MESA, AZ 85207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number    BG-5482

$ Unknown

---

**3.156**   **Nonpriority creditor's name and mailing address**

Meecham, Dustin Thomas
2275 W 250S #G107

Pleasant Grove, UT 84062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number    BG-1375

$ Unknown

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

Mendenhall, Wendell
568 Ranch Circle

Alpine, UT 84004

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-1908

$ 44,450.69

---

**3.158** **Nonpriority creditor's name and mailing address**

Mendenhall, Wendell Buck
568 Ranch Circle

Alpine, UT 84004

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-4065

$ 9,523.57

---

**3.159** **Nonpriority creditor's name and mailing address**

Meshey, Adam
5913 Montford Drive

Zephyrhills, FL 33541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6480

$ Unknown

---

**3.160** **Nonpriority creditor's name and mailing address**

Miller, Jon David
7182 Adel Rd

Spencer, IN 47460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-3378

$ Unknown

---

**3.161** **Nonpriority creditor's name and mailing address**

Miller, Kevin
6564 W HAMILTON WAY

Highland, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-5831

$ 58,104.53

---

Debtor ___Power Block Coin, LLC_____ Case number *(if known)*___24-23041____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 Nonpriority creditor's name and mailing address**

MILLER, ROBERT HALLY
535 longmill lane

Orange park , FL 32065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-5196_____

$ Unknown

---

**3.163 Nonpriority creditor's name and mailing address**

MILLER, TODD
3645 MIRAMONTES CIR

WELLINGTON, FL 33414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BB-9321_____

$ 22,387.32

---

**3.164 Nonpriority creditor's name and mailing address**

Moore, Tonya Renae
P O Box 331342

Murfreesboro, TN 37133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BG-9728_____

$ Unknown

---

**3.165 Nonpriority creditor's name and mailing address**

MORCOM, ROBERT
16 Burns Green

Stevenage, RI SG27DA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BB-8773_____

$ 1,012.78

---

**3.166 Nonpriority creditor's name and mailing address**

Morley, McKay
775 W 1200 N

SPRINGVILLE, UT 84663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    BB-1045_____

$ 176,733.51

---

Debtor    Power Block Coin, LLC _____    Case number *(if known)*    24-23041 _____
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.167   Nonpriority creditor's name and mailing address**

Morley, Mike T
775 West 1200 North, Suite 100

Springville, UT 84663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-0086 _____

$ Unknown _____

---

**3.168   Nonpriority creditor's name and mailing address**

Moroz, Tatiana
10 woodcliff ave

north bergen, NJ 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    IP-0245 _____

$ Unknown _____

---

**3.169   Nonpriority creditor's name and mailing address**

Moroz, Tatiana
10 woodcliff ave

north bergen, NJ 7047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    IP-0242 _____

$ Unknown _____

---

**3.170   Nonpriority creditor's name and mailing address**

Morris, Jory Alan
61095 County Road 12

Warroad, MN 56763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-9177 _____

$ Unknown _____

---

**3.171   Nonpriority creditor's name and mailing address**

Moulton, Ea Moulton  Raindancer
2850 Alpenglow Way

Steamboat Springs , CO 80487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    BG-6088 _____

$ Unknown _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 172 Nonpriority creditor's name and mailing address**

Munoz, Martha P
3719 South 144 Th East Pl

Tulsa, OK 74134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-8122

---

**3. 173 Nonpriority creditor's name and mailing address**

Nelson, Mark
14175 Golf Parkway

Brookfield, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0507

---

**3. 174 Nonpriority creditor's name and mailing address**

Nelson, William James
14175 Golf Parkway

Brookfield, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-7881

---

**3. 175 Nonpriority creditor's name and mailing address**

NEWMAN, MICHELE
166 KEYSTONE ESTATE RD

NEW ALEXANDRI, PA 15670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,418.39

Date or dates debt was incurred _____

Last 4 digits of account number  BB-8114

---

**3. 176 Nonpriority creditor's name and mailing address**

Nowicki, Nathaniel
367 Ironbank Road

Ironbank, SC 5153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  BG-2723

---

Debtor Power Block Coin, LLC

Name

Case number (if known) 24-23041

Schedules and SOFA

# Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 Nonpriority creditor's name and mailing address**

NUTTALL, Christopher Scott
3208B Freedom Circle

Hill AFB, UT 84056

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-8727

$ 61,857.42

---

**3.178 Nonpriority creditor's name and mailing address**

Ohanessian, Gregory

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-8969

$ Unknown

---

**3.179 Nonpriority creditor's name and mailing address**

Ojeleye, Farouk
13 Clapton Way

London, CO E5 8QE

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-5983

$ Unknown

---

**3.180 Nonpriority creditor's name and mailing address**

Oster, Ryan
3887 MESA DR 101

OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-3992

$ 187,106.19

---

**3.181 Nonpriority creditor's name and mailing address**

Packer, Andrew Ira
776 n 860 n

American Fork, UT 84003

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6291

$ Unknown

---

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

Packer, Bobby Lynn
257 E 700 N

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-2854_____

$ Unknown

---

**3.183** **Nonpriority creditor's name and mailing address**

Packer, Joseph LoRell
28081 Edelweiss Court

Laguna Niguel, CA 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-4277_____

$ Unknown

---

**3.184** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-9512_____

$ Unknown

---

**3.185** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0532_____

$ Unknown

---

**3.186** **Nonpriority creditor's name and mailing address**

Pangman, William
3564 Sabaka Trail

Verona, WI 53593

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0513_____

$ Unknown

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 38 of 58

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 187** Nonpriority creditor's name and mailing address

Parliament, Brandon
6274 222nd Ave

Echo, MN 56237

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-8987

$ Unknown

---

**3. 188** Nonpriority creditor's name and mailing address

Patel, BHADRESH
2263 Sable Oaks De

Naperville, IL 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-9311

$ 40,233.80

---

**3. 189** Nonpriority creditor's name and mailing address

Pellegrino, Nicolas
5040 rue cherrier

Laval, QC H7T 0K3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0269

$ Unknown

---

**3. 190** Nonpriority creditor's name and mailing address

PENGUE, MARCELLO
1700 Rue adolphe-pinard

LAVAL, QC H7M 3X7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-2440

$ 1,775.33

---

**3. 191** Nonpriority creditor's name and mailing address

Petersen, Andrew Dodd
503 E Perry Hollow Dr

Mapleton, UT 84664

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-3226

$ 268,647.87

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 39 of 58

Debtor **Power Block Coin, LLC**
Name
Case number (if known) 24-23041

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.192 Nonpriority creditor's name and mailing address**
pina, Ivan
c/ tirant lo blanch 86

massamagrell, NV 46130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-7231

$ __Unknown__

---

**3.193 Nonpriority creditor's name and mailing address**
Pineda, Eloy Amed
Via Ricardo J Alfaro

Panama, AL n/a

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-7263

$ __Unknown__

---

**3.194 Nonpriority creditor's name and mailing address**
Pingle, Kanchan
Flat No.203, Jagjeevan CHS, Sector-4, Airoli

Navi Mumbai, AR 400708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0348

$ __Unknown__

---

**3.195 Nonpriority creditor's name and mailing address**
Pingle, Kanchan Nain
Flat No.203, Jagjeevan CHS, Sector-4, Airoli

Navi Mumbai, AR 400708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-5878

$ __Unknown__

---

**3.196 Nonpriority creditor's name and mailing address**
Pipkin, Dalton
7300 Brompton St. Apt. 5032

Houston, TX 77025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-1905

$ __Unknown__

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 40 of 58

Debtor _____Power Block Coin, LLC_____ Case number (if known)___24-23041___
Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 197  Nonpriority creditor's name and mailing address**

plundquist, phillip
481 S. Water Way Road

Lehi, UT 84043

$ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  BG-5716

**3. 198  Nonpriority creditor's name and mailing address**

Rabbitt, William Henry
3 MOERAN ROAD

WALKINSTOWN, IL D12 XF61

$ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  BG-0571

**3. 199  Nonpriority creditor's name and mailing address**

Rajput, Dina
3855 S McQueen Road

Chandler, AZ 85286

$ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  IP-0393

**3. 200  Nonpriority creditor's name and mailing address**

Rajput, Dina
3855 S McQueen Road

Chandler, AZ 85286

$ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  BG-9608

**3. 201  Nonpriority creditor's name and mailing address**

Ramiro Merina, Angel
Isla Graciosa

Cordoba, CO 14011

$ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  BG-4177

**Part 2: Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.202  Nonpriority creditor's name and mailing address**

REED Jr, ROBERT Thomas
3887 MESA DR 101

OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BB-3195

$88.37

---

**3.203  Nonpriority creditor's name and mailing address**

Retson, Tom
2300 Ocean Ridge Place

Wilmington, NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0522

$Unknown

---

**3.204  Nonpriority creditor's name and mailing address**

Retson, Tom
2300 Ocean Ridge Place

Wilmington, NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   IP-0227

$Unknown

---

**3.205  Nonpriority creditor's name and mailing address**

RIZK, JACOB
200 PALOS VERDES BLVD APT B

REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BB-7773

$7,164.84

---

**3.206  Nonpriority creditor's name and mailing address**

Roberson, Chris Michael
417, Redwood Ln

Saint Charles, MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-2177

$Unknown

| | |
|---|---|
| Debtor | Power Block Coin, LLC |
| | Name |

Case number (if known) 24-23041

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

Robles, Llecenia
4226 New Hampshire Ave

Claremont, CA 91711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-4752

$ Unknown

---

**3.208** Nonpriority creditor's name and mailing address

RODRIGUEZ, ALFONSO
Avenida San Luis

Madrid, MD 28033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-6928

$ Unknown

---

**3.209** Nonpriority creditor's name and mailing address

Rodriguez, Gabriel
335 South Biscayne Blvd

Miami, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   CP-0527

$ Unknown

---

**3.210** Nonpriority creditor's name and mailing address

Romero, Jacob James
3449 Yogi Berra Way

Round Rock, TX 78665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   BG-8354

$ Unknown

---

**3.211** Nonpriority creditor's name and mailing address

Sanders, Timmy
118 E Bates St

Roodhouse, IL 62082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   CP-0524

$ Unknown

---

Debtor Power Block Coin, LLC
_____
Name

Case number (if known) 24-23041
_____

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | |

**3.212** **Nonpriority creditor's name and mailing address**

SCHENONE, BRUNO
45 sw 9th st apt 3708

miami, FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  IP-0250 _____

$ Unknown _____

---

**3.213** **Nonpriority creditor's name and mailing address**

Schiber, Stephen
1873 Echo Ln

Lincoln, CA 95648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-0256 _____

$ Unknown _____

---

**3.214** **Nonpriority creditor's name and mailing address**

Schmidt, Christopher Thomas
1255 Brian Street

Placentia, CA 92870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BB-3453 _____

$ 4,418.39 _____

---

**3.215** **Nonpriority creditor's name and mailing address**

Schur, Steve Frederick
643 Valley Road

Brielle, NJ 8730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-0344 _____

$ Unknown _____

---

**3.216** **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  BG-1327 _____

$ Unknown _____

---

Case 24-23041 Doc 497 Filed 07/04/25 Entered 07/04/25 13:44:25 Desc Main
Case 24-23041 Doc 497 Filed 07/04/25 Entered 07/04/25 13:44:25 Desc Exhibit
Schedules and SOFA Page 57 of 90

Debtor Power Block Coin, LLC                                    Case number (if known) 24-23041
        Name
Schedules and SOFA Page 5 of 90

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.217 **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  IP-0498

$ Unknown

---

3.218 **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  IP-0241

$ Unknown

---

3.219 **Nonpriority creditor's name and mailing address**

Scribner, Douglas
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  IP-0236

$ Unknown

---

3.220 **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  BG-0250

$ Unknown

---

3.221 **Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  IP-0240

$ Unknown

---

Debtor _____ Case number *(if known)* 24-23041
        Power Block Coin, LLC
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.²²²  Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     IP-0246

$ Unknown

---

**3.²²³  Nonpriority creditor's name and mailing address**

SCRIBNER, DOUGLAS
12825 SW 62nd Ave

Pinecrest, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     IP-0248

$ Unknown

---

**3.²²⁴  Nonpriority creditor's name and mailing address**

Shaffer, William John
947 Golden Crest Ave.

Newbury Park, CA 91320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     BG-7626

$ Unknown

---

**3.²²⁵  Nonpriority creditor's name and mailing address**

SHOUN, JOSHUA
765 N 400 E

SPANISH FORK, UT 84660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     BB-0812

$ 932.26

---

**3.²²⁶  Nonpriority creditor's name and mailing address**

Shurland, Andrew
692 Callahan St

Pickering, ON L1W3W2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number     BB-7172

$ 970.26

---

| Debtor | Power Block Coin, LLC | Case number (if known) | 24-23041 |
|--------|----------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

SILLIMAN, JEFFREY
4407 Waterfall Canyon Dr.

Bakersfield , CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-5039

$ Unknown

---

**3.228** **Nonpriority creditor's name and mailing address**

Simon, Mary E
531 Via Estrada Unit O

Laguna Woods, CA 92637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-8323

$ 17,670.89

---

**3.229** **Nonpriority creditor's name and mailing address**

SIMPSON, St Jon Frazer
17/f, yeu hing building, 103 hennessy road, wanchai

hong kong, NC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-5095

$ 1,157.55

---

**3.230** **Nonpriority creditor's name and mailing address**

Smith, Mark
7335 Villiage of Lakewood

Crystal Lake, IL 60014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4digits of account number    IP-0534

$ Unknown

---

**3.231** **Nonpriority creditor's name and mailing address**

Snyder, Brek
2793 Deacon st

Simi Valley , CA 93065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-585

$ Unknown

---

Debtor **Power Block Coin, LLC**
Name

Case number (if known) 24-23041

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

Song, Zhuoyang
330 Sunny Isles Blvd

North Miami Beach, FL 33160

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    IP-0499

$ Unknown

---

**3.233** **Nonpriority creditor's name and mailing address**

Spisso, Daniel
Urb. Terrazas del Country, Ave Auyantepui Res.
Casablanca Apto 5D
Valencia, Carabobo Venezuela 2001

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    CP-0528

$ Unknown

---

**3.234** **Nonpriority creditor's name and mailing address**

Stevenson, Jay Alexander
45 mound road

Chesterfield, NJ S40 2rp

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BG-6018

$ Unknown

---

**3.235** **Nonpriority creditor's name and mailing address**

Summers, CHLOE  Rachael
4a Wharfdale Road

Poole, RI BH12 2ED

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-9721

$ 208.97

---

**3.236** **Nonpriority creditor's name and mailing address**

SZABO-SMITH, KORI
2172 EAST 19TH STREET

OWENSBORO, KY 42303

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    BB-0596

$ 1,900.68

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 48 of 58

Debtor    Power Block Coin, LLC                                                                 Case number (if known)    24-23041
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 237**  **Nonpriority creditor's name and mailing address**

Tilton, Charles
334 N Monroe ST

Kensington, KS 66951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-5140_____

$ Unknown

---

**3. 238**  **Nonpriority creditor's name and mailing address**

Tilton, Samuel
433 S 720 E

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-2856_____

$ Unknown

---

**3. 239**  **Nonpriority creditor's name and mailing address**

Tilton, Shelley Lynn
433 South 720 East

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-9960_____

$ Unknown

---

**3. 240**  **Nonpriority creditor's name and mailing address**

Tilton, Tyler
433 South 720 East

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BG-7753_____

$ Unknown

---

**3. 241**  **Nonpriority creditor's name and mailing address**

TRACY, TIMOTHY
1803 AGNEW AVE

ALIQUIPPA, PA 15001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    BB-9656_____

$ 692.91

Debtor  Power Block Coin, LLC
        _____     Case number (if known) 24-23041
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 242**  **Nonpriority creditor's name and mailing address**

Tribaldos, Ricardo
San Pablo Nuevo, La Cooperativa

David, VA 426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**      BG-3336

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 243**  **Nonpriority creditor's name and mailing address**

Ugbe, Martins
9 Brighead Place

Montrose, KS DD10 0PA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**      BG-9415

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3. 244**  **Nonpriority creditor's name and mailing address**

Unruh, Jason
11146 E Vail Vista Ct

Tucson, AZ 85747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**      IP-0288

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3. 245**  **Nonpriority creditor's name and mailing address**

V B, Guru Charan Gupta
House No:45,1st floor, 4th Cross, Chamundi
Layout, Kogilu, Yelahanka

Bangalore, AK 560064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,435.75

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**      BB-8510

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 246**  **Nonpriority creditor's name and mailing address**

van den Brink, Frank
Olieslagerspoort

Leiden, RI 2312 VX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred**      _____
**Last 4 digits of account number**      BG-2168

**Is the claim subject to offset?**
✓ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 50 of 58

| | Part 2: | Additional Page | | |
|---|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

van den Brink, Wouter
Hoekgat 26

de Zilk, RI 2191XK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-9317

$ Unknown

---

**3.248** **Nonpriority creditor's name and mailing address**

Vanommeslaeghe, Raven Jacques Monique
Langestraat 6

Wortegem-Petegem, MN 9790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-9802

$ Unknown

---

**3.249** **Nonpriority creditor's name and mailing address**

Vermeulen, Christopher David
11505 E 35th St S

Independence, MO 64052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-8844

$ Unknown

---

**3.250** **Nonpriority creditor's name and mailing address**

Wade, Anna
205 Pike St

St Charles, MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** CP-0510

$ Unknown

---

**3.251** **Nonpriority creditor's name and mailing address**

WAGGONER, LESTER Aaron
404 S BIRCH AVE

YACOLT, WA 98675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-6156

$ 500.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 51 of 58

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.252** **Nonpriority creditor's name and mailing address**

Wagoner Jr, Bradley
308 Haynes Street

Excelsior Springs, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0275

$ Unknown

---

**3.253** **Nonpriority creditor's name and mailing address**

Wagoner Jr, Bradley Dale
308 Haynes Street

Excelsior Springs, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-7801

$ 7,535.18

---

**3.254** **Nonpriority creditor's name and mailing address**

WAGONER, BRADLEY
19 DAWN AVE

EXCELSIOR SPGS, MO 64024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BB-1971

$ 10,070.25

---

**3.255** **Nonpriority creditor's name and mailing address**

Ward, Matthew Scott
2673 Long Meadow Lane

Rochester Hills, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number BG-8435

$ Unknown

---

**3.256** **Nonpriority creditor's name and mailing address**

WATSON, BREYON
3489 WOODFRONT CT

INDIANAPOLIS, IN 46222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number IP-0520

$ Unknown

Debtor Power Block Coin, LLC _____ Case number *(if known)* 24-23041
Name

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.257** | **Nonpriority creditor's name and mailing address**

weber, ann A
4461 45th avenue north

St. Petersburg, FL 33714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-0117

$ Unknown

---

**3.258** | **Nonpriority creditor's name and mailing address**

WEST, MARGARET Joan
2728 ASPEN CT

ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BB-9834

$ 12,727.24

---

**3.259** | **Nonpriority creditor's name and mailing address**

Whitsett, Brian
3407 morrison rd w

university place, WA 98466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-3549

$ Unknown

---

**3.260** | **Nonpriority creditor's name and mailing address**

Wijesekera, Praveen Malinfa
1303/225 Elizabeth Street

Melbourne, VA 3000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-2692

$ Unknown

---

**3.261** | **Nonpriority creditor's name and mailing address**

Williams, Mason G
168

Lake Dr, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** BG-2664

$ Unknown

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 53 of 58

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

WILTZ, DAVE
1505 DRUMHILL DR

HACIENDA HGTS, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred

Last 4 digits of account number BB-1249

$ 4,925.53

---

**3.263** **Nonpriority creditor's name and mailing address**

Wittmeier, Richard Dean
40 Nells Lane

Hampstead, NC 28443

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred

Last 4 digits of account number BG-9050

$ Unknown

---

**3.264** **Nonpriority creditor's name and mailing address**

wood, colin

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred

Last 4 digits of account number BG-0281

$ Unknown

---

**3.265** **Nonpriority creditor's name and mailing address**

Woodbridge, Charles Gordon
Melrose, North Street, Marton, Marton, Marton

Rugby, WV CV23 9RJ

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

Date or dates debt was incurred

Last 4 digits of account number BB-2564

$ 13,250.77

---

**3.266** **Nonpriority creditor's name and mailing address**

Woodruff, Scott H
11327 E Sable AVe

Mesa, AZ 85212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
❑ Yes

Date or dates debt was incurred

Last 4 digits of account number BG-7881

$ Unknown

---

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.267** **Nonpriority creditor's name and mailing address**

York, Theodore Robert
257 E 700 N

American Fork, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | BG-1198 |

$ Unknown

---

**3.268** **Nonpriority creditor's name and mailing address**

Zagri, Sidney
200 PALOS VERDES BLVD APT B

REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | BB-1318 |

$ 19,726.91

---

**3.269** **Nonpriority creditor's name and mailing address**

Zhang, Xiuping
Jan brediuslaan 4

Diemen , RI 1111wp

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | BG-7276 |

$ Unknown

---

**3.270** **Nonpriority creditor's name and mailing address**

Zilka, Amy
5025 Crown St

MINNETONKA, MN 55345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | IP-0247 |

$ Unknown

---

**3.271** **Nonpriority creditor's name and mailing address**

Zilka, Amy
5025 Crown St

MINNETONKA, MN 55345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

| | |
|---|---|
| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | IP-0244 |

$ Unknown

Debtor    Power Block Coin, LLC                                                          Case number *(if known)*    24-23041
          Name

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 272   **Nonpriority creditor's name and mailing address**

Zulueta, Dean William
625 Winter Pl

Fernley, NV 89408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-3586 _____

$ Unknown _____

---

**3.** 273   **Nonpriority creditor's name and mailing address**

Zuniga, Amador
300 N J st

Oxnard, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-9434 _____

$ Unknown _____

---

**3.** 274   **Nonpriority creditor's name and mailing address**

zuntag, michael hannes
Snorrabraut 35

Reykjavik, VT 105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   BG-7454 _____

$ Unknown _____

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   _____

$ _____

---

**3.** ___   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number**   _____

$ _____

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 56 of 58

Debtor  Power Block Coin, LLC                                        Case number *(if known)*  24-23041
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Song, Zhuoyang<br>c/o Nick Kennedy - Baker McKenzie<br>1900 N. Pearl Street, Suite 1500<br>Dallas, TX, 75201 | Line 3.232<br><br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br><br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br><br>☐ Not listed. Explain | _____ |

Debtor Power Block Coin, LLC _____ Case number (if known) 24-23041 _____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 1,679,550.68 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 1,679,550.68 |

Debtor Name: Power Block Coin LLC Schedule SOPA Case # 24-23041
US Bakruptcy Court District of UTAH

| | Power Block Coin, LLC ("PBC") |
|---|---|
| | Supplement To Schedule E/F: Crypto-denominated Claims |
| | As of 6/20/24 |

| Line | Name | Account | Consideration | Token Type | Quantity |
|---|---|---|---|---|---|
| 1 | Aguirre, David | IP-0414 | Monies Loaned / Advanced | BTC | 0.00348825 |
| 2 | Aguirre, David | IP-0356 | Monies Loaned / Advanced | ETH | 0.0000191 |
| 3 | Aguirre, David | CP-0389 | Monies Loaned / Advanced | ETH | 1.132343 |
| 4 | Aguirre, David | IP-0229 | Monies Loaned / Advanced | USDC | 0.03823315 |
| 5 | Aguirre, David | IP-0357 | Monies Loaned / Advanced | USDT | 0.06948966 |
| 6 | Alekoglou, Konstantinos | IP-0313 | Monies Loaned / Advanced | BTC | 0.00005257 |
| 7 | Alekoglou, Konstantinos | IP-0308 | Monies Loaned / Advanced | USDT | 2327.111382 |
| 8 | Altman, Cynthia | IP-0284 | Monies Loaned / Advanced | BTC | 0.000015 |
| 9 | BHAGWAT, RAVINDRA | IP-0375 | Monies Loaned / Advanced | BTC | 0.0000895 |
| 10 | BHAGWAT, RAVINDRA | IP-0376 | Monies Loaned / Advanced | ETH | 0.000765 |
| 11 | BHAGWAT, RAVINDRA | IP-0262 | Monies Loaned / Advanced | USDC | 1.05 |
| 12 | Bjorkman, Michael | CP-0514 | Monies Loaned / Advanced | BTC | 6.014099 |
| 13 | Bjorkman, Michael | CP-0526 | Monies Loaned / Advanced | BTC | 2.806593 |
| 14 | Bjorkman, Michael | CP-0515 | Monies Loaned / Advanced | ETH | 59.816015 |
| 15 | Blomberg, Jens | IP-0396 | Monies Loaned / Advanced | USDT | 1.228069 |
| 16 | Broekemeier, Pamela | IP-0290 | Monies Loaned / Advanced | BTC | 0.00100021 |
| 17 | Brown, Jason | IP-0351 | Monies Loaned / Advanced | USDT | 0.001 |
| 18 | CARABOTT, DANIEL | IP-0263 | Monies Loaned / Advanced | BTC | 0.00000047 |
| 19 | CARLSON, DAVID | IP-0249 | Monies Loaned / Advanced | BTC | 66.07234889 |
| 20 | CARLSON, DAVID | IP-0506 | Monies Loaned / Advanced | USDC | 950003.2672 |
| 21 | Daily, Linda | IP-0233 | Monies Loaned / Advanced | BTC | 3.94867358 |
| 22 | Douglas, Robert | IP-0237 | Monies Loaned / Advanced | USDC | 0.00203362 |
| 23 | DUSTIN, CHIELI | IP-0368 | Monies Loaned / Advanced | USDC | 331654.2255 |
| 24 | DUSTIN, DAVID | IP-0369 | Monies Loaned / Advanced | USDC | 17761.41567 |
| 25 | Fischer, Carol | IP-0521 | Monies Loaned / Advanced | USDC | 62627.94463 |
| 26 | Fish, Ryan | IP-0243 | Monies Loaned / Advanced | USDT | 0.15093448 |
| 27 | Fourney, William | IP-0261 | Monies Loaned / Advanced | USDT | 50.01916496 |
| 28 | Galle, Jordy | IP-0265 | Monies Loaned / Advanced | BTC | 0.000017 |
| 29 | Gay, Nissa | CP-0512 | Monies Loaned / Advanced | BTC | 3.915543 |
| 30 | Gerritse, Chris | IP-0335 | Monies Loaned / Advanced | BTC | 0.07429298 |
| 31 | Godfrey, Ashton | CP-0326 | Monies Loaned / Advanced | ETH | 38.054819 |
| 32 | Goretzki, Oliver | IP-0239 | Monies Loaned / Advanced | BTC | 0.00005292 |
| 33 | Haiek, Alex | CP-0529 | Monies Loaned / Advanced | BTC | 1.53815205 |
| 34 | Haiek, Alex | CP-0530 | Monies Loaned / Advanced | ETH | 15.98659571 |
| 35 | Haiek, Joseph | CP-0508 | Monies Loaned / Advanced | BTC | 0.431228 |
| 36 | Hall, Robyn | IP-0347 | Monies Loaned / Advanced | ETH | 0.03146592 |
| 37 | Hefner, Jake | IP-0350 | Monies Loaned / Advanced | USDC | 2.16 |
| 38 | Hemmert, Dan | IP-0293 | Monies Loaned / Advanced | BTC | 0.26061848 |
| 39 | Hemmert, Dan | IP-0292 | Monies Loaned / Advanced | ETH | 0.00057943 |
| 40 | Jackson, Benjamin | IP-0533 | Monies Loaned / Advanced | USDT | 66.54374153 |
| 41 | JENKINS, JUSTIN | IP-0511 | Monies Loaned / Advanced | USDT | 15.762 |

**Fill in this information to identify the case:**

Debtor name ___Power Block Coin, LLC___

United States Bankruptcy Court for the:___District of Utah___

Case number (If known): ___24-23041___          Chapter ___11___

❑ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Fireblocks quarterly clearing and settlement services (estimated) Purchaser | Fireblocks Inc<br>500 7th Avenue<br><br>New York, NY, 10018 |
| | State the term remaining | Through 2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | BCH Administrative Services Agreement - BCH charges a fee of 10% of funds disbursed on PBC's behalf | Blue Castle Holdings Inc<br>1145 South 800 East Suite 117<br>Orem, UT, 84097 |
| | State the term remaining | MTM | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Power Block Coin, LLC

United States Bankruptcy Court for the: District of Utah

Case number (If known):    24-23041

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of 1

Case 24-23041 Doc 497 Filed 07/04/25 Entered 07/04/25 23:04:25 Desc Exhibit Document SOFA Page 7 of 90

**Fill in this information to identify the case:**

Debtor name    Power Block Coin, LLC

United States Bankruptcy Court for the:   District of Utah

Case number (If known):    24-23041

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 686,204.54 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,677,210.39 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,019,423.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor | Power Block Coin, LLC
_____
Name                                                    Case number (if known) 24-23041 _____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Sinan Causevic<br>Creditor's name<br>2722 Hawk Ridge Court<br>Kentwood, MI 49508 | 5/31/24<br>5/15/24<br>4/29/24<br>4/15/29<br>3/29/24 | $ 15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | Top Deals Investments, Inc<br>Creditor's name<br>651 North Broad Street<br>Suite 206<br>Middletown, DE 19709 | 4/29/24<br>3/29/24 | $ 9,999.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____ | $_____ | |
| | _____ | | |
| | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $_____ | |
| | _____ | | |
| | _____ | | |
| | **Relationship to debtor**<br>_____ | | | |

Debtor **Power Block Coin, LLC**
_____
Name

Case number *(if known)* 24-23041
_____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Power Block Coin LLC v. Song | | District of Utah | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2:23- cv-00175-TC-JCB<br>_____ | | 351 S W Temple St<br>Salt Lake City, UT 84101 | |
| 7.2. | **Case title**<br>See Continuation Sheet<br>**Case number**<br>_____ | | **Court or agency's name and address**<br>See Continuation Sheet | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Case 24-23041 Doc 497 Filed 07/04/25 Entered 07/04/25 13:04:21 Desc Exhibit
Schedules and SOFA Page 7 of 90

Debtor  Power Block Coin, LLC _____     Case number *(if known)* 24-23041 _____
        Name

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ <br> Custodian's name | _____ | $_____ |
| | **Case title** <br> _____ | **Court name and address** <br> _____ <br> Name |
| | **Case number** <br> _____ | |
| | **Date of order or assignment** <br> _____ | |

---

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

| Debtor | Power Block Coin, LLC | Case number (*if known*) 24-23041 |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CFO Solutions dba Ampleo | Initial advisory fees June through September 2023; Plan Agent beginning March 2024. | 06/20/24 | $ 82,680.00 |
| | **Address** | | | |
| | 3300 Triumph Boulevard. Suite 100 Lehi, UT 84043 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | BCH | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Parsons Behle & Latimer | Chapter 11 bankruptcy filing and advisory services | | $ 60,493.00 |
| | **Address** | | | |
| | P.O. Box 45898 Salt Lake City, UT 84145 Salt Lake City, UT 84145 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | BCH | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor     Power Block Coin, LLC                Case number *(if known)* 24-23041

         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |
| 13.2. **Who received transfer?** _____ | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** _____ | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

---

Debtor    Power Block Coin, LLC             Case number *(if known)* 24-23041
        Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Name, email address, and other basic identifying information.

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

         Has the plan been terminated?

         ☐ No

         ☐ Yes

---

| Debtor | Power Block Coin, LLC | Case number (*if known*) 24-23041 |
|---|---|---|
| | Name | |

---

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Capital Community Bank <br> Name <br> 1835 W. State Street, <br> Pleasant Grove, UT 84062 | XXXX–_____ | ☑ Checking <br> ❏ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ❏ Other_____ | 12/20/2023 | $ 0.00 |
| 18.2. | _____ <br> Name | XXXX–_____ | ❏ Checking <br> ❏ Savings <br> ❏ Money market <br> ❏ Brokerage <br> ❏ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ❏ No <br> ❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ❏ No <br> ❏ Yes |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **8**

Debtor __Power Block Coin, LLC_____  Case number (if known) __24-23041_____
Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  | $_____ |
| _____<br>Name |  |  |  |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name |  | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>_____ |  |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name |  | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor Power Block Coin, LLC
_____
Name

Case number (*if known*) 24-23041
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.2. _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.3. _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |

---

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **10**

Debtor    Power Block Coin, LLC                                      Case number *(if known)* 24-23041
          _____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    Power Block Coin, LLC       Case number *(if known)* 24-23041

Name

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Capital Community Bank<br>Name<br>1835 W. State Street, Pleasant Grove, UT 84062 |

| Name and address |
|---|
| 26d.2.   B2C2<br>Name<br>86-90 Paul St, London EC2A 4NE, United Kingdom |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

---

Debtor      Power Block Coin, LLC            Case number *(if known)* 24-23041
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.    _____
          Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Blue Castle Holdings Inc | 1145 South 800 East Suite 117, Orem, UT 84097 | | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Blue Castle Holdings Inc. | 1,400,000.00 | 8/7/2023 | August 7, 2023 Promissory Note |
| Name | | | |
| 1140 South 800 East Suite 117 Orem, UT 84097 | | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Parent Co | | | |

Debtor  Power Block Coin, LLC
_____
Name

Case number (*if known*) 24-23041
_____

| | Name and address of recipient | 1,768,830.05 | 9/30/23 | September 30, 2023 promisorry note |
|---|---|---|---|---|
| 30.2 | SmartFi Lending LLC | | | |
| | Name | | _____ | |
| | 1145 South 800 East | | | |
| | Suite 117 | | _____ | |
| | Orem, UT 84097 | | | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | Affiliate Co | | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Blue Castle Holdings Inc | EIN: 27-0493734 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/04/2024
_____
MM / DD / YYYY

✘ /s/ Aaron Tilton
_____
Signature of individual signing on behalf of the debtor

Printed name  Aaron Tilton
_____

Position or relationship to debtor  Officer
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name | Power Block Coin, LLC | Case number *(if known)* 24-23041

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Mikhail Sergeevich Tikhomirov, Gajeva 1-3/1, Novi Sad,, Serbia, | $15,000.00 | Services |
| Mikhail Fedorov, Muchnoy Street 3, Apt 40 191023, St. Petersburg, FL | $16,845.66 | Services |
| Paul Rodgers & Associates LLC, 702 Brumback,, Boise, ID 83702 | $30,000.00 | Services |
| Robert B Graber, 5526 Radell Drive SE, Salem, OR 97317 | $13,500.00 | Services |
| Brad Jones Consulting PLLC, 624 South 100 West, Orem, UT 84058 | $22,500.00 | Services |
| Microsoft Corporation, One Microsoft Way, Redmond, WA | $9,372.60 | Suppliers or vendors |
| James Graham, 268 W Hayden Circle Elk, Payson, UT 84651 | $26,875.00 | Services |
| Ampleo, 3300 N Triumph Blvd Ste 100, Lehi, UT 84043 | $67,452.50 | Services |
| Parsons Behle & Latimer, P.O. Box 45898, Salt Lake City, UT 84145 | $54,340.10 | Services |

**7) Legal Actions**

Brown et al v. Power Block Coin, LLC et al

2:23-CV-00554-CRE

Lawsuit contends that SmartFi falsely claimed its cryptocurrency was not exposed to the same risks as Bitcoin and other cryptocurrencies in part due to a 'buy back' program, which SmartFi has allegedly failed to honor. The court action contends that SmartFi has offered investors an illiquid 'Buy Back Balance' token instead of returning the money used to purchase the original cryptocurrency tokens.

Pennsylvania Western District

PA

Pending

Official Form 207      **Statement of Financial Affairs for Non-Individuals**

| Debtor Name | Power Block Coin, LLC | Case number *(if known)* | 24-23041 |
|---|---|---|---|

## Continuation Sheet for Official Form 207

-------

01-23-0003-9205

**Claim on Buy Back Guarantees**

**American Aribration Association**

**Pending**

-------


**26d) Creditors**

| | |
|---|---|
| **Fireblocks** | **255 Franklin Street, Suite 1705, Boston, MA  02110** |
| **Circle Exchange** | **PO Box 52235,  Boston, MA 02210** |


**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Aaron Tilton**

**381 East Siena Drive**
**Washington, UT 84780**

**Amount of money or description: $385,000.00**

**Dates:  - ,  - ,  -**

**Reason: See continuation sheet**
**Management Services for PowerBlock Coin**

---

**Name and Address:**

**Thomas P. Retson**

**2300 Ocean Ridge Place**
**Wilmington, NC 28405**

**Amount of money or description: $41,250.00**

**Dates:  - ,  - ,  -**

**Reason: See continuation sheet**
**COO and Consulting Services**

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals**

**United States Bankruptcy Court**

IN RE:

Case No. 24-23041

Power Block Coin, LLC

_____ Chapter 11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Blue Castle Holdings Inc<br>1145 South 800 East Suite 117, Orem, UT 84097 | 100 | Common stockholder |