Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Alexander S. Chang, USB #18879
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
AChang@parsonsbehle.com

*Attorneys for Debtor Power Block Coin, L.L.C.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 24-bk-23041-JTM |
| POWER BLOCK COIN, L.L.C. | Chapter 11 |
| Debtor | Judge Joel T. Marker |

**DECLARATION OF BRAD JONES IN IN SUPPORT OF BLUE CASTLE HOLDINGS, INC.'S WHEREWITHAL TO PAY FEES UNDER THE MANAGEMENT SERVICES AGREEMENT AND THIS COURT'S ORDER ON CASH MANAGEMENT**

I, Brad Jones, being duly sworn, declare as follows:

1. I am the CFO of Power Block Coin, L.L.C., d/b/a "SmartFi" (the "**Debtor**"), the above-captioned debtor and debtor in possession, and the CFO of Blue Castle Holdings, Inc. ("**BCH**"), the Debtor's 100% equity owner.

4913-7298-2021

**EXHIBIT 12**

2.      I am over the age of 18 and competent to testify as to the matters set forth herein. Unless otherwise indicated, the facts set forth herein are based upon my personal knowledge or the knowledge of the Debtor's personnel and based on information learned in my capacity as CFO.

3.      I submit this declaration (this "**Declaration**") in support of the Application for compensation and reimbursement filed by Parsons Behle & Latimer as Attorneys for the Debtor and, specifically in support of the wherewithal of BCH to pay the allowed administrative claims and future administrative claims in this case as they come due.

4.      Attached as <u>Exhibit A</u> hereto is a true-and-correct copy of the balance of BCH's Wells Fargo Bank, N.A. bank account showing an available balance in the amount of $512,153.75. This amount is available to be paid to BCH's account that is separately maintained for the payment of the Debtor's administrative expenses as approved by the Court's Order Authorizing Continued Use of Debtor's Cash Management System Through Services Agreement with Blue Castle Holdings, Inc. and Granting Related Relief (ECF 181).

5.      Accordingly, BCH has the wherewithal to pay the allowed fees and expenses of the Debtor's counsel.  BCH will be able to pay other allowed administrative claims of the Debtor's chapter 11 case as and when they are allowed and come due.

*I, Brad Jones, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.*

Dated:  December 10, 2024

|  |  |
|---|---|
|  | /s/ Brad Jones* |
| By: | Brad Jones |
|  | CFO |
|  | Power Block Coin, L.L.C. and Blue Castle Holdings, Inc. |
|  | *signed with email permission |

2

4913-7298-2021

Case 24-23041 Doc 49-1 Filed 12/10/24 Entered 12/10/24 17:35:21 Desc Main Exhibit Exhibit Documentes Dealgacaion 4 Page 3 of 4

# Exhibit A

Case 24-23041   Doc 2349-17   Filed 12/11/24   Entered 12/11/24 17:51:54   Desc Main
Document   Page 4 of 4
Exhibit Exhibit Q Document 24 Page 4 of 4

