**This order is SIGNED.**

**Dated: December 11, 2024**

_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*msc*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 24-bk-23041-JTM |
| POWER BLOCK COIN, L.L.C. | Chapter 11 |
| Debtor | Judge Joel T. Marker |

### ORDER AUTHORIZING PAYMENT OF ALLOWED FEES AND
### EXPENSES ON FIRST INTERIM APPLICATION OF PARSONS
### BEHLE & LATIMER, COUNSEL TO DEBTOR, FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

On the Application (the "**Application**") of Parsons Behle & Latimer ("**Parsons Behle**"), counsel to the above-captioned debtor and debtor in possession Power Block Coin, L.L.C. (the "**Debtor**"), under sections 328, 330, and 331 of title of the United States Code, Rules 2002(c)(3) and 2016 of the Federal Rules of Bankruptcy Procedures for allowance of compensation and reimbursement of expenses; the Court having entered the Order Granting the Application (ECF 223) allowing on an interim basis compensation in the amount of $179,005.50 and reimbursement of expenses in the amount of $12,867.96; and the Court having held a further hearing on December 11, 2024, on whether to authorize interim payment of the allowed fees and expenses, and the Court having considered the opposition and arguments made by the Official Committee of Unsecured Creditors at the hearing, and following the consideration of the opposition, the arguments of counsel, the Application, the evidence in support of the Application

4920-4572-9541

**EXHIBIT**
**13**
tabbies

and wherewithal of the Debtor's parent, Blue Castle Holdings, Inc. to pay the allowed fees and expenses, the docket and record of this case, and all other matters properly before the Court, the Court hereby overrules the oppositions on their merits to the extent provided herein, and for other good cause appearing,

IT IS HEREBY ORDERED as follows:

1.      The Debtor is authorized, through the use of the Debtor's parent Blue Castle Holdings, Inc., to pay the full amount of Parsons Behle's administrative expense claim pursuant to the Order (1) Authorizing Continued Use of Debtor's Cash Management System Through Services Agreement with Blue Castle Holdings Inc. and (2) Granting Related Relief (ECF 181).

2.      The Application is approved without prejudice to Parsons Behle's right to seek further compensation and reimbursement under any subsequent fee application and any party in interest to contest allowance and payment of these fees on a final basis or any other appropriate remedy with respect thereto.

###

----------------------------------------------*end of document*----------------------------------------------

4920-4572-9541

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER GRANTING FIRST INTERIM APPLICATION OF PARSONS BEHLE & LATIMER, COUNSEL TO DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- James W. Anderson    jwa@clydesnow.com, gmortensen@clydesnow.com
- Laura Elizabeth Baccash    laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom    mark.bloom@bakermckenzie.com
- Simeon J Brown    sbrown@parsonsbehle.com
- Matthew James Burne    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Deborah Rae Chandler    dchandler@aklawfirm.com
- Carson Heninger    heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Samuel P. Hershey    sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis    jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Peter J. Kuhn    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- Artur Machalski    artur.machalski@gmail.com
- Elliott D. McGill    emcgill@parsonsbehle.com
- Darren B. Neilson    dneilson@parsonsbehle.com
- Christopher L. Perkins    cperkins@eckertseamans.com
- Gregory F. Pesce    gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A Romney    war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields    jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- Abigail Jennifer Stone    abigail.stone@gtlaw.com
- Landon S. Troester    lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Melinda Willden tr    melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

The following parties in interest are not registered ECF users and must be notified manually:

4920-4572-9541

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

CFO Solutions, LLC dba Amplo
13601 W McMillan Rd
#102 PMB 320
Boise, ID 83713

Alexander S Chang
201 S. Main St Ste 1800
Salt Lake City, UT 84111

Kyle Ferrier
300 South Biscayne Blvd.
Suite 4900
Miami, FL 33131

Nicholas Kennedy
1900 N. Pearl Street
Suite 1500
Dallas, TX 75201

Dated this 11th day of December, 2024.

**PARSONS BEHLE & LATIMER**

/s/ Brian M. Rothschild
Brian M. Rothschild

2

4920-4572-9541