## Willden, Melinda (USTP)

| | |
|---|---|
| **From:** | Willden, Melinda (USTP) |
| **Sent:** | Tuesday, September 23, 2025 12:39 PM |
| **To:** | Brian Rothschild (BRothschild@parsonsbehle.com) |
| **Cc:** | Kuhn, Peter J. (USTP); Peshell, Rinehart (USTP) |
| **Subject:** | MOR corrections, and Common Interest/Joint Defense agmt. Power Block 24-23041 |

Brian,

It appears that the January 2025 MOR filed at dkt #272 was missing the attachments/exhibits. Please file those.

Please provide the joint defense/common interest agreement asap.

Best regards,
Melinda


Melinda Willden
Trial Attorney
United States Department of Justice
Office of the United States Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Direct: (801) 524-5148
Cell: (202) 834-2011
Melinda.Willden@usdoj.gov



**EXHIBIT 16**