## *Exhibit A*

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totals $279,085 CAD with an estimated USD value of $202,360.15 USD. Value was calculated using October 17, 2024 FX Rate of 1 CAD = $0.73USD. The other check totals $6,430 USD.

The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.

## *Exhibit B*

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has been notified that no pre-petition debt payments can be made without prior approval from the court.

**EXHIBIT**

**17**

## *Exhibit A*

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totals $279,085 CAD with an estimated USD value of $202,360.15 USD. Value was calculated using October 17, 2024 FX Rate of 1 CAD = $0.73USD. The other check totals $6,430 USD.

The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.  The Debtor believes that it will have a solution to this issue very shortly.

## *Exhibit B*

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has since been notified that no pre-petition debt payments can be made without prior approval from the court.

## Exhibit A

Monthly Operating Report Questionnaire 1-9 responses:

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?

Power Block Coin has not deposited any funds into a DIP account, as the company is unbankable. The Company did receive 2 checks this past month, related to theft recovery from years ago. One of the checks totaled $279,085 CAD, the actual funds received on December 16, 2024, totaled USD $192,986.03. The remaining check totaled USD $6,430 but hasn t been deposited.

The Company is working on a means of negotiating and holding the funds as the Debtor has no bank account, and Blue Castle cannot negotiate the checks because they are made out to Power Block Coin.

## Exhibit B

Monthly Operating Report Questionnaire 10-18 responses:

15. Have you borrowed money from anyone, or has anyone made any payments on your behalf?

Power Block Coin has not directly borrowed money, no payments have been made on behalf of Power Block Coin by any third parties outside of the regular transactions processed through Blue Castle Holdings under the existing management agreement.

17. Have you paid any bills you owed before you filed bankruptcy?

Power Block Coin made payments totaling $5,500 to pre-petition creditors for services that were rendered from June 1 to June 30. These payments were made for operational expenses related to maintaining the cryptocurrency platform. The debtor has been notified that no pre-petition debt payments can be made without prior approval from the court.