# Trust Details Report

**Power Block Coin, LLC / Post Petition Chapter 11 Bankruptcy (37787-003)**  **09/16/2025**

| Matter | Matter Description | Type | Status | Bank | Check Status | Check No. | Payee / Paid By | Invoice Reference | Amount | Balance | Date | Maturation | Override |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003 | Post Petition Chapter 11 Bankruptcy | Receipt | Posted | 101 | | WIRE608348 | Philip Hershman | 0 | 192,986.03 | 192,986.03 | 12/16/2024 | 12/16/2024 | 12/16/2024 |
| 003 | Post Petition Chapter 11 Bankruptcy | Unapplied | Posted | 101 | Cleared | 0 | | 0 | -190,970.46 | 2,015.57 | 12/16/2024 | | |
| | Application of Trust Funds | | | | | | | | | | | | |
| 003 | Post Petition Chapter 11 Bankruptcy | Receipt | Posted | 101 | | WIRE600133 | Philip Hershamn Avocate Inc | 0 | 4,808.07 | 6,823.64 | 05/13/2025 | 05/13/2025 | 05/13/2025 |

**Report Totals:** **6,823.64**

Confidential - For Internal Purposes Only.

**EXHIBIT 18**