Outlook

## Re: PBC Letter and copies of Checks

**From** Brad Jones <brad@smartfi.com>

**Date** Wed 10/23/2024 10:27 AM

**To** Philip Hershman <ph@hershman.law>; Timothy B. Smith <TBSmith@parsonsbehle.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>

**Cc** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>

Philip,

Thank you for the update!

We look forward to hearing back when you have more information.

Regards,

Brad Jones
801-592-1740

**From:** Philip Hershman <ph@hershman.law>
**Sent:** Wednesday, October 23, 2024 10:20 AM
**To:** Brad Jones <bradjones@smartfi.com>; Timothy B. Smith <TBSmith@parsonsbehle.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>
**Subject:** RE: PBC Letter and copies of Checks

Hi Brad,

My colleague has already sent a letter to the judge and crown prosecutor in charge of your file and is waiting for an answer.

Once we hear back from them, I will advise you and we go see the judge to explain the situation and so she may authorize the DPCP to issue new cheques.

Best,



**Me  PHILIP HERSHMAN**
Avocat / Attorney
ph@hershman.law
C: 514-606-7232
D: 514-904-1637 ext.1
F: 438.800.4554
Place du Canada
960 - 1010, rue de La Gauchetière Ouest

**EXHIBIT**

**19**

Le contenu du présent courriel, y incluant tout fichier pouvant y être annexé, est confidentiel et protégé par le secret professionnel. Il n'est destiné qu'à son destinataire exclusivement. Si vous

n'êtes pas le destinataire de ce courriel, vous êtes formellement avisé que toute lecture, reproduction, transmission, publication et/ou divulgation d'une partie ou de l'ensemble de celui-ci ainsi

que de tout document pouvant y être annexé est strictement interdite. Si ce courriel vous a été transmis par erreur, nous vous prions d'en aviser l'expéditeur immédiatement et de détruire sans

délai tout exemplaire du présent courriel et de tout document pouvant y être annexé.

The content of the present email, including any attachment thereto, is confidential and protected by the oath of professional secrecy. It is intended for the named recipient therein. If you are

not the named recipient thereof, you are hereby formally advised that any reading, copying, transmission, publication and/or communication of all or any part thereof or of any document which

may be annexed thereto are strictly prohibited. If this email was communicated to you in error, would you please advise the sender thereof immediately and destroy without delay any copy of

the present email and any document which may be annexed thereto

**From:** Brad Jones <bradjones@smartfi.com>
**Sent:** October 23, 2024 10:41 AM
**To:** Philip Hershman <ph@hershman.law>; Timothy B. Smith <TBSmith@parsonsbehle.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>
**Subject:** Re: PBC Letter and copies of Checks

Good Morning Philip,

Now that you have received the physical copies of the checks, can you provide us with a status update and set our expectations?

Thanks!

Brad Jones
801-592-1740

**From:** Philip Hershman <ph@hershman.law>
**Sent:** Tuesday, October 15, 2024 1:49 PM
**To:** Timothy B. Smith <TBSmith@parsonsbehle.com>; Brad Jones <bradjones@smartfi.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>
**Subject:** Re: PBC Letter and copies of Checks

@Vanessa Malenfant has the cheque been delivered at the office?

Get Outlook for iOS

**From:** Timothy B. Smith <TBSmith@parsonsbehle.com>
**Sent:** Tuesday, October 15, 2024 3:28:21 PM
**To:** Brad Jones <bradjones@smartfi.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>; Philip Hershman <ph@hershman.law>
**Subject:** RE: PBC Letter and copies of Checks

Mr. Hershman

Can you confirm that you received the checks today? We just got notice from FedEx that the package was delivered.

Thanks

Tim



**Timothy B. Smith**
Attorney at Law
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Main +1 801.532.1234 • Direct +1 801.536.6993

A Professional

Law Corporation

parsonsbehle.com • TBSmith@parsonsbehle.com • vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

**From:** Brad Jones <bradjones@smartfi.com>
**Sent:** Monday, October 14, 2024 9:21 AM
**To:** Brian M. Rothschild <BRothschild@parsonsbehle.com>; Timothy B. Smith <TBSmith@parsonsbehle.com>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>; Philip Hershman <ph@hershman.law>
**Subject:** Fw: PBC Letter and copies of Checks

Brian/Tim,

Please see correspondence below from the attorney we have retained in Canada to deal with the Canadian checks we received and endorsed over to Parson Behle & Latimer and how they propose to get the funds to us.

As you can see, they have requested that the actual checks be sent to them so they can give it back to DPCP to have new funds issued.

Please send via FedEx the 2 checks to:

**Mr PHILIP HERSHMAN**
Place du Canada
960 - 1010, rue de La Gauchetière Ouest
Montréal (Québec) H3B 2N2

Let me know if you have any questions.

Brad Jones
801-592-1740

---

**From:** Philip Hershman <ph@hershman.law>
**Sent:** Thursday, October 10, 2024 1:24 PM
**To:** Brad Jones <bradjones@smartfi.com>
**Cc:** Tom Retson <tomretson@smartfi.com>; Aaron Tilton <aarontilton@smartfi.com>
**Subject:** RE: PBC Letter and copies of Checks

Hello again Brad,

RBC bank has written back to me the following:

> *I checked with our back office and they recommend to not deposit the cheque even if there is a signature with the mention "Philip Hershman avocats inc. en fidéicommis". The reason is, down the line that cheque could be returned because it was not deposited for the specified client. Due to the nature of the cheque, the verification department no longer accepts double endorsement for cheques.*
>
> *I feel like the best option would be for the court to issue a cheque for your client but attn: "Philip Hershman avocats inc. en fidéicommis" and then you could do the wire. Especially in a trustee account, they want to avoid any unnecessary ins and outs if the cheque were to be returned.*

I've spoken with a colleague of mine who does a lot of criminal cases. Powerblock will have to sign a mandate, we will present a motion in Court for the re-issuance of a new cheque according to the instructions of my bank and explain the situation to the judge. We can wrap everything up for $2500 CAD.

It would also be important that you send me the cheque so I can give it back to the DPCP in exchange for the new one.

Let me know if you have any questions.

Best,



**Me PHILIP HERSHMAN**
Avocat / Attorney
ph@hershman.law
C: 514-606-7232
D: 514-904-1637 ext.1
F: 438.800.4554
Place du Canada
960 - 1010, rue de La Gauchetière Ouest
Montréal (Québec) H3B 2N2
http://www.hershman.law/

Le contenu du présent courriel, y incluant tout fichier pouvant y être annexé, est confidentiel et protégé par le secret professionnel. Il n'est destiné qu'à son destinataire exclusivement. Si vous n'êtes pas le destinataire de ce courriel, vous êtes formellement avisé que toute lecture, reproduction, transmission, publication et/ou divulgation d'une partie ou de l'ensemble de celui-ci ainsi que de tout document pouvant y être annexé est strictement interdite. Si ce courriel vous a été transmis par erreur, nous vous prions d'en aviser l'expéditeur immédiatement et de détruire sans délai tout exemplaire du présent courriel et de tout document pouvant y être annexé.

The content of the present email, including any attachment thereto, is confidential and protected by the oath of professional secrecy. It is intended for the named recipient therein. If you are not the named recipient thereof, you are hereby formally advised that any reading, copying, transmission, publication and/or communication of all or any part thereof or of any document which may be annexed thereto are strictly prohibited. If this email was communicated to you in error, would you please advise the sender thereof immediately and destroy without delay any copy of the present email and any document which may be annexed thereto

**From:** Philip Hershman
**Sent:** October 10, 2024 2:24 PM
**To:** 'Brad Jones' <bradjones@smartfi.com>
**Cc:** Tom Retson <tomretson@smartfi.com>; Aaron Tilton <aarontilton@smartfi.com>
**Subject:** RE: PBC Letter and copies of Checks

Hi Brad,

I am waiting for some feedback from my bank (RBC) and some colleagues that often work with the DPCP to finalize our game plan.

Best,



**Me  PHILIP HERSHMAN**
Avocat / Attorney
ph@hershman.law
C: 514-606-7232
D: 514-904-1637 ext.1
F: 438.800.4554
Place du Canada
960 - 1010, rue de La Gauchetière Ouest
Montréal (Québec) H3B 2N2
http://www.hershman.law/

Le contenu du présent courriel, y incluant tout fichier pouvant y être annexé, est confidentiel et protégé par le secret professionnel. Il n'est destiné qu'à son destinataire exclusivement. Si vous n'êtes pas le destinataire de ce courriel, vous êtes formellement avisé que toute lecture, reproduction, transmission, publication et/ou divulgation d'une partie ou de l'ensemble de celui-ci ainsi que de tout document pouvant y être annexé est strictement interdite. Si ce courriel vous a été transmis par erreur, nous vous prions d'en aviser l'expéditeur immédiatement et de détruire sans délai tout exemplaire du présent courriel et de tout document pouvant y être annexé.

The content of the present email, including any attachment thereto, is confidential and protected by the oath of professional secrecy. It is intended for the named recipient therein. If you are not the named recipient thereof, you are hereby formally advised that any reading, copying, transmission, publication and/or communication of all or any part thereof or of any document which may be annexed thereto are strictly prohibited. If this email was communicated to you in error, would you please advise the sender thereof immediately and destroy without delay any copy of the present email and any document which may be annexed thereto

**From:** Brad Jones <bradjones@smartfi.com>
**Sent:** October 7, 2024 7:09 PM
**To:** Philip Hershman <ph@hershman.law>
**Cc:** Tom Retson <tomretson@smartfi.com>; Aaron Tilton <aarontilton@smartfi.com>
**Subject:** PBC Letter and copies of Checks

Hi Phillip,

Thanks for the call today.

Per your request, please find copies of the letter and copies of the two checks we received.  One is in CAD and the other one is USD.

Let me know if you need any additional information.

Regards,

Brad Jones
801-592-1740

 Outlook

---

## Re: PBC Letter and copies of Checks

---

**From** Brad Jones <brad@smartfi.com>

**Date** Tue 11/5/2024 8:36 AM

**To**   Philip Hershman <ph@hershman.law>; Timothy B. Smith <TBSmith@parsonsbehle.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>

**Cc**   Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>

Hi Philip!

Hope you are well.

Just wondering if you have any update on the status of the funds and when we might be able to receive the funds.

Any update would be appreciated.


Brad Jones
801-592-1740

---

**From:** Philip Hershman <ph@hershman.law>
**Sent:** Wednesday, October 23, 2024 10:20 AM
**To:** Brad Jones <bradjones@smartfi.com>; Timothy B. Smith <TBSmith@parsonsbehle.com>; Brian M. Rothschild <BRothschild@parsonsbehle.com>; Vanessa Malenfant <admin@hershman.law>
**Cc:** Aaron Tilton <aarontilton@smartfi.com>; Tom Retson <tomretson@smartfi.com>
**Subject:** RE: PBC Letter and copies of Checks

Hi Brad,

My colleague has already sent a letter to the judge and crown prosecutor in charge of your file and is waiting for an answer.

Once we hear back from them, I will advise you and we go see the judge to explain the situation and so she may authorize the DPCP to issue new cheques.

Best,

 Outlook

## Re: PBC Wire

**From** Brad Jones <brad@smartfi.com>
**Date** Fri 12/6/2024 9:56 AM
**To** Philip Hershman <ph@hershmenlaw.com>
**Cc** Tom Retson <tomretson@smartfi.com>

Hi Philip,

After discussing our call with our team internally, we have decided we would prefer if you could just wire the funds that have cleared immediately.

I think you have the wire instructions to Parsons Behle & Latimer, correct?

Please advise when the wire has been sent so we can confirm receipt on our end.

Regards,


Brad Jones
801-592-1740

---

**From:** Tom Retson <tomretson@smartfi.com>
**Sent:** Friday, December 6, 2024 9:12 AM
**To:** Philip Hershman <ph@hershmenlaw.com>
**Cc:** Brad Jones <bradjones@smartfi.com>; Timothy B. Smith <TBSmith@parsonsbehle.com>
**Subject:** PBC Wire

Philip:  Any status updates?  I have included Tim Smith on cc who represents us at the recipient law firm.  Tom

**From:** Timothy B. Smith <TBSmith@parsonsbehle.com>
**Sent:** Thursday, November 21, 2024 1:37 PM
**To:** Tom Retson <tomretson@smartfi.com>
**Subject:** Canadian checks

Tom

Could you follow up with Canadian counsel to find the status of the checks?  Am I understanding correctly that they will send the checks to him and he will wire the funds to our trust account?

Tim

**PARSONS BEHLE & LATIMER**

A Professional
Law Corporation

**Timothy B. Smith**

Attorney at Law

**Parsons Behle & Latimer**

201 South Main Street, Suite 1800 · Salt Lake City, Utah 84111

Main +1 801.532.1234 · Direct +1 801.536.6993

parsonsbehle.com · TBSmith@parsonsbehle.com · vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

Outlook

## Re: PBC Wire

**From** Brad Jones <brad@smartfi.com>

**Date** Fri 12/6/2024 12:17 PM

**To**  Timothy B. Smith <TBSmith@parsonsbehle.com>; Tom Retson <tomretson@smartfi.com>; Philip Hershman <ph@hershmenlaw.com>

Philip called me this morning and indicated that the large check has cleared the bank and he is in possession of the funds. I have instructed Philip to wire the funds to the Parsons trust fund. We have already him with the wiring instructions and asked that he let me know when the wire has been sent so we can watch for the receipt.

Brad Jones
801-592-1740

**From:** Timothy B. Smith <TBSmith@parsonsbehle.com>
**Sent:** Friday, December 6, 2024 11:43 AM
**To:** Tom Retson <tomretson@smartfi.com>; Philip Hershman <ph@hershmenlaw.com>
**Cc:** Brad Jones <bradjones@smartfi.com>
**Subject:** RE: PBC Wire

Philip

Is there anything else you need from our end? Have you heard anything back from the court?

Best

Tim

 **Timothy B. Smith**
Attorney at Law
Direct +1 801.536.6993

**From:** Tom Retson <tomretson@smartfi.com>
**Sent:** Friday, December 6, 2024 9:13 AM
**To:** Philip Hershman <ph@hershmenlaw.com>
**Cc:** Brad Jones <bradjones@smartfi.com>; Timothy B. Smith <TBSmith@parsonsbehle.com>
**Subject:** PBC Wire

Philip: Any status updates? I have included Tim Smith on cc who represents us at the recipient law firm. Tom

**From:** Timothy B. Smith <TBSmith@parsonsbehle.com>
**Sent:** Thursday, November 21, 2024 1:37 PM
**To:** Tom Retson <tomretson@smartfi.com>
**Subject:** Canadian checks

Tom

Could you follow up with Canadian counsel to find the status of the checks?  Am I understanding correctly that they will send the checks to him and he will wire the funds to our trust account?

Tim



**Timothy B. Smith**
Attorney at Law
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Main +1 801.532.1234 • Direct +1 801.536.6993

A Professional

Law Corporation

parsonsbehle.com • TBSmith@parsonsbehle.com • vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product.  The message is intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

Outlook

## Re: Invoice for professional services (O/f 27284-1) - Hershman Avocats

**From** Brad Jones <brad@smartfi.com>
**Date** Tue 4/29/2025 3:06 PM
**To** Philip Hershman <ph@hershman.law>; Vanessa Malenfant <admin@hershman.law>

That was my understanding as well.  Any reason the second cheque has not been wired yet?  As soon as it has been wired, I am happy to get your invoice paid.

Brad Jones
801-592-1740

**From:** Philip Hershman <ph@hershman.law>
**Sent:** Tuesday, April 29, 2025 2:48 PM
**To:** Brad Jones <bradjones@smartfi.com>; Vanessa Malenfant <admin@hershman.law>
**Subject:** RE: Invoice for professional services (O/f 27284-1) - Hershman Avocats

Good afternoon,

The first cheque of $279 085 CAD was entirely sent in December.

The second cheque of $6 430 USD has been deposited in my trust account but not yet wired.



**Me  PHILIP HERSHMAN**
Avocat / Attorney
ph@hershman.law
C: 514-606-7232
D: 514-904-1637 ext.1
F: 438.800.4554
Place du Canada
960 - 1010, rue de La Gauchetière Ouest
Montréal (Québec) H3B 2N2
http://www.hershman.law/

Le contenu du présent courriel, y incluant tout fichier pouvant y être annexé, est confidentiel et protégé par le secret professionnel. Il n'est destiné qu'à son destinataire exclusivement. Si vous n'êtes pas le destinataire de ce courriel, vous êtes formellement avisé que toute lecture, reproduction, transmission, publication et/ou divulgation d'une partie ou de l'ensemble de celui-ci ainsi que de tout document pouvant y être annexé est strictement interdite. Si ce courriel vous a été transmis par erreur, nous vous prions d'en aviser l'expéditeur immédiatement et de détruire sans délai tout exemplaire du présent courriel et de tout document pouvant y être annexé.

The content of the present email, including any attachment thereto, is confidential and protected by the oath of professional secrecy. It is intended for the named recipient therein. If you are not the named recipient thereof, you are hereby formally advised that any reading, copying, transmission, publication and/or communication of all or any part thereof or of any document which may be annexed thereto are strictly prohibited. If this email was communicated to you in error, would you please advise the sender thereof immediately and destroy without delay any copy of the present email and any document which may be annexed thereto

**From:** Brad Jones <bradjones@smartfi.com>
**Sent:** April 29, 2025 4:24 PM
**To:** Vanessa Malenfant <admin@hershman.law>
**Cc:** Philip Hershman <ph@hershman.law>
**Subject:** Re: Invoice for professional services (O/f 27284-1) - Hershman Avocats

Please confirm that both cheques were processed and wired to the Escrow account at Parsons Behle Latimer.

Brad Jones
801-592-1740

---

**From:** Vanessa Malenfant <admin@hershman.law>
**Sent:** Tuesday, April 29, 2025 11:49 AM
**To:** Brad Jones <bradjones@smartfi.com>
**Cc:** Philip Hershman <ph@hershman.law>
**Subject:** Invoice for professional services (O/f 27284-1) - Hershman Avocats

Dear Mr. Jones,
Please find attached our invoice for services rendered in the above mentioned file.
Please see below our options for payment:
Chèque/Cheque: Philip Hershman Avocat Inc.
                        1010 rue de La Gauchetière Ouest, suite 960, Montréal, Québec, H3B 2N2
Virement Interac/E-transfer: admin@hershman.law
Virement bancaire/Wire transfer:
Swift: ROYCCAT2
Transit: 00001 1208347
Banque/Bank: Royal Bank of Canada

Best regards,



**VANESSA MALENFANT**
Directrice administrative et parajuriste
admin@hershman.law
Direct: 514-994-3897
Fax: 438.800.4554
Place du Canada
960-1010, de La Gauchetière
O.
Montréal (Québec) H3B 2N2
http://www.hershman.law/

Le contenu du présent courriel, y incluant tout fichier pouvant y être annexé, est confidentiel et protégé par le secret professionnel. Il n'est destiné qu'à son destinataire exclusivement. Si vous n'êtes pas le destinataire de ce courriel, vous êtes formellement avisé que toute lecture, reproduction, transmission, publication et/ou divulgation d'une partie ou de l'ensemble de celui-ci ainsi que de tout document pouvant y être annexé est strictement interdite. Si ce courriel vous a été transmis par erreur, nous vous prions d'en aviser l'expéditeur immédiatement et de détruire sans délai tout exemplaire du présent courriel et de tout document pouvant y être annexé.

The content of the present email, including any attachment thereto, is confidential and protected by the oath of professional secrecy. It is intended for the named recipient therein. If you are not the named recipient thereof, you are hereby formally advised that any reading, copying, transmission, publication and/or communication of all or any part thereof or of any document which may be annexed thereto are strictly prohibited. If this email was communicated to you in error, would you please advise the sender thereof immediately and destroy without delay any copy of the present email and any document which may be annexed thereto.