## Willden, Melinda (USTP)

| | |
|---|---|
| **From:** | Abigail.Stone@gtlaw.com |
| **Sent:** | Wednesday, September 10, 2025 1:08 PM |
| **To:** | Willden, Melinda (USTP) |
| **Cc:** | Kuhn, Peter J. (USTP); jarvisa@gtlaw.com |
| **Subject:** | [EXTERNAL] RE: Call yesterday re: Power Block Coin 24-23041 |
| **Attachments:** | RE: PBC - following up on ACP issue in plan; 2025.04.23 [00311-005] Hillcrest Bank Statement to [00311] Debtor-In-Possession(710257070.1).pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Melinda,

Attached above is an email chain with Brian Rothchild in which he sets forth his position that the Debtor's ACP materials should not go to the plan administrator. As we mentioned yesterday, Brian states in his email that the transfer of ACP materials was struck from a term sheet with the UCC, but we have no record and no memory of it ever being explicitly included in or struck from a term sheet. Brian later walked back this position on a call and acknowledged that this change may have never been communicated to the UCC.

[REDACTED]

Thank you!

Best,
**Abigail Stone**
Associate

Greenberg Traurig, LLP
222 South Main Street | Suite 1730 | Salt Lake City, Utah 84101
T +1 801.478.6931
Abigail.Stone@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

From: Willden, Melinda (USTP) <Melinda.Willden@usdoj.gov>
Sent: Wednesday, September 10, 2025 12:13 PM
To: Stone, Abigail (Assoc-SLC-Bky) <Abigail.Stone@gtlaw.com>; Jarvis, Annette (Shld-SLC-Bky) <jarvisa@gtlaw.com>
Cc: Kuhn, Peter J. (USTP) <Peter.J.Kuhn@usdoj.gov>
Subject: Call yesterday re: Power Block Coin 24-23041

**\*EXTERNAL TO GT\***

Abigail,

In our call yesterday, we discussed the Debtor's opinion about allowing the attorney-client privilege to pass to a plan administrator. Was that in writing? Would you be comfortable sending me any written statement from the Debtor in which they asserted that they would not consent for the privilege to go to a plan administrator?

1

EXHIBIT
22