**This order is SIGNED.**

**Dated: March 31, 2026**



**CATHLEEN D. PARKER**
**U.S. Bankruptcy Judge**

*rdr*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>POWER BLOCK COIN, L.L.C.,<br><br><br>Debtor. | Bankruptcy Number: 24-23041<br><br>Chapter 11<br><br><br>Hon. Cathleen D. Parker |

## ORDER AND JUDGMENT

The Court conducted a hearing on the Motion to Appoint[1] and the Motion to Convert, at which it heard the oral arguments of the parties. After reviewing the motions and the briefing in response thereto, considering the parties' oral arguments, and conducting an independent review of applicable law, the Court issued its Memorandum Decision of even date. For the reasons set forth in the Memorandum Decision, which the Court incorporates herein by reference, the Court hereby **ORDERS:**

1. The Motion to Appoint is GRANTED.

2. A Chapter 11 Trustee shall be appointed in the above-captioned case pursuant to 11 U.S.C. § 1104.

---

[1] Any defined terms herein shall have the meanings ascribed to them in the Memorandum Decision.

3. The Motion to Convert is DENIED.

4. The Motion of the Committee for Entry of an Order (I) Approving Adequacy of Disclosure Statement, (II) Approving Solicitation and Notice Procedures for Confirmation of the Committee's Plan, (III) Approving Ballot and Notice Forms in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief (Dkt. No. 277) is DENIED WITHOUT PREJUDICE.

_____END OF DOCUMENT_____

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER AND JUDGMENT** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| James W. Anderson | jwa@clydesnow.com, gmortensen@clydesnow.com |
| Laura Elizabeth Baccash | laura.baccash@whitecase.com, mco@whitecase.com |
| Mark D. Bloom | mark.bloom@bakermckenzie.com |
| Simeon J Brown | sbrown@parsonsbehle.com |
| Deborah Rae Chandler | dchandler@aklawfirm.com |
| Alexander Sun Chang | achang@parsonsbehle.com |
| Austin Egan | austin@stavroslaw.com |
| Carson Heninger | heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com, Candy.Long@gtlaw.com |
| Samuel P. Hershey | sam.hershey@whitecase.com, mco@whitecase.com |
| Annette W. Jarvis | jarvisa@gtlaw.com, longca@gtlaw.com |
| Michael R. Johnson | mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com, RQN@ecfalerts.com |
| Peter J. Kuhn | Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov |
| Joli A. Lofstedt | joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com, brenda@jaltrustee.com |
| Artur Machalski | artur.machalski@gmail.com |
| Elliott D. McGill | emcgill@parsonsbehle.com, proney@parsonsbehle.com, ecf@parsonsbehle.com |
| Darren B. Neilson | dneilson@parsonsbehle.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Gregory F. Pesce | gregory.pesce@whitecase.com, mco@whitecase.com |
| Walter A Romney, Jr. | war@clydesnow.com, gmortensen@clydesnow.com |
| Brian M. Rothschild | brothschild@parsonsbehle.com, ecf@parsonsbehle.com, docket@parsonsbehle.com |
| Jeffrey Weston Shields | jshields@rqn.com, 5962725420@filings.docketbird.com, docket@rqn.com;ecasaday@rqn.com |
| Abigail Jennifer Stone | abigail.stone@gtlaw.com |

3

Landon S. Troester       lst@clydesnow.com, rcondos@clydesnow.com
U.S. Trustee               USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden         melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- Douglas Scribner
  1717 North Bayshore Drive #2847
  Miami, FL 33132

- Colonel Michael D. Brewer
  9002 E Commanders Cir.
  Tucson, AZ 85708

- Kathleen Conger
  13819 S Vestry Rd.
  Draper, UT 84020-7531

- Mark Nelson
  14175 Golf Parkway
  Brookfield, WI 53005-7916