Jason R. Naess (ISB #8407)
Assistant United States Trustee, Region 18
Peter J. Kuhn (USB #3820)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Email:  Peter.J.Kuhn@usdoj.gov

Attorneys for Gregory M. Garvin
Acting United States Trustee, Region 19

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-23041 |
| POWER BLOCK COIN, LLC, | Chapter 11 |
| Debtor. | Hon. Cathleen D. Parker |

### NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Angela J. Somers, Reid Collins & Tsai LLP, 420 Lexington Avenue, New York, NY 10170

Pursuant to the Order of this Court entered on March 31, 2026 (the "Order") ordering the appointment of a Chapter 11 trustee in the above-captioned case, Power Block Coin, LLC, the United States Trustee hereby appoints Angela J. Somers to serve as the Chapter 11 trustee.

Chapter 11 trustee bond is initially set at $100,000.00 The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made this 5th day of May 2026.

ACTING UNITED STATES TRUSTEE
Gregory M. Garvin


/s/  *Peter J. Kuhn*

Peter J. Kuhn
Attorney for Acting United States Trustee