*Order Prepared By:*

Trevor J. Lee (16703)
Hoggan Lee Hutchinson
257 E 200 S, Suite 1050
Salt Lake City, Utah 84111
(801) 363-1900
trevor@hlh.law

*Proposed Counsel for Angela Somers, Chapter 11 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**POWER BLOCK COIN, LLC,**<br><div align="right">Debtor.</div> | Case No. 2:24-bk-23041-CDP<br>Chapter 11<br>Hon. Cathleen D. Parker |

### ORDER GRANTING EX PARTE APPLICATION TO EMPLOY J.S. HELD, LLC AS FINANCIAL ADVISOR FOR CHAPTER 11 TRUSTEE

Before the Court is the Ex Parte Application filed by Angela Somers, the Chapter 11 Trustee (the "Trustee") in the above-captioned case, for authority to retain and employ J.S. Held, LLC ("J.S. Held") as financial advisor to the Trustee, effective as of the date of the filing of the Application. Based on the Application, the accompanying Declaration of James P. Brennan, and for good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The Application is GRANTED as set forth herein.

2.  The Trustee is authorized to retain and employ J.S. Held as financial advisor to the Trustee in this Chapter 11 case under 11 U.S.C. §§ 327(a) and 330, effective as of the date of filing of the Application, on the terms set forth in the Application and the engagement letter between the Trustee and J.S. Held dated May 28, 2026 (the "Engagement Letter"), with compensation to be awarded in accordance with 11 U.S.C. § 330.

3.  J.S. Held's compensation and reimbursement of expenses for services rendered on behalf of the Trustee and the estate shall be subject to further order of the Court in accordance with the procedures and standards set forth in 11 U.S.C. §§ 330 and 331, such Federal Rules of Bankruptcy Procedure and Local Rules as may be applicable from time to time, and such procedures as may be fixed by order of this Court. All fees and expenses shall be paid only upon proper application to and approval by the Court. J.S. Held's retention is based on the conditions set forth in paragraph 20 of the Application.

4.  J.S. Held shall file supplemental disclosure statements as required by Federal Rule of Bankruptcy Procedure 2014 if J.S. Held discovers additional connections with parties in interest in this case.

5.  The Court shall retain jurisdiction over all matters related to the interpretation and implementation of this Order.

**--- END OF ORDER ---**

**DESIGNATION OF PARTIES TO BE SERVED**

**By Electronic Means:**

Service of the foregoing ORDER GRANTING EX PARTE APPLICATION TO EMPLOY
J.S. HELD AS FINANCIAL ADVISOR, shall be served on the parties in the manner
designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are
registered CM/ECF users.

- James W. Anderson jwa@clydesnow.com, gmortensen@clydesnow.com
- Laura Elizabeth Baccash laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom mark.bloom@bakermckenzie.com
- Simeon J Brown sbrown@parsonsbehle.com
- Deborah Rae Chandler dchandler@aklawfirm.com
- Alexander Sun Chang achang@parsonsbehle.com
- Austin Egan austin@stavroslaw.com
- Carson Heninger heningerc@gtlaw.com, carson-heninger5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Peter J. Kuhn Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittan y.Dewitt@usdoj.gov
- Joli A. Lofstedt joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- Artur Machalski artur.machalski@gmail.com
- Elliott D. McGill emcgill@parsonsbehle.com, proney@parsonsbehle.com;ecf@parsonsbehle.com
- Darren B. Neilson dneilson@parsonsbehle.com
- Christopher L. Perkins cperkins@eckertseamans.com
- Gregory F. Pesce gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A Romney war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Landon S. Troester lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Melinda Willden tr melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Colonel Michael D. Brewer
8901 Beauchamp Dr
Alexandria, VA 22309

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd #102 PMB 320
Boise, ID 83713

Kathleen Conger
111 East Broadway 11th Floor
Salt Lake City, UT 84111

Kyle Ferrier
300 South Biscayne Blvd. Suite 4900
Miami, FL 33131

Nissa Beth Gay
35 Live Oak Drive
Ventura, CA 93001

Nicholas Kennedy
1900 N. Pearl Street Suite 1500 Dallas,
TX 75201

Mark Nelson
14175 Golf Parkway Brookfield,
WI 53005

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132

/s/ Trevor J. Lee

TREVOR J. LEE

*Proposed Counsel for Angela Somers, Chapter 11 Trustee*