Brian M. Rothschild, USB #15316
Elliott D. McGill (admitted *pro hac vice*)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Fascimile: 801.536.6111
Brothschild@parsonsbehle.com
EMcGill@parsonsbehle.com

*In pro se*

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Case No. 24-bk-23041-CDP |
| POWER BLOCK COIN, L.L.C. | Chapter 11 |
| Debtor | Judge Cathleen D. Parker |

**RESERVATION OF RIGHTS AND LIMITED OPPOSITION TO APPLICATION TO EMPLOY HOGGAN LEE HUTCHINSON BY PARSONS BEHLE & LATIMER**

---

Parsons Behle & Latimer ("**Parsons**"), former chapter 11 counsel to Power Block Coin, L.L.C., debtor in the above-captioned bankruptcy ("**SmartFi**" or the "**Debtor**"), files this Reservation of Rights and Limited Opposition (the "**Opposition**") to the Ex Parte Application to Employ Hoggan Lee Hutchinson as Counsel for the Chapter 11 Trustee (ECF 514) (the "**Application**") filed by Angela Somers, the Chapter 11 Trustee (the "**Trustee**"), seeking to employ Trevor J. Lee of Hoggan Lee Hutchinson ("**Lee**" and "**HLH**" respectively). The conditions of retention enumerated in paragraph 21 of the Application calling for subordination or

a carve out to pay chapter 11 counsel's fees are not appropriate relief or supportable by law. Application, ¶ 21.

### **ARGUMENT**

The Trustee seeks to immediately employ Lee and HLH, and Parsons has no concerns about employ Lee and HLH.  But the Application conditions the employment on "(1) a voluntary subordination of all or certain professional fees incurred by the estate prior to the appointment of the Trustee that has been agreed in a manner acceptable to HLH, or (2) a carve out in any financing to the Trustee providing the payment of the Trustee's (including HLH's) fees with priority." Application, ¶ 21.  Pre-approval of a professional's terms of compensation as reasonable or allowed should not be granted lightly as the Court may not revisit the issue until fee applications are submitted.  But even that ordinary caution only extends the court's pre-approval authority to grant an administrative priority claim, not to subordinate other claims of equal priority or to "carve out" funds for such fees, which would be effectively the same thing as claim subordination, without some basis in fact or law.  Here, there is no basis offered, just that HLH and Lee might not want to take the job unless they are granted an improper priority.

In *Jevic*, the Supreme Court faced the question of whether a bankruptcy court can authorize a distribution in a way that violates the Bankruptcy Code's priority scheme.  *Czyzweski v. Jevic*, 37787 (2017).  The Court held that bankruptcy courts may not deviate from the Bankruptcy Code's priority scheme absent the consent of affected parties.  137 S. Ct. at 985 ("The Code's priority system constitutes a basic underpinning of business bankruptcy law. Distributions of estate assets at the termination of a business bankruptcy normally take place through a Chapter 7 liquidation or a Chapter 11 plan, and both are governed by priority. . . . Chapter 11 plans provide somewhat more

2

flexibility, but a priority-violating plan still cannot be confirmed over the objection of an impaired class of creditors. *See* § 1129(b).").  How much less permissible is it to violate the Bankruptcy Code's priority scheme with no more process than a pre-approved employment application?  Similarly, this Court has long held that "[p]rofessional persons who performed services during [a] Chapter 11 case are on a parity with other Chapter 11 administrative claimants . . . ." *In re IML Freight, Inc.*, 52 B.R. 124, 140 (Bankr. D. Utah 1985).

To the extent the Trustee seeks advance approval to pay any professional fees incurred by HLH ahead of other estate professionals or pay such fees in another manner that violates the Bankruptcy Code's priority scheme, such relief is improper and must be denied.  The Debtor submits this limited Opposition to the Application for this reason and reserves all rights to object to the form or manner of any compensation proposed to be paid to Lee and/or HLH during the pendency of this case.

**CONCLUSION**

For the reasons above, the Debtor respectfully reserves its rights to object to the form and manner of compensation for Lee and HLH.

Dated this 17th day of June, 2026.

PARSONS BEHLE & LATIMER

/s/ Brian M. Rothschild
Brian M. Rothschild

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2026, I served the foregoing **RESERVATION OF RIGHTS AND LIMITED OPPOSITION TO APPLICATION TO EMPLOY HOGGAN LEE HUTCHINSON** to the parties in the manner designated below:

(1) by filing on the Courts' docket, which sent notice by electronic mail to the following:

- **James W. Anderson**   jwa@clydesnow.com, gmortensen@clydesnow.com
- **Laura Elizabeth Baccash**   laura.baccash@whitecase.com, mco@whitecase.com
- **Mark D. Bloom**   mark.bloom@bakermckenzie.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Deborah Rae Chandler**   dchandler@aklawfirm.com
- **Carson Heninger**   heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- **Samuel P. Hershey**   sam.hershey@whitecase.com, mco@whitecase.com
- **Annette W. Jarvis**   jarvisa@gtlaw.com, longca@gtlaw.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Peter J. Kuhn**   Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Joli A. Lofstedt**   joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- **Artur Machalski**   artur.machalski@gmail.com
- **Christopher L. Perkins**   cperkins@eckertseamans.com
- **Gregory F. Pesce**   gregory.pesce@whitecase.com, mco@whitecase.com
- **Walter A Romney**   war@clydesnow.com, gmortensen@clydesnow.com
- **Jeffrey Weston Shields**   jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- **Abigail Jennifer Stone**   abigail.stone@gtlaw.com
- **Michael F. Thomson**   thomsonm@gtlaw.com, stuverm@gtlaw.com;mike-thomson-2584@ecf.pacerpro.com
- **Landon S. Troester**   lst@clydesnow.com, rcondos@clydesnow.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**   melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

PARSONS BEHLE & LATIMER

/s/ *Brian M. Rothschild*

Brian M. Rothschild