*Order prepared by:*

Trevor J. Lee (16703)
Hoggan Lee Hutchinson
257 E 200 S, Suite 1050
Salt Lake City, Utah 84111
(801) 363-1900
trevor@hlh.law

*Proposed Counsel for Angela Somers, Chapter 11 Trustee*

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**POWER BLOCK COIN, LLC**,<br>  *Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN
ORDER EXTENDING THE TIME TO FILE MONTHLY OPERATING REPORTS**

---

This matter came before the Court on the Chapter 11 Trustee's Motion for Entry of an

Order Extending the Time to File Monthly Operating Reports (the "Motion") filed by Angela

Somers, chapter 11 trustee (the "Trustee") of the bankruptcy estate of Power Block Coin, L.L.C.

(the "Debtor"). The Court, having reviewed the Motion; having determined that notice of the

Motion was appropriate under the circumstances; the United States Trustee having advised that it

does not object to the relief requested in the Motion at this time, while the Trustee's efforts to

1

obtain estate financing and to secure and reconstruct the Debtor's books and records remain

ongoing; and the Court finding that cause exists to grant the relief requested, hereby ORDERS:

1.      The Motion is GRANTED as set forth herein.

2.      The time within which the Trustee must file any monthly operating reports, including any past-due monthly operating reports, is extended through and including August 21, 2026. With respect to the April 2026 reporting period, such extension is effective as of May 21, 2026.

3.      During the extension period, the Trustee shall provide the Office of the United States Trustee with bank statements and disbursement information sufficient to permit the calculation of quarterly fees under 28 U.S.C. § 1930(a)(6).

4.      This Order is without prejudice to the Trustee's right to seek further extensions of the time to file monthly operating reports for cause shown, including in the event that the Trustee has not, by August 21, 2026, obtained estate financing sufficient to permit the Trustee and her professionals to obtain and review the Debtor's books and records.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

----- END OF DOCUMENT -----

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

**By Electronic Means:** Service of the foregoing **ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE MONTHLY OPERATING REPORTS**, shall be served on the parties in the manner designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- James W. Anderson jwa@clydesnow.com, gmortensen@clydesnow.com
- Laura Elizabeth Baccash laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom mark.bloom@bakermckenzie.com
- Simeon J Brown sbrown@parsonsbehle.com
- Deborah Rae Chandler dchandler@aklawfirm.com
- Alexander Sun Chang achang@parsonsbehle.com
- Austin Egan austin@stavroslaw.com
- Carson Heninger heningerc@gtlaw.com, carson-heninger5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Peter J. Kuhn Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittan y.Dewitt@usdoj.gov
- Joli A. Lofstedt joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- Artur Machalski artur.machalski@gmail.com
- Elliott D. McGill emcgill@parsonsbehle.com, proney@parsonsbehle.com;ecf@parsonsbehle.com
- Darren B. Neilson dneilson@parsonsbehle.com
- Christopher L. Perkins cperkins@eckertseamans.com
- Gregory F. Pesce gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A Romney war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Landon S. Troester lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

3

- Melinda Willden tr melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Colonel Michael D. Brewer
8901 Beauchamp Dr
Alexandria, VA 22309

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd #102 PMB 320
Boise, ID 83713

Kathleen Conger
111 East Broadway 11th Floor
Salt Lake City, UT 84111

Kyle Ferrier
300 South Biscayne Blvd. Suite 4900
Miami, FL 33131

Nissa Beth Gay
35 Live Oak Drive
Ventura, CA 93001

Nicholas Kennedy
1900 N. Pearl Street Suite 1500 Dallas,
TX 75201

Mark Nelson
14175 Golf Parkway Brookfield,
WI 53005

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132

/s/ Trevor J. Lee

4

TREVOR J. LEE

*Proposed Counsel for Angela
Somers, Chapter 11 Trustee*