# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re: Power Block Coin, LLC<br>Debtor(s). | Case No. 24−23041 CDP<br>Chapter 11 |

## NOTICE OF RESCHEDULED HEARING

**NOTICE IS HEREBY GIVEN** that the hearing on Application for Compensation [Dkt. 506] in the above−entitled case previously scheduled for November 3, 2026 at 9:00 AM has been rescheduled and shall come for hearing before the Honorable Judge Cathleen D. Parker on **January 12, 2027**, at **09:00 AM**. **This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254−5252, Enter Meeting ID 160 4196 1337, Passcode 055360**.

Dated:November 2, 2026

David A. Sime
Clerk of Court (633 − 506)