**This order is SIGNED.**

**Dated: October 30, 2026**

**CATHLEEN D. PARKER**
**U.S. Bankruptcy Judge**

rdr

Angela J. Somers
Jonathan Zweig
**JOHNSON VAN KWAWEGEN LLP**
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Proposed Counsel for Angela J. Somers, Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC**,<br><br>*Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

**ORDER GRANTING**
**EX PARTE MOTION FOR LEAVE TO**
**FILE OVERLENGTH MOTION**

The Court has reviewed the Trustee's Ex Parte Motion for Leave to File Overlength Motion (the "Motion"). Good cause appearing under Bankruptcy Local Rule 9013-1(i), the Court ORDERS:

1. The Motion is granted.

2. The Trustee may file her *Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections, (B) Scheduling a Sale Hearing, and (C) Approving the Form and Manner of Notice; and (II) an Order (A) Authorizing the Sale of the Purchaser Interest Free and Clear Pursuant to 11 U.S.C. §§ 105(a), 363(b), (f) and (m), or in the Alternative Authorizing the Trustee to Obtain Credit Pursuant to 11 U.S.C. § 364(b) and (c), (B) Authorizing Entry Into and Approving the Definitive Agreement, and (C) Granting Related Relief* with a length not to exceed 35 pages, exclusive of the face sheet, table of contents, statements of issues and facts, and exhibits.

**[END OF DOCUMENT]**

## DESIGNATION OF PARTIES TO BE SERVED

**By Electronic Means:**

Service of the foregoing ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE OVERLENGTH MOTION, shall be served on the parties in the manner designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- James W. Anderson jwa@clydesnow.com, gmortensen@clydesnow.com
- Laura Elizabeth Baccash laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom mark.bloom@bakermckenzie.com
- Simeon J Brown sbrown@parsonsbehle.com
- Deborah Rae Chandler dchandler@aklawfirm.com
- Alexander Sun Chang achang@parsonsbehle.com
- Austin Egan austin@stavroslaw.com
- Carson Heninger heningerc@gtlaw.com, carson-heninger5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Peter J. Kuhn Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov ;Brittan y.Dewitt@usdoj.gov
- Joli A. Lofstedt joli@jaltrustee.com, ecf.alert+LofstedtUTB@titlexi.com,brenda@jaltrustee.com
- Artur Machalski artur.machalski@gmail.com
- Elliott D. McGill emcgill@parsonsbehle.com, proney@parsonsbehle.com;ecf@parsonsbehle.com
- Darren B. Neilson dneilson@parsonsbehle.com
- Christopher L. Perkins cperkins@eckertseamans.com
- Gregory F. Pesce gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A Romney war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;ecasaday@rqn.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Landon S. Troester lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Melinda Willden tr melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Colonel Michael D. Brewer
8901 Beauchamp Dr
Alexandria, VA 22309

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd #102 PMB 320
Boise, ID 83713

Kathleen Conger
111 East Broadway 11th Floor
Salt Lake City, UT 84111

Kyle Ferrier
300 South Biscayne Blvd. Suite 4900
Miami, FL 33131

Nissa Beth Gay
35 Live Oak Drive
Ventura, CA 93001

Nicholas Kennedy
1900 N. Pearl Street Suite 1500 Dallas,
TX 75201

Mark Nelson
14175 Golf Parkway Brookfield,
WI 53005

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132

/s/ Trevor J. Lee

TREVOR J. LEE

*Proposed Counsel for Angela J. Somers, Chapter 11 Trustee*

United States Bankruptcy Court
District of Utah

In re:
Power Block Coin, LLC
Debtor

Case No. 24-23041-CDP
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 5
Date Rcvd: Nov 02, 2026 Form ID: pdfor1 Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Kyle Ferrier, 300 South Biscayne Blvd., Suite 4900, Miami, FL 33131-5312 |
| aty | + | Nicholas Kennedy, 1900 N. Pearl Street, Suite 1500, Dallas, TX 75201-2452 |
| aty | + | Nikita Ash, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| fa | + | CFO Solutions, LLC dba Amplo, 13601 W McMillan Rd, #102 PMB 320, Boise, ID 83713-2071 |
| cr | + | Douglas Scribner, 1717 North Bayshore Drive #2847, Miami, FL 33132-1164 |
| cr | + | Kathleen Conger, 111 East Broadway 11th Floor, Salt Lake City, UT 84111-5238 |
| | + | Mark Nelson, 14175 Golf Parkway, Brookfield, WI 53005-7916 |
| cr | + | Nissa Beth Gay, 33 Live Oak Drive, Ventura, CA 93001-3313 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Colonel Michael D. Brewer, 8901 Beauchamp Dr., Alexandria, VA 22309-2615 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

**Name** **Email Address**

Alexander Sun Chang
on behalf of Defendant Power Block Coin LLC alexander@utahlaw.ai

Alexander Sun Chang
on behalf of Debtor Power Block Coin LLC alexander@utahlaw.ai

Angela J. Somers
asomers@reidcollins.com

Annette W. Jarvis
on behalf of Plaintiff Mohsin Y. Meghji jarvisa@gtlaw.com longca@gtlaw.com

Annette W. Jarvis
on behalf of Creditor Celsius Network LLC jarvisa@gtlaw.com longca@gtlaw.com

Annette W. Jarvis
on behalf of Plaintiff Celsius Network LLC jarvisa@gtlaw.com longca@gtlaw.com

Annette W. Jarvis
on behalf of Creditor Blockchain Recovery Investment Consortium LLC jarvisa@gtlaw.com, longca@gtlaw.com

Annette W. Jarvis
on behalf of Creditor Litigation Administrator and Complex Asset Recovery Manager jarvisa@gtlaw.com longca@gtlaw.com

Annette W. Jarvis
on behalf of Creditor Mohsin Y. Meghji jarvisa@gtlaw.com longca@gtlaw.com

Annette W. Jarvis
on behalf of Creditor Committee Official Committee of Unsecured Creditors jarvisa@gtlaw.com longca@gtlaw.com

Artur Machalski
artur.machalski@gmail.com

Austin Egan
on behalf of Creditor Mason Song austin@stavroslaw.com

Austin Cameron Sabin
on behalf of Trustee Angela J. Somers asabin@mc2b.com

Austin Cameron Sabin
on behalf of Plaintiff Angela Somers asabin@mc2b.com

Austin Cameron Sabin
on behalf of Plaintiff Angela J Somers asabin@mc2b.com

Brian M. Rothschild
on behalf of Attorney Parsons Behle & Latimer brothschild@parsonsbehle.com
ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
on behalf of Plaintiff Power Block Coin LLC brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
on behalf of Interested Party Blue Castle Holdings Inc. brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
on behalf of Debtor Power Block Coin LLC brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
on behalf of Defendant Power Block Coin LLC brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild
on behalf of Financial Advisor CFO Solutions LLC dba Amplo brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com

Carson Heninger
on behalf of Creditor Mohsin Y. Meghji heningerc@gtlaw.com
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Carson Heninger
on behalf of Plaintiff Celsius Network LLC heningerc@gtlaw.com
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Carson Heninger
on behalf of Plaintiff Mohsin Y. Meghji heningerc@gtlaw.com
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

Carson Heninger
on behalf of Creditor Committee Official Committee of Unsecured Creditors heningerc@gtlaw.com
carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com

| | |
|---|---|
| Carson Heninger | on behalf of Creditor Litigation Administrator and Complex Asset Recovery Manager heningerc@gtlaw.com carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com |
| Carson Heninger | on behalf of Creditor Blockchain Recovery Investment Consortium LLC heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com |
| Christopher L. Perkins | on behalf of Creditor Daniel Stadelmann cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Creditor Robert L. Brown cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Defendant Daniel Kerim Joseph Stadelmann cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Creditor Jason Brown cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Defendant Jason Brown cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Creditor Lynn Brown cperkins@eckertseamans.com |
| Darren B. Neilson | on behalf of Debtor Power Block Coin LLC dneilson@parsonsbehle.com, ecf@parsonsbehle.com |
| Darren B. Neilson | on behalf of Plaintiff Power Block Coin LLC dneilson@parsonsbehle.com, ecf@parsonsbehle.com |
| Darren B. Neilson | on behalf of Defendant Power Block Coin LLC dneilson@parsonsbehle.com, ecf@parsonsbehle.com |
| Deborah Rae Chandler | on behalf of Creditor Michael Bjorkman dchandler@aklawfirm.com |
| Elliott D. McGill | on behalf of Debtor Power Block Coin LLC emcgill@parsonsbehle.com, proney@parsonsbehle.com;ecf@parsonsbehle.com |
| Engels Tejeda | on behalf of Defendant Coinbase Global Inc. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Defendant Coinbase Financial Markets ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Defendant Coinbase Inc. ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Gregory F. Pesce | on behalf of Creditor Celsius Network LLC gregory.pesce@whitecase.com mco@whitecase.com |
| Gregory F. Pesce | on behalf of Creditor Mohsin Y. Meghji gregory.pesce@whitecase.com mco@whitecase.com |
| Gregory F. Pesce | on behalf of Creditor Litigation Administrator and Complex Asset Recovery Manager gregory.pesce@whitecase.com mco@whitecase.com |
| Gregory F. Pesce | on behalf of Creditor Blockchain Recovery Investment Consortium LLC gregory.pesce@whitecase.com, mco@whitecase.com |
| James W. Anderson | on behalf of Defendant Daniel Kerim Joseph Stadelmann jwa@clydesnow.com mnortham@clydesnow.com |
| James W. Anderson | on behalf of Creditor Jason Brown jwa@clydesnow.com mnortham@clydesnow.com |
| James W. Anderson | on behalf of Creditor Robert L. Brown jwa@clydesnow.com mnortham@clydesnow.com |
| James W. Anderson | on behalf of Defendant Jason Brown jwa@clydesnow.com mnortham@clydesnow.com |
| James W. Anderson | on behalf of Creditor Daniel Stadelmann jwa@clydesnow.com mnortham@clydesnow.com |
| James W. Anderson | on behalf of Creditor Lynn Brown jwa@clydesnow.com mnortham@clydesnow.com |

Jeffrey Weston Shields
on behalf of Interested Party Smartfi Lending LLC jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com

Jeffrey Weston Shields
on behalf of Interested Party Blue Castle Holdings Inc. jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com

Jeffrey Weston Shields
on behalf of Interested Party RE Developers LLC jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com

Jeffrey Weston Shields
on behalf of Interested Party Solara Communities LLC jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;HVanLeeuwen@rqn.com

Landon S. Troester
on behalf of Creditor Robert L. Brown lst@clydesnow.com rcondos@clydesnow.com

Landon S. Troester
on behalf of Creditor Jason Brown lst@clydesnow.com rcondos@clydesnow.com

Landon S. Troester
on behalf of Creditor Daniel Stadelmann lst@clydesnow.com rcondos@clydesnow.com

Landon S. Troester
on behalf of Creditor Lynn Brown lst@clydesnow.com rcondos@clydesnow.com

Laura Elizabeth Baccash
on behalf of Creditor Celsius Network LLC laura.baccash@whitecase.com mco@whitecase.com

Laura Elizabeth Baccash
on behalf of Creditor Blockchain Recovery Investment Consortium LLC laura.baccash@whitecase.com, mco@whitecase.com

Laura Elizabeth Baccash
on behalf of Creditor Mohsin Y. Meghji laura.baccash@whitecase.com mco@whitecase.com

Laura Elizabeth Baccash
on behalf of Creditor Litigation Administrator and Complex Asset Recovery Manager laura.baccash@whitecase.com mco@whitecase.com

Mark D. Bloom
on behalf of Creditor Mason Song mark.bloom@bakermckenzie.com

Melinda Willden tr
on behalf of U.S. Trustee United States Trustee melinda.willden@usdoj.gov Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Michael R. Johnson
on behalf of Interested Party Solara Communications LLC mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com

Michael R. Johnson
on behalf of Interested Party Solara Communities LLC mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com

Michael R. Johnson
on behalf of Interested Party RE Developers LLC mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com

Michael R. Johnson
on behalf of Interested Party Smartfi Lending LLC mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com

Michael R. Johnson
on behalf of Interested Party Blue Castle Holdings Inc. mjohnson@rqn.com, docket@rqn.com;ecasaday@rqn.com;RQN@ecfalerts.com

P. Matthew Cox
on behalf of Creditor Douglas Scribner mcox@spencerfane.com tking@spencerfane.com

Peter J. Kuhn
on behalf of U.S. Trustee United States Trustee Peter.J.Kuhn@usdoj.gov Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Samuel P. Hershey
on behalf of Creditor Celsius Network LLC sam.hershey@whitecase.com mco@whitecase.com

Samuel P. Hershey
on behalf of Creditor Mohsin Y. Meghji sam.hershey@whitecase.com mco@whitecase.com

Simeon J Brown
on behalf of Debtor Power Block Coin LLC sbrown@parsonsbehle.com

| | |
|---|---|
| Simeon J Brown | on behalf of Defendant Power Block Coin LLC sbrown@parsonsbehle.com |
| Trevor J Lee | on behalf of Plaintiff Angela J Somers tlee@mc2b.com landerson@mc2b.com,asomers@jvk-law.com |
| Trevor J Lee | on behalf of Trustee Angela J. Somers tlee@mc2b.com landerson@mc2b.com,asomers@jvk-law.com |
| Trevor J Lee | on behalf of Plaintiff Angela Somers tlee@mc2b.com landerson@mc2b.com,asomers@jvk-law.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Walter A Romney, Jr. | on behalf of Creditor Robert L. Brown war@clydesnow.com gmortensen@clydesnow.com |
| Walter A Romney, Jr. | on behalf of Creditor Daniel Stadelmann war@clydesnow.com gmortensen@clydesnow.com |
| Walter A Romney, Jr. | on behalf of Creditor Lynn Brown war@clydesnow.com gmortensen@clydesnow.com |
| Walter A Romney, Jr. | on behalf of Creditor Jason Brown war@clydesnow.com gmortensen@clydesnow.com |

TOTAL: 84