Angela J. Somers
Jonathan Zweig
JOHNSON VAN KWAWEGEN LLP
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
MANNING CURTIS BRADSHAW & BEDNAR PLLC
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Counsel for Angela J. Somers, Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC,**<br><br>Debtor. | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

**DECLARATION OF ANGELA J. SOMERS IN SUPPORT OF TRUSTEE'S MOTION TO SELL CRYPTO AND USE CRYPTO PROCEEDS AND CASH OUTSIDE THE ORDINARY COURSE OF BUSINESS**

I, Angela J. Somers, declare under 28 U.S.C. § 1746 as follows:

1. I am the Chapter 11 trustee of Power Block Coin, LLC d/b/a SmartFi (the "Debtor"). I submit this declaration in support of my motion to sell the Fireblocks Crypto and use its proceeds and the Recovered Crypto Proceeds (the "Motion").[1] The statements below are

[1] Capitalized terms not defined in this declaration have the meanings given in the Motion.

based on my personal knowledge, my review of the Debtor's records, and information from my professionals. If called to testify, I would testify to these facts.

2. After I demanded turnover, the Debtor admitted that it had about $210,000 of crypto in an account at Fireblocks LLC, despite earlier representations to the contrary. The Debtor claimed some of it was customer crypto but could not identify the customers or explain the basis for that claim. I took control of the account. About $440,000 more crypto was later found in related accounts, amounts not mentioned by the Debtor. Together, this is the Fireblocks Crypto.

3. After I sued Aaron Tilton, Brad Jones, and the Coinbase entities (Adv. Pro. No. 26-02122), Mr. Tilton and Mr. Jones returned $240,000 that they said was the proceeds of customer crypto that they were holding for unidentified customers. These funds are the Recovered Crypto Proceeds.

4. The estate is not operating a business, and crypto prices swing widely from day to day. The estate also needs cash to pay current and future administrative expenses (primarily to pursue estate claims) and the amounts due to MetaGate LLC under the Prepaid Forward Purchase Agreement the Court approved on October 29, 2026 [Dkt. 624]. The Prepaid Forward Purchase Agreement provides MetaGate a right to a percentage of assets recovered by the Trustee.

5. Subject to Court authorization and the Prepaid Forward Purchase Agreement, I intend to sell the Fireblocks Crypto at such time and through such commercially reasonable means as I determine appropriate based on market conditions and the needs of the estate. J.S. Held may provide technical and financial advisory support, but I will make all decisions

regarding the timing and terms of any sale. I will not knowingly select an insider of the Debtor as a purchaser or counterparty.

6. In my business judgment, the sale and use described in the Motion are in the best interests of the estate and its creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2026.

/s/ *Angela J. Somers (signed with permission)*
Angela J. Somers, solely in her capacity as
Chapter 11 Trustee of Power Block Coin, LLC