Angela J. Somers
Jonathan Zweig
Johnson Van Kwawegen LLP
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Manning Curtis Bradshaw & Bednar PLLC
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com

---

**IN THE UNITED STATES BANKRUTPCY COURT**
**FOR THE DISTRICT OF UTAH**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Power Block Coin, L.L.C.** | : | **Case no. 24-bk-23041** |
| | : | |
| **Debtor.** | : | **Judge Cathleen D. Parker** |
| | : | |

**SECOND SUPPLEMENTAL DECLARATION OF ANGELA J. SOMERS**
**<u>IN SUPPORT OF APPOINTMENT AS CHAPTER 11 TRUSTEE</u>**

Angela J. Somers, being duly sworn, submits this verified statement pursuant to 28 U.S.C. §1746 under penalty of perjury and states as follows:

1. I submit this Declaration in further support of my appointment as Chapter 11 Trustee ("**<u>Trustee</u>**") of Power Block Coin L.L.C. ("**<u>Debtor</u>**").

2. On May 5, 2026, a Declaration in support of my appointment as Trustee was filed with this Court. At the time of that submission, I was a partner at the law firm of Reid Collins & Tsai LLP, which affiliation ended May 29, 2026. As of June 1, 2026, I became a partner at the law

firm of Johnson Van Kwawegen ("**JVK Law**") located at 485 Madison Avenue, 15th Floor New York, NY 10022.

3. I submitted a supplemental verified statement pursuant to section 322 of title 11 of the United States Code ("**Bankruptcy Code**"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") in support of my appointment on June 9, 2026 (the Declaration together, the "**Disclosure**").

4. I supplement my Disclosure as follows. I recently learned that an associate at JVK Law, James Janison, is married to a professional at J.S. Held, Natasha Janison. She is in the integrations department and is not involved in the Power Block Coin case. I was unaware of the connection when I decided to retain my professionals. I do not believe this presents any issues for the retention of JVK Law or J.S. Held, but out of an abundance of caution, I submit this disclosure.

5. If I or JVK Law discovers additional information that requires disclosure, I will file a supplemental disclosure with the Court.

6. By reason of the foregoing, I believe that I am qualified to act as Trustee.

SIGNED under penalty of perjury this 19th day of November 2026.

*/s/Angela J. Somers*
Angela J. Somers