Angela J. Somers
Jonathan Zweig
**JOHNSON VAN KWAWEGEN LLP**
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Counsel for Angela J. Somers, Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC**,<br><br>*Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

**NOTICE OF MOTION FOR AUTHORITY TO SELL CRYPTO AND USE CRYPTO PROCEEDS AND CASH, AND NOTICE OF HEARING**

PLEASE TAKE NOTICE that Angela J. Somers, the Chapter 11 trustee (the "Trustee") of Power Block Coin, LLC d/b/a SmartFi (the "Debtor" or "SmartFi"), has filed with the United States Bankruptcy Court for the District of Utah her *Trustee's Motion for Entry of an Order Authorizing (I) the Sale of Crypto Outside of the Ordinary Course of Business; (II) Use of Crypto*

*Proceeds and Additional Cash in the Estate's Possession Outside of the Ordinary Course of Business; and (III) Granting Related Relief* [Dkt. No. 638] (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. The Trustee holds cryptocurrency recovered from the Debtor's account at Fireblocks LLC and related accounts (the "Fireblocks Crypto"). When recovered it was worth about $650,000; its value changes daily. The Trustee asks for authority to sell the Fireblocks Crypto outside the ordinary course of business under 11 U.S.C. § 363(b), at times and through commercially reasonable means she chooses based on market conditions and the needs of the estate. She will not knowingly sell to an insider of the Debtor.

2. The Trustee also asks for authority to use the sale proceeds, together with $240,000 recovered from Aaron Tilton and Brad Jones (the "Recovered Crypto Proceeds"), to administer the estate, including to pay allowed administrative expenses and the amounts due to MetaGate LLC under the Prepaid Forward Purchase Agreement the Court approved on October 29, 2026 [Dkt. No. 624].

3. In the alternative, if any party proves a lien or other interest in the Fireblocks Crypto or the Recovered Crypto Proceeds, the Trustee asks to sell and use that property free and clear of the interest under 11 U.S.C. § 363(f), with the interest attaching to the proceeds.

4. Finally, the Trustee asks the Court to waive the 14-day stay under Bankruptcy Rule 6004(h).

SmartFi customers and borrowers should note that the Trustee's position is that the Fireblocks Crypto and the Recovered Crypto Proceeds belong to the bankruptcy estate, and that

customers hold claims against the estate rather than ownership of particular crypto. Anyone who claims to own any of the Fireblocks Crypto or the Recovered Crypto Proceeds, or to hold a lien or other interest in them, must file a written objection by the deadline below. Anyone who does not object may be bound by the Court's order.

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must take the following two steps:

(1) On or before December 23, 2026, file with the Bankruptcy Court a written objection explaining your position. Your written objection must be filed electronically, by mail, or by hand delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. mail in time for it to be received by the Court on or before December 23, 2026. You must also mail a copy to the undersigned counsel at: Trevor J. Lee, Manning Curtis Bradshaw & Bednar PLLC, 201 South Main Street, Suite 750, Salt Lake City, Utah 84111, and Angela J. Somers, Johnson Van Kwawegen LLP, 485 Madison Avenue, 15th Floor, New York, NY 10022.

(2) You must attend the hearing on the Motion, which is set for January 5, 2027 at 9:00 a.m. before the Honorable Cathleen D. Parker. The hearing will be held by Zoom. Parties who wish to participate should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for current information on participating in a hearing. At the time of this notice, parties wishing to participate in hearings before Judge Parker should log into Zoom at https://www.zoomgov.com at least ten minutes before the hearing, using Meeting ID 160 4196 1337 and Passcode 055360.

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without a hearing.

Copies of the Motion and the supporting declarations of Angela J. Somers and James P. Brennan are available on request from undersigned counsel at tlee@mc2b.com, and through the Court's electronic docket at https://ecf.utb.uscourts.gov.

DATED: November 19, 2026.

**JOHNSON VAN KWAWEGEN LLP**

/s/ Angela J. Somers
Angela J. Somers
Jonathan Zweig

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ Trevor J. Lee
Trevor J. Lee
Brett C. Gilmore
Austin C. Sabin

*Counsel for Angela J. Somers, Chapter 11 Trustee*