Angela J. Somers
Jonathan Zweig
**JOHNSON VAN KWAWEGEN LLP**
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Counsel for Angela J. Somers, Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC**,<br><br>*Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

# CERTIFICATE OF SERVICE

**By Electronic Means:**

I hereby certify that on November 18, 2026, the Trustee electronically filed the *Trustee's Motion for Entry of an Order Authorizing (I) the Sale of Crypto Outside of the Ordinary Course of Business; (II) Use of Crypto Proceeds and Additional Cash in the Estate's Possession Outside of the Ordinary Course of Business; and (III) Granting Related Relief* [Dkt. No. 638], the Declaration of Angela J. Somers [Dkt. No. 638-1], and the Declaration of James P. Brennan [Dkt. No. 638-2], and on November 19, 2026, the Trustee electronically filed the Notice of Motion and Notice of Hearing [Dkt. No. 641] with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this

case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- James W. Anderson jwa@clydesnow.com, mnortham@clydesnow.com
- Laura Elizabeth Baccash laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom mark.bloom@bakermckenzie.com
- Simeon J Brown sbrown@parsonsbehle.com
- Deborah Rae Chandler dchandler@aklawfirm.com
- Alexander Sun Chang alexander@utahlaw.ai
- P. Matthew Cox mcox@spencerfane.com, tking@spencerfane.com
- Austin Egan austin@stavroslaw.com
- Carson Heninger heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com, Candy.Long@gtlaw.com
- Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com, ecasaday@rqn.com, RQN@ecfalerts.com
- Peter J. Kuhn Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov, Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov
- Trevor J. Lee tlee@mc2b.com, landerson@mc2b.com, asomers@jvk-law.com
- Artur Machalski artur.machalski@gmail.com
- Elliott D. McGill emcgill@parsonsbehle.com, proney@parsonsbehle.com, ecf@parsonsbehle.com
- Darren B. Neilson dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- Christopher L. Perkins cperkins@eckertseamans.com
- Gregory F. Pesce gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A. Romney, Jr. war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com, docket@parsonsbehle.com
- Austin C. Sabin asabin@mc2b.com
- Jeffrey Weston Shields jshields@rqn.com, 5962725420@filings.docketbird.com, docket@rqn.com, HVanLeeuwen@rqn.com
- Angela J. Somers asomers@reidcollins.com
- Engels Tejeda ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com, jjbutton@hollandhart.com
- Landon S. Troester lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Melinda Willden tr melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov, Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov

By Mail or Other Means: I further certify that the Motion and the Notice of Motion and Notice of Hearing were served on the following parties by mail or other means on all parties located in the United States on November 20, 2026, and all parties located outside of the United States on November 23, 2026:

Mail Service: First-class U.S. mail, postage pre-paid, addressed to:

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Ryan Bouley
Huron Consulting Group
550 W. Van Buren Street, Suite 1700
Chicago, IL 60607

Colonel Michael Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

Song Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd, #102 PMB 320
Boise, ID 83713-2071

Kathleen Conger
111 East Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Kyle Ferrier
300 South Biscayne Blvd., Suite 4900
Miami, FL 33131-5312

Nissa Beth Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Nicholas Kennedy
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Mark Nelson
14175 Golf Parkway
Brookfield, WI 53005-7916

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132-1164

Creditors and claimants: First-class U.S. mail, postage pre-paid, to all creditors listed in the Debtor's schedules, as amended, and all parties that have filed a proof of claim, at the addresses listed on Exhibit A.

Publication: For all other customers, a summary notice of the Motion and hearing will be published in The Salt Lake Tribune at least 21 days before the December 23, 2026 objection deadline. Proof of publication will be filed with the Court before the hearing.

Website: The Debtor's website no longer hosts the case docket, so the Motion and related papers could not be posted there, and customers could not be emailed a link to them, under the Order Limiting Notice and Establishing Notice Procedures [Dkt. No. 42].

/s/ Trevor J. Lee