| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 08/03/2026 | Austin C. Sabin | 6.2 | 450 | 2,790.00 | Confer with client and initiate case review (1.5); review docket to understand case (1.5); edit Property of the Estate motion, particularly the basis for relief section (3.2). | 2 |
| 1 | Asset Analysis and Recovery | 08/04/2026 | Austin C. Sabin | 0.2 | 450 | 90.00 | Conference with client re property of the estate motion. | 4 |
| 1 | Asset Analysis and Recovery | 08/05/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference with financial advisor re list of parties against whom relief might be sought for notice of the property-of-the-estate motion. | 6 |
| 1 | Asset Analysis and Recovery | 08/05/2026 | Trevor J. Lee | 3.7 | 600 | 2,220.00 | Review and edit property of the estate motion (1.9); conference with A. Somers re same (1.8). | 7 |
| 1 | Asset Analysis and Recovery | 08/10/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with A. Somers re property of the estate motion. | 14 |
| 1 | Asset Analysis and Recovery | 08/12/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review list of potential transferees (.2); conference with J. Brennan re same and details for post-petition transfers (.3). | 17 |
| 1 | Asset Analysis and Recovery | 08/13/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review email re books and records; provide instruction to ACSabin re same. | 18 |
| 1 | Asset Analysis and Recovery | 08/14/2026 | Cortney A. Jones | 0.1 | 300 | 30.00 | Request UCC financing statement. | 19 |
| 1 | Asset Analysis and Recovery | 08/14/2026 | Austin C. Sabin | 1 | 450 | 450.00 | Draft motion for overlength and proposed order on the property motion. | 20 |
| 1 | Asset Analysis and Recovery | 08/14/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Locate and retrieve debtor's supplemental books and records production from Blue Castle SharePoint. | 21 |
| 1 | Asset Analysis and Recovery | 08/18/2026 | Cortney A. Jones | 0.3 | 300 | 90.00 | Obtain and review Power Block Coin UCC Financing Statement. | 25 |
| 1 | Asset Analysis and Recovery | 08/21/2026 | Austin C. Sabin | 5.3 | 450 | 2,385.00 | Research concerns from the U.S. Trustee on lien rights and property of the estate (1.9); conference with U.S. Trustee re MOR extension (.8); review statute of limitations issues (.8); review notice issues for the sale motion and employment application hearings (1.0); conference with TJLee re next steps (.8). | 31 |
| 1 | Asset Analysis and Recovery | 08/24/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with A. Somers re call with C. Perkins. | 34 |
| 1 | Asset Analysis and Recovery | 08/26/2026 | Austin C. Sabin | 0.5 | 450 | 225.00 | Review strategy re Rule 2004 examination; draft same. | 36 |
| 1 | Asset Analysis and Recovery | 09/05/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference with C. Perkins re potential meeting. | 52 |
| 1 | Asset Analysis and Recovery | 09/10/2026 | Austin C. Sabin | 0.8 | 450 | 360.00 | Conference with C. Perkins and J. Brown re Power Block history. | 61 |
| 1 | Asset Analysis and Recovery | 09/10/2026 | Brett C. Gilmore | 0.9 | 525 | 472.50 | Conference with A. Somers, C. Perkins, J. Brown, and ACSabin re possible avenues for recovery of assets. | 63 |
| 1 | Asset Analysis and Recovery | 09/10/2026 | Brett C. Gilmore | 0.3 | 525 | 157.50 | Conference with A. Somers re Racer X interview of A. Tilton re SmartFi's involvement in Supercross and a related $30,000 sweepstakes. | 64 |
| 1 | Asset Analysis and Recovery | 10/02/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review subpoena responses and debtor productions. | 97 |
| 1 | Asset Analysis and Recovery | 10/09/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with opposing counsel re books and records. | 102 |
| 1 | Asset Analysis and Recovery | 10/26/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Review A. Somers emails re property of the estate and Coinbase records (.1); research procedure for obtaining estate property and records held by third parties (.2); conference with J. Brennan, A. Somers, S. Lynch, A. Yurish, and A. Sabin re Coinbase records requests (.2); review C. Castle email re investors and financial records requests (.1). | 126 |
| 2 | Asset Disposition | 08/05/2026 | Austin C. Sabin | 1.1 | 450 | 495.00 | Conference with TJLee re notice section and with LLAnderson re service provisions (.4); draft sale motion (.7). | 5 |
| 2 | Asset Disposition | 08/06/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Review timeline for sale motion (.3); provide instruction to ACSabin re sale motion (.1); conference with court re moving hearings (.2); calendar deadlines (.2). | 8 |
| 2 | Asset Disposition | 08/07/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review email re funding. | 9 |
| 2 | Asset Disposition | 08/08/2026 | Austin C. Sabin | 4.1 | 450 | 1,845.00 | Draft sale motion. | 10 |
| 2 | Asset Disposition | 08/09/2026 | Austin C. Sabin | 5 | 450 | 2,250.00 | Draft sale motion. | 11 |
| 2 | Asset Disposition | 08/09/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with client re preparation of the sale approval motion; request the final executed term sheet and confirm the execution date and the resulting August 18 filing deadline; conference with ACSabin re term sheet execution date and final form. | 12 |
| 2 | Asset Disposition | 08/10/2026 | Austin C. Sabin | 2.1 | 450 | 945.00 | Draft sale motion. | 13 |
| 2 | Asset Disposition | 08/10/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Review draft funding motion; conference with A. Somers re timing and overlength motion; conference with J. Brennan re notice of same. | 14 |
| 2 | Asset Disposition | 08/11/2026 | Austin C. Sabin | 1.1 | 450 | 495.00 | Draft sale motion. | 15 |
| 2 | Asset Disposition | 08/12/2026 | Austin C. Sabin | 5.2 | 450 | 2,340.00 | Finalize draft sale motion. | 16 |
| 2 | Asset Disposition | 08/12/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Conference with A. Somers and ACSabin re timing for delivery of draft definitive litigation funding agreement and sale motion (.6); provide instruction to ACSabin re litigation funding motion (.1). | 17 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 08/14/2026 | Austin C. Sabin | 3.6 | 450 | 1,620.00 | Research issues of funding/sale transaction and ties with M. Song settlement (1.0); conference with TJLee re same (.5); edit sale motion in line with Trustee's recommendations (1.0); draft motion for overlength and proposed order on the sale motion, as well as a declaration for the trustee (1.1). | 20 |
| 2 | Asset Disposition | 08/14/2026 | Trevor J. Lee | 3.4 | 600 | 2,040.00 | Correspondence with ACSabin re conforming draft sale motion to client's revised preliminary statement and inclusion of Song settlement language (.7); transmit transaction spreadsheets and response cover draft to J.S. Held forensic team (.6); review and revise draft sale motion (.5); conference with A. Somers re same (.3); review draft definitive litigation funding agreement (.5); prepare redline of revisions (.5); correspondence with ACSabin and Baker McKenzie re Rule 9019 treatment of Song claim (.3). | 21 |
| 2 | Asset Disposition | 08/15/2026 | Trevor J. Lee | 1 | 600 | 600.00 | Conference re scope of trustee's obligations under financing agreement (.1); review and revise draft sale motion (.2); conference with A. Somers re same (.1); review outstanding tasks, including sale motion, sale agreement, and service of filings (.1); provide instruction to BCGilmore re same (.1); review draft sale agreement received from M. Bloom (.2); identify departures from the financing term sheet (.1); correspondence with A. Somers re preparation of redline and conference to discuss (.1). | 22 |
| 2 | Asset Disposition | 08/16/2026 | Trevor J. Lee | 8.7 | 600 | 5,220.00 | Conference with A. Somers re status of draft sale motion, incorporation of her preliminary statement, and deferral of anticipated objections to reply (1.2); conference re availability to confer on sale agreement (.5); conference with BCGilmore re coverage of pending matters (.5); research re authority permitting carve-outs from secured creditor's superpriority claim and payment of administrative expenses notwithstanding Jevic (1.1); locate and annotate supporting bankruptcy decisions (.2); draft supporting footnote for sale motion (1.0); conference with A. Somers re authorities and clarification of her comments to draft sale motion and placement of break-up fee discussion (1.2); review and edit draft sale motion (1.0); research and review case law re carve-outs for trustee fees (1.0); draft and revise motion (1.0). | 23 |
| 2 | Asset Disposition | 08/17/2026 | Trevor J. Lee | 4 | 600 | 2,400.00 | Research authorities re post-petition litigation funding by a secured creditor and payment of the trustee's professionals, including In re American Resources Management and the S.D.N.Y. decision (1.0); revise the preliminary statement of the sale motion to incorporate both authorities and circulate clean and redline drafts (.9); edit draft sale motion and conference with A. Somers re same (.9); conference with J. Brennan re status of the draft and confirmation of the estate recovery figure (.9); provide instruction to team re UCC filing record search and ECF service and noticing (.3). | 24 |
| 2 | Asset Disposition | 08/18/2026 | Brett C. Gilmore | 2.5 | 525 | 1,312.50 | Review and edit sale motion and A. Somers declaration. | 26 |
| 2 | Asset Disposition | 08/18/2026 | Trevor J. Lee | 10.3 | 600 | 6,180.00 | Review and revise draft sale motion (1.1); incorporate edits (.4); conference with counsel for M. Song re sale motion and incorporate edits (.7); draft and revise declaration of A. Somers (1.1); conference with A. Somers re same (.6); research rules and timeline for filing (1.1); conference with team re same (.6); review UCC lien and incorporate into motion (.6); review local rule requirements for funding motions (.6); draft disclosure (1.1); circulate all documents to team (.3); conference with M. Bloom, A. Somers, and J. Brennan re bid procedures and sale motion (.7); conference with A. Somers re caption for Power Block Coin v. Song for inclusion in draft sale motion (1.4). | 27 |
| 2 | Asset Disposition | 08/19/2026 | Austin C. Sabin | 2.4 | 450 | 1,080.00 | Prepare for and attend conference with U.S. Trustee (1.4); review redlines on declaration, exhibits, sale motion, order, and overlength motion (.4); review notice requirements for the sale hearing (.3); conference with TJLee re same (.3). | 28 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 08/19/2026 | Trevor J. Lee | 6.6 | 600 | 3,960.00 | Review and edit sale motion, supporting declaration, and motion for leave to file overlength motion with proposed order (.6); prepare exhibits and incorporate team edits (.9); review schedules and claims register re asserted BitGo UCC lien and incorporate treatment of the lien into the motion (.7); review sequencing of hearings on the sale motion, property of the estate motion and employment applications under the local rules and term sheet deadlines (.7); propose hearing dates to M. Bloom (.4); conference with M. Bloom and A. Somers re sequencing of redline revisions and status of remaining drafts (1.1); provide draft sale motion and Local Rule 4001-2 exhibit to the U.S. Trustee with summary of planned filings and hearing requests (1.2); finalize and file sale motion and supporting documents (1.0). | 29 |
| 2 | Asset Disposition | 08/20/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with court clerk and chambers re setting bid procedures and sale motion and pending retention applications for hearing; conference with M. Bloom re status; conference with A. Somers re same. | 30 |
| 2 | Asset Disposition | 08/25/2026 | Trevor J. Lee | 3 | 600 | 1,800.00 | Conference with C. Perkins re meeting (.9); research local rules re bankruptcy auction, Rule 2004, creditors' committee, and indemnification issues (2.1). | 35 |
| 2 | Asset Disposition | 08/26/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Conference with M. Bloom re hearing scheduling and with ACSabin re delivery timing. | 37 |
| 2 | Asset Disposition | 08/27/2026 | Austin C. Sabin | 5.2 | 450 | 2,340.00 | Draft motion for expedited hearing (1.5); research same (1.5); draft Rule 2004 examination motion and proposed order (1.5); conference with C. Perkins (.7). | 38 |
| 2 | Asset Disposition | 08/27/2026 | Trevor J. Lee | 2.3 | 600 | 1,380.00 | Conference with C. Perkins re call (.5); conference with ACSabin re case strategy, potential claims, creditor issues, and litigation (.5); conference re bid procedures and hearings (.4); conference with bankruptcy clerk re scheduling (.4); calculate and docket notice deadlines (.5). | 39 |
| 2 | Asset Disposition | 08/28/2026 | Austin C. Sabin | 0.2 | 450 | 90.00 | Amend and file motion to shorten time. | 40 |
| 2 | Asset Disposition | 08/28/2026 | Trevor J. Lee | 2.9 | 600 | 1,740.00 | Conference with ACSabin, M. Bloom, and client team re motions, A. Tilton contractual dispute, litigation strategy, and Committee waterfall (1.7); review and edit motion to expedite (1.2). | 41 |
| 2 | Asset Disposition | 08/31/2026 | Austin C. Sabin | 0.4 | 450 | 180.00 | Conference with court re expedited hearing motion; research deadlines. | 42 |
| 2 | Asset Disposition | 08/31/2026 | Trevor J. Lee | 0.9 | 600 | 540.00 | Conference re Metagate funding, financing structure, and amended notice for September 16 hearing (.5); conference with ACSabin re hearing date and upcoming filings (.4). | 43 |
| 2 | Asset Disposition | 09/01/2026 | Austin C. Sabin | 3 | 450 | 1,350.00 | Edit and file amended motion to shorten time and order on motion to shorten time (1.6); draft notice of same (1.4). | 44 |
| 2 | Asset Disposition | 09/01/2026 | Trevor J. Lee | 1.9 | 600 | 1,140.00 | Review and revise motion to shorten time and related hearing documents (.9); conference re expedited hearing, estate funding, SmartFi actions, and employment-application refiling (1.0). | 45 |
| 2 | Asset Disposition | 09/02/2026 | Austin C. Sabin | 0.4 | 450 | 180.00 | Review notice of bidding procedures order to other parties. | 46 |
| 2 | Asset Disposition | 09/02/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Provide instruction to ACSabin re hearing and notice. | 47 |
| 2 | Asset Disposition | 09/03/2026 | Austin C. Sabin | 1.5 | 450 | 675.00 | Conference with A. Somers re sale hearing (.3); conference with TJLee re same (.3); conference with chambers re remote hearing procedures (.3); review rules on objection deadlines for orders (.3); conference with TJLee re same (.3). | 48 |
| 2 | Asset Disposition | 09/03/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference re hearing and funding; conference by email re bid procedure order next steps. | 49 |
| 2 | Asset Disposition | 09/04/2026 | Austin C. Sabin | 3.2 | 450 | 1,440.00 | Draft bidding procedures order. | 50 |
| 2 | Asset Disposition | 09/05/2026 | Trevor J. Lee | 1.4 | 600 | 840.00 | Revise and finalize bidding procedures order, including bid protections, deadlines, Song claim treatment, and signatories (.7); prepare discovery and hearing strategy (.7). | 52 |
| 2 | Asset Disposition | 09/06/2026 | Austin C. Sabin | 0.4 | 450 | 180.00 | Conference with TJLee re resubmission of motion timelines, notice issues, and redline of bidding procedures order. | 53 |
| 2 | Asset Disposition | 09/06/2026 | Trevor J. Lee | 1.4 | 600 | 840.00 | Review and edit Bid Procedures Order (.5); conference with team re same (.4); conference with team re Bid Procedures hearing (.5). | 54 |
| 2 | Asset Disposition | 09/07/2026 | Austin C. Sabin | 0.5 | 450 | 225.00 | Conference with client re motion to shorten time hearing. | 55 |
| 2 | Asset Disposition | 09/07/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with A. Somers re motion to shorten time and hearings. | 56 |
| 2 | Asset Disposition | 09/08/2026 | Austin C. Sabin | 5.8 | 450 | 2,610.00 | Conference with chambers re signature on the order (.9); review email with Song's counsel re potential extensions (.8); review edits on bidding procedures order (.8); edit bidding procedures order (1.6); conference with TJLee re same (.8); conference with Trustee re notice issues and remote hearing procedures (.9). | 57 |
| 2 | Asset Disposition | 09/08/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review and edit draft filings. | 58 |
| 2 | Asset Disposition | 09/09/2026 | Austin C. Sabin | 3 | 450 | 1,350.00 | Conference with client re remote hearing procedures, extensions, bidding procedures order, and filing of same (1.2); edit bidding procedures order (1.8). | 59 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 09/09/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review motion deadlines and Bid Procedures Order; conference with A. Somers and B. Gilmore re extension and hearing logistics. | 60 |
| 2 | Asset Disposition | 09/10/2026 | Austin C. Sabin | 3.6 | 450 | 1,620.00 | Review definitive agreement (1.8); conference with client re comments on same (1.8). | 61 |
| 2 | Asset Disposition | 09/10/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Conference with ACSabin re litigation funding agreement (.5); provide instruction re outstanding issues and deadlines (.2). | 62 |
| 2 | Asset Disposition | 09/11/2026 | Trevor J. Lee | 2.1 | 600 | 1,260.00 | Review and edit Definitive Agreement (.4); draft redlined Purchase and Definitive Agreements and departures chart (.7); provide instruction to ACSabin re same (.1); conference by email with A. Somers re lien and funding (.5); review funding emails and extension letter (.4). | 65 |
| 2 | Asset Disposition | 09/14/2026 | Austin C. Sabin | 4.1 | 450 | 1,845.00 | Research potential disqualification issues of the trustee (1.1); review objections from other parties (.5); draft notice of term sheet amendment (1.0); conference with counsel for Song/MetaGate re same (.5); draft argument on the Parsons objection (1.0). | 66 |
| 2 | Asset Disposition | 09/14/2026 | Trevor J. Lee | 1.6 | 600 | 960.00 | Conference with team re Metagate funding, sale strategy, and hearing preparation. | 67 |
| 2 | Asset Disposition | 09/14/2026 | Brett C. Gilmore | 3.2 | 525 | 1,680.00 | Draft response to joint objection to bidding procedures. | 68 |
| 2 | Asset Disposition | 09/14/2026 | Brett C. Gilmore | 2.1 | 525 | 1,102.50 | Draft notice re corrected term sheet. | 69 |
| 2 | Asset Disposition | 09/14/2026 | Brett C. Gilmore | 0.5 | 525 | 262.50 | Conference with A. Somers, M. Bloom, J. Zweig, and J. Brennan re upcoming hearing and other matters. | 70 |
| 2 | Asset Disposition | 09/15/2026 | Austin C. Sabin | 5.8 | 450 | 2,610.00 | Revise replies to Scribner, Parsons, and joint objections (.9); review term sheet (.5); conference with TJLee re needed term changes (.5); conference with committee counsel re same (.5); prepare redlines for approval by Song and the Committee (1.0); review case law on standard bidding procedures (.5); conference with client re scope of objections addressed (.5); conference with court re submission of order to avoid 7-day objection period (.5); finalize and file same (.9). | 71 |
| 2 | Asset Disposition | 09/15/2026 | Trevor J. Lee | 6.3 | 600 | 3,780.00 | Review newly filed objections (.4); research issues raised in objections (.8); draft and edit Bid Procedures Reply (.8); review and edit Bid Procedures Order (.4); review and edit Amended Term Sheet (.4); prepare for hearing (.8); research trustee-fee carve-outs and §364 financing (.8); conference by email re term-sheet compliance (.4); conference with A. Somers re same (.4); conference with team re Amended Term Sheet (.5); conference with team re Bid Procedures Order (.4); provide instruction re filing of Bid Procedures Reply (.2). | 72 |
| 2 | Asset Disposition | 09/15/2026 | Brett C. Gilmore | 3.7 | 525 | 1,942.50 | Draft response to objections to bidding procedures. | 73 |
| 2 | Asset Disposition | 09/16/2026 | Austin C. Sabin | 6.2 | 450 | 2,790.00 | Conference with client and J. Brennan re hearing (.9); prepare for and attend hearing (3.3); conference with client re changes to the bidding procedures order (.9); conference with counsel for MetaGate and the Committee re amended term sheet per the hearing (1.1). | 74 |
| 2 | Asset Disposition | 09/16/2026 | Trevor J. Lee | 6.4 | 600 | 3,840.00 | Prepare for hearing (.8); research bankruptcy procedures and charging-lien issues (.8); conference re bidding and hearing strategy (.4); attend hearing (1.7); conference with A. Somers and ACSabin re follow-up (.5); conference with M. Bloom re same (.4); review and revise amended term sheet and hearing materials (.5); edit amended term sheet with M. Bloom (.9); conference with A. Somers re same (.4). | 75 |
| 2 | Asset Disposition | 09/17/2026 | Austin C. Sabin | 3.3 | 450 | 1,485.00 | Conference with client re testimony at the hearing (.7); review client's comments on purchase agreement (.6); circulate additional drafts of notice of term sheet amendment, bidding procedures order, and amended term sheet (1.4); conference with opposing counsel (.6). | 76 |
| 2 | Asset Disposition | 09/17/2026 | Trevor J. Lee | 2.2 | 600 | 1,320.00 | Conference with team re term sheets and bidding procedures (1.7); review and revise all documents (.5). | 77 |
| 2 | Asset Disposition | 09/18/2026 | Trevor J. Lee | 3.4 | 600 | 2,040.00 | Revise and finalize definitive purchase agreement and engagement letter. | 78 |
| 2 | Asset Disposition | 09/19/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Review and edit Bid Procedures Order (.1); review supplemental objections (.1); draft and edit reply (.3); conference with A. Somers re objections (.1); provide instruction to ACSabin re objections (.1). | 79 |
| 2 | Asset Disposition | 09/20/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Revise and finalize replies and amended orders re supplemental objections and Section 1(a)(xiv). | 80 |
| 2 | Asset Disposition | 09/21/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Review District of Utah docket and orders re supplemental objections and bidding procedures. | 82 |
| 2 | Asset Disposition | 09/22/2026 | Trevor J. Lee | 1 | 600 | 600.00 | Review bid procedures and purchase agreement redlines (.5); conference with counsel and A. Somers re consent and strategy (.5). | 83 |
| 2 | Asset Disposition | 09/23/2026 | Austin C. Sabin | 0.4 | 450 | 180.00 | Review changes on order entered from Court. | 84 |
| 2 | Asset Disposition | 09/23/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with A. Somers re Bid Procedures Order. | 85 |
| 2 | Asset Disposition | 09/24/2026 | Austin C. Sabin | 0.9 | 450 | 405.00 | Review and provide comments on most recent draft of final purchase agreement. | 86 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 09/24/2026 | Trevor J. Lee | 1.7 | 600 | 1,020.00 | Review and revise purchase and sale agreements (.8); conference with A. Somers and team re bankruptcy status, bids, claims, and filing strategy (.9). | 87 |
| 2 | Asset Disposition | 09/25/2026 | Trevor J. Lee | 2.4 | 600 | 1,440.00 | Conference with A. Somers re term sheet edits (.8); revise and finalize purchase agreement and amended term sheet (1.6). | 88 |
| 2 | Asset Disposition | 09/28/2026 | Trevor J. Lee | 2.4 | 600 | 1,440.00 | Revise and finalize purchase agreement (1.6); conference re indemnity and execution (.8). | 90 |
| 2 | Asset Disposition | 09/29/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with LAnderson and ACSabin re affidavit status and Notice of Sale Agreement; draft and revise caption, formatting, and signature lines. | 91 |
| 2 | Asset Disposition | 09/29/2026 | Austin C. Sabin | 1 | 450 | 450.00 | Edit draft of notice of Sale Agreement. | 92 |
| 2 | Asset Disposition | 09/30/2026 | Trevor J. Lee | 2.2 | 600 | 1,320.00 | Revise and finalize Notice of Sale Agreement to clarify bidding, auction, and objection procedures (1.6); conference with counsel re deadlines and filings (.3); conference with ACSabin re upcoming hearing (.3). | 93 |
| 2 | Asset Disposition | 09/30/2026 | Austin C. Sabin | 2.9 | 450 | 1,305.00 | Finalize and file notice of sale agreement (1.5); research issues of Scribner's standing (1.4). | 94 |
| 2 | Asset Disposition | 10/01/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review execution version Purchase Agreement and pre-signature confirmations. | 95 |
| 2 | Asset Disposition | 10/05/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference with M. Cox re bid procedures order and deposit. | 98 |
| 2 | Asset Disposition | 10/06/2026 | Trevor J. Lee | 1.6 | 600 | 960.00 | Review Scribner bid (.6); conference with J. Brennan, A. Somers, A. Yurish, A. Sabin, and S. Lynch re Scribner bid, allocation, and bid strategy (1.0). | 99 |
| 2 | Asset Disposition | 10/07/2026 | Trevor J. Lee | 1.9 | 600 | 1,140.00 | Review bid and sale hearing deadlines (.6); prepare motions and judgment (1.3). | 100 |
| 2 | Asset Disposition | 10/08/2026 | Trevor J. Lee | 1.9 | 600 | 1,140.00 | Conference with A. Somers re bid strategy, PBC funding steps, and upcoming deadlines. | 101 |
| 2 | Asset Disposition | 10/09/2026 | Trevor J. Lee | 1.8 | 600 | 1,080.00 | Review settlement and bidding emails (.9); review Scribner and MetaGate bids and legal implications (.9). | 102 |
| 2 | Asset Disposition | 10/11/2026 | Trevor J. Lee | 1.1 | 600 | 660.00 | Provide instruction to team re same (.2); draft final sale order (.9). | 103 |
| 2 | Asset Disposition | 10/12/2026 | Trevor J. Lee | 2.4 | 600 | 1,440.00 | Prepare MetaGate sale-hearing declarations, exhibits, notices, and memoranda (1.4); conference with Trustee re same (.7); provide instruction to team re edits (.3). | 104 |
| 2 | Asset Disposition | 10/12/2026 | Austin C. Sabin | 1.6 | 450 | 720.00 | Draft notice of acceptance of MetaGate's offer (1.1); conference with team and court re same (.5). | 105 |
| 2 | Asset Disposition | 10/13/2026 | Trevor J. Lee | 1.8 | 600 | 1,080.00 | Draft and revise declarations, motions, and sale-hearing materials (1.1); review Section 363(f) filings and bid procedures (.5); provide instruction to team re same (.2). | 106 |
| 2 | Asset Disposition | 10/13/2026 | Austin C. Sabin | 0.3 | 450 | 135.00 | Review newly entered orders; conference with team re same. | 107 |
| 2 | Asset Disposition | 10/14/2026 | Trevor J. Lee | 5.6 | 600 | 3,360.00 | Draft and revise sale-approval orders, replies re Scribner objection, declarations, and witness/exhibit lists (3.6); prepare hearing materials (2.0). | 108 |
| 2 | Asset Disposition | 10/14/2026 | Austin C. Sabin | 3.1 | 450 | 1,395.00 | Review Scribner objection (.6); conference with TJLee re same (.6); draft order (1.3); review exhibit list (.6). | 109 |
| 2 | Asset Disposition | 10/15/2026 | Trevor J. Lee | 2.3 | 600 | 1,380.00 | Revise declaration and reply re attributed debt and unsupported claims (.9); conference with A. Somers re same (.3); finalize sale materials, filings, NDA, and defense agreement (1.1). | 110 |
| 2 | Asset Disposition | 10/15/2026 | Austin C. Sabin | 3.2 | 450 | 1,440.00 | Finalize Somers Declaration and Scribner Reply (1.3); compile exhibits (1.3); conference with committee and MetaGate re filings (.6). | 111 |
| 2 | Asset Disposition | 10/16/2026 | Trevor J. Lee | 3.6 | 600 | 2,160.00 | Prepare sale-hearing exhibits and witness lists (1.3); revise sale-approval order and Scribner reply (1.3); review financial and evidentiary issues (.2); edit Somers declaration (.5); conference with A. Somers re same (.2); provide instruction to team re same (.1). | 112 |
| 2 | Asset Disposition | 10/16/2026 | Austin C. Sabin | 4 | 450 | 1,800.00 | Finalize reply to Scribner objection, exhibit list, declaration, and pending order for hearing (2.7); conference with A. Somers and TJLee re same (1.3). | 113 |
| 2 | Asset Disposition | 10/17/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Review witness/exhibit list, trustee's reply, order, and A. Somers email (.6); conference with team re financial calculations, insider list, Scribner breakdown, and attachments (.6). | 114 |
| 2 | Asset Disposition | 10/18/2026 | Trevor J. Lee | 1.8 | 600 | 1,080.00 | Prepare for hearing (.7); conference with A. Somers, J. Brennan, A. Yurish, A. Sabin, and S. Lynch re PBC funding and hearing strategy (.6); review funding materials (.5). | 115 |
| 2 | Asset Disposition | 10/19/2026 | Trevor J. Lee | 5.9 | 600 | 3,540.00 | Draft and revise examination questions and exhibits (1.5); prepare sale-hearing materials (1.5); review motion, deed-of-trust, and purchase-agreement terms (.7); conference with counsel re timing (.7); prepare for hearing (1.5). | 116 |
| 2 | Asset Disposition | 10/19/2026 | Austin C. Sabin | 1.2 | 450 | 540.00 | Conference with team re hearing (.4); prepare for hearing (.8). | 117 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 10/20/2026 | Trevor J. Lee | 6.6 | 600 | 3,960.00 | Prepare for and attend final sale approval hearing (1.8); draft cross-examination outline (.9); conference with A. Sabin, L. Anderson, and B. Gilmore re hearing strategy and objections (.6); research admissibility of declarations under Rule 43(c) and Bankruptcy Rule 9017 (.9); conference with A. Somers re exhibits, witnesses, and sale standards (.5); conference with J. Zweig and D. Scribner re Rule 408 settlement (.5); draft and revise sale approval order (.9); conference with M. Bloom and A. Somers re same (.5). | 119 |
| 2 | Asset Disposition | 10/20/2026 | Austin C. Sabin | 5.2 | 450 | 2,340.00 | Prepare for and attend final sale approval hearing. | 120 |
| 2 | Asset Disposition | 10/21/2026 | Trevor J. Lee | 3.8 | 600 | 2,280.00 | Revise proposed sale approval order (1.2); conference with A. Somers, M. Bloom, A. Sabin, and A. Jarvis re same (.2); draft notice of redline filing (.7); review September monthly operating report and declaration (.4); conference with A. Somers, C. Rasmussen, A. Yurish, and J. Brennan re same (.2); attend meeting with A. Somers, C. Castle, and A. Melville re investigation status (.3); review A. Somers email re same (.2); research estate ownership issues and procedure for claims against Coinbase (.6). | 121 |
| 2 | Asset Disposition | 10/21/2026 | Austin C. Sabin | 0.8 | 450 | 360.00 | Review proposed changes to pending order (.4); conference with team re same (.4). | 122 |
| 2 | Asset Disposition | 10/22/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Review proposed final order and related filings (.3); review sale order issues re M. Song funding, lis pendens, and transfers into real property (.4). | 123 |
| 2 | Asset Disposition | 10/28/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Review proposed sale approval order (.4); conference with A. Somers and M. Bloom re court deadline (.4). | 128 |
| 2 | Asset Disposition | 10/29/2026 | Trevor J. Lee | 1.8 | 600 | 1,080.00 | Draft notice of extension and request for urgent entry of sale order (.6); review order and judgment approving sale and memorandum decision (.3); conference with A. Somers, M. Bloom, J. Brennan, N. Kennedy, A. Sabin, M. Song, and M. Fontanez re same (.4); review email re customer claims (.2); review K. Kherani email re J.S. Held production (.3). | 130 |
| 2 | Asset Disposition | 10/30/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review M. Bloom emails re funding notice, litigation funding proposal, and sale procedures; review updated funding notice and certificate of service; conference with team re filing. | 131 |
| 2 | Asset Disposition | 10/31/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference with M. Bloom re proposed sale approval order. | 134 |
| 7 | Case Administration | 08/03/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Draft case status and workplan summary for client re the August 11 hearing, post-petition demand letters, property-of-the-estate motion staffing, Song funding agreement review, and funding motion (.4); conference with financial advisor re current post-petition transfer data (.1). | 3 |
| 7 | Case Administration | 08/07/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review email from U.S. Attorney's Office. | 9 |
| 7 | Case Administration | 08/19/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Conference with bankruptcy court clerk and chambers re hearing scheduling; provide instruction re service under Bankruptcy Rule 2002. | 29 |
| 7 | Case Administration | 08/21/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Conference with counsel re hearings, fee applications, Rule 2004 examinations, deadline extensions, and bankruptcy notices (.7); review SmartFi activity and loan agreements (.5). | 32 |
| 7 | Case Administration | 08/22/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Review email from A. Jarvis re incorrect dates in the agreed stipulation and filing an additional stipulation to correct them; conference with team re same. | 33 |
| 7 | Case Administration | 08/24/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Provide instruction to ACSabin and conference with LAnderson re mailing, service deadlines, and proof. | 34 |
| 7 | Case Administration | 08/26/2026 | Trevor J. Lee | 0.9 | 600 | 540.00 | Review case summary and emails from J. Brennan and A. Somers. | 37 |
| 7 | Case Administration | 09/01/2026 | Austin C. Sabin | 0.7 | 450 | 315.00 | Prepare notice of appearance. | 44 |
| 7 | Case Administration | 09/02/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with A. Somers, counsel, and M. Richmond re scheduling and September 8 continuance. | 47 |
| 7 | Case Administration | 09/03/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference by email re continuance dates. | 49 |
| 7 | Case Administration | 09/04/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with M. Richmond re Trustee's agreement to continue September 8 hearing to November 3; conference with team re PA litigation meeting. | 51 |
| 7 | Case Administration | 09/05/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with ACSabin re September 8 hearing scheduling. | 52 |
| 7 | Case Administration | 09/06/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review outstanding items. | 54 |
| 7 | Case Administration | 09/07/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Provide instruction to ACSabin re upcoming deadlines. | 56 |
| 7 | Case Administration | 09/08/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with team re hearing scheduling and deadlines. | 58 |
| 7 | Case Administration | 09/09/2026 | Austin C. Sabin | 0.6 | 450 | 270.00 | Conference with client re local counsel and caption requirements. | 59 |
| 7 | Case Administration | 09/09/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference by email with N. Gay re address change. | 60 |
| 7 | Case Administration | 09/14/2026 | Austin C. Sabin | 1 | 450 | 450.00 | Finalize and file pro hac vice applications. | 66 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 7 | Case Administration | 09/14/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Review PHV applications, objections, and bidding issues (.3); provide instruction to team re upcoming tasks and deadlines (.2); docket upcoming deadlines (.1). | 67 |
| 7 | Case Administration | 09/21/2026 | Austin C. Sabin | 0.3 | 450 | 135.00 | Review service list for accuracy. | 81 |
| 7 | Case Administration | 09/21/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Docket all upcoming dates and deadlines. | 82 |
| 7 | Case Administration | 09/23/2026 | Austin C. Sabin | 0.7 | 450 | 315.00 | Review current deadlines and to do list and discuss the same with TJLee. | 84 |
| 7 | Case Administration | 09/23/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review and docket all upcoming deadlines; update A. Somers re same. | 85 |
| 7 | Case Administration | 09/24/2026 | Austin C. Sabin | 0.3 | 450 | 135.00 | Review rules on filing proofs of service. | 86 |
| 7 | Case Administration | 10/01/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review Ch. 11 notice dates and filings. | 95 |
| 7 | Case Administration | 10/08/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review docket deadlines and hearing posture changes. | 101 |
| 7 | Case Administration | 10/11/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review Section 4(e) election deadline under amended term sheet; review upcoming deadlines. | 103 |
| 7 | Case Administration | 10/20/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with A. Somers and C. Castle re scheduling call. | 119 |
| 7 | Case Administration | 10/23/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review investigative materials re party connections and potential unnoticed creditors; review P. Kuhn and A. Somers emails re monthly operating reports, witness list, and objection reply; review A. Somers email re adversary research approach. | 124 |
| 7 | Case Administration | 10/28/2026 | Trevor J. Lee | 1 | 600 | 600.00 | Attend conference with U.S. Trustee, J. Brennan, and counsel re case status and funding (.6); review J.S. Held production to DOJ (.4). | 128 |
| 7 | Case Administration | 10/28/2026 | Austin C. Sabin | 0.2 | 450 | 90.00 | Conference with court re outstanding issues. | 129 |
| 7 | Case Administration | 10/29/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review C. Castle and J. Brennan email re production scope; review docket re production deadline. | 130 |
| 7 | Case Administration | 10/30/2026 | Trevor J. Lee | 0.7 | 600 | 420.00 | Review J.S. Held production and memorandum re responsive and privileged documents for AUSA C. Castle (.2); review J. Brennan transaction data (.1); conference with A. Sabin and J. Brennan re transfer list, Coinbase transfers, and KYC and account records (.2); review A. Somers request for memorandum re transfers and suspicious transactions (.2). | 131 |
| 7 | Case Administration | 10/30/2026 | Ramona Schelin | 0.3 | 300 | 90.00 | Conference with TJLee re case status. | 132 |
| 8 | Claims Administration and Objections | 09/14/2026 | Austin C. Sabin | 1 | 450 | 450.00 | Confirm objectors are each creditors. | 66 |
| 8 | Claims Administration and Objections | 09/15/2026 | Trevor J. Lee | 1.5 | 600 | 900.00 | Draft and edit Song Claim Reply (.8); conference with ACSabin re Bid Procedures Reply and Song Claim Reply (.5); provide instruction re filing of Song Claim Reply (.2). | 72 |
| 8 | Claims Administration and Objections | 09/25/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Review M. Song's claim orders. | 88 |
| 8 | Claims Administration and Objections | 09/28/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Research Claim No. 13 and issues under Rules 1009 and 3003(c)(2). | 90 |
| 8 | Claims Administration and Objections | 10/06/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Review Scribner claims (.3); conference with team re Rule 9019, 502(d), and claim pooling (.3). | 99 |
| 8 | Claims Administration and Objections | 10/07/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review financial and claims materials. | 100 |
| 8 | Claims Administration and Objections | 10/09/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Review claim-support issues. | 102 |
| 8 | Claims Administration and Objections | 10/27/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Conference with team re Coinbase documents to demand (.2); conference with A. Somers re same (.1); review A. Somers and J. Brennan emails re Coinbase records and DOJ production (.3); review P. Kuhn email re D. Scribner claims (.1); provide instruction to team re upcoming deadlines (.1). | 127 |
| 11 | Employment and Fee Applications | 08/07/2026 | Trevor J. Lee | 1.5 | 600 | 900.00 | Prepare new applications for employment. | 9 |
| 11 | Employment and Fee Applications | 08/19/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Conference with the U.S. Trustee, co-counsel and ACSabin re scope and terms of the proposed employment applications. | 29 |
| 11 | Employment and Fee Applications | 08/24/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review bankruptcy notice and U.S. Trustee email on employment application. | 34 |
| 11 | Employment and Fee Applications | 09/01/2026 | Austin C. Sabin | 0.6 | 450 | 270.00 | Conference with chambers re employment applications at the September hearing. | 44 |
| 11 | Employment and Fee Applications | 09/02/2026 | Austin C. Sabin | 0.9 | 450 | 405.00 | Conference with chambers re hearing on employment applications (.3); draft notice of hearing on employment applications (.6). | 46 |
| 11 | Employment and Fee Applications | 09/03/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Conference re retention matters. | 49 |
| 11 | Employment and Fee Applications | 09/06/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with A. Somers, ACSabin, and BCGilmore re fee applications, hearings, and case administration. | 54 |
| 11 | Employment and Fee Applications | 09/24/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with ACSabin re preparation for hearing and JS Held application. | 87 |
| 11 | Employment and Fee Applications | 09/25/2026 | Austin C. Sabin | 0.5 | 450 | 225.00 | Conference with court re outstanding employment applications; conference with TJLee re strategy. | 89 |
| 11 | Employment and Fee Applications | 10/01/2026 | Austin C. Sabin | 0.2 | 450 | 90.00 | Conference with court re outstanding employment applications. | 96 |
| 11 | Employment and Fee Applications | 10/02/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Review employment order. | 97 |
| 11 | Employment and Fee Applications | 10/07/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Prepare fee materials. | 100 |
| 11 | Employment and Fee Applications | 10/12/2026 | Austin C. Sabin | 0.5 | 450 | 225.00 | Review outstanding employment orders. | 105 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Bill entry # |
|---|---|---|---|---|---|---|---|---|
| 11 | Employment and Fee Applications | 10/25/2026 | Trevor J. Lee | 0.1 | 600 | 60.00 | Review A. Short email re interim fee schedule; review section 331 procedure; conference with C. Rasmussen re same. | 125 |
| 11 | Employment and Fee Applications | 10/30/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with A. Sabin re fee application redactions; conference with A. Short and C. Rasmussen re interim fee applications. | 131 |
| 11 | Employment and Fee Applications | 10/30/2026 | Austin C. Sabin | 1.9 | 450 | 855.00 | Draft fee application. | 133 |
| 20 | Reporting | 08/19/2026 | Austin C. Sabin | 0.4 | 450 | 180.00 | Draft motion extending time to file MORs. | 28 |
| 20 | Reporting | 08/19/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Review need for further extension of the monthly operating report deadline; provide instruction re renewed motion. | 29 |
| 20 | Reporting | 08/20/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with J. Brennan re ability to complete monthly operating report before the deadline and need for a further extension motion; review draft motion to extend time to file monthly operating reports. | 30 |
| 20 | Reporting | 09/16/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with J.S. Held re monthly operating reports. | 75 |
| 20 | Reporting | 09/18/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Conference with M. Bloom, ACSabin, team, and J.S. Held re transaction terms and MOR requests. | 78 |
| 20 | Reporting | 09/19/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Draft and edit MOR extension motion and proposed order. | 79 |
| 20 | Reporting | 09/20/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Review MOR accounting deficiencies and proposed reporting changes. | 80 |
| 20 | Reporting | 09/21/2026 | Trevor J. Lee | 1.1 | 600 | 660.00 | Review updates from J.S. Held (.2); edit MOR extension motion and proposed order (.4); conference on filings (.2); finalize and file both (.3). | 82 |
| 20 | Reporting | 09/23/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with team re monthly operating reports and information requests. | 85 |
| 20 | Reporting | 09/24/2026 | Trevor J. Lee | 0.2 | 600 | 120.00 | Conference with US Trustee re MOR status. | 87 |
| 20 | Reporting | 10/02/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with A. Yurish re operating reports. | 97 |
| 20 | Reporting | 10/20/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Attend meeting with J.S. Held team re monthly operating report. | 119 |