| Date | Description | Amount | Source |
|---|---|---|---|
| Aug.–Oct. 2026 | Photocopies | $2,675.40 | Statement 84090 (expenses) |
| Aug.–Oct. 2026 | Color photocopies | $8.50 | Statement 84090 (expenses) |
| 09/15/2026 | Filing fee, U.S. Bankruptcy Court (D. Utah) – Somers pro hac vice | $50.00 | Statement 84090 (advances) |
| 09/15/2026 | Filing fee, U.S. Bankruptcy Court (D. Utah) – Zweig pro hac vice | $50.00 | Statement 84090 (advances) |
| 09/30/2026 | PACER – public court records (billed quarterly) | $280.10 | Statement 84090 (advances) |
| 10/19/2026 | Copies and printing for service mailing | $68.25 | Statement 84090 (advances) |
| | Total | $3,132.25 | |