| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10/22/2026 | Jonathan Zweig | 0.2 | $1,500 | $300.00 | Meetings with A. Somers re: property of the estate issue | 277 |
| 2 | Asset Disposition | 07/01/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re draft settlement agreement. | 1 |
| 2 | Asset Disposition | 07/06/2026 | Angela J. Somers | 3.9 | $1,500 | $5,850.00 | Review and revise term sheet | 3 |
| 2 | Asset Disposition | 07/06/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emails to funders | 4 |
| 2 | Asset Disposition | 07/08/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Committee counsel (C. Heninger, A. Jarvis), M. Bloom, N. Kennedy and T. Lee re: assets of Debtor | 8 |
| 2 | Asset Disposition | 07/13/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Conferences (2) with T. Lee re: funding issues, potential subordination and M. Song funding proposal | 13 |
| 2 | Asset Disposition | 07/15/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Wealth Union, J. Friedland, J.S. Held and T. Lee re: funding term sheet | 17 |
| 2 | Asset Disposition | 07/15/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emails to funders | 18 |
| 2 | Asset Disposition | 07/21/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Review term sheet revisions and comments | 21 |
| 2 | Asset Disposition | 07/21/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Email to funder | 22 |
| 2 | Asset Disposition | 07/22/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Wealth Union, J. Friedland, J.S. Held and T. Lee re: funding term sheet | 24 |
| 2 | Asset Disposition | 07/22/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Emails with funder and discuss with J.P. Brennan | 25 |
| 2 | Asset Disposition | 07/23/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Review new funding proposal | 26 |
| 2 | Asset Disposition | 07/23/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emails with funder | 27 |
| 2 | Asset Disposition | 07/24/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Emails with funder | 28 |
| 2 | Asset Disposition | 07/26/2026 | Angela J. Somers | 2.6 | $1,500 | $3,900.00 | Revise funding term sheet | 29 |
| 2 | Asset Disposition | 07/27/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Discuss funding with T Lee (Mason Song claim and settlement removed time) | 30 |
| 2 | Asset Disposition | 07/30/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re: funding options | 32 |
| 2 | Asset Disposition | 07/30/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee and J.S. Held re: term sheet | 33 |
| 2 | Asset Disposition | 07/30/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with M. Bloom, N. Kennedy and T. Lee re: M. Song funding claim | 34 |
| 2 | Asset Disposition | 08/10/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re: timing of funding motion and motion to exceed page limits | 38 |
| 2 | Asset Disposition | 08/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re draft Sale Motion | 39 |
| 2 | Asset Disposition | 08/15/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re draft Sale Motion | 40 |
| 2 | Asset Disposition | 08/16/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re draft Sale Motion, preliminary settlement and deferral of anticipated objections to reply | 41 |
| 2 | Asset Disposition | 08/17/2026 | Jonathan Zweig | 0.5 | $1,500 | $750.00 | Review and edit financing motion | 42 |
| 2 | Asset Disposition | 08/17/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re draft Sale Motion | 43 |
| 2 | Asset Disposition | 08/18/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Telephone conference with M. Bloom, N. Kennedy, J.P. Brennan and T. Lee re bid procedures and Sale Motion. | 44 |
| 2 | Asset Disposition | 08/18/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re declaration in support of Sale Motion | 45 |
| 2 | Asset Disposition | 08/28/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with M. Bloom, N. Kennedy, J.P. Brennan and T. Lee re Committee waterfall concerns | 46 |
| 2 | Asset Disposition | 08/31/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Committee counsel (C. Heninger, A. Jarvis), R. Loh and T. Lee re MetaGate funding. | 47 |
| 2 | Asset Disposition | 09/01/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Conference with Committee counsel (Greenberg Traurig), R. Loh and J.S. Held re proposed estate funding and potential actions. | 48 |
| 2 | Asset Disposition | 09/02/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Bloom (counsel to MetaGate) re coordination with Committee counsel in advance of funding motion hearing | 49 |
| 2 | Asset Disposition | 09/02/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with M. Bloom, T. Lee and J.S. Held re funding motion hearing and Committee position | 50 |
| 2 | Asset Disposition | 09/03/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed and responded to M. Bloom email re objection deadline, evidentiary basis for § 363(m) good-faith finding, sequencing of retention applications and trustee testimony at funding motion hearing. | 51 |
| 2 | Asset Disposition | 09/03/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed M. Bloom re approach to D. Scribner in advance of funding motion hearing and Committee confidentiality concerns. | 52 |
| 2 | Asset Disposition | 09/03/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with A. Sabin re sale hearing and follow up | 53 |
| 2 | Asset Disposition | 09/05/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed T. Lee email re draft Bid Procedures Order and Term Sheet date changes; emailed re unsigned order shortening time and objection- response window | 55 |
| 2 | Asset Disposition | 09/06/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Analyzed status of motions to shorten time (incl. ECF 546) and proposed Term Sheet changes (.3); emailed T. Lee re hearing date history, good-faith finding in proposed order, objection timing and limits on authority to alter Term Sheet (.3). | 56 |
| 2 | Asset Disposition | 09/07/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Prepared strategy for 9/16 funding motion hearing, including anticipated objections (competing stalking-horse bid, marketing, break- up fee) and order of matters; emailed T. Lee re same. | 58 |
| 2 | Asset Disposition | 09/07/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed A. Sabin analysis of Local Rule 9013- 1(m) and motions to shorten time; responded re amendment of original motion. | 59 |
| 2 | Asset Disposition | 09/07/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with A. Sabin and T. Lee re motion to shorten time and hearings. | 60 |
| 2 | Asset Disposition | 09/08/2026 | Alisha Akhtar | 2 | $350 | $700.00 | Add a letter to the Letterhead (.5); find certain people and their email addresses (1.0); add to the letter and send to Angela for review (.5). | 61 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 09/08/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Conference with T. Lee, A. Sabin and B. Gilmore re funding motion hearing | 62 |
| 2 | Asset Disposition | 09/08/2026 | Angela J. Somers | 1.7 | $1,500 | $2,550.00 | Drafted and revised letter to Judge Parker re hearing date and unsigned order shortening notice on Sale/Funding Motion | 63 |
| 2 | Asset Disposition | 09/08/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed M. Bloom and N. Kennedy re draft letter to Court and request to extend funding deadlines | 64 |
| 2 | Asset Disposition | 09/08/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Drafted insert to proposed order (ECF 547) re notice of bid procedures hearing (.4); emailed A. Sabin re notice to Committee and UST, notice of hearing, certificate of service and remote testimony procedure (.3). | 65 |
| 2 | Asset Disposition | 09/09/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Prepared annotated schedule of Sale Motion deadlines for MetaGate counsel (.3); analyzed options for extension of funding deadlines versus letter to Court (.2); emailed M. Bloom, N. Kennedy and A. Sabin re same (.2). | 66 |
| 2 | Asset Disposition | 09/09/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Reviewed A. Sabin draft Bidding Procedures Order (.3); defined scope of Phase I relief for 9/16 hearing (bidding procedures, break-up fee, sale hearing date, Song claim, Definitive Agreement) (.3). | 67 |
| 2 | Asset Disposition | 09/09/2026 | Angela J. Somers | 1.3 | $1,500 | $1,950.00 | Drafted markup of proposed Bidding Procedures Order. | 68 |
| 2 | Asset Disposition | 09/09/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with A. Sabin, T. Lee and B. Gilmore re remote hearing procedures, extensions, Bidding Procedures Order and local counsel and caption requirements. | 69 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with M. Bloom and N. Kennedy re notice defects and request for entry of order shortening time. | 70 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Revised letter to Judge Parker and recirculated to M. Bloom and N. Kennedy. | 71 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed M. Bloom and N. Kennedy re notice defects (form notice, 4 p.m. objection deadline) and request for order shortening time. | 72 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Drafted and revised letter agreement with MetaGate extending funding deadlines (.7); circulated to MC2B and M. Bloom (.1). | 73 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed sale notice and directed removal of lienholder representation in light of satisfied UCC lien | 74 |
| 2 | Asset Disposition | 09/10/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Drafted response to Committee counsel (C. Heninger) re worst-case recovery waterfall under MetaGate funding, J.S. Held fee cap and professional fees (.7); coordinated with J.S. Held re same (.3). | 75 |
| 2 | Asset Disposition | 09/11/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed Committee counsel and R. Loh re waterfall analysis for proposed estate funding. | 76 |
| 2 | Asset Disposition | 09/11/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Finalized and circulated executed funding extension letter; emailed M. Bloom re status of extension decision. | 77 |
| 2 | Asset Disposition | 09/11/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Prepared summary for J. Zweig of Sale Motion (ECF 539/540), motions to shorten time (ECF 543–547), notices (ECF 545, 548) and risk of denial for inadequate notice | 78 |
| 2 | Asset Disposition | 09/11/2026 | Alisha Akhtar | 2.5 | $350 | $875.00 | Go through the docket and download the documents Jonathan and Angela needed (2.3); send for review (.2). | 79 |
| 2 | Asset Disposition | 09/12/2026 | Jonathan Zweig | 0.3 | $1,500 | $450.00 | Review funding motion materials for hearing | 80 |
| 2 | Asset Disposition | 09/13/2026 | Jonathan Zweig | 0.3 | $1,500 | $450.00 | Review additional funding motion materials for hearing | 81 |
| 2 | Asset Disposition | 09/13/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed M. Bloom, T. Lee and J. Zweig re call on evidentiary support for § 363(m) good-faith finding; advised Purchase Agreement comments forthcoming. | 82 |
| 2 | Asset Disposition | 09/14/2026 | Jonathan Zweig | 0.8 | $1,500 | $1,200.00 | Call with M. Bloom and A. Somers re: funding motion | 86 |
| 2 | Asset Disposition | 09/14/2026 | Jonathan Zweig | 1 | $1,500 | $1,500.00 | Review materials re: funding motion (.4); draft outline re: funding hearing (.6). | 87 |
| 2 | Asset Disposition | 09/14/2026 | Jonathan Zweig | 0.8 | $1,500 | $1,200.00 | Call with creditors' committee and A. Somers re: funding motion | 88 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with M. Bloom, N. Kennedy, J. Zweig and MC2B re evidentiary basis for § 363(m) good-faith finding. | 89 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Committee, MC2B and MetaGate counsel re MetaGate funding. | 90 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed objections of D. Scribner, Parsons Behle and joint objectors to Sale/Funding Motion and potential competing bid; circulated commentary to J. Zweig, J.S. Held and MC2B. | 91 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Drafted outline of reply to objections (Scribner motive, waterfall math, trustee discretion, competing offer cost, GS Partners). | 92 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Drafted themes for preliminary statement of reply (scope of hearing, sale of claims as financing, professional carve-out, Song set-off, break-up fee). | 93 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Emails with Committee counsel re Committee's requested changes to funding terms (consultation rights, Song claim objection timing, MetaGate counsel fees) and Committee information requests | 94 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Drafted answers to Committee questions re MetaGate funding. | 95 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Review term sheet modifications | 97 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Emails with M. Bloom re funding (.3); calls with M. Bloom re funding (.5). | 98 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 1.8 | $1,500 | $2,700.00 | communications with local counsel to discuss objections, form of order, retention applications and other issues | 100 |
| 2 | Asset Disposition | 09/14/2026 | Angela J. Somers | 2.2 | $1,500 | $3,300.00 | Review objections (.8); begin drafting directions and outline for Reply (1.4). | 101 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Revised outline of trustee testimony for funding hearing incorporating J. Zweig comments. | 121 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Prepare testimony (.3); discuss with J. Zweig (.3). | 112 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 09/15/2026 | Jonathan Zweig | 0.7 | $1,500 | $1,050.00 | Review funding-related documents | 104 |
| 2 | Asset Disposition | 09/15/2026 | Jonathan Zweig | 0.8 | $1,500 | $1,200.00 | Review and edit reply brief re: funding motion | 105 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Finalized and sent responses to Committee/MC2B questions re funding waterfall, carve-outs, GS Partners, competing proposal and Song claim (.6); confirmed figures with J.S. Held (.2). | 106 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 1.8 | $1,500 | $2,700.00 | Reviewed draft Prepaid Forward Purchase Agreement and prepared comments (1.7); circulated to MC2B and J.S. Held (.1). | 107 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emails with M. Bloom and MC2B re Notice of Term Sheet Amendment. | 108 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 3 | $1,500 | $4,500.00 | Drafted and revised Reply to Bidding Procedure Objections (2.4); conformed to amended Term Sheet and finalized for filing (.6). | 109 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee and A. Sabin re Bid Procedures Reply, Song Claim Reply and scope of objections addressed | 113 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Answer Committee questions | 114 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Communications with JP Brennan regarding hearing | 115 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 2.3 | $1,500 | $3,450.00 | Communications with local counsel regarding hearing, term sheet definitive agreement and related issues | 116 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Communications with M Bloom re: order and hearing and follow up | 117 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 3.9 | $1,500 | $5,850.00 | Draft Reply for multiple objections (Scribner, Parsons, Insiders) (3.4); follow up (.5). | 118 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Review revisions to terms sheet and comment on same to M Bloom and local counsel and discuss hearing re: same | 119 |
| 2 | Asset Disposition | 09/15/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Communications and Comments on Bid order | 120 |
| 2 | Asset Disposition | 09/16/2026 | Jonathan Zweig | 1 | $1,500 | $1,500.00 | Prepare for hearing re: funding | 122 |
| 2 | Asset Disposition | 09/16/2026 | Jonathan Zweig | 0.2 | $1,500 | $300.00 | Call with A. Somers re: funding hearing | 123 |
| 2 | Asset Disposition | 09/16/2026 | Jonathan Zweig | 2 | $1,500 | $3,000.00 | Attend funding bid procedures hearing | 124 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Emails with M. Bloom, T. Lee and A. Sabin re Notice of Term Sheet Amendment, notice period and form of competing bids. | 125 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with M. Bloom, MC2B and J.S. Held re Amended Term Sheet. | 126 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed Committee response and joinder (DE 574) of Blue Castle, SmartFi Lending, Solara and RE Developers to objections. | 127 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Reviewed revised Amended Term Sheet, redlined Bidding Procedures Order and draft Notice of Term Sheet Amendment (.7); directed revisions for court-set deadlines and consent provisions (.3). | 128 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Drafted definition of Competing Bid following hearing; emailed M. Bloom and A. Jarvis re same. | 129 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed Committee's proposed term sheet modifications (A–G); proposed resolution language and rejected new proof-of-funds requirement. | 130 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee and A. Sabin re follow-up from bidding procedures hearing. | 131 |
| 2 | Asset Disposition | 09/16/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed T. Lee summary of case law re professional fee carve-outs for funding hearing. | 132 |
| 2 | Asset Disposition | 09/17/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Conference with T. Lee and A. Sabin re follow-up from bidding procedures hearing. | 134 |
| 2 | Asset Disposition | 09/17/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Reviewed M. Bloom's edits and A. Sabin's final redlines of Amended Term Sheet, Bidding Procedures Order and Notice of Term Sheet Amendment. | 135 |
| 2 | Asset Disposition | 09/17/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Analyzed Utah local rules (LR 2083-1(j)(4), 4001- 1(d)(3)(A), 9013-1) re presentation of evidence by trustee at sale hearing; emailed MC2B re preparation for October sale hearing. | 137 |
| 2 | Asset Disposition | 09/17/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed T. Lee re open comments in Purchase Agreement markup and filing of Amended Term Sheet. | 138 |
| 2 | Asset Disposition | 09/18/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with T. Lee and A. Sabin re Definitive Agreement. | 139 |
| 2 | Asset Disposition | 09/18/2026 | Angela J. Somers | 1.3 | $1,500 | $1,950.00 | Revised Trustee redline of Prepaid Forward Purchase Agreement (1.2); sent to M. Bloom and N. Kennedy (.1). | 140 |
| 2 | Asset Disposition | 09/19/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Analyzed D. Scribner supplemental objection re 'non-contingent present cash funding' and Affiliates' objection (.4); drafted response position (.3); emailed M. Bloom, J.S. Held and MC2B (.2). | 141 |
| 2 | Asset Disposition | 09/19/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Reviewed T. Lee draft response to supplemental objections and redlined bid procedures order; directed narrowing of response. | 142 |
| 2 | Asset Disposition | 09/19/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re supplemental objections. | 143 |
| 2 | Asset Disposition | 09/20/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Revised Reply to Supplemental Objections. | 144 |
| 2 | Asset Disposition | 09/20/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Drafted order language construing § 1(a)(xiv) 'binding, non-contingent offer of present cash funding.' | 145 |
| 2 | Asset Disposition | 09/20/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed final proposed response and amended order (redline and clean); approved filing. | 146 |
| 2 | Asset Disposition | 09/22/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed M. Bloom and T. Lee re written communications with Court, filing of Notice of Sale Agreement and return of Definitive Agreement draft. | 147 |
| 2 | Asset Disposition | 09/22/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed entered Order on Motion to Sell Free and Clear (Dkt. 591) against proposed amended order; emailed counsel and Committee counsel re same. | 148 |
| 2 | Asset Disposition | 09/22/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Conference with T. Lee re consent and strategy on bid procedures and Purchase Agreement redlines. | 149 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 09/23/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed T. Lee and A. Sabin re witnesses and evidence for October sale hearing. | 150 |
| 2 | Asset Disposition | 09/23/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re Bid Procedures Order. | 151 |
| 2 | Asset Disposition | 09/24/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Reviewed T. Lee case status update re sale timeline (signing, notice, competing bids, objection deadline, sale hearing). | 152 |
| 2 | Asset Disposition | 09/24/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Reviewed Baker McKenzie revised Purchase Agreement (BM Draft 9.22.26) and redline (.4); emailed re refusal of representations re Claims and Proceeds under as-is provision of Term Sheet (.3). | 153 |
| 2 | Asset Disposition | 09/24/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Drafted response to M. Cox request for claims and administrative expense information for competing bid (.4); coordinated with J.S. Held re professional fee estimates (.2). | 154 |
| 2 | Asset Disposition | 09/25/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Analyze terms and emailed Baker McKenzie re absence of indemnification obligation in Term Sheet | 157 |
| 2 | Asset Disposition | 09/25/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed J.S. Held re footnote 1 of Purchase Agreement (post-petition crypto transfers). | 158 |
| 2 | Asset Disposition | 09/25/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed T. Lee and A. Sabin re Term Sheet § 13(a) signing deadline for Purchase Agreement. | 159 |
| 2 | Asset Disposition | 09/25/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Prepared cumulative Trustee comments on Prepaid Forward Purchase Agreement (BM Draft 9.22.26) (1.4); sent redline and clean to Baker McKenzie (.1). | 160 |
| 2 | Asset Disposition | 09/25/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re Term Sheet edits. | 161 |
| 2 | Asset Disposition | 09/26/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Bloom re discussion of Trustee comments on Purchase Agreement before signing deadline. | 162 |
| 2 | Asset Disposition | 09/26/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Drafted response to M. Cox re claims and administrative expense estimates for competing bid diligence. | 163 |
| 2 | Asset Disposition | 09/27/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Reviewed Baker McKenzie revised Purchase Agreement and redline (.5); drafted Trustee positions on §§ 10.5(c), 5.4 and 9.1(b) (.9); sent final positions to Baker McKenzie (.1). | 164 |
| 2 | Asset Disposition | 09/28/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed Baker McKenzie's final changes to Purchase Agreement (§ 5.4); executed signature page. | 167 |
| 2 | Asset Disposition | 09/28/2026 | Angela J. Somers | 1.1 | $1,500 | $1,650.00 | Reviewed T. Lee issues list on revised Purchase Agreement (§§ 10.6(a), 10.6(h), 9.1(b)) (.3); directed and finalized Trustee markup (.7); sent to Baker McKenzie (.1). | 165 |
| 2 | Asset Disposition | 09/28/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Analyzed whether funder indemnity in Purchase Agreement is market (scope, recharacterization risk, administrative expense treatment). | 166 |
| 2 | Asset Disposition | 09/30/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Analyzed M. Cox (for D. Scribner) timing objection to Bid Procedures Order and Amended Term Sheet deadlines (.4); drafted response strategy and proposed response (.4); emailed T. Lee, A. Sabin and J.S. Held (.2). | 168 |
| 2 | Asset Disposition | 09/30/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with M. Bloom and T. Lee re D. Scribner timing issue. | 169 |
| 2 | Asset Disposition | 09/30/2026 | Angela J. Somers | 1.9 | $1,500 | $2,850.00 | Drafted and revised Notice of Sale Agreement, including footnote re Trustee and Purchaser election periods under Amended Term Sheet § 4(e) (1.2); emailed M. Bloom and MC2B re same (.2); follow up work to prepare for hearing (.5). | 170 |
| 2 | Asset Disposition | 09/30/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Cox, A. Jarvis and C. Heninger re shortened Trustee and Purchaser deadlines. | 171 |
| 2 | Asset Disposition | 09/30/2026 | Angela J. Somers | 1.3 | $1,500 | $1,950.00 | Researched D. Scribner's standing to object to sale absent documentation of claim (.9); emailed A. Sabin and J.S. Held re research results (.2); considered J.S. Held analysis re same (.2). | 172 |
| 2 | Asset Disposition | 09/30/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Meeting with A. Somers re: funding | 173 |
| 2 | Asset Disposition | 10/01/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed execution version of Purchase Agreement; emailed A. Sabin and M. Cox re final Word version. | 174 |
| 2 | Asset Disposition | 10/01/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed J.S. Held and MC2B re telephone conference with M. Cox (counsel to D. Scribner) re anticipated $4–5 million competing bid, requested release of claims against Scribner and insiders, and $24 million in insider claims. | 175 |
| 2 | Asset Disposition | 10/05/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Analyzed value of anticipated Scribner bid net of administrative expenses (.4); emailed J.S. Held and MC2B re total claims pool, cents-on-the-dollar comparison and commencement of action (.2). | 179 |
| 2 | Asset Disposition | 10/06/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with J.S. Held and MC2B re Scribner bid and pool of claims. | 180 |
| 2 | Asset Disposition | 10/07/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Emailed M. Cox and Committee counsel re Scribner deposit, unsupported Scribner proof of claim, and history of requests for backup (7/1, 9/24, 9/26) (.5); transmitted prior correspondence and proof of claim (.2). | 181 |
| 2 | Asset Disposition | 10/07/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Reviewed Scribner offer to purchase estate claims ($5 million installment structure, $100,000 deposit, subordination of $19.4 million claim) and redline against MetaGate Purchase Agreement (.6); circulated to J.S. Held and J. Zweig and requested financial analysis of competing bids (.2). | 182 |
| 2 | Asset Disposition | 10/07/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Bloom and N. Kennedy re receipt of competing bid. | 183 |
| 2 | Asset Disposition | 10/07/2026 | Jonathan Zweig | 0.3 | $1,500 | $450.00 | Review materials re: funding | 184 |
| 2 | Asset Disposition | 10/07/2026 | Jonathan Zweig | 0.2 | $1,500 | $300.00 | Call with A. Somers re: funding | 185 |
| 2 | Asset Disposition | 10/08/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Prepared bid-modification scenarios for J.S. Held evaluation (letter of credit, 5-business-day grace period, tolling agreements, carve-out of claims against Scribner). | 186 |
| 2 | Asset Disposition | 10/08/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Specified financial comparison for J.S. Held bid analysis (20/35/50% recovery scenarios, 30% contingency fee, Song share, Scribner claim collection, post-petition transfers); emails re interest on fraudulent transfer recoveries. | 187 |
| 2 | Asset Disposition | 10/08/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed Committee counsel (A. Jarvis, C. Heninger) re Committee position on Scribner bid. | 188 |
| 2 | Asset Disposition | 10/08/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Analyze bid and emailed M. Cox re questions on Scribner bid, including whether Purchased Claims would be released or pursued and access to books and records | 189 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 10/08/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with M. Cox and MC2B re Scribner bid | 190 |
| 2 | Asset Disposition | 10/08/2026 | Jonathan Zweig | 0.2 | $1,500 | $300.00 | Call with A. Somers re: funding issues | 191 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed Committee counsel re bid preference; notified M. Bloom and M. Cox of acceptance of MetaGate bid as highest and best. | 195 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 1.2 | $1,500 | $1,800.00 | Drafted email to M. Cox re open deal points on Scribner Purchase Agreement (standby letter of credit, tolling agreement, removal of professional claims, abandonment of Purchased Claims, carve-out of claims against Scribner) (.5); revised Excluded Property, Purchased Claims and Target definitions (.6); requested support for $19 million Scribner claim (.1). | 192 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Prepared PBC tolling agreement from Reid Collins form; circulated to MC2B. | 193 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed J.S. Held bid analysis (lines 15–16 transfers, reliance on Solara property returns); emailed J.S. Held re same and MetaGate position on competing funding. | 194 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed T. Lee draft email to M. Cox re sale of estate claims (Sweetwater, Waterford Funding); directed removal of Scribner-only settlement proposal. | 196 |
| 2 | Asset Disposition | 10/09/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Committee counsel (A. Jarvis, C. Heninger) and MC2B re competing bids. | 198 |
| 2 | Asset Disposition | 10/10/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed Committee counsel re acceptance of MetaGate bid. | 200 |
| 2 | Asset Disposition | 10/11/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Emailed J. Zweig re selection of MetaGate bid, J.S. Held bid analysis, and witness-list options in light of privilege and work-product concerns and follow up bid analysis presentation. | 201 |
| 2 | Asset Disposition | 10/11/2026 | Jonathan Zweig | 0.3 | $1,500 | $450.00 | Review materials re: case funding; email A. Somers re: same | 202 |
| 2 | Asset Disposition | 10/12/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Prepared chart of litigation-funding marketing process for hearing evidence (.5); circulated to J.S. Held and MC2B (.1). | 206 |
| 2 | Asset Disposition | 10/12/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed Notice of Results of Competing Bid Process before filing | 207 |
| 2 | Asset Disposition | 10/12/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Drafted outline of supplemental declaration (marketing process, Term Sheet, Purchase Agreement, reasons for rejecting Scribner bid) and bid-mechanics points for hearing (.7); emailed T. Lee (.1). | 208 |
| 2 | Asset Disposition | 10/12/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed J.S. Held re insider claim values for Second Supplemental Declaration. | 209 |
| 2 | Asset Disposition | 10/13/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed T. Lee draft J.S. Held declaration and hearing outline; emailed re scope of 'higher and better' grounds and limits on use of J.S. Held analysis. | 211 |
| 2 | Asset Disposition | 10/13/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed J.S. Held insider list; directed revision of Excel limited to Purchased Claims parties (items (a)–(o)). | 212 |
| 2 | Asset Disposition | 10/13/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed M. Bloom re approach to sale hearing and Committee response on GS Partners claims. | 213 |
| 2 | Asset Disposition | 10/13/2026 | Angela J. Somers | 2 | $1,500 | $3,000.00 | Drafted Supplemental Somers Declaration (1.8); circulated to J.S. Held and MC2B with scope of potential J.S. Held testimony (.2). | 215 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Requested Scribner objection from MC2B and M. Bloom during court website outage. | 216 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Telephone conference with M. Bloom, T. Lee, J.P. Brennan and N. Kennedy re Committee and Scribner objections. | 217 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 2 | $1,500 | $3,000.00 | Prepared and revised chart responding to Scribner's table (incl. RICO line and discount rate) with T. Lee (1.6); emails with J.S. Held re same (.4). | 218 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Drafted rebuttal to Scribner's 'no counteroffer' argument (tolling agreement, letter of credit, Purchase Agreement inconsistencies, unsupported crypto claim) (.4); directed T. Lee re structure of reply (.2). | 219 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Reviewed prior declarations (through 8/19) for supplemental declaration. | 220 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Drafted preliminary statement for Reply to Scribner Supplemental Objection. | 222 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Revised Reply to Scribner Supplemental Objection (.9); sent comments to MC2B (.1). | 223 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed T. Lee and J.S. Held re characterization of insider-note recoveries and RICO in declaration. | 224 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 2.2 | $1,500 | $3,300.00 | Review objections and responses to the sale (.8); begin response and supplemental declaration (1.4). | 225 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | review final witness and evidence list | 226 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Review Sean Lynn emails re: supplemental declaration | 227 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | review draft order | 228 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 2.8 | $1,500 | $4,200.00 | Emails with T. Lee and A. Yurish (.8); revise response and declaration (1.4); compare bid analysis (.6). | 229 |
| 2 | Asset Disposition | 10/14/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | email with M Bloom regarding evidence for hearing | 230 |
| 2 | Asset Disposition | 10/15/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Call with A. Somers re: funding issues | 231 |
| 2 | Asset Disposition | 10/15/2026 | Jonathan Zweig | 0.5 | $1,500 | $750.00 | Review filings re: funding issue; email A. Somers re: same | 232 |
| 2 | Asset Disposition | 10/15/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed funder NDAs re disclosure of funders declining the opportunity; proposed generic references to funders in declaration. | 233 |
| 2 | Asset Disposition | 10/15/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Revised Supplemental Somers Declaration and Reply to Scribner Supplemental Objection (1.4); circulated for filing (.1). | 236 |
| 2 | Asset Disposition | 10/15/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed J. Zweig comments on reply and declaration; responded and directed T. Lee to incorporate. | 237 |
| 2 | Asset Disposition | 10/15/2026 | Angela J. Somers | 1.2 | $1,500 | $1,800.00 | Finalize pleading (.8); email with local counsel re same (.4). | 238 |
| 2 | Asset Disposition | 10/15/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | email with M Bloom regarding evidence for hearing and follow up. | 239 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 2 | Asset Disposition | 10/16/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Review materials re: funding issues | 240 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed M. Bloom markup of Supplemental Declaration and Reply; emailed re declining revisions and explanation of Scribner claim. | 241 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Bloom and J. Zweig re confidentiality of MetaGate financial information. | 242 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed Baker McKenzie re additions to evidence list and request for judicial notice and follow up for hearing. | 243 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Emails with MC2B and J.S. Held re J.S. Held exhibits (insider transfers, Scribner claim analysis) and post-petition transfer and limitations evidence. | 244 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | reviewed Scribner exhibits and demonstratives and Trustee exhibit list re proofs of claim. | 245 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed J.S. Held and MC2B re evidentiary decisions and J.S. Held testimony on Scribner claim. | 246 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Communications with M Bloom regarding pleadings and hearing | 247 |
| 2 | Asset Disposition | 10/16/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Communications with local counsel, T. Lee and A Sabin re: same | 248 |
| 2 | Asset Disposition | 10/17/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed J.S. Held and MC2B re Scribner claim Excel and insider claims exhibit for hearing. | 249 |
| 2 | Asset Disposition | 10/17/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emails with JP Brennan re: hearing and with local counsel re: same | 250 |
| 2 | Asset Disposition | 10/18/2026 | Jonathan Zweig | 0.5 | $1,500 | $750.00 | Review funding materials in preparation for hearing | 251 |
| 2 | Asset Disposition | 10/18/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emails with JS. Held, A Yurish and JP Brennan re: hearing | 253 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Drafted questions and answers for direct examination (1.4); sent to J. Zweig (.1). | 259 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 1.2 | $1,500 | $1,800.00 | Drafted direct-testimony outline re comparison of Scribner and MetaGate bids (insider claims, Scribner amounts owed, contingency fee and litigation cost assumptions) (1.1); sent to J.S. Held (.1). | 260 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Revised recovery comparison for testimony (MetaGate net $4.9 million vs. Scribner net $2 million); emailed J.S. Held. | 263 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | coordination with J. Zweig re: testimony | 267 |
| 2 | Asset Disposition | 10/19/2026 | Jonathan Zweig | 0.3 | $1,500 | $450.00 | Meetings with A. Somers re: funding hearing | 254 |
| 2 | Asset Disposition | 10/19/2026 | Jonathan Zweig | 1 | $1,500 | $1,500.00 | Call A Somers. and team re: funding hearing | 255 |
| 2 | Asset Disposition | 10/19/2026 | Jonathan Zweig | 1.1 | $1,500 | $1,650.00 | Review materials re: funding (.5); prepare for funding hearing (.6). | 256 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 1 | $1,500 | $1,500.00 | Conference with J.S. Held, MC2B and J. Zweig in preparation for sale hearing | 257 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Prepared cross-examination of A. Tilton and response to Scribner Ex. D-2 demonstrative; reviewed T. Lee Tilton materials. | 261 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed M. Bloom materials re MetaGate funds; emailed J.S. Held re same. | 262 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.8 | $1,500 | $1,200.00 | Prepare for hearing (.4); communications with M. Bloom (.4). | 264 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Prepare for hearing (.3); communications with local counsel (.3). | 265 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Prepare for hearing (.5); communications with J.S. Held (.4). | 266 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | coordination with T. Lee re: other testimony | 268 |
| 2 | Asset Disposition | 10/19/2026 | Angela J. Somers | 2 | $1,500 | $3,000.00 | further preparation for argument and questioning (time for trustee testimony not included) | 269 |
| 2 | Asset Disposition | 10/20/2026 | Jonathan Zweig | 0.9 | $1,500 | $1,350.00 | Meetings with A. Somers re: funding hearing | 270 |
| 2 | Asset Disposition | 10/20/2026 | Jonathan Zweig | 1.6 | $1,500 | $2,400.00 | Prepare for funding hearing | 271 |
| 2 | Asset Disposition | 10/20/2026 | Jonathan Zweig | 5.5 | $1,500 | $8,250.00 | Attend and participate in funding hearing | 272 |
| 2 | Asset Disposition | 10/20/2026 | Angela J. Somers | 9 | $1,500 | $13,500.00 | Prepared for evidentiary hearing on Sale/Funding Motion and Scribner objection (3.5); attended hearing (5.5). | 274 |
| 2 | Asset Disposition | 10/20/2026 | Alisha Akhtar | 1.5 | $350 | $525.00 | Printed and assembled binder of hearing documents for A. Somers' 11:00 am evidentiary hearing. | 275 |
| 2 | Asset Disposition | 10/21/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Reviewed proposed Sale Approval Order and revised GS Partners order; emails re waiver of stay and Court approval. | 276 |
| 4 | Avoidance Action Analysis | 07/06/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re strategy for preference claims. | 6 |
| 4 | Avoidance Action Analysis | 07/10/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re demand letters. | 11 |
| 4 | Avoidance Action Analysis | 07/13/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re potential GS Partners claim. | 14 |
| 4 | Avoidance Action Analysis | 07/14/2026 | Angela J. Somers | 1.5 | $1,500 | $2,250.00 | Conference with S. Lynch (J.S. Held) and T. Lee re demand letter (.5); revise same (1.0). | 15 |
| 4 | Avoidance Action Analysis | 07/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee and J.S. Held re options for GS Partners. | 16 |
| 4 | Avoidance Action Analysis | 10/01/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Reviewed MC2B draft opposition to Fitz Cange motion to dismiss; emailed re tracing of crypto transferred to SmartFi and § 502(h) claim. | 176 |
| 4 | Avoidance Action Analysis | 10/02/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed B. Jones (Blue Castle) June 2026 email re PBC/BCH transfers and BCH Hillcrest bank statements; forwarded to J.S. Held. | 178 |
| 4 | Avoidance Action Analysis | 10/09/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Reviewed RQN July 2026 BCH settlement term sheet ($10 million lump sum or $21.2 million note); emailed J.S. Held re reliance on Tilton and letter of credit; emailed M. Johnson re status of offer and standby letter of credit. | 199 |
| 7 | Case Administration | 07/01/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re continuing B2C2 motion. | 2 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | JVK entry # |
|---|---|---|---|---|---|---|---|---|
| 7 | Case Administration | 07/06/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re list of outstanding legal items. | 5 |
| 7 | Case Administration | 07/06/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re legal case strategy. | 7 |
| 7 | Case Administration | 07/08/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re legal case strategy. | 9 |
| 7 | Case Administration | 07/09/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re outstanding legal tasks. | 10 |
| 7 | Case Administration | 07/10/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re legal case strategy. | 12 |
| 7 | Case Administration | 07/15/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with J.S. Held and T. Lee re case strategy. | 19 |
| 7 | Case Administration | 08/03/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with A. Sabin (MC2B) re case review. | 35 |
| 7 | Case Administration | 09/14/2026 | Jay Layfield | 1 | $350 | $350.00 | Prepared and finalized pro hac vice application for J. Zweig in D. Utah bankruptcy proceeding at request of J. Zweig (.4); compiled admission information, obtained signature and prepared PDF (.4); revised application to remove bar numbers (.2). | 83 |
| 7 | Case Administration | 09/14/2026 | Robyn Pierce | 0.4 | $350 | $140.00 | Prepare PHV documents for J. Zweig; review and respond to email communications re same | 84 |
| 7 | Case Administration | 09/14/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Edit pro hac application; email J. Layfield re: same | 85 |
| 7 | Case Administration | 09/14/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Communications with J. Zweig re: hearing on funding; address pro hac with local counsel | 99 |
| 7 | Case Administration | 09/14/2026 | Alisha Akhtar | 0.7 | $350 | $245.00 | Make edits to Jonathon's PHV Application. | 103 |
| 7 | Case Administration | 09/24/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee and MC2B team re case status, bids, claims and filing strategy. | 155 |
| 7 | Case Administration | 09/24/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Review case status update | 156 |
| 7 | Case Administration | 10/22/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed M. Bloom re deposit of sale funds into segregated estate account. | 278 |
| 7 | Case Administration | 10/30/2026 | Jonathan Zweig | 0.2 | $1,500 | $300.00 | Call with A. Somers re: case strategy | 279 |
| 7 | Case Administration | 10/30/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Call with R. Reyhani re: case background | 280 |
| 7 | Case Administration | 10/30/2026 | Jonathan Zweig | 0.1 | $1,500 | $150.00 | Call with E. Riedel re: case strategy | 281 |
| 8 | Claims Administration and Objections | 07/27/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re Song lawsuit, viability of estate claims and Song counterclaims, and measure of damages. | 31 |
| 8 | Claims Administration and Objections | 09/14/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed MC2B re allocation of argument on Song claim settlement at hearing. | 96 |
| 8 | Claims Administration and Objections | 09/15/2026 | Angela J. Somers | 0.9 | $1,500 | $1,350.00 | Drafted preliminary statement for reply re Future Defendants' joinder and Rule 408 settlement offer | 110 |
| 8 | Claims Administration and Objections | 09/15/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Reviewed and directed revisions to reply in support of Song Claim settlement (Rule 9019 framing) (.4); coordinated with M. Bloom re filing (.2). | 111 |
| 8 | Claims Administration and Objections | 10/02/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with J.S. Held and R. Loh re Scribner claim. | 177 |
| 8 | Claims Administration and Objections | 10/09/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Reviewed M. Cox Rule 408 email re Scribner claim; emailed J.S. Held re missing inflow evidence and support for claim. | 197 |
| 8 | Claims Administration and Objections | 10/12/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Telephone conference with J.S. Held re Scribner claim analysis. | 203 |
| 8 | Claims Administration and Objections | 10/12/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Outlined slide for J.S. Held re unreliability of Debtor books and records, unsupported Scribner crypto entries and $13 million gap. | 204 |
| 8 | Claims Administration and Objections | 10/12/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Emailed J.S. Held re recasting Scribner claim analysis as statement of what the records do not show. | 205 |
| 8 | Claims Administration and Objections | 10/14/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Emailed J.S. Held re Excel analysis of Scribner claim and amounts owed to estate. | 221 |
| 8 | Claims Administration and Objections | 10/15/2026 | Angela J. Somers | 0.4 | $1,500 | $600.00 | Analyzed netting against Scribner Parties and setoff across entities; emailed J.S. Held and T. Lee re entity-by-entity breakout. | 234 |
| 8 | Claims Administration and Objections | 10/15/2026 | Angela J. Somers | 0.2 | $1,500 | $300.00 | Requested J.S. Held one-page analysis of transfers to Purchased Claims defendants and present value of Scribner payments. | 235 |
| 8 | Claims Administration and Objections | 10/18/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Requested J.S. Held one-page summary of Song claim | 252 |
| 8 | Claims Administration and Objections | 10/19/2026 | Angela J. Somers | 0.1 | $1,500 | $150.00 | Emailed Baker McKenzie re withdrawal of Parsons Behle objection to Song claim | 258 |
| 11 | Employment and Fee Applications | 09/06/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee, A. Sabin and B. Gilmore re fee applications, hearings and case administration. | 57 |
| 11 | Employment and Fee Applications | 09/17/2026 | Angela J. Somers | 0.7 | $1,500 | $1,050.00 | Drafted revised contingency-fee paragraph for Bidding Procedures Order in response to Committee comments (.6); circulated to all parties (.1). | 136 |
| 15 | Meetings and Communications with ( | 09/03/2026 | Angela J. Somers | 0.5 | $1,500 | $750.00 | Conference with Committee counsel (C. Heninger, A. Jarvis) and T. Lee (Trustee/UCC Meet Up) and follow up. | 54 |
| 15 | Meetings and Communications with ( | 09/14/2026 | Angela J. Somers | 0.6 | $1,500 | $900.00 | Call with Creditors' Committee (.4); discuss with team after (.2). | 102 |
| 20 | Reporting | 07/21/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re schedules and missing entries. | 23 |
| 20 | Reporting | 09/16/2026 | Angela J. Somers | 0.3 | $1,500 | $450.00 | Conference with T. Lee re monthly operating reports and issues in books and records. | 133 |