| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Invoice line # |
|---|---|---|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 06/03/2026 | Trevor J. Lee | 5.3 | 600 | 3,180.00 | Review docket; review all pending motions; review prior status filings; provide instruction regarding statute of limitations research issue; review potential avoidance actions; review pending recovery action; look into post-petition transfers; draft plan to secure and marshal estate assets; draft plan to secure books and records; review notice of reasonable grounds for criminal referral; review motion to disgorge fees; review prior settlements to ensure terms are being fulfilled; conference with A. Somers re case strategy and outstanding items; conference with Debtor re books and records; conference with Creditor Committee re post-petition transfers. | 2 |
| 1 | Asset Analysis and Recovery | 06/03/2026 | Michael House | 0.5 | 185 | 92.50 | Correspondence with T. Lee re factual background; initial case framing and note taking. | 3 |
| 1 | Asset Analysis and Recovery | 06/04/2026 | Trevor J. Lee | 3.8 | 600 | 2,280.00 | Draft and file change of address for A. Somers; conference with JS Held re books and records; conference with Debtor re same; review existing books and records. | 4 |
| 1 | Asset Analysis and Recovery | 06/05/2026 | Michael House | 2.5 | 185 | 462.50 | Research re factual background of the case; research re statute of limitations on estate claims. | 5 |
| 1 | Asset Analysis and Recovery | 06/08/2026 | Michael House | 0.1 | 185 | 18.50 | Meeting with T. Lee re subchapter V appointments. | 6 |
| 1 | Asset Analysis and Recovery | 06/08/2026 | Michael House | 2.8 | 185 | 518.00 | Research re subchapter V appointment and statute of limitations for estate claims. | 7 |
| 1 | Asset Analysis and Recovery | 06/08/2026 | Michael House | 2.4 | 185 | 444.00 | Draft memo section re subchapter V appointment and statute of limitations for estate claims. | 8 |
| 1 | Asset Analysis and Recovery | 06/09/2026 | Michael House | 1.6 | 185 | 296.00 | Draft memo section re subchapter V and statute of limitations. | 10 |
| 1 | Asset Analysis and Recovery | 06/09/2026 | Michael House | 1.2 | 185 | 222.00 | Research re case law on appointment of Trustees and statute of limitations. | 11 |
| 1 | Asset Analysis and Recovery | 06/10/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Conference with JS Held re transfer of books and records. | 13 |
| 1 | Asset Analysis and Recovery | 06/10/2026 | Michael House | 2.1 | 185 | 388.50 | Draft memo section re case law relevant to claims and statutes of limitations. | 14 |
| 1 | Asset Analysis and Recovery | 06/10/2026 | Michael House | 1.4 | 185 | 259.00 | Research re §§1183 and 1185 and the trustee's role in the proceedings. | 15 |
| 1 | Asset Analysis and Recovery | 06/11/2026 | Michael House | 1.5 | 185 | 277.50 | Draft memo section re §1183 trustee's role and interactions with §1185. | 16 |
| 1 | Asset Analysis and Recovery | 06/11/2026 | Michael House | 1.6 | 185 | 296.00 | Research re §1104 trustee appointment midway through case, interpretations of the phrase "first trustee". | 17 |
| 1 | Asset Analysis and Recovery | 06/11/2026 | Michael House | 1 | 185 | 185.00 | Draft memo section re §1104 trustee appointment midway through case, interpretations of phrase "first trustee". | 18 |
| 1 | Asset Analysis and Recovery | 06/11/2026 | Michael House | 3.9 | 185 | 721.50 | Draft memo re potential claims, appointment of trustee and impact on statute of limitations, and other issues. | 19 |
| 1 | Asset Analysis and Recovery | 06/12/2026 | Michael House | 1.5 | 185 | 277.50 | Proofread, edited, and Shephardized memo re §1183 appointments and §546(a)(1)(B). | 20 |
| 1 | Asset Analysis and Recovery | 06/16/2026 | Trevor J. Lee | 1.9 | 600 | 1,140.00 | Conference with A. Somers re obtaining books and records and obtaining financing; review books and records status; conference with A. Somers re engagement documents. | 23 |
| 1 | Asset Analysis and Recovery | 06/19/2026 | Trevor J. Lee | 4.2 | 600 | 2,520.00 | Conference with JS Held re books and records; conference with Committee re same; edit engagement agreement and conference with A. Somers re same; conference with Debtor re books and records; draft and edit motion to extend time to file monthly operating reports; conference with US Trustee re same. | 26 |
| 1 | Asset Analysis and Recovery | 07/08/2026 | Trevor J. Lee | 4.2 | 600 | 2,520.00 | Review outstanding tasks; conference with A. Somers re strategy; update to do list; conference with Ampleo re MOR history and background on Debtor's operations; conference with counsel for M. Song and Creditors' Committee re assets | 41 |
| 1 | Asset Analysis and Recovery | 07/09/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Conference with A. Somers re outstanding tasks; review Ampleo engagement agreement; draft Ampleo letter. | 42 |
| 1 | Asset Analysis and Recovery | 07/10/2026 | Trevor J. Lee | 2.2 | 600 | 1,320.00 | Conference with A. Somers re demand letters; conference with A. Somers re case strategy; review correspondence from JS Held re lowest intermediate balance test and commingling; finalize Ampleo letter. | 43 |
| 1 | Asset Analysis and Recovery | 07/16/2026 | Trevor J. Lee | 0.9 | 600 | 540.00 | Review communications re Solara; provide analysis to A. Somers re Solara. | 47 |
| 1 | Asset Analysis and Recovery | 07/18/2026 | Trevor J. Lee | 0.5 | 600 | 300.00 | Review customer loan agreements. | 48 |
| 1 | Asset Analysis and Recovery | 07/20/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Conference with counsel for Ampleo re representation and production; conference with C. Heninger re ancillary litigation; conference with R. Loh re same. | 50 |
| 1 | Asset Analysis and Recovery | 07/21/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Conference with A. Somers re schedules and missing entries; conference with JS Held re obtaining access to books and records; conference with Ampleo re document production. | 51 |
| 1 | Asset Analysis and Recovery | 07/22/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Conference with team re property of the estate issue. | 52 |
| 1 | Asset Analysis and Recovery | 07/26/2026 | Trevor J. Lee | 0.9 | 600 | 540.00 | Review email correspondence; conference with A. Somers re custodial definition and other issues; review pre-petition analysis from debtor. | 54 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Invoice line # |
|---|---|---|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 07/28/2026 | Trevor J. Lee | 1.9 | 600 | 1,140.00 | Review email correspondence re property of the estate motion; conference with A. Somers re strategy for lawsuits and property of estate motion; review email from M. Bloom and prepare response; conference with A. Somers re terms of use and property of estate motion. | 56 |
| 2 | Asset Disposition | 06/22/2026 | Trevor J. Lee | 2.3 | 600 | 1,380.00 | Review email correspondence re funding; review proposed funding agreement; conference with potential funder re same; conference with debtor re motion to extend time for MORs; conference with Committee re same; file motion to extend time to file MORs. | 27 |
| 2 | Asset Disposition | 07/13/2026 | Trevor J. Lee | 4.3 | 600 | 2,580.00 | Conference with A. Somers re funding issues and potential subordination; review correspondence with Mason Song regarding potential funding; conference with A. Somers re same; review JS Held work re fraudulent transfers; review communications with Parr Brown re Parsons work; conference with A. Somers re commingling analysis; review potential GS Partners claim and conference with A. Somers re same; review management services agreement for upcoming motion. | 44 |
| 2 | Asset Disposition | 07/14/2026 | Trevor J. Lee | 1.3 | 600 | 780.00 | Conference with JS Held re pre-and post-petition transfers; conference with JS Held re transfers to Tilton and/or insiders; conference with JS Held and A. Somers re options for GS Partners; review potential engagement of firm for financing review. | 45 |
| 2 | Asset Disposition | 07/15/2026 | Trevor J. Lee | 1.2 | 600 | 720.00 | Conference with funder re term sheet; conference with JS Held re high level strategy moving forward. | 46 |
| 2 | Asset Disposition | 07/24/2026 | Trevor J. Lee | 1.3 | 600 | 780.00 | Review correspondence re funding; review pleadings in Song case and discuss strategy with team; conference with team re property of the estate. | 53 |
| 2 | Asset Disposition | 07/30/2026 | Trevor J. Lee | 2.3 | 600 | 1,380.00 | Conference with counsel for Ampleo re production and conflicts; conference with A. Somers re funding options; review term sheet and conference with A. Somers and JS Held re same; negotiate funding release with counsel for Mason Song. | 58 |
| 2 | Asset Disposition | 07/31/2026 | Trevor J. Lee | 2.2 | 600 | 1,320.00 | Research for funding motion; outline potential funding motion; conference with A. Somers re same. | 59 |
| 2 | Asset Disposition | 07/31/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review updated term sheets and related correspondence. | 60 |
| 7 | Case Administration | 06/17/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review docket and provide update to A. Somers re same. | 24 |
| 7 | Case Administration | 06/29/2026 | Trevor J. Lee | 2.2 | 600 | 1,320.00 | Update master to do list; review Ampleo fee motion; conference with Ampleo re continuing hearing on fee Trustee re strategy for use of MSA to obtain documents and potential indemnification clause; conference with US Trustee re JVK fee application. | 33 |
| 7 | Case Administration | 06/30/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review service status and provide instruction to J. Webster regarding same. | 34 |
| 7 | Case Administration | 07/02/2026 | Trevor J. Lee | 0.3 | 600 | 180.00 | Review correspondence re transfer of records; conference with counsel for Blue Castle Holdings re continuing hearing. | 36 |
| 7 | Case Administration | 07/02/2026 | Jenni Webster | 0.7 | 200 | 140.00 | Prepared packets of filings to be served by mail. | 37 |
| 7 | Case Administration | 07/03/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review email correspondence re hearings; work with court clerk to reschedule hearings. | 38 |
| 7 | Case Administration | 07/06/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Review list of outstanding items from A. Somers; review and update internal list; conference with A. Somers re same; conference with A. Somers re strategy for preferences; conference with court re rescheduling hearings. | 39 |
| 7 | Case Administration | 07/07/2026 | Trevor J. Lee | 2.8 | 600 | 1,680.00 | Review and edit to do list; add items from email correspondence; review adversary proceedings for task list; conference with A. Somers re strategy; conference with counsel for Debtor re potential Solara settlement; conference with JS Held re status of post-petition transfers. | 40 |
| 7 | Case Administration | 07/19/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Review email correspondence from BTJD regarding representation of Ampleo; review conflict analysis. | 49 |
| 8 | Claims Administration and Objections | 07/27/2026 | Trevor J. Lee | 4.3 | 600 | 2,580.00 | Review briefing in Song lawsuit; review complaint; review answer; review motion to dismiss briefing; review preliminary injunction briefing; review summary judgment briefing; research viability of Song's counterclaims; research viability of estate's claims; research measure of damages; conference with A. Somers re same; conference with counsel for Song re same. | 55 |
| 8 | Claims Administration and Objections | 07/29/2026 | Trevor J. Lee | 3.8 | 600 | 2,280.00 | Research Mason Song filings; research arguments for valuing as of claim accrual date; review state case law; review federal case law; conference with counsel for Mason Song re same; negotiate release with counsel for Mason Song. | 57 |

| Task code | Category | Date | Timekeeper | Hours | Rate | Amount | Narrative | Invoice line # |
|---|---|---|---|---|---|---|---|---|
| 11 | Employment and Fee Applications | 06/02/2026 | Trevor J. Lee | 8.8 | 600 | 5,280.00 | Review docket background information; review declaration from J. Brennan; review engagement agreement with JS Held; draft application for engagement; draft proposed order; format and finalize declaration; edit application and declaration of Hoggan Lee Hutchinson; Conference with court re filings; conference with P. Kuhn re financial professional application; edit financial professional application; finalize HLH application; file application for HLH; file application for financial professional; review and track pending motions. | 1 |
| 11 | Employment and Fee Applications | 06/08/2026 | Trevor J. Lee | 3.2 | 600 | 1,920.00 | Review and edit supplemental disclosure; review recent pleadings; review correspondence re books and records; conference with J.S. Held re obtaining books and records; review prior filings to get up to speed; Review Trustee's supplemental Rule 2014 disclosure; analyze disinterestedness standard (§§ 101(14), 327(a)) and 28 U.S.C. § 1746 declaration issue; prepare redline with comments and transmit to A. Somers. | 9 |
| 11 | Employment and Fee Applications | 06/09/2026 | Trevor J. Lee | 4.2 | 600 | 2,520.00 | Document all potential actions; review and docket statutes of limitations; review monthly operating reports for potential actions to pursue; conference with JS Held re same; edit and file amended disclosure; Investigate source of $150,000 post-petition transfer to Blue Castle (7/24/24): review August 2024 MOR (Dkt. 187), Committee motion (Dkt. 413), and Huron transfer schedules; identify destination-mismatch and double-count issues for § 549 claim. | 12 |
| 11 | Employment and Fee Applications | 06/25/2026 | Trevor J. Lee | 0.4 | 600 | 240.00 | Edit and circulate application to retain JVK law. | 30 |
| 11 | Employment and Fee Applications | 06/26/2026 | Trevor J. Lee | 3.9 | 600 | 2,340.00 | Edit and finalize application to retain JVK and related documents; review and update master case task list; conference with A. Somers re same, including upcoming deadlines; review motions and objections noticed for upcoming hearing; provide update to A. Somers and JS Held re same; conference with Debtor re continuing MSA motion; review docket to identify other outstanding issues. | 31 |
| 11 | Employment and Fee Applications | 06/28/2026 | Trevor J. Lee | 0.8 | 600 | 480.00 | Review and update to do list; edit and finalize Application to Retain JVK. | 32 |
| 11 | Employment and Fee Applications | 07/01/2026 | Trevor J. Lee | 3.8 | 600 | 2,280.00 | Review draft settlement agreement; edit settlement agreement; conference with A. Somers re same; review correspondence re pending motions; conference with Ampleo re upcoming hearing; conference with counsel for Blue Castle Holdings re continuing motion; conference with A. Somers re continuing B2C2 motion; review correspondence from Debtor re books and records; conference with JS Held re obtaining additional records; conference with US Trustee re Application to Retain JVK; edit, finalize, and file Application to Retain JVK; draft proposed Order Granting Application and conference with A. Somers re same. | 35 |
| 12 | Employment and Fee Application Objectio | 06/18/2026 | Trevor J. Lee | 2.6 | 600 | 1,560.00 | Review memo re upcoming deadlines; docket same; review fee objection; research response to fee objection. | 25 |
| 12 | Employment and Fee Application Objectio | 06/23/2026 | Trevor J. Lee | 3.9 | 600 | 2,340.00 | Review and docket relevant statutes of limitations; conference with Committee re books and records of Debtor; review books and records from Committee; edit engagement documents and conference with A. Somers re same; assist JS Held with obtaining documents from Debtor; research for and draft reply to retention application. | 28 |
| 12 | Employment and Fee Application Objectio | 06/24/2026 | Trevor J. Lee | 4.3 | 600 | 2,580.00 | Conference with A. Somers re engagement agreement and update same; conference with clerk re status of motions and upcoming hearings; conference with R. Loh re missing books and records; receive and review prior production from Power Block Coin; review opposition to retention motion; research for opposition to fee motion; draft reply brief; conference with A. Somers re same; finalize and file reply brief; edit supplemental application of A. Somers; finalize and file supplemental application. | 29 |
| 20 | Reporting | 06/12/2026 | Trevor J. Lee | 2.3 | 600 | 1,380.00 | Review correspondence re books and records; confirm transfer of financial records; draft motion for extension of time to submit books and records; draft proposed order granting same; conference with US Trustee re case status and extension motion; conference with trustee re same. | 21 |
| 20 | Reporting | 06/15/2026 | Trevor J. Lee | 0.6 | 600 | 360.00 | Review correspondence re books and records; draft and finalize motion to extend time to file monthly operating reports. | 22 |