| Date | Description | Amount |
|---|---|---|
| 06/30/2026 | Reveal - Active Hosting per GB - 10 | 1,701.40 |
| 06/30/2026 | Valid8 Bank/Financial Statement processing | 3,485.95 |
| 06/30/2026 | Microsoft Azure Managed Services | 2,500.00 |
| 07/31/2026 | Reveal - Active Hosting per GB - 10 | 1,739.30 |
| 07/31/2026 | Valid8 Bank/Financial Statement processing | 659.75 |
| 07/31/2026 | Microsoft Azure Managed Services | 1,900.00 |
| 08/31/2026 | Reveal ASK - Active hosting per GB - 10 | 1,739.50 |
| 08/31/2026 | Microsoft Azure Managed Services | 950.00 |
| 09/11/2026 | Computer Software | 644.70 |
| 09/30/2026 | Reveal ASK - Active hosting per GB - 10 | 1,739.50 |
| 09/30/2026 | Microsoft Azure Managed Services | 1,100.00 |
| 10/31/2026 | Reveal - Active Hosting per GB - 10 | 1,760.60 |
| 10/31/2026 | Microsoft Azure Managed Services | 2,150.00 |
| 10/31/2026 | Valid8 Bank/Financial Statement processing | 550.00 |
| | Total | 22,620.70 |