Angela J. Somers
Jonathan Zweig
**JOHNSON VAN KWAWEGEN LLP**
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Counsel for Angela J. Somers, Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC**,<br><br>*Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

**OMNIBUS NOTICE OF FIRST INTERIM APPLICATIONS FOR COMPENSATION BY THE TRUSTEE'S PROFESSIONALS, AND NOTICE OF HEARING**

PLEASE TAKE NOTICE that the following professionals employed by Angela J. Somers, the Chapter 11 trustee (the "Trustee") of Power Block Coin, LLC d/b/a SmartFi (the "Debtor"), have filed with the United States Bankruptcy Court for the District of Utah their first

interim applications for allowance of compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 (each, an "Application"):

| Applicant | Period | Fees | Expenses | Total | Dkt. No. |
|---|---|---|---|---|---|
| Hoggan Lee Hutchinson (former counsel to the Trustee) | June 2 – July 31, 2026 | $64,478.50 | $0.00 | $64,478.50 | 654 |
| J.S. Held, LLC (financial advisor to the Trustee) | June 2 – Oct. 31, 2026 | $1,024,916.00 | $22,620.70 | $1,047,536.70 | 656 |
| Johnson Van Kwawegen LLP (counsel to the Trustee) | July 1 – Oct. 31, 2026 | $263,535.00 | $0.00 | $263,535.00 | 652 |
| Manning Curtis Bradshaw & Bednar PLLC (counsel to the Trustee) | Aug. 1 – Oct. 31, 2026 | $161,700.00 | $3,132.25 | $164,832.25 | 650 |
| **Total** | | **$1,514,629.50** | **$25,752.95** | **$1,540,382.45** | |

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. Each Application asks the Court to allow the fees and expenses listed above on an interim basis, to allow them as administrative expenses of the estate under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and to authorize the Trustee to pay them from available estate funds.

2. Hoggan Lee Hutchinson and Manning Curtis Bradshaw & Bednar PLLC seek only their hourly fees. Neither seeks a contingency fee on the estate's avoidance and recovery claims in its Application.

3. Any amount the Court allows is interim and remains subject to final review under 11 U.S.C. § 330.

If you do not want the Court to grant the relief requested in one or more of the Applications, then you or your attorney must take the following two steps:

(1) On or before December 22, 2026, file with the Bankruptcy Court a written objection explaining your position and identifying each Application you object to. Your written objection must be filed electronically, by mail, or by hand delivery at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. mail in time for it to be received by the Court on or before December 22, 2026. You must also mail a copy to the undersigned counsel at: Trevor J. Lee, Manning Curtis Bradshaw & Bednar PLLC, 201 South Main Street, Suite 750, Salt Lake City, Utah 84111, and Angela J. Somers, Johnson Van Kwawegen LLP, 485 Madison Avenue, 15th Floor, New York, NY 10022.

(2) You must attend the hearing on the Applications, which is set for January 5, 2027, at 9:00 a.m. before the Honorable Cathleen D. Parker. The hearing will be held by Zoom. Parties who wish to participate should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for current information on participating in a hearing. At the time of this notice, parties wishing to participate in hearings before Judge Parker should log into Zoom at https://www.zoomgov.com at least ten minutes before the hearing, using Meeting ID 160 4196 1337 and Passcode 055360.

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Applications and may enter orders granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter orders approving the Applications without a hearing.

Copies of the Applications are available on request from undersigned counsel at tlee@mc2b.com, and through the Court's electronic docket at https://ecf.utb.uscourts.gov.

DATED: November 25, 2026.

**JOHNSON VAN KWAWEGEN LLP**

/s/ Angela J. Somers
Angela J. Somers
Jonathan Zweig

**MANNING CURTIS BRADSHAW & BEDNAR PLLC**

/s/ Trevor J. Lee
Trevor J. Lee
Brett C. Gilmore
Austin C. Sabin

*Counsel for Angela J. Somers, Chapter 11 Trustee*