Angela J. Somers
Jonathan Zweig
**JOHNSON VAN KWAWEGEN LLP**
485 Madison Ave. | 15th Floor
New York, NY 10022
asomers@jvk-law.com
jonathan@jvk-law.com

Trevor J. Lee (16703)
Brett C. Gilmore (17371)
Austin C. Sabin (19667)
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com
bgilmore@mc2b.com
asabin@mc2b.com

*Counsel for Angela J. Somers, Chapter 11 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**POWER BLOCK COIN, LLC**,<br><br>*Debtor.* | Case No. 2:24-bk-23041-CDP<br><br>Chapter 11<br><br>Hon. Cathleen D. Parker |

## CERTIFICATE OF SERVICE

**By Electronic Means:**

I hereby certify that on November 24, 2026, the Trustee electronically filed the First Interim Application of Hoggan Lee Hutchinson, Former Counsel for the Chapter 11 Trustee, for Allowance of Compensation for the Period June 2, 2026 Through July 31, 2026 [Dkt. No. [654]], the First Interim Application of J.S. Held, LLC, Financial Advisor to the Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period June 2, 2026 Through October 31, 2026 [Dkt. No. [656]], the First Interim Application of Johnson Van Kwawegen LLP, Counsel for the Chapter 11 Trustee, for Allowance of Compensation for the Period July 1, 2026 Through October 31, 2026 [Dkt. No. [652]], the First Interim Application of

Manning Curtis Bradshaw & Bednar PLLC, Counsel for the Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2026 Through October 31, 2026 [Dkt. No. [650]] (together, the "Applications"), and the Omnibus Notice of First Interim Applications for Compensation by the Trustee's Professionals, and Notice of Hearing [Dkt. No. [658]] (the "Notice of Hearing") with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- James W. Anderson jwa@clydesnow.com, mnortham@clydesnow.com
- Laura Elizabeth Baccash laura.baccash@whitecase.com, mco@whitecase.com
- Mark D. Bloom mark.bloom@bakermckenzie.com
- Simeon J Brown sbrown@parsonsbehle.com
- Deborah Rae Chandler dchandler@aklawfirm.com
- Alexander Sun Chang alexander@utahlaw.ai
- P. Matthew Cox mcox@spencerfane.com, tking@spencerfane.com
- Austin Egan austin@stavroslaw.com
- Carson Heninger heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com, Candy.Long@gtlaw.com
- Samuel P. Hershey sam.hershey@whitecase.com, mco@whitecase.com
- Annette W. Jarvis jarvisa@gtlaw.com, longca@gtlaw.com
- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com, ecasaday@rqn.com, RQN@ecfalerts.com
- Peter J. Kuhn Peter.J.Kuhn@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov, Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov
- Trevor J. Lee tlee@mc2b.com, landerson@mc2b.com, asomers@jvk-law.com
- Artur Machalski artur.machalski@gmail.com
- Elliott D. McGill emcgill@parsonsbehle.com, proney@parsonsbehle.com, ecf@parsonsbehle.com
- Darren B. Neilson dneilson@parsonsbehle.com, ecf@parsonsbehle.com
- Christopher L. Perkins cperkins@eckertseamans.com
- Gregory F. Pesce gregory.pesce@whitecase.com, mco@whitecase.com
- Walter A. Romney, Jr. war@clydesnow.com, gmortensen@clydesnow.com
- Brian M. Rothschild brothschild@parsonsbehle.com, ecf@parsonsbehle.com, docket@parsonsbehle.com
- Austin C. Sabin asabin@mc2b.com
- Jeffrey Weston Shields jshields@rqn.com, 5962725420@filings.docketbird.com, docket@rqn.com, HVanLeeuwen@rqn.com
- Angela J. Somers asomers@reidcollins.com
- Engels Tejeda ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com, jjbutton@hollandhart.com
- Landon S. Troester lst@clydesnow.com, rcondos@clydesnow.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

- Melinda Willden tr melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov, Rinehart.Peshell@usdoj.gov, Rachelle.D.Hughes@usdoj.gov, Brittany.Dewitt@usdoj.gov

By Mail or Other Means: I further certify that on November 25, 2026, I caused the Omnibus Notice of First Interim Applications for Compensation by the Trustee's Professionals, and Notice of Hearing [Dkt. No. [658]] to be served by first-class U.S. mail, postage prepaid, through BK Attorney Services, LLC d/b/a certificateofservice.com, on the parties listed on Exhibit A:

Website: The Debtor's website no longer hosts the case docket, so the Applications and the Notice of Hearing could not be posted there, and customers could not be emailed a link to them, under the Order Limiting Notice and Establishing Notice Procedures [Dkt. No. 42].

/s/ Trevor J. Lee

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

IN RE:

Power Block Coin, LLC

CASE NO: 24-23041

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11
Cathleen D. Parker

On 11/25/2026, I did cause a copy of the following documents, described below,
Omnibus Notice of First Interim Fee Applications and Notice of Hearing ECF Docket Reference No. 658

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2026

/s/ Trevor J. Lee
Trevor J. Lee 16703
Attorney at Law Manning Curtis Bradshaw & Bednar PLLC
201 S. Main Street, Suite 750
Salt Lake City, UT 84111
+1 (801) 363-5678

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

IN RE:
Power Block Coin, LLC

CASE NO: 24-23041

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
Cathleen D. Parker

On 11/25/2026, a copy of the following documents, described below,
Omnibus Notice of First Interim Fee Applications and Notice of Hearing ECF Docket Reference No. 658

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2026

Victoria Blake

/s/ Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Trevor J. Lee
Manning Curtis Bradshaw & Bednar PLLC
201 S. Main Street, Suite 750
Salt Lake City, UT 84111

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-23041
DISTRICT OF UTAH
WED NOV 25 08-44-29 PST 2026

~~EXCLUDE~~
~~(U)Blockchain Recovery Investment Consortium, L~~

Blue Castle Holdings, Inc.
PO Box 1647
Draper, UT 84020-1647

CFO Solutions, LLC dba Amplo
13601 W McMillan Rd
#102 PMB 320
Boise, ID 83713-2071

~~EXCLUDE~~
~~(U)Celsius Network LLC~~

~~EXCLUDE~~
~~(U)Litigation Administrator and Complex Asset R~~

Official Committee of Unsecured Creditors
222 South Main Street, Suite 1730
Salt Lake City, UT 84101-2140

Parsons Behle & Latimer
201 South Main St., Ste 1800
P O Box 45898
Salt Lake City, UT 84145-0898

Power Block Coin, LLC
PO Box 1647
Draper, UT 84020-1647

~~EXCLUDE~~
~~(U)RE Developers, LLC~~

~~EXCLUDE~~
~~(U)Smartfi Lending, LLC~~

~~EXCLUDE~~
~~(U)Solara Communications, LLC~~

~~EXCLUDE~~
~~(U)Solara Communities, LLC~~

~~EXCLUDE~~
~~U.S. Bankruptcy Court~~
~~350 South Main #301~~
~~Salt Lake City, UT 84101-2195~~

ABEL, ANGELIQUE
PO BX 52304
OXNARD, CA 93031-2304

ADAMS, CASEY
814 south park lane
Genola, UT 84655-5705

ANDERSON, STEPHEN
1353 74TH CIRCLE NE
St. Petersburg, FL 33702-4617

AZHAGAR, SATHYA PRAKASH
916, Mount Eden road, Three Kings
Auckland , AK 1024

Abel, Angellique
PO Box 52304
Oxnard, CA 93031-2304

Acuant Inc
2300 Windy Ridqe Parkway
Suite 1115
Atlanta, GA 30339-5665

Advanced Reporting Solutions
159 W. Broadway Broadway Lofts
Suite 100
Salt Lake City, UT 84101

Advantage Activations, Inc.
PO Box 33598
Reno, NV 89533-3598

Aguirre, David
PH Nazareno San Francisco
Tucson, AZ 85730

Aguirre, David
Residencial Casablanca No 92
Parque Lefevre
Panama

Akuna Capital
333 South Wabash Ave
26th Floor
Chicago, IL 60604-4107

Alameda Research
1001 Wilshire Blvd, 1073
Los Angeles, CA 90017-2415

Alekoglou, Konstantinos
84 Kennet Street
London, OR E1W 2JJ

~~EXCLUDE~~
~~(U)Allen, Joseph~~

Alpha Surety & Insurance Brokerage
17900 Chenal Parkway, Suite 100
Little Rock, AR 72223-4831

Altman, Ariana
1361 Mokolea Drive
Kailua, HI 96734-3240

Altman, Cynthia
1361 Mokolea Drive
Kailua, HI 96734-3240

AppRiver LLC
2440 Sandhill Rd., Ste. 302
Menlo Park, CA 94025-6900

INTERNATIONAL
Artur Machalski
Chalupnicza 22/5
51-503 Wroclaw
Poland

Astheimer, Frank
118 Sukhumvit Soi 20, Millennium Reside
Bangkok, NE 10110

B2C2 USA INC
101 HUDSON STREET 07302.
Suite 1706
Jersey City, NJ 07302-3915

BARRICKLOW, FRANK JACOB
437 WOODLAWN RD
JEANNETTE, PA 15644-3515

BHAGWAT, RAVINDRA
871 wescott road
Eagan, MN 55123-1222

BODELL, M
412 E MAPLETON CT
DRAPER, UT 84020-7818

BREWER, MICHAEL D
9002 E. Commanders Circle
Tucson, AZ 85708-1273

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

BREWER, SONG
9002 E. Commanders Circle
Tucson, AZ 85708-1273

BRS Inc.
739 Stokes Road
Bedford, NJ 08055-3009

BTJD
P.O. Box 71410
Salt Lake City, UT 84171-0410

BUTTELL, JEREMY
15011 SE Diamond Dr
Clackamas, OR 97015-7246

Bacon, Steve
1404 Cleveland Road
Glendale, CA 91202-1415

Bagamaspad JR, Alan Antonio
6901 Cahuenga Park Trl
Los Angeles, CA 90068-1827

Bagamaspad, Alan Mariano
7813 Rhea Ave
RESEDA, CA 91335-1825

Bagamaspad, Annette Liane Antonio
7813 Rhea Ave
RESEDA, CA 91335-1825

Bagamaspad, Ellen A
7813 Rhea Ave
Reseda, CA 91335-1825

Bank Of Brookfield Bank
939 Park Circle Drive
Brookfield, MO 64628-7920

~~EXCLUDE~~
~~(U)Banks, TIMOTHY JAMES~~
~~15 Blackfriars Lane~~
~~Chirnside Park, VA 3116~~

Bermisa, Jennifer
57 Hartman
Irvine, CA 92618-1319

BitGo Prime, LLC
1209 Orange Street
Wilmington, DE 19801-1120

~~EXCLUDE~~
~~(U)Bitcoin Events~~
~~16a New Market Street~~
~~Foreshore,, 8001~~

Bitmining Market, LLC
2906 NW 72nd Avenue, 33122
Miami, FL 33122-1312

Bjorkman, Michael
1516 East Thompson Blvd
Ventura, CA 93001-3331

BlockFills
401 W Ontario St #400
Chicago, IL 60654-6957

Blockbase
DWC Business Center
PO Box 390667
Dubai, 390667

BlockchainSoft
37 Yacht Club Drive, Apt. 109
North Palm Beach, FL 33408-3963

~~EXCLUDE~~
~~(U)Blomberg, Jens~~
~~Norra Brogatan 7~~
~~Eskilstuna, MD 632 25~~

Brad Jones Consulting PLLC
624 South 100 West
Orem, UT 84058-6210

Bradley Nagela
126 1/2 Washington Blvd 60302
Apt 3W
Oak Park, IL 60302-4352

Brave Software International, SEZC
580 Howard Street CA
Unit 402
San Francisco, CA 94105-3025

Brewer, Adam MARK
1575 N 370 E
Pleasant Grove, UT 84062-8901

Brewer, KYLIE NICOLE
1575 N 370 E
Pleasant Grove, UT 84062-8901

Broekemeier, Pamela
8007 Everest Ln N
Maple Grove, MN 55311-1882

Broekemeier, Pamela Jean
8007 Everest Ln N
Maple Grove, MN 55311-1882

Brown, Jason
99 Good Street
Jeannette, PA 15644-3320

Brown, Lynn
132 Kristen Lane
McCormick, SC 29835-4218

Bryant, Barry Ian
305 S. Maggiore Dr.
St. George, UT 84770-1349

Bryant, William Marshall
26 W WILLARD RD
EDGEWOOD, NM 87015-7019

Buchanan Ingersoll & Rooney PC
c/o Peter S. Russ, Esq.
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Buchanan Ingersoll Rooney
Union Trust Building 501 Grant Street 44
200
Pittsburgh, PA 15219

Budd, Eric Dale
2486 W 900 N
Layton, UT 84041-7351

Buttell, Linda
2119 Jackson Dr.
Norman, OK 73071-2461

Butterfield, Brent Jay
PO Box 1362
Riverton, UT 84065-1362

~~EXCLUDE~~
~~(U)CARABOTT, DANIEL~~
~~128 Purok 4~~
~~Lubao, NC 2005~~

~~EXCLUDE~~
~~(U)CARABOTT, DANIEL NELSON~~
~~128 Purok 4~~
~~Lubao, NC 2005~~

CARLSON, DAVID
2229 BLACKSTONE CT
EAST WENATCHEE, WA 98802-8356

CARLSON, DAVID Matthew
2229 BLACKSTONE CT
EAST WENATCHEE, WA 98802-8356

CAUSEVIC, SINAN na
1000 36th St SW Apt A4
Wyoming, MI 49509-3586

CONGER, KATHLEEN S
13819 S VESTRY ROAD
DRAPER, UT 84020-7531

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CSANYI, NIKOLETTA
161 D AVE 8
CORONADO, CA 92118-1352

Campbell, George ANDREW
201 Randolph Avenue
London, CO W91NS

~~EXCLUDE~~
~~(U)Canteros, Javier Agustin~~
~~M. Costa i Llobera 29 Bajo 2~~
~~Sant Cugat del Valles, CT 8173~~

Capital Community Bank
3280 NORTH UNIVERSITY AVENUE
Provo, UT 84604-4405

CardMember Service
PO Box 6294
Carol Stream, IL 60197-6294

Carlson, Terry
1225 Hyde Street, Apt 3
San Francisco, CA 94109-0206

Carman Lehnhof Israelsen
375 West 200 South
Suite 225
Salt Lake City, UT 84101-1667

Caspian
1440 Chapin Avenue
Suite 205
Burlingame, CA 94010-4011

Castaneda, Francisco
715 1/2 Encino Pl
SANTA PAULA, CA 93060-1406

Catalyst DC Inc.
1250 Connecticut Ave, N.W
Suite 825
Washington D.C, CT 20036-2617

Celsius Network LLC and its affiliated debto
David Proman
7301 SW 57th Court, Suite 515
Miami, FL 33143-5339

Chartwell Compliance
301 Virginia Ave.
Fairmont, WV 26554-2777

Checkbook Inc.
1850 Gateway Dr
San Mateo, CA 94404-4082

Chimhanda, Tafadzwa
15
Andover, NH SP11 6UL

Cinnova Technologies, LLC
7351 Ridgestone Drive
Cincinnati, OH 45243-3035

CipherTrace Inc.
140 Victory Lane
Los Angels, CA 95030-5922

Circle Internet Financial LLC
99 High St Ste 1701, 2346
Boston, MA 02110-2346

Claris
Apple Inc.
5505 w. Palmer Lane, Bldg 6
Mailstop: 580-AR
Austin, TX 78727

Claris
One Apple Park Way 174-DEF
PO Box 53588
Cupertino, CA 95014-0642

Clark, Jordan Carter
1110 Farm Crest Drive Apt 3B
Mishawaka, IN 46544-8960

CloudFlare
101 Townsend Street
San Francisco, CA 94107-1912

Cohne Kinghorn
111 East Broadway
11th Floor
Salt Lake City, UT 84111-5238

Cointelegraph
21 W 46th St #1401
New York, NY 10036-0127

Colonel Michael Brewer
9002 E. Commaders Cir.
Tucson, AZ 85708-1273

Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

Cortina, Jordi Costa
Plaza Mayor p3 p1
Almassera, NV 46132

Covington Burling LLP
850 10th St. NW
Washington, DC 20001-4956

Crypto Media Hub
1621 Central Avenue
Cheyenne, WY 82001-4531

Cuevas, Maria Lucia
PO BX 1015
Santa Paula, CA 93061-1015

~~EXCLUDE~~
~~(U)Currency Fair Limited~~
~~161 Castlereagh Street~~
~~Suite 26-109~~
~~Sydney, 2000~~

DUSTIN, CHIELI
653 W DUNNING CT
DRAPER, UT 84020-8470

DUSTIN, DAVID
653 DUNNING CT
DRAPER, UT 84020-8470

Daily, Linda
4 Dutch Lane
Bridger, MT 59014-9552

Daniel Spisso Gonzalez
1331 Brickell Bay Drive, Apt 1007
Miami, FL 33131-3678

Delarosa, Israel
3042 Spring Hill PKWY Apt F
Smyrna, GA 30080-4725

DepomaxMerit Litigation Services
250 E. 200 S. #350
Salt Lake City, UT 84111-1853

Digital Asset Services LTD
Capital Building Tyndall Street
Cardiff, CF10 4AZ UK

Dimas, Dianne
1331 S Eads St.
Arlington, VA 22202-4730

Dominic Baker
PO Box 369
Blaxland NSW
AUSTRALIA 2774

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Douglas, Robert
PO BOX 170285
US, TX 78717-0017

CANADA
Dugan, Darren Lee
71 Westlake Ave.
Toronto, ON M4C4P9

Edge Powersports
14301 S Minuteman Drive
Draper, UT 84020-8063

Energy Path Corporation
2300 Ocean Ridge Place
Wilmington, NC 28405-4264

Englhart, Markus
Seewiesenweg 5B
Waltenhofen, AL 87448

~~EXCLUDE~~
~~(U)Evgin, Semseddin~~
~~Ookayama 2-6-3~~
~~Meguro-ku, SD 152-0033~~

FELD Entertainment, Inc
800 Feld Way
Palmetto, FL 34221-6514

FRAUSTO, TONY Alejandro
5908 EASTBROOK AVE
LAKEWOOD, CA 90713-1051

Fabian VanCott
215 South State Street-2323
Suite 1200
Salt Lake City, UT 84111-2319

~~EXCLUDE~~
~~(U)Fenaro Limited~~
~~51 Rowlatt Drive St. Albans~~
~~Hertfordshire, AL3 4NA~~

Fibernet Executive Suites
1145 S 800 E, Suite 110, Orem Utah 84097
Orem, UT 84097-7227

~~EXCLUDE~~
~~(U)Finch PR Limited~~
~~Flat 4 606 Fulham Road, SW6 5RP.~~
~~London, SW6 5RP~~

Fireblocks Inc
500 7th Avenue
New York, NY 10018-4502

Fischer, Carol
6519 N. Lake Drive Lane
Stone Lake, WI 54876-3042

Fish, Ryan
209 S 100 E
Kamas, UT 84036-9730

~~EXCLUDE~~
~~(U)Forte Securities~~
~~30 Great Pulteney Street~~
~~London~~

~~EXCLUDE~~
~~(U)Fortress~~
~~10801 W Charleston Blvd 7024069179~~
~~Ste 440~~

Fourney, William
383 North Ash Street
Fruita, CO 81521-2350

Fourney, William James
383 North Ash Street
Fruita, CO 81521-2350

Fox, Edward Bruce
4223 Teal Drive
Lawrence, KS 66047-1649

GRAY, TODD
1980 CIRCLE HIGH
COTTAGE GROVE, WI 53527-9665

Gabbard, Alanelle Bagamaspad
7813 Rhea Ave
Reseda, CA 91335-1825

~~EXCLUDE~~
~~(U)Galle, Jordy~~
~~Schommelstraat 64~~
~~Balen, NJ 2490~~

~~EXCLUDE~~
~~(U)Gerritse, Chris~~
~~Van der Madestraat 48~~
~~Delft, RI 2612RD~~

Gile, Kimberly
14318 N Vista Del Oro
Fort McDowell, AZ 85264-9637

Giles, Andrew Brady
188 E Moon Dance Dr
Saratoga Springs, UT 84045-4852

Godfrey, Ashton
3580 E Baranca Rd
Gilbert, AZ 85297-3036

~~EXCLUDE~~
~~(U)Gonzalez, Christopher~~

Goodpasture, Jonathan
2305 W. Jackson Blvd.
Jackson, MO 63755-3024

~~EXCLUDE~~
~~(U)Goretzki, Oliver~~

Graham, James
268 W Hayden Cir
Elk Ridge, UT 84651-5791

Gramm, Garrett L
7703 E. portofino ave
Anaheim, CA 92808-1572

Gridelli, Robert
61 Hartman
Irvine, CA 92618-1319

HARDEN, ANN
6519 N. Lake Drive
Stone Lake, WI 54876

HITT, KENNETH LAMAR
3798 CAPE LANDING CIR APT V
MYRTLE BEACH, SC 29588-1124

HP Brothers LLC
3126 Coral Way
Miami, FL 33145-3210

HUISMANN, DUANE Christopher
7620 HONEYSUCKLE LN NE
ROCKFORD, MI 49341-8701

HYMAN, BRUCE
2 WALTHAM CT
Jackson Township, NJ 08527-4390

Haiek, Alex
PO Box 1716
Camarillo, CA 93011-1716

Haiek, Joseph
2149 WESTWOOD DR
Camarillo, CA 93010-2138

CANADA
Hall, Robyn
276 Muriel Lake Road
Keewatin, ON P0X1C0

Hamby, Jared
8370 Adams Creek Rd
Beggs, OK 74421-2009

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U)Hamlin, Mark~~

Hansen Black Anderson Ashcroft PLLC
3051 West Maple Loop Drive
Suite 325
Lehi, UT 84048-6516

Harland Clarke
4837 Harold Gatty Drive
Salt Lake City, UT 84116-2815

Haslund, Jasen Andrew
619 W. Blue Mountain Drive
Saratoga Springs, UT 84045-5672

~~EXCLUDE~~
~~(U)Hebert Miller Avocats~~
~~2540 boulevard Daniel-Johnson Bureau 110~~

Hefner, Jake
4057, Loch Dr
Highland, MI 48357-2235

Hegland, Mike
342 Alexander Avenue
Greensburg, PA 15601-2828

Hemmert, Dan
1115 E 965 N
Orem, UT 84097-4371

Hilgenberg, Mark
7347 W. Summit Crest Circle
South Jordan, UT 84096-2566

Hillcrest Bank
11150 Overbrook Road, Suite 350
Overland Par, KS 66211-2239

Hipp, Corey Shane
6358 Oakpoint Drive
Lakeland, FL 33813-4499

~~EXCLUDE~~
~~(U)Hipp, Elizabeth~~

Hodler Group LLC
6973 S Village River Lane
Apt C-9
Midvale, UT 84047-5587

Hoffman, Jonathan Michael
600 North 800 West
Provo, UT 84601-1407

~~EXCLUDE~~
~~(U)Hohaia, Todd Johnathan~~
~~38 Warwick Road~~
~~HILLVUE, NH 2340~~

CANADA
Hood, Randy Lee
702 Brassey Cres.
Vernon, BC V1H 2H7

ITSynergy, Inc
433 South 720 East
American Fork, UT 84003-5545

Ibe, Kelechi Samuel
9207 Bowen Drive
San Antonio, TX 78250-2808

~~EXCLUDE~~
~~(U)Inapakuthika, Venkata Satya Prasad~~
~~105, RSUN WHITES APARTMENT, NEAR SRIRAMA~~
~~Bangalore, AK 560066~~

Incode Technologies
221 Main St.
Suite 520
San Francisco, CA 94105-1983

Integritas Public Accounting
PO Box 1424
Provo, UT 84603-1424

~~EXCLUDE~~
~~(U)Isenegger, Oliver Norbert~~
~~Rebstockrain 2~~
~~Luzern, NJ 6006~~

JENKINS, JUSTIN
5042 LONGVIEW WALK
DECATUR, GA 30035-4187

JONES, BRAD
624 S 100 W
OREM, UT 84058-6210

JPMorgan Chase
383 Madison Ave
New York, NY 10017-3217

~~EXCLUDE~~
~~(U)Jackson, Benjamin~~
~~3/125 Princes Highway Werribee~~
~~Werribee, VA 3030~~

Jacobson, Kai
190 Candelero Dr. Apt. 149
Humacao, PR 00791-6138

Jacobson, Sita Rose
29560 Elk View Dr
Steamboat Springs, CO 80487-9471

James Graham
268 W Hayden Circle Elk
Payson, UT 84651-5791

~~EXCLUDE~~
~~(U)Jason Brown, Daniel Stadelmann, Lynn Brown,~~

John Parkinson
6553 Chalfton Circle
Wilmington, NC 28405-4365

Jones, Waldo, Holbrook & McDonough, P.C.
170 South Main Street
Suite 1500
Salt Lake City, UT 84101-1644

KUCSMA, DIANA Lynn
33779 Terrill Road
Townville, PA 16360-1213

KYC-Chain
KYC-Chain, West Tower Shun Tak Centre 16
Room 1403
Central Hong Kong

Kevan, Jonathan Mark
10950 N La Canada Dr Apt 9101
Tucson, AZ 85737-5948

Klumb, Timothy Jon
1390 Cedar Creek Pkwy
Grafton, WI 53024-9611

Koepke, Audrey Belle
16755 Coyote Bush Drive, Unit 1
San Diego, CA 92127-2644

Kudelski Security, Inc.
5090 North 40th Street, Suite 450
Phoenix, AZ 85018-2165

~~EXCLUDE~~
~~(U)Kuhn, Peter Kurt~~
~~Josefstrasse~~
~~Zurich, PR 8005~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Kunzler Bean &Adamson, P.C.
50 W Broadway
Suite 1000
Salt Lake City, UT 84101-2005

LARSON, JUSTIN Steven
5147 E MOON RIVER DRIVE
EAGLE MOUNTAIN, UT 84005-4825

Lacher, Markus Roland
11330 Sheffield Road
Spring Hill, FL 34608-2259

~~EXCLUDE~~
~~(U)Lambert, Lance~~

Leale, John
3040 Dickinson Dr.
Tallahassee, FL 32311-3740

Lee, Michael
101 Nancy Drive
Enterprise, AL 36330-2216

~~EXCLUDE~~
~~(U)Lemm, Kimiko Nicole~~
~~Avenida Balboa~~
~~Panama, AL 507~~

Leon, Cristina Alba
calle sueca
silla, NV 46132

CANADA
Leon-Quintero, Monica C
9864 221 Street NW
Edmonton, AB T5T 4M3

~~EXCLUDE~~
~~(U)Leyba, James~~

CANADA
Little, Darren James
25 4055 Pender Street
Burnaby, BC V5C2L9

Lyngarkos, Mark Nicholas
514 east edgewood Avenue
NEW CASTLE, PA 16105-2267

~~EXCLUDE~~
~~(U)MACHALSKI, ARTUR WITOLD~~
~~Monte Cassino~~
~~Wroclaw, RI 51-681~~

MARTINEZ, BETTY Leanne
1314 LAKESIDE DR
FELTON, CA 95018-9696

MCGINNIS, JOSHUA
435 ASH ST
HONESDALE, PA 18431-4015

MCLAWS, JAY DARREN
11453 E DARTMOUTH ST
MESA, AZ 85207-2354

MILLER, ROBERT HALLY
535 longmill lane
Orange park, FL 32065-2266

MILLER, TODD
3645 MIRAMONTES CIR
WELLINGTON, FL 33414-8824

~~EXCLUDE~~
~~(U)MORCOM, ROBERT~~
~~16 Burns Green~~
~~Stevenage, RI SG27DA~~

Mackiewicz, Jordan
432 Dalhart Ave
Romeoville, IL 60446-1318

~~EXCLUDE~~
~~(U)Magee, Kristopher George~~
~~Brecon Road~~
~~Bristol, DC BS94DT~~

Meecham, Dustin Thomas
PO BOX 522
AMERICAN FORK, UT 84003-0521

Mendenhall, Wendell
568 Ranch Circle
Alpine, UT 84004-1972

Mendenhall, Wendell Buck
568 Ranch Circle
Alpine, UT 84004-1972

Meshey, Adam
5913 Montford Drive
Zephyrhills, FL 33541-2788

Michael Alber
C/O Christopher L. Perkins
919 E Main Street
Richmond VA 23219-4625

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-8300

~~EXCLUDE~~
~~(U)Mikhail Sergeevich Tikhomirov~~
~~Gajeva 1-3/1, Novi Sad~~
~~Serbia~~

Miller, Jon David
7182 Adel Rd
Spencer, IN 47460-5009

Miller, Kevin
11669 N. Highland Fields Drive
Highland, UT 84003-4800

Milmoe Consulting Services, LLC
PO Box 5622
Breckenridge, CO 80424-5622

Mining Season, LLC
2920 NW 5th Ave, #101
Miami, FL 33127-4021

Modulus Global
9375 E Shea Blvd
Suite 100
Scottsdale, AZ 85260-6986

Momentive
910 Park Place
San Mateo, CA 94403-1907

Moni Cale
528 E. Springfield Rd
Arcola, IL 61910-1801

Moore, Tonya Renae
P O Box 331342
Murfreesboro, TN 37133-1342

Morley, McKay
775 W 1200 N
SPRINGVILLE, UT 84663-3056

Morley, Mike T
775 West 1200 North, Suite 100
Springville, UT 84663-3070

Moroz, Tatiana
50 Biscayne Blvd
Unit 1610
Miami, FL 33132-2931

Morris, Jory Alan
61095 County Road 12
Warroad, MN 56763-9555

Moulton, Ea Moulton Raindancer
1 W Agate Ave Unit 2
Granby, CO 80446

Munoz, Martha P
3719 South 144 Th East Pl
Tulsa, OK 74134-5731

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NEWMAN, MICHELE
166 KEYSTONE ESTATE RD
NEW ALEXANDRI, PA 15670-3524

National Sweepstakes Company LLC
1143 East Union Street
Newark, NY 14513-9201

Nelson, Mark
14175 Golf Parkway
Brookfield, WI 53005-7916

Nelson, William James
14175 Golf Parkway
Brookfield, WI 53005-7916

Nissa Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Northwestern Energy
11 E Park Street Butte, 1711 Attn: GO
Butte, MT 59701-1711

Nova-Bit LLC
16192 Coastal Hwy
Lewes, DE 19958-3608

(P)NOW CFO
210 NORTH 2100 WEST
SALT LAKE CITY UT 84116-2927

~~EXCLUDE~~
~~(U)Nowicki, Nathaniel~~
~~367 Ironbank Road~~
~~Ironbank, SC 5153~~

Nuttal, Christopher Scott
608 Louisiane Circle
Bellevue, NE 68005-2014

~~EXCLUDE~~
~~(U)Ohanessian, Gregory~~

Ojeleye, Farouk
13 Clapton Way
London, CO E5 8QE

Oster, Ryan
3887 MESA DR 101
OCEANSIDE, CA 92056-5532

Otacon LLC
862 North 320 West
American Fork, UT 84003-1116

CANADA
PENGUE, MARCELLO
1700 Rue adolphe-pinard
LAVAL, QC H7M 3X7

Packer, Andrew Ira
776 n 860 n
American Fork, UT 84003

Packer, Bobby Lynn
257 E 700 N
American Fork, UT 84003-1302

Packer, Joseph LoRell
28081 Edelweiss Court
Laguna Niguel, CA 92677-7006

Pangman, William
3564 Sabaka Trail
Verona, WI 53593-9565

Parliament, Brandon
6274 222nd Ave
Echo, MN 56237-1528

Patel, BHADRESH
2263 Sable Oaks De
Naperville, IL 60564-5665

Paul Rodgers & Associates LLC
524 W. Vintage Drive
Provo, UT 84604-5685

CANADA
Pellegrino, Nicolas
5040 rue cherrier
Laval, QC H7T 0K3

Petersen, Andrew Dodd
503 E Perry Hollow Dr
Mapleton, UT 84664-5557

~~EXCLUDE~~
~~(U)Pineda, Eloy Amed~~
~~Via Ricardo J Alfaro~~
~~Panama, AL n/a~~

~~EXCLUDE~~
~~(U)Pingle, Kanchan~~
~~Flat No.203, Jagjeevan CHS, Sector-4, Ai~~
~~Navi Mumbai, AR 400708~~

~~EXCLUDE~~
~~(U)Pingle, Kanchan Nain~~
~~Flat No.203, Jagjeevan CHS, Sector-4, Ai~~
~~Navi Mumbai, AR 400708~~

Pipkin, Dalton
7300 Brompton St. Apt. 5032
Houston, TX 77025-2168

Plaid Inc
1098 Harrison St
San Francisco, CA 94103-4521

Pro-Action Suspension
3611 8th Ave.
Beaver Falls, PA 15010-3430

Quick Orange Fox
3414 West Hayes Street
Davenport, IA 52804-1336

REED Jr, ROBERT Thomas
3887 MESA DR 101
OCEANSIDE, CA 92056-5532

RIZK, JACOB
200 PALOS VERDES BLVD APT B
REDONDO BEACH, CA 90277-5818

RODRIGUEZ, ALFONSO
Avenida San Luis
Madrid, MD 28033

~~EXCLUDE~~
~~(U)Rabbitt, William Henry~~
~~3 MOERAN ROAD~~
~~WALKINSTOWN, IL D12 XF61~~

Rajput, Dina
3855 S McQueen Road
Chandler, AZ 85286-2405

Ramiro Merina, Angel
Isla Graciosa
Cordoba, CO 14011

Reef Capital Partners LLC
2600 N Ashton Blvd #200
Lehi, UT 84048-7270

Retson, Tom
2300 Ocean Ridge Place
Wilmington, NC 28405-4264

Roberson, Chris Michael
417, Redwood Ln
Saint Charles, MO 63301-0551

Robert B Graber
5526 Radell Drive SE
Salem, OR 97317-9145

Robles, Llecenia
4226 New Hampshire Ave
Claremont, CA 91711-5801

Rodriguez, Gabriel
2920 NW 5th Ave, Suite 101
Miami, FL 33127-4021

Romero, Jacob James
3449 Yogi Berra Way
Round Rock, TX 78665-2384

Rub Enterprises
1140 South 2500 East
Springville, UT 84663-3932

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Ryan Oster
1886 Broadview
Wenatchee, WA 98801-8218

S & T Bank
P.O. Box 190
Indiana, PA 15701-0190

SCHENONE, BRUNO
45 sw 9th st apt 3708
miami, FL 33130-3985

SCRIBNER, DOUGLAS
12825 SW 62nd Ave
Pinecrest, FL 33156-7111

SHOUN, JOSHUA
765 N 400 E
SPANISH FORK, UT 84660-1219

SILLIMAN, JEFFREY
4407 Waterfall Canyon Dr.
Bakersfield, CA 93313-5030

~~EXCLUDE~~
~~(U)SIMPSON, St Jon Frazer~~
~~17/f, yeu hing building, 103 hennessy ro~~
~~hong kong, NC~~

SPARTADATA
413 SE 16th Avenue Homestead, FL 33033
Homestead, FL 33033-6016

SZABO-SMITH, KORI
7148 E. 19th Street
OWENSBORO, KY 42303

Sanders, Timmy
118 E Bates St
Roodhouse, IL 62082

Schiber, Stephen
1873 Echo Ln
Lincoln, CA 95648-8743

Schmidt, Christopher Thomas
1255 Brian Street
Placentia, CA 92870-3605

Schur, Steve Frederick
643 Valley Road
Brielle, NJ 08730-1237

Scribner, Douglas
1717 N. Bayshore Drive, #A-2847
Miami, FL 33132-1103

Select Health
5381 S Green St
Salt Lake City, UT 84123-4661

Shaffer, William John
947 Golden Crest Ave.
Newbury Park, CA 91320-5817

CANADA
Shurland, Andrew
692 Callahan St
Pickering, ON L1W3W2

Silvergate
4250 Executive Sq.
La Jolla, CA 92037-9103

Simon, Mary E
531 Via Estrada Unit O
Laguna Woods, CA 92637-4035

Sinan Causevic
2722 Hawk Ridge Court
Kentwood, MI 49508-2321

SlicedBrand GmbH
Schonhauser Allee 163
Berlin, 10435

Smart Server Electronics Limited
UNIT A, 8/F., LEAPONT CENTRE, 18-28 WO
L
Hong Kong

Smith, Mark
7335 Villiage of Lakewood
Crystal Lake, IL 60014

Snyder, Brek
2793 Deacon st
Simi Valley, CA 93065-3985

Song Brewer
9002 E. Commanders Cir.
Tucson, AZ. 85708-1273

Song, Zhouyang
c/o Nick Kennedy - Baker McKenzie
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Song, Zhuoyang
330 Sunny Isles Blvd
North Miami Beach, FL 33160-5624

Song, Zhuoyang
c/o Nick Kennedy - Baker McKenzie
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Spisso, Daniel
Urb. Terrazas del Country, Ave Auyantepu
Casablanca Apto 5D
Valencia, Carabobo Venezuela, 2001

Srinate Technology Services
3855 S McQueen Road
Chandler, AZ 85286-2405

Stevenson, Jay Alexander
45 mound road
Chesterfield, NJ S40 2RP

Stone Raven Consulting
188 E. Moon Dance Drive
Saratoga Springs, UT 84045-4852

~~EXCLUDE~~
~~(U)Summers, CHLOE Rachael~~
~~4a Wharfdale Road~~
~~Poole, RI BH12 2ED~~

TRACY, TIMOTHY
1803 AGNEW AVE
ALIQUIPPA, PA 15001-4013

The Asiano Agency
922 Sealane Drive
Unit A
Encinitas, CA 92024-5033

The Guaranty State Bank and Trust
201 N Mill
Beloit, KS 67420-2345

Tikhomirov Mikhail Sergeevich
Toraygyrova 11A, 24 Almaty
Kazakhstan, 50043

Tilton, Charles
334 N Monroe ST
Kensington, KS 66951-9790

Tilton, Samuel
433 S 720 E
American Fork, UT 84003-5545

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Tilton, Shelley Lynn
433 South 720 East
American Fork, UT 84003-5545

Tilton, Tyler
433 South 720 East
American Fork, UT 84003-5545

INTERNATIONAL
Timothy James Banks
15 Blackfriars Lane
Chirnside Park, 3116
Victoria
Australia

Towler & Associates, LLC
17140 E. Salisa Drive, Unit A
Fountain Hills, AZ 85268-5070

Trading Technologies
35330 Eagle Way-1353
Chicago, IL 60678-0353

Transition Power Development
2300 Ocean Ridge Place
Wilmington, NC 28405-4264

~~EXCLUDE~~
~~(U)Tribaldos, Ricardo~~
~~San Pablo Nuevo, La Cooperativa~~
~~David, VA 426~~

UTXO B.V.
Posthoornstraat 17 3011WD
Rotterdam
Netherlands

~~EXCLUDE~~
~~(U)Ugbe, Martins~~
~~9 Brighead Place~~
~~Montrose, KS DD10 0PA~~

~~EXCLUDE~~
~~United States Trustee~~
~~Washington Federal Bank Bldg.~~
~~405 South Main Street~~
~~Suite 300~~
~~Salt Lake City, UT 84111-3402~~

Unruh, Jason
11146 E Vail Vista Ct
Tucson, AZ 85747-6246

~~EXCLUDE~~
~~(U)V B, Guru Charan Gupta~~
~~House No:45,1st floor, 4th Cross, Chamun~~
~~Bangalore, AK 560064~~

~~EXCLUDE~~
~~(U)VBIT TECHNOLOGIES COR~~
~~1625 Washington Ave~~
~~Philadelphia~~

VMS SECURITY CLOUD
100 PARK AVE. PH5F
FOR LEE, NJ 07024-3808

Vance Hawkins Design
18 N University Avenue-8406
Studio 050
Provo, UT 84601-8406

~~EXCLUDE~~
~~(U)Vanommeslaeghe, Raven Jacques~~
~~Monique~~
~~Langestraat 6~~
~~Wortegem-Petegem, MN 9790~~

Vermeulen, Christopher David
11505 E 35th St S
Independence, MO 64052-2714

WAGGONER, LESTER Aaron
404 S BIRCH AVE
YACOLT, WA 98675-5658

WAGONER, BRADLEY
19 DAWN AVE
EXCELSIOR SPGS, MO 64024-9743

WATSON, BREYON
3489 WOODFRONT CT
INDIANAPOLIS, IN 46222-5020

WEST, MARGARET Joan
2728 ASPEN CT
ANN ARBOR, MI 48108-9778

WILTZ, DAVE
1505 DRUMHILL DR
HACIENDA HGTS, CA 91745-3353

Wade, Anna
205 Pike St
St Charles, MO 63301-3457

Wagoner Jr, Bradley
308 Haynes Street
Excelsior Springs, MO 64024-2366

Wagoner Jr, Bradley Dale
308 Haynes Street
Excelsior Springs, MO 64024-2366

Ward, Matthew Scott
2673 Long Meadow Lane
Rochester Hills, MI 48307-5927

Wells Fargo
420 Montgomery St
San Francisco, CA 94104-1298

Whitsett, Brian
3407 morrison rd w
university place, WA 98466-4523

~~EXCLUDE~~
~~(U)Wijesekera, Praveen Malinfa~~
~~1303/225 Elizabeth Street~~
~~Melbourne, VA 3000~~

Williams, Mason G
168
Lake Dr, PA 15601

Wittmeier, Richard Dean
40 Nells Lane
Hampstead, NC 28443-3809

~~EXCLUDE~~
~~(U)Woodbridge, Charles Gordon~~
~~Melrose, North Street, Marton, Marton, M~~
~~Rugby, WV CV23 9RJ~~

Woodruff, Scott H
7246 S. Cliffside Lane
Idaho Falls, ID 83406-8275

Wrap It Utah
1525 Gladiola Street
Salt Lake City, UT 84104-6560

York, Theodore Robert
257 E 700 N
American Fork, UT 84003-1302

Zagri, Sidney
200 PALOS VERDES BLVD APT B
REDONDO BEACH, CA 90277-5818

~~EXCLUDE~~
~~(U)Zhang, Xiuping~~
~~Jan brediuslaan 4~~
~~Diemen , RI 1111WP~~

Zilka, Amy
5025 Crown St
MINNETONKA, MN 55345-4830

Zulueta, Dean William
625 Winter Pl
Fernley, NV 89408-9060

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Zuniga, Amador
300 N J st
Oxnard, CA 93030-4830

pina, Ivan
c/ tirant lo blanch 86
massamagrell, NV 46130

plundquist, phillip
481 S. Water Way Road
Lehi, UT 84043-5597

~~EXCLUDE~~
~~(U)van den Brink, Frank~~
~~Olieslagerspoort~~
~~Leiden, RI 2312 VX~~

~~EXCLUDE~~
~~(U)van den Brink, Wouter~~
~~Hoekgat 26~~
~~de Zilk, RI 2191XK~~

weber, ann A
4461 45th avenue north
St. Petersburg, FL 33714-3527

~~EXCLUDE~~
~~(U)wood, colin~~

~~EXCLUDE~~
~~(U)zuntag, michael hannes~~
~~Snorrabraut 35~~
~~Reykjavik, VT 105~~

~~EXCLUDE~~
~~(U)Adam Brewer~~

Alexander Sun Chang
Sollex Legal, L3C
1393 E Arlington Dr.
Salt Lake City, UT 84103-4423

~~EXCLUDE~~
~~(U)Amy Zilka~~

Angela J. Somers
Chapter 11 Trustee of Power Block Coin
c/o Johnson Van Kwawegen
485 Madison Ave I 15th Floor
New York, NY 10022-5803

Artur Machalski
Chalupnicza 22/5
WROCLAW51-503 Poland

Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111-2218

~~EXCLUDE~~
~~(U)Chieli Dustin~~

~~EXCLUDE~~
~~(U)Christopher Nuttall~~

~~EXCLUDE~~
~~(U)Colonel Brewer~~

Daniel Stadelmann
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Christopher L. Perkins
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

Darren B. Neilson
Parsons Behle & Latimer
965 East 700 South, Suite 305
Saint George, UT 84790-4086

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132-1164

Elliott D. McGill
Parsons Behle & Latimer
127 E. Main Street, Suite 301
P.O. Box 7369
Missoula, MT 59807-7369

Gabriel Rodriguez
511 Madeira Avenue
Coral Gables, FL 33134-4236

~~EXCLUDE~~
~~(U)J.S. Held~~

Jason Brown
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Christopher L. Perkins
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

Kathleen Conger
111 East Broadway 11th Floor
Salt Lake City, UT 84111-5238

Kylie Brewer
1575 N 370 E
Pleasant Grove, UT 84062-8901

Linda Daily
4 Dutch Lane
Bridger, MT 59014-9552

Lynn Brown
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Christopher L. Perkins
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

~~EXCLUDE~~
~~(U)Mark Nelson~~

~~EXCLUDE~~
~~(U)Mason Song~~

~~EXCLUDE~~
~~(U)Michael Bjorkman~~

~~EXCLUDE~~
~~(U)Michael D Brewer~~

~~EXCLUDE~~
~~(U)Mohsin Y. Meghji~~

Nissa Beth Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Oliver Goretzki
4146 W Kent Drive
Chandler, AZ 85226-7216

Robert L. Brown
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Christopher L. Perkins
919 E. Main Street, Suite 1300
Richmond, VA 23219-4624

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U)Ryan Bouley~~
~~Huron Consulting Services, LLC.~~

Simeon J Brown
Parsons Behle & Latimer
201 S Main Street
Suite 1800
Salt Lake City, UT 84111-2218

~~EXCLUDE~~
~~(U)Tatiana Moroz~~

William Pangman
3564 Sabaka Trail
Verona, WI 53593-9565

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Ryan Bouley
Huron Consulting Group
550 W. Van Buren Street, Suite 1700
Chicago, IL 60607

Colonel Michael Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

Song Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd, #102 PMB 320
Boise, ID 83713-2071

Kathleen Conger
111 East Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Kyle Ferrier
300 South Biscayne Blvd., Suite 4900
Miami, FL 33131-5312

Nissa Beth Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Nicholas Kennedy
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Mark Nelson
14175 Golf Parkway
Brookfield, WI 53005-7916

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132-1164

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Ryan Bouley
Huron Consulting Group
550 W. Van Buren Street, Suite 1700
Chicago, IL 60607

Colonel Michael Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

Song Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd, #102 PMB 320
Boise, ID 83713-2071

Kathleen Conger
111 East Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Kyle Ferrier
300 South Biscayne Blvd., Suite 4900
Miami, FL 33131-5312

Nissa Beth Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Nicholas Kennedy
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Mark Nelson
14175 Golf Parkway
Brookfield, WI 53005-7916

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132-1164

Nikita Ash
1221 Avenue of the Americas
New York, NY 10020-1095

Ryan Bouley
Huron Consulting Group
550 W. Van Buren Street, Suite 1700
Chicago, IL 60607

Colonel Michael Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

Song Brewer
9002 E. Commanders Cir.
Tucson, AZ 85708-1273

CFO Solutions, LLC dba Ampleo
13601 W McMillan Rd, #102 PMB 320
Boise, ID 83713-2071

Kathleen Conger
111 East Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Kyle Ferrier
300 South Biscayne Blvd., Suite 4900
Miami, FL 33131-5312

Nissa Beth Gay
33 Live Oak Drive
Ventura, CA 93001-3313

Nicholas Kennedy
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201-2452

Mark Nelson
14175 Golf Parkway
Brookfield, WI 53005-7916

Douglas Scribner
1717 North Bayshore Drive #2847
Miami, FL 33132-1164